Kathryn Hernandez (TX SBN: 24107854)
Magan Law, PLLC
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
E-mail: k.magan@maganlawpllc.com

SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION

And

COUNSEL FOR DEFENDANT

Jason Ankele (TX SBN: 00786989)
Sullivan & Cook, LLC
600 Las Colinas Blvd. E. Ste. 1300
Irving, Texas 75039-5699
Telephone: (214) 520-7494
E-mail: jankele@sullivancook.com

PROPOSED SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION

And

COUNSEL FOR DEFENDANT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |
| | | |
| B. FRAZIER ASSET MANAGEMENT, INC. F/K/A FRAZIER ASSET MANAGEMENT, INC., AND BRIAN H. FRAZIER, INDIVIDUALLY | § | Adv. No. 21-04071 |
| Plaintiffs | § | Removed From: |
| | § | Cause No. 342-288776-16 |
| vs. | § | 342nd Judicial District Court |
| | § | Tarrant County, Texas |
| ANSON FINANCIAL, INC., | § | |
| Defendant. | § | |

### NOTICE OF CLAIM OBJECTION TO PROOF OF CLAIM 21 TO BE HEARD AT ADVERSARY PROCEEDING 21-04071 TRIAL

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 11 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that by the agreement of the parties and direction of the

Court, the Claim Objection to Proof of Claim 21 will be heard and determined in conjunction with Adversary Proceeding 21-04071 trial, which is currently set on the April 4, 2022 trial docket. The Debtor previously filed an Unopposed Motion to Consolidate; however, was notified by the Court that the consolidation of the two cases was not the appropriate avenue. Therefore, at the court's direction, the Debtor is filing this notice.

Dated: March 8, 2022

Respectfully submitted:

Magan Law, PLLC

By: /s/ *Kathryn Hernandez*
Kathryn Hernandez (TX SBN: 24107854)
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
Email: k.magan@maganlawpllc.com

Sullivan & Cook

By: /s/ M. Jason Ankele
M. Jason Ankele (TX SBN: 00786989)
600 Las Colinas Blvd. E. Ste. 1300
Irving, Texas 75039-5699
Telephone: (214) 520-7494
Email: jankele@sullivancook.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 8, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

*/s/ Kathryn Hernandez*
KATHRYN Hernandez