| | |
|---|---|
| Kathryn Hernandez (TX SBN: 24107854)<br>Magan Law, PLLC<br>62 Main St., Ste. 310<br>Colleyville, Texas 76034<br>Telephone: (817) 209-4298<br>E-mail: k.magan@maganlawpllc.com | Jason Ankele (TX SBN: 00786989)<br>Sullivan & Cook, LLC<br>600 Las Colinas Blvd. E. Ste. 1300<br>Irving, Texas 75039-5699<br>Telephone: (214) 520-7494<br>E-mail: jankele@sullivancook.com |
| SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION | SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION |
| And | And |
| COUNSEL FOR DEFENDANT | COUNSEL FOR DEFENDANT |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>ANSON FINANCIAL, INC.,<br><br>DEBTOR. | § § § § § § § § | CASE NO. 21-41517 |
| B. FRAZIER ASSET MANAGEMENT, INC. F/K/A FRAZIER ASSET MANAGEMENT, INC., AND BRIAN H. FRAZIER, INDIVIDUALLY<br><br>Plaintiffs<br><br>vs.<br><br>ANSON FINANCIAL, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § § | Adv. No. 21-04071<br><br>Removed From:<br>Cause No. 342-288776-16<br>342nd Judicial District Court<br>Tarrant County, Texas |

**DEFENDANT'S EXHIBIT AND WITNESS LIST FOR TRIAL**

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

Anson Financial, Inc. Defendant and Debtor/Debtor in possession ("Anson" or the "Defendant") files this *Exhibit and Witness List for Trial* (the "List") and designates the following:

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| DEF001 | 20130208 Certified Copy of FAM Forfeiture | | | |
| DEF002 | 20170115 Certificate of Reinstatement | | | |
| DEF003 | Plaintiffs' 5th Amended Petition | | | |
| DEF004 | JV Agreement with Amendments | | | |
| DEF005 | 287 JV Bank Account Signature Card | | | |
| DEF006 | Frazier IRS Lien | | | |
| DEF007 | September 5, 2014 - Bill of Sale from Jentex to Anson | | | |
| DEF008 | September 9, 2014 – Letter to Frazier from Anson | | | |
| DEF009 | September 18, 2014 – Letter from Frazier to Anson | | | |
| DEF010 | March 30, 2015 – Kathy Bond email with Statement of Brian Frazier | | | |
| DEF011 | April 13, 2015 – Check 16141 from Anson to Frazier torn up | | | |
| DEF012 | 20160930 Demand Letter from Gongloff | | | |
| DEF013 | 20161004 Demand letter from Gongloff | | | |
| DEF014 | 20161005 Emails Caleb to Kelly Gongloff* | | | |
| DEF015 | 20161009 Email JMF to Kelly Gongloff | | | |
| DEF016 | 20161011 Emails between JMF and Kelly Gongloff * | | | |
| DEF017 | Screenshot of Dropbox File shared with Kelly Gongloff | | | |

| | | | | | |
|---|---|---|---|---|---|
| DEF018 | 20161003 Email Kelly Gongloff to Kathy Bond* | | | | |
| DEF019 | 20170125 Emails Caleb to Kelly Gongloff* | | | | |
| DEF020 | 20170403 Email Caleb to Kelly Gongloff* | | | | |
| DEF021 | Payments to MilburnRay total 50k | | | | |
| DEF022 | MilburnRay Accounting Report | | | | |
| DEF023 | MilburnRay Engagement Agreement and September 1, 2014 balance sheet | | | | |
| DEF024 | Check Payments to FAM | | | | |
| DEF025 | 20190424 Redemption Offer | | | | |
| DEF026 | Attorneys' fees billing statements | | | | |
| DEFAID1 | Flow Chart (Demonstrative aid) | | | | |
| DEFAID2 | Timeline (Demonstrative aid) | | | | |
| DEFAID3 | Texas statutes (Demonstrative aid) | | | | |
| DEFAID4 | Texas Secretary of State CLE Presentation (Demonstrative aid) | | | | |

*Defendant hereby gives written notice of the intent to offer the record and is providing certification via business records affidavit available for inspection included with the exhibit.

## WITNESSES

1. J. Michael Ferguson

2. Brian Frazier

3. M. Jason Ankele (attorney's fees)

4. Any witnesses as may be necessary for rebuttal purposes.

Debtor reserves the right to amend and/or supplement this designation, and/or to seek additional relief as may be necessary. Copies of any exhibits are being included as attachments herewith.

Dated:  March 21, 2022                Respectfully submitted:

Magan Law, PLLC

By:    /s/ *Kathryn Hernandez*
    Kathryn Hernandez (TX SBN: 24107854)
    62 Main St., Ste. 310
    Colleyville, Texas 76034
    Telephone: (817) 209-4298
    Email: k.magan@maganlawpllc.com

Sullivan & Cook

By:    /s/ M. Jason Ankele
    M. Jason Ankele (TX SBN: 00786989)
    600 Las Colinas Blvd. E. Ste. 1300
    Irving, Texas 75039-5699
    Telephone: (214) 520-7494
    Email: jankele@sullivancook.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 21, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

                                                 */s/ Kathryn Hernandez*
                                                 KATHRYN Hernandez