Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

FRAZIER ASSET MANAGEMENT, INC.
Filing Number: 119293200

Tax Forfeiture

February 08, 2013

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 09, 2016.



Carlos H. Cascos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: VCASTILLO
Fax: (512) 463-5709
TID: 10266
Dial: 7-1-1 for Relay Services
Document: 703708330002

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



John Steen
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## FRAZIER ASSET MANAGEMENT, INC.

File Number : 119293200　　　　Certificate / Charter forfeited : February 08, 2013

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and
2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



John Steen
Secretary of State