**ORIGINAL**

Camp Bowie National Bank
P.O. Box 9678
Ft. Worth, TX 76147

| ACCOUNT NUMBER | 203-022-0 |

ACCOUNT OWNER(S) NAME & ADDRESS

287 JOINT VENTURE DBA
ALVORD

226 BAILEY STE #104

FORT WORTH TX 76107 0000

DATE OPENED 4/01/96 BY MS
INITIAL DEPOSIT $
☒ CASH ☐ CHECK ☒
HOME TELEPHONE # 000-737-5000
EMPLOYER
BUSINESS PHONE # 000-000-0000

Name and address of someone who will always know your location:

Number of signatures required for withdrawal 1
FACSIMILE SIGNATURE(S) ALLOWED? ☐ YES ☒ NO

**OWNERSHIP OF ACCOUNT - CONSUMER** (Select one by placing your initials next to account selected)

☐ ___ (1) Single-Party Account Without P.O.D. (Payable on Death) Designation.
☐ ___ (2) Single-Party Account With P.O.D. (Payable on Death) Designation (name beneficiaries below)
☐ ___ (3) Multiple-Party Account Without Right of Survivorship
☐ ___ (4) Multiple-Party Account With Right of Survivorship
☐ ___ (5) Multiple-Party Account With Right of Survivorship and P.O.D. (Payable on Death) Designation (name beneficiaries below)
☐ ___ (6) Convenience Account
☐ ___ (7) Trust Account (name beneficiaries below)
☐ ___ (8) Community Property Account - Multiple-Party Account Without Right of Survivorship
☐ ___ (9) Community Property Account - Multiple-Party Account With Right of Survivorship
☐ ___ (10) Trust Account Subject to Separate Agreement Dated: _____
☐ ___ (11) _____

NAME OR NAMES OF BENEFICIARIES:

SIGNATURE(S) - THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON PAGES 1 AND 2 OF THIS FORM, AND ACKNOWLEDGE(S) RECEIPT OF A COMPLETED COPY ON TODAY'S DATE. THE UNDERSIGNED ALSO ACKNOWLEDGE(S) RECEIPT OF A COPY OF AND AGREE(S) TO THE TERMS OF THE FOLLOWING DISCLOSURE(S):

☒ Electronic Fund Transfers Disclosure ☒ Funds Availability Disclosure
☒ Truth in Savings Disclosure ☒

(1): X [signature] JAY LESOK
I.D. # _____ Other _____

(2): X [signature] BARBARA LESOK
I.D. # _____ Other _____

(3): X
I.D. # _____ Other _____

(4): X
I.D. # _____ Other _____

☐ Co-Signer (Single-Party Accounts Only)

X
I.D. # _____ Other _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
☐ SOLE PROPRIETORSHIP ☐ LIMITED LIABILITY COMPANY
☐ CORPORATION: ☐ FOR PROFIT ☐ NOT FOR PROFIT
☒ PARTNERSHIP ☐

BUSINESS: _____
COUNTY & STATE OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

☒ NEW ☐ EXISTING

TYPE OF ACCOUNT
☒ CHECKING ☐ SAVINGS
☐ MONEY MARKET ☐ CERTIFICATE OF DEPOSIT
☐ NOW ☐

ACCOUNT NAME: COMMERCIAL CHECKING
☐ This is a Temporary account agreement.

**BACKUP WITHHOLDING CERTIFICATIONS**
TIN: 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  75-235121

☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.

☐ NONRESIDENT ALIENS - I am not a United States person, or if I am an individual, I am neither a citizen nor a resident of the United States.

SIGNATURE: I certify under penalties of perjury the statements checked in this section.

X _____

© 1992 Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form MPSC-LAZ-TX 6/17/94

(page 1 of 2)