11874

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

**Serial Number:** 309114318

**For Optional Use by Recording Office**

201806366 FTL
05/30/2018 10:20:56 AM1 Pages: 20:31.00
Sherry Lemon, County Clerk - Wise County, Texas

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** BRIAN FRAZIER

**Residence** 3345 WESTERN CENTER BLVD STE 160
FORT WORTH, TX 76137-1938

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/2010 | XXX-XX-5720 | 11/14/2011 | 12/14/2021 | |
| 6672 | 06/30/2013 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 13749.79 |
| 6672 | 09/30/2013 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 19483.71 |
| 6672 | 12/31/2013 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 9604.56 |
| 6672 | 03/31/2014 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 12811.92 |
| 6672 | 06/30/2014 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 24488.78 |
| 6672 | 12/31/2014 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 33551.34 |
| 6672 | 03/31/2016 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 16702.82 |
| 6672 | 09/30/2016 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 72299.06 |
| 6672 | 12/31/2016 | XXX-XX-5720 | 08/28/2017 | 09/27/2027 | 44377.79 |
| 6721 | 12/31/2010 | XXX-XX-5720 | 05/06/2013 | 06/05/2023 | 697.47 |

**Place of Filing**

WISE COUNTY
DECATUR, TX 76234

**Total** $ 247767.24

This notice was prepared and signed at NASHVILLE, TN , on this,

the 21st day of May , 2018 .

**Signature** Joan Flach
for B RILEY

**Title** REVENUE OFFICER
(817) 232-6493

25-05-4571

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

# FILED AND RECORDED

**Instrument Number: 201806366**

Filing and Recording Date: 05/30/2018 10:20:56 AM  Pages: 2  Recording Fee: $31.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the RECORDS of Wise County, Texas.



Sherry Lemon, County Clerk
Wise County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.  **DO NOT DESTROY - This document is part of the Offical Record.**

Deputy: Michele