September 18, 2014

Anson Financial, Inc.

1210 Hall Johnson Road #100

Colleyville, TX 76034

RE: Alvord 287 Joint Venture

We received your letter dated September 9, 2014. We wanted to confirm a few points from the joint venture agreement;

1. There should be two signers on the bank account
2. Both parties NEED to sign each check
3. We would like access to the bank and/or records
4. Prior to any transactions both parties have to agree to move forward
5. Your firm will continue to service the notes
6. We would like monthly reporting

We are open to any suggestions you may have and we are willing to listen. Perhaps sometime in the future we can sit down and have a proper meeting.

Thank you,

Brian Frazier

4001 Airport FRW #190

Bedford, TX 76020