

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES NOTED ON BACK ARE PRESENT. SEE BACK OF COPYING.

**Anson Financial, Inc.**
Operating Account
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

16141

4/6/2015

PAY TO THE ORDER OF ___ Frazier Asset Managment, Inc. ___   $ **12,500.00

Twelve Thousand Five Hundred and 00/100*************************************************************************************** DOLLARS

Frazier Asset Managment, Inc.
3345 Wester Center Blvd.
Suite 160
Fort Worth, Texas 76137

MEMO   Jan 2015 and Feb 2015

⑈016141⑈ ⑈111000614⑈ 186929350⑈

---

Anson Financial, Inc.                                                16141

Frazier Asset Managment, Inc.                              4/6/2015
Accounts Receivable:Alvord 287 JV Rec   Jan 2015 and Feb 2015
Accounts Receivable:Alvord 287 JV Rec   1/2 of Reserve                    7,500.00
                                                                         5,000.00

Chase Operating      Jan 2015 and Feb 2015

                                                                        12,500.00

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Anson Financial, Inc.**
Operating Account
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

1612

3/30/2015

PAY TO THE ORDER OF  Frazier Asset Managment, Inc.                    $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************** DOLLARS

Frazier Asset Managment, Inc.
3345 Wester Center Blvd.
Suite 160
Fort Worth, Texas 76137

MEMO    Jan 2015 and Feb 2015

⑈016124⑈ ⑆111000614⑆ 186329350⑈

4/2/15  Rec'vd in mail (not signed)
VOIDED + Returned

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

16124

3/30/2015

$ **7,500.00

DOLLARS

**Anson Finan...**
Operating Acc...
1210 Hall Johnson Rd...
Colleyville, Texas 7...
(817)267-8799 Pho...

PAY TO THE ORDER OF  Frazier Asset Managmen...

Seven Thousand Five Hundred and 00...

Frazier Asset Managment, Inc.
3345 Wester Center Blvd.
Suite 160
Fort Worth, Texas 76137

MEMO    Jan 2015 and Feb 2015

⑈016124⑈ ⑆1110006... 186329350⑈

NORTH TEXAS TX PDC
DALLAS TX 750
13 APR 2015 PM 6 L

Anson Financial
1210 Hall Johnson Rd  #100
Colleyville, TX  76034

7603478i925

Frazier Asset Mgmt
3345 Western Center Blvd
#160
Fort Worth, TX 76137