| | |
|---|---|
| From: | Caleb Moore |
| To: | KELLY GONGLOFF |
| Cc: | Megan Piechowiak |
| Subject: | Re: New Contact |
| Date: | Wednesday, October 5, 2016 3:42:08 PM |
| Attachments: | image001.gif |

Kelly:

It was really nice meeting you also.

==I talked to my client, his response was, "That's awesome, I bet I know which properties this is about." He thinks it would be beneficial to all... the more litigation Ferguson has to deal with. So I'm in.== I have no problem with you being the go between, for that matter, you can hire me if you have that authority, or I can give you my contract and you can get it signed by him and to the extent possible I can run all issues in the case through you other than depo prep or something like that.

I have two or three clients who are out of state and their out of state attorneys hired me for various Texas issues and I have never met or spoken to my actual client beyond an email or 2.

I will be able to use probably 30%-50% of my existing petition on file if I get hired.

I can come over to your office and go through the file with you on Friday morning this week if you want. After that, I am free anytime on Wednesday.

Retainer would be $3,000.00 to start. The meeting would be billed and the purpose would be to get me the needed documents and get you the list of info I need you to get from our client. I would say an hour would cover it. I have no problem with you coming here if you prefer that.

Just let me know what works best. I don't need to see anything to decide whether I want it or not, I do.

The only reason I would have to talk to client is to make sure he has a clear understanding of what litigation can look like as far as time, cost and pros and cons. I can do that on the phone or I can email a summary to him.

Let me know.

Kind Regards,

Caleb Moore



## Law Firm of Caleb Moore, PLLC

2205 Martin Drive, Ste 200

Bedford, TX 76021

Telephone: (817) 953-2420

Facsimile: (817) 581-2540

By Appointment Only

This electronic mail message is intended only for the use of the individual or entity to which it is addressed. This electronic mail message contains information from the LAW FIRM OF CALEB MOORE, PLLC and may be subject to attorney-client privilege, attorney work product or other privilege under applicable law. Any dissemination, copying or use of this electronic mail message by or to anyone other than the recipient(s) designated by the sender is unauthorized. If you have received this electronic mail message in error, please notify the sender by telephone or reply electronic mail and permanently delete this communication from your system.

On Wed, Oct 5, 2016 at 12:37 PM, KELLY GONGLOFF <KELLY@gplawandtitle.com> wrote:

> Good morning,
>
> It was great talking with you. It definitely sounds like you would be the perfect fit for our client's matter. Even if we receive the check, our client may still wish to proceed with the lawsuit in order to resolve the ongoing issues with accounting for the joint venture. (UPDATE: Actually, I just got off the phone with him, and he definitely wants to proceed with the lawsuit, he does not want to continue dealing with the other party.) Hopefully, we receive our check by Friday, but I will update you on our status.
>
> ==If you obtain your client's consent to represent Mr. Frazier==, can we set up something (any day next Wed – Fri)? I can bring you the case information, and try to answer any questions you have. If you prefer I can forward what I currently have before our meeting. Just let me know.
>
> As I mentioned, Mr. Frazier would prefer that I handle the initial meeting and case startup, but he will meet with you should you decide to take his case and once you are up to speed with the issues. Please let me know the logistics on when you would like to meet with him, or if you are willing to do a conference call with him.
>
> Thanks again for returning my call,
>
> Kelly Gongloff
>
> Attorney | Escrow Officer
>
> Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)

0895