## J. Michael Ferguson

| | |
|---|---|
| **From:** | J. Michael Ferguson |
| **Sent:** | Tuesday, October 11, 2016 8:03 PM |
| **To:** | KELLY GONGLOFF |
| **Subject:** | Re: Alvord 287/Frazier Asset Managment |

Well you have the matter of all the skeptics having to be installed and taxes for 2016. So instead of being unprofessional all the time maybe you should ask first

Get [Outlook for iOS](#)

---

**From:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Sent:** Tuesday, October 11, 2016 7:59:06 PM
**To:** J. Michael Ferguson
**Subject:** RE: Alvord 287/Frazier Asset Managment

Mr. Ferguson,

I have no idea how you calculated that sum, but that is not even close to the expected amount. Without seeing your "current postings", I can only go off of the statements we have already received from you, which shows a Net Pay to Alvord from 1/2016 thru 8/2016 of $116,859.89. I'm assuming the JV didn't lose money in 9/2016. So FAM's check should be over $58,429.94.

Kelly

Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)

IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

**From:** J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
**Sent:** Tuesday, October 11, 2016 7:46 PM
**To:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Subject:** Alvord 287/Frazier Asset Managment

Kelly,

We have brought the postings current through 9/30/2016.  I will mail a check tomorrow for $35,000 to Frazier Asset Management, Inc. for the period 1/1/2016 through 9/30/2016.

Will you see if your client is acceptable to one of the following:

1.  Anson Financial, Inc. will pay him $335,000 cash to buy out his interest in this company.  (This is in addition to the $89,000 and the $35,000) He will receive a total of $459,000 this month if he accepts.)
2.  We split the assets, he can pick a loan first, then Anson will pick a loan and each party will get 50%

If not, then will he just accept monthly checks and reports.

Thank you for your time and consideration.  If you have any questions, please let me know.

Thank you,
Mike




J. Michael Ferguson
NMLS No. 314217
J. Michael Ferguson, PC
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas  76034
(817)267-1008 Office Phone
(817)919-8799 Cell Phone
(817)485-1117 Fax
Email:    mike@jmichaelferguson.com


**THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.**

**CONFIDENTIALITY NOTICE**
**This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies**

# J. Michael Ferguson

| | |
|---|---|
| **From:** | J. Michael Ferguson |
| **Sent:** | Tuesday, October 11, 2016 8:51 PM |
| **To:** | KELLY GONGLOFF |
| **Subject:** | Re: Alvord 287/Frazier Asset Managment |

1. You obviously have the accounting because your figures seem accurate. We reserved $10,000 for property taxes and $25,000 for skeptics and HOA.
2. What I said about your client is public record so I think maybe you need to check yourself.
3. I've know your client for over 20 years
4. You ate just as irrational as your client if you really believe his obligations ended after developing the lots. Your clients companies were paid and his companies profited from the developing of the lots. It did not end his obligation to continue selling, taking care of septic issues and others. Your client just refused.
5. The accounting of the notes is done on a monthly basis and that is done in one system then everything is posted from that system to quickbooks.
6. If you need additional information, please let me know. I will send the P & L and Balance Sheet tomorrow.
Please see if your client will accept any offers and if not I will file a suit to partion and pay the funds into the court registry going forward.

Get Outlook for iOS

---

**From:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Sent:** Tuesday, October 11, 2016 8:37:37 PM
**To:** J. Michael Ferguson
**Cc:** Kathy Bond
**Subject:** RE: Alvord 287/Frazier Asset Managment

Mr. Ferguson,

I prefer not to throw emails back and forth, but I do think you need to check yourself. I have been nothing but an advocate for my client. You are an attorney. You should understand the process.

There is clearly a dispute between you and my client. Demand letters are an integral part of that process, in order to come to an amicable resolution of such matters without the need for litigation. You know we need complete records in order to confirm the accounting that you are sending. You cannot deny that the records were not maintained on a monthly basis, as you have been representing, or else they would have been readily available when requested. We received 2014-2015; so, we demanded 2016. We received part of 2016. Now you are telling us an amount that is not reflected in the financial records of the company, which you have provided. Clearly, we have incomplete information or we would have the same calculation as you.

Throwing shade on the character of my client does little to advance your cause, or resolve the matter of the discrepancy between the amount you are offering and what we have calculated as owing. As you were not part of the company from the time it started in 1996, you must have forgotten that Mr. Frazier spent a great deal of time and money developing and setting up the lots upon which lies your obligation to service the loans.

1

I would like the completed accounting so that I can go over the information with my client.

Kelly

Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)

IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

---

**From:** J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
**Sent:** Tuesday, October 11, 2016 8:22 PM
**To:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Subject:** Re: Alvord 287/Frazier Asset Managment

Kelly
You are unprofessional. I expect crap from Frazier because that is all he has done for years. I responded quickly to you and I have not provided incomplete information. You just don't understand it. Brian Frazier gets sued for taxes, he gets his investors sued, he doesn't protect the notes by advancing delinquent taxes, he doesn't honor agreements. We do and we will honor our agreement to fix every septic system on the lots that were sold. Over $8000 was spent last month alone and there are more to come. There is also the issue of the HOA and all the complaints from the residents out there. So your client got 1/2 of $70000 that was distributed and he will get more but we are reserving some for the large expense that have to be paid because I know Brian Frazier will not contribute any time or effort much less any money to this company.
Now see if your client will accept any of my offers and if not you don't have to threaten anymore because I guarantee I'm going to file a lawsuit if we don't reach an agreement.

Get Outlook for iOS

---

**From:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Sent:** Tuesday, October 11, 2016 8:07:22 PM
**To:** J. Michael Ferguson
**Subject:** RE: Alvord 287/Frazier Asset Managment

Mr. Ferguson,

I have not been unprofessional. I have responded and asked questions when needed, which is relatively frequent given the incomplete information we are being provided. That is my question. How was this calculated? The septic systems and taxes were already included in the invoices (through 9/30/2016) you sent previously.

Kelly

Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)

IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

**From:** J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
**Sent:** Tuesday, October 11, 2016 8:03 PM
**To:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Subject:** Re: Alvord 287/Frazier Asset Managment

Well you have the matter of all the skeptics having to be installed and taxes for 2016. So instead of being unprofessional all the time maybe you should ask first

Get Outlook for iOS

---

**From:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Sent:** Tuesday, October 11, 2016 7:59:06 PM
**To:** J. Michael Ferguson
**Subject:** RE: Alvord 287/Frazier Asset Managment

Mr. Ferguson,

I have no idea how you calculated that sum, but that is not even close to the expected amount. Without seeing your "current postings", I can only go off of the statements we have already received from you, which shows a Net Pay to Alvord from 1/2016 thru 8/2016 of $116,859.89. I'm assuming the JV didn't lose money in 9/2016. So FAM's check should be over $58,429.94.

Kelly

Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)

IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

---

**From:** J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
**Sent:** Tuesday, October 11, 2016 7:46 PM
**To:** KELLY GONGLOFF <KELLY@GPLawandTitle.com>
**Subject:** Alvord 287/Frazier Asset Managment

Kelly,

We have brought the postings current through 9/30/2016. I will mail a check tomorrow for $35,000 to Frazier Asset Management, Inc. for the period 1/1/2016 through 9/30/2016.

Will you see if your client is acceptable to one of the following:

1. Anson Financial, Inc. will pay him $335,000 cash to buy out his interest in this company. (This is in addition to the $89,000 and the $35,000) He will receive a total of $459,000 this month if he accepts.)
2. We split the assets, he can pick a loan first, then Anson will pick a loan and each party will get 50%

If not, then will he just accept monthly checks and reports.

3

Thank you for your time and consideration.  If you have any questions, please let me know.

Thank you,
Mike



J. Michael Ferguson
NMLS No. 314217
J. Michael Ferguson, PC
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas  76034
(817)267-1008 Office Phone
(817)919-8799 Cell Phone
(817)485-1117 Fax
Email:    mike@jmichaelferguson.com


***THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.***

***CONFIDENTIALITY NOTICE***
**This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies**