# Alvord 287 Shared Folder

Wednesday, November 8, 2017        07:04 PM

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2014 | 03/23/2017 03:52 ... | File folder | |
| 2015 | 03/23/2017 03:52 ... | File folder | |
| 2016 | 03/23/2017 03:52 ... | File folder | |
| 2017 | 10/23/2017 07:23 ... | File folder | |
| Alvord 287 JV Notes | 04/24/2017 09:59 ... | File folder | |
| Alvord 287 Setup File | 04/24/2017 09:42 ... | File folder | |
| Bank Statements | 04/27/2017 01:05 ... | File folder | |
| Corespondence with Brian Frazier | 10/24/2017 03:14 ... | File folder | |
| Invoices Paid | 10/09/2016 08:03 ... | File folder | |
| Items sent to Kelly Gongloff 9-30-2016 | 10/09/2016 08:02 ... | File folder | |
| Notesmith Pmts -Cks & ACH | 06/22/2017 12:57 ... | File folder | |
| P & L & Balance Sheets | 04/25/2017 08:52 ... | File folder | |
| Pay Histories on Loans in PDF | 04/25/2017 05:45 ... | File folder | |
| Quickbooks File | 04/26/2017 09:47 ... | File folder | |
| Reports to Fraizier | 10/09/2016 08:03 ... | File folder | |
| Spreadsheets- Payors&Pmts | 10/09/2016 08:16 ... | File folder | |
| Tax Returns | 09/15/2017 05:34 ... | File folder | |
| 11-23-16 - check_Frazier Asset Manag... | 11/23/2016 09:24 ... | Foxit PhantomPD... | 43,007 KB |
| Cash Transfers  Profit Distribution sinc... | 04/25/2017 08:46 ... | Foxit PhantomPD... | 66 KB |
| Folder where checks received are.pdf | 06/22/2017 09:19 ... | Foxit PhantomPD... | 224 KB |
| Items in Alvord 287 shared Dropbox F... | 04/26/2017 11:34 ... | Foxit PhantomPD... | 173 KB |
| Pmts to Frazier since 2006.jpg | 04/25/2017 06:06 ... | JPG File | 75 KB |
| Summary of Alvord 287.xlsx | 03/22/2017 11:50 ... | Microsoft Excel W... | 48,832 KB |