Sent: Monday, October 03, 2016 12:32 PM
To: Kathy Bond <kbond@kairoshomesllc.com>
Subject: RE: Alvord 287 Joint Venture
Kathy,
I'm still waiting on the FedEx package to arrive. So he only sent one check in 2015, and then completely stopped when y'all returned it?
Kelly
Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)
IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

From: Kathy Bond [mailto:kbond@kairoshomesllc.com]
Sent: Monday, October 03, 2016 10:49 AM
To: KELLY GONGLOFF <KELLY@GPLawandTitle.com>
Subject: RE: Alvord 287 Joint Venture
That email made my blood boil. I truly dislike this "man".
Did he also send the reports to you?
Because I have a check copy that he sent Brian dated 4/6/16 for $12500.00 (notes say $7500 Jan/Feb 2015 A/R and $5k for ½ the reserve). Using that figure the 2015 would appear to be about $45k, Brian was estimating $75k. I have not talked to Brian about this or where the shortage may be, but wanted you to be aware so when you spoke to him.
P.S. Of course we failed to get them, as he NEVER sent them. Ugg.
Thank you,
Kathy
817.847.7851

From: KELLY GONGLOFF [mailto:KELLY@GPLawandTitle.com]
Sent: Monday, October 03, 2016 10:12 AM
To: Kathy Bond <kbond@kairoshomesllc.com>
Subject: RE: Alvord 287 Joint Venture
No, he's saying he just sent me Brian's check for 2015 (I haven't received the FedEx, yet). Brian said he wanted payment by Wednesday, but the attorney said he only sent 2015 and will send 2016 by end of week.
Kelly
Gongloff | Piechowiak Law, PLLC (a closing office for Integrity Title)
(682) 777-8130 (direct)
IF YOU ARE A CLIENT, THE ATTORNEY-CLIENT PRIVILEGE PROTECTS THIS EMAIL. THIS EMAIL ALONE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. IF YOU HAVE RECEIVED THIS EMAIL BY MISTAKE, WE WOULD APPRECIATE IT IF YOU WOULD REPLY TO LET US KNOW, AND THEN DELETE THE EMAIL. WE DO NOT WAIVE ANY CLIENT'S PRIVILEGE BY MISDELIVERED EMAIL. ALSO, WE NEVER GIVE TAX ADVICE.

From: Kathy Bond [mailto:kbond@kairoshomesllc.com]
Sent: Monday, October 03, 2016 10:07 AM
To: KELLY GONGLOFF <KELLY@GPLawandTitle.com>
Subject: RE: Alvord 287 Joint Venture
What were we paid in 2015? Brian had me return the money to him because of issues, as far as I can recall we did not get any money in 2015.
Thank you,
Kathy
817.847.7851

From: KELLY GONGLOFF [mailto:KELLY@GPLawandTitle.com]
Sent: Monday, October 03, 2016 8:12 AM
To: Kathy Bond <kbond@kairoshomesllc.com>; Andrea Vernon <avernon@kairoshomesllc.com>
Cc: Megan Piechowiak <Megan@GPLawandTitle.com>
Subject: FW: Alvord 287 Joint Venture