| | |
|---|---|
| From: | Caleb Moore |
| To: | KELLY GONGLOFF |
| Subject: | Re: Did Frazier pick a new name for company |
| Date: | Wednesday, January 25, 2017 1:06:07 PM |

If we wanted, could probably bring Jentex into this thing. I don't know that it is needed other than to create problems and expense depending on the terms of transfer etc. If Jentex didn't do what it was supposed to do prior to assignment, then we could.

Not a necessity, but I don't know how that relationship terminated. Not likely a significant expense. Let me know....again this assumes that servicing problems started pre Anson.

Kind Regards,

Caleb Moore



**Law Firm of Caleb Moore, PLLC**

2205 Martin Drive, Ste 200

Bedford, TX 76021

Telephone: (817) 953-2420

Facsimile: (817) 581-2540

By Appointment Only

This electronic mail message is intended only for the use of the individual or entity to which it is addressed. This electronic mail message contains information from the LAW FIRM OF CALEB MOORE, PLLC and may be subject to attorney-client privilege, attorney work product or other privilege under applicable law. Any dissemination, copying or use of this electronic mail message by or to anyone other than the recipient(s) designated by the sender is unauthorized. If you have received this electronic mail message in error, please notify the sender by telephone or reply electronic mail and permanently delete this communication from your system.

On Wed, Jan 25, 2017 at 12:56 PM, KELLY GONGLOFF <KELLY@gplawandtitle.com> wrote:

> Yes, the Reinstatement shows B. Frazier Management, LLC

0298

| | |
|---|---|
| From: | Caleb Moore |
| To: | KELLY GONGLOFF |
| Subject: | Re: Frazier |
| Date: | Wednesday, January 25, 2017 11:07:54 AM |

<span style="color:red">forfeiture of a corporate
charter does not destroy or forfeit the property of the corporation, and the stockholders, who are the
beneficial owners of the property, are authorized to prosecute or defend such actions in court as are
necessary to protect their property rights.</span>

It will be a battle and I see some potential for loss here,but the above quote in that CLE gives me hope. We need to amend an add Frazier personally to be on safer side.

At end of the day, every case so far that I can find basically cuts the right of entity to pursue claims if the 3 years pass before reinstating. Haven't seen a case yet though that says all the property owned just goes away. Best argument I am seeing will be that we still have to determine ownership of Notes etc, but I can see a pretty good argument that any money that should have been paid out during the forfeiture period was an existing claim that should have been brought in the 3 years and is gone....still working on arguments.

They are in process of drafting MSJ to kill the suit. I am preemptively putting together some notes and researching so we can amend in next couple days and cure what we can and put us in the best position possible for what will likely be a case determinant fight.

Kind Regards,

Caleb Moore



**Law Firm of Caleb Moore, PLLC**
2205 Martin Drive, Ste 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile: (817) 581-2540
By Appointment Only