| | |
|---|---|
| From: | Caleb Moore |
| To: | Kathy Bond; KELLY GONGLOFF; Megan Piechowiak |
| Subject: | Frazier Suit |
| Date: | Monday, April 3, 2017 4:44:53 PM |

Just making sure everyone on the same page.

First off, Kathy, I will get to the new thing on Wed. Its on the calendar.

Right now, I am waiting for a response on depo dates that I suggested so I can let the OC know. He called again today after I emailed earlier asking what the hold up is.

He also asked if the records they sent over were sufficient to answer all accounting questions. I have not looked at them at all in an effort to save money.

Please confirm that is what you guys want and someone who knows something about this business is looking through and taking notes as to what there is and is not as well as what problems those records show.

If not, I need to do that and we need to be ready to go over that info with Mr. Frazier so he can be prepared for his depo. We will be getting formal discovery back soon, but my opposing counsel thinks he has given me a wealth of information. That may or may not be true.

I have the statement of facts that Kelly's office prepared, but please make sure Frazier has gone over that and agrees or know where he disagrees.

Please let me know if I am missing anything and respond regarding dates and what is or is not in the docs recently produced. Or tell me I need to review them.

Kind Regards,

Caleb Moore



**Law Firm of Caleb Moore, PLLC**
2205 Martin Drive, Ste 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile: (817) 581-2540
By Appointment Only

0306

This electronic mail message is intended only for the use of the individual or entity to which it is addressed. This electronic mail message contains information from the LAW FIRM OF CALEB MOORE, PLLC and may be subject to attorney-client privilege, attorney work product or other privilege under applicable law. Any dissemination, copying or use of this electronic mail message by or to anyone other than the recipient(s) designated by the sender is unauthorized. If you have received this electronic mail message in error, please notify the sender by telephone or reply electronic mail and permanently delete this communication from your system.