## Payments to Milburn Ray CPA for AUP

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 03/07/2019 | 19658 | Milbern Ray and Company, LLP | JV AUP | Chase Operating Account | √ | Legal Cost | | 7,000.00 | -7,000.00 |
| Check | 03/07/2019 | 19658 | Milbern Ray and Company, LLP | JV AUP | Legal Cost | | Chase Operating Account | 7,000.00 | | 0.00 |
| Check | 04/17/2019 | 20042 | Milbern Ray and Company, LLP | Invoice:77971 | Chase Operating Account | √ | Legal Cost | | 2,850.00 | -2,850.00 |
| Check | 04/17/2019 | 20042 | Milbern Ray and Company, LLP | Progress billing on agreed upon procedures | Legal Cost | | Chase Operating Account | 2,850.00 | | 0.00 |
| Check | 06/25/2019 | 20171 | Milbern Ray and Company, LLP | Inv#78782 | Chase Operating Account | √ | Legal Cost | | 13,680.00 | -13,680.00 |
| Check | 06/25/2019 | 20171 | Milbern Ray and Company, LLP | Inv#78782 | Legal Cost | | Chase Operating Account | 13,680.00 | | 0.00 |
| Check | 08/21/2019 | 20332 | Milbern Ray and Company, LLP | Inv#78782 | Chase Operating Account | √ | Legal Cost | | 8,470.00 | -8,470.00 |
| Check | 08/21/2019 | 20332 | Milbern Ray and Company, LLP | Inv#78782 | Legal Cost | | Chase Operating Account | 8,470.00 | | 0.00 |
| Check | 10/28/2019 | 19759 | Milbern Ray and Company, LLP | 20191025 Court - Rule 11 Agreement | Chase Operating Account | √ | Legal Cost | | 18,000.00 | -18,000.00 |
| Check | 10/28/2019 | 19759 | Milbern Ray and Company, LLP | 20191025 Court - Rule 11 Agreement | Legal Cost | | Chase Operating Account | 18,000.00 | | 0.00 |
| | | | | | | | | 50,000.00 | 50,000.00 | 0.00 |

**CHASE** *for* **BUSINESS**

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Mar 7, 2019 | 19658 | $7,000.00 |

**CHASE** *for* **BUSINESS**

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Apr 17, 2019 | 20042 | $2,850.00 |

Anson Financial, Inc.

20042

| Milbern Ray and Company, LLP | | 4/24/2019 |
|---|---|---|
| Professional Fees:Accounting | Progress billing on agreed upon procedures | 2,850.00 |

PAYMENT RECORD

| Chase Bank | Invoice:77971 | | 2,850.00 |
|---|---|---|---|



Rev 3/11

MILBERN D. RAY, C.P.A., 1933-2006
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

**STATEMENT**

*Milbern Ray and Company*
*L.L.P.*
Certified Public Accountants

4831 Merlot Avenue, Suite 320
Grapevine, Texas 76051

P.O. Box 849
Bedford, Texas 76095-0849
(817) 552-7661 Metro (817) 552-2895
FAX (817) 552-1391
www.milbernray.com

ALVORD 287 JOINT VENTURE
62 MAIN STREET, STE. 310
COLLEYVILLE, TX 76034

| | |
|---|---|
| Invoice No. | 77197 |
| Date | March 29, 2019 |
| Client No. | 3931 |

**STATEMENT**

PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

| | |
|---|---:|
| Retainer on file. | 7,000.00 |
| Progress billing on agreed upon procedures. | $2,850.00 |
| CURRENT INVOICE AMOUNT | 2,850.00 |
| PRIOR BALANCE | 0.00 |
| TOTAL AMOUNT DUE | $2,850.00 |
| Balance of retainer on file. | 7,000.00 |

**AFI Mortgage**
Operating Account
62 Main Street, Suite 300
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, N.A.
Colleyville-612
32-061/1110

20145

6/11/2019

PAY TO THE ORDER OF   Milbern Ray and Company, LLP     $ **13,680.00

Thirteen Thousand Six Hundred Eighty and 00/100************************************************************
_____ DOLLARS

Milbern Ray and Company, LLP
4831 Merlot Avenue
STE 320
Grapevine, Texas 76051

MEMO

---

| Anson Financial, Inc. | | | 20145 |
|---|---|---|---|
| Milbern Ray and Company, LLP | | 6/11/2019 | |
| Professional Fees:Accounting | Inv#78782 | | 13,680.00 |

| Chase Bank | | | 13,680.00 |

| Anson Financial, Inc. | | | 20145 |
|---|---|---|---|
| Milbern Ray and Company, LLP | | 6/11/2019 | |
| Professional Fees:Accounting | Inv#78782 | | 13,680.00 |

| Chase Bank | | | 13,680.00 |

PAYMENT RECORD

Rev 3/11

MILBERN D. RAY, C.P.A., 1933-2006
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

**STATEMENT**

*Milbern Ray and Company*
L.L.P.
Certified Public Accountants

4500 Mercantile Avenue, Suite 320
Grapevine, Texas 76051

P.O. Box 849
Bedford, Texas 76095-0849
(817) 552-7661 Metro (817) 552-2895
FAX (817) 552-1391
www.milbernray.com

ALVORD 287 JOINT VENTURE
62 MAIN STREET, STE. 310
COLLEYVILLE, TX 76034

| | |
|---|---|
| Invoice No. | 78782 |
| Date | May 31.2019 |
| Client No. | 3931 |

**STATEMENT**

PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

| | |
|---|---:|
| Retainer on file. | 7,000.00 |
| Progress billing on agreed upon procedures. | $10,650.00 |
| CURRENT INVOICE AMOUNT | 10,650.00 |
| PRIOR BALANCE | 3,030.00 |
| TOTAL AMOUNT DUE | $13,680.00 |
| Balance of retainer on file. | 7,000.00 |

**JPMorgan Chase & Co.**

## Check Search Results

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

# Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 9350 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |



| | | | |
|---|---|---|---|
| Post date: | 06/25/2019 | Account: | 9350 |
| Amount: | $ 13680.00 | Check Number: | 20171 |

**AFI Mortgage**
Operating Account
62 Main Street, Suite 300
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

20171

6/24/2019

PAY TO THE ORDER OF    Milbern Ray and Company, LLP                $ **13,680.00

Thirteen Thousand Six Hundred Eighty and 00/100************************************************************ DOLLARS

Milbern Ray and Company, LLP
4831 Merlot Avenue
STE 320
Grapevine, Texas 76051

MEMO

PAY TO THE ORDER OF
FROST NATIONAL BANK
%0401

© 2016 JPMorgan Chase & Co.

2

**AFI Mortgage**
Operating Account
62 Main Street, Suite 300
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, N.A.
Colleyville-612
32-061/1110

20332

7/12/2019

PAY TO THE ORDER OF    Milbern Ray and Company, LLP          $ **8,470.00

Eight Thousand Four Hundred Seventy and 00/100************************************************************** DOLLARS

Milbern Ray and Company, LLP
4831 Merlot Avenue
STE 320
Grapevine, Texas 76051

MEMO

---

Anson Financial, Inc.                                                                                  20332

Milbern Ray and Company, LLP                           7/12/2019
Reimburse Expense          Inv#78782                                                  8,470.00

Chase Bank                                                                                         8,470.00

MILBERN D. RAY, C.P.A., 1933-2006
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

**STATEMENT**

## Milbern Ray and Company
*L.L.P.*
*Certified Public Accountants*

4885 Merlot Avenue, Suite 320
Grapevine, Texas 76051

P.O. Box 849
Bedford, Texas 76095-0849
(817) 552-7661 Metro (817) 552-2895
FAX (817) 552-1391
www.milbernray.com

ALVORD 287 JOINT VENTURE
62 MAIN STREET, STE. 310
COLLEYVILLE, TX 76034

| | |
|---|---|
| Invoice No. | 78868 |
| Date | June 28, 2019 |
| Client No. | 3931 |

**STATEMENT**

PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

| | |
|---|---:|
| Retainer on file. | 7,000.00 |
| Progress billing on agreed upon procedures. | $18,480.00 |
| CURRENT INVOICE AMOUNT | 18,480.00 |
| PRIOR BALANCE | 0.00 |
| TOTAL AMOUNT DUE | $18,480.00 |
| Balance of retainer on file. | 7,000.00 |

Case 21-04071-elm Doc 36-21 Filed 03/21/22  Entered 03/21/22 14:39:42  Page 13 of 19
Exh DEF021 - Page 13 of 19

# Billing Worksheet
### Bill Manager - Client Master - Sort Name
### For the Period: 1/1/1990 - 6/28/2019
### WIP Approved ( 6/28/2019 )

**Bill Manager: RAY, KENT (104)**

|  |  | Eng Fee | FYE | WIP Thru 6/28/2019 | WIP | Progress | Net WIP | AR Balance |
|---|---|---|---|---|---|---|---|---|
| **Master Client: 3931 - ALVORD 287 JOINT VENTURE** | | | | | | | | |
| 0 - ALVORD 287 JOINT VENTURE | | 0.00 | Dec | 21480.00 | 21480.00 | 0.00 | 21480.00 | 0.00 |

**WIP - 0 - ALVORD 287 JOINT VENTURE -**

|  |  |  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/4/2019 | 255.00 | 0.25 | 63.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/4/2019 | 235.00 | 3.25 | 763.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/5/2019 | 235.00 | 6.50 | 1527.50 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/6/2019 | 235.00 | 3.00 | 705.00 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/7/2019 | 235.00 | 0.50 | 117.50 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/10/2019 | 235.00 | 2.50 | 587.50 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/11/2019 | 235.00 | 8.75 | 2056.25 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/11/2019 | 255.00 | 0.50 | 127.50 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/12/2019 | 255.00 | 0.75 | 191.25 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/12/2019 | 235.00 | 6.75 | 1586.25 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/13/2019 | 235.00 | 6.00 | 1410.00 |
| ACCT | 400 | 408 Miscellaneous Accounting S | RAY,KENT ( | 6/13/2019 | 255.00 | 0.25 | 63.75 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/17/2019 | 255.00 | 0.25 | 63.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/17/2019 | 235.00 | 0.25 | 58.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/18/2019 | 235.00 | 2.25 | 528.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/19/2019 | 235.00 | 8.00 | 1880.00 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/20/2019 | 235.00 | 9.00 | 2115.00 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/20/2019 | 255.00 | 0.50 | 127.50 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/21/2019 | 255.00 | 0.25 | 63.75 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/21/2019 | 235.00 | 1.50 | 352.50 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/24/2019 | 235.00 | 4.50 | 1057.50 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/24/2019 | 255.00 | 1.00 | 255.00 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/25/2019 | 235.00 | 6.50 | 1527.50 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/26/2019 | 235.00 | 8.75 | 2056.25 |
| ACCT | 400 | 408 Miscellaneous Accounting S | HENDRICK,K | 6/27/2019 | 235.00 | 8.25 | 1938.75 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/27/2019 | 255.00 | 0.75 | 191.25 |
| ACCT | 400 | 401 Write Up Services | RAY,KENT ( | 6/28/2019 | 255.00 | 0.25 | 63.75 |
| | | 400 Totals | | | | 91.00 | 21480.00 |
| | | ACCT Totals | | | | 91.00 | 21480.00 |
| | | 0 - ALVORD 287 JOINT VENTURE | | | | 91.00 | 21480.00 |

**Service Code Summary**

**BY SERVICE CODE**

| | | Hours | Amount |
|---|---|---|---|
| ACCT 400 401 Write Up Services | | 4.50 | 1147.50 |
| ACCT 400 408 Miscellaneous Accounting Serv | | 86.50 | 20332.50 |
| Totals | | 91.00 | 21480.00 |

**Current Yr History: Line1=Production, Line2=Billing, Line3=Payments**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 1077.50 | 1772.50 | 3026.25 | 10650.0 | 21480.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38006.25 |
| 0.00 | 0.00 | 2850.00 | 3030.00 | 10650.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16530.00 |
| 0.00 | 0.00 | 0.00 | -2850.00 | 0.00 | -13680.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -16530.0 |

**Prior Yr History: Line1=Production, Line2=Billing, Line3=Payments**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**No AR AGING as of 6/28/2019**

*[handwritten notes: "Frequent billing on agreement [illegible] $1848[illegible]"]*

# Billing Worksheet
Bill Manager - Client Master - Sort Name
For the Period: 1/1/1990 - 6/28/2019
WIP Approved ( 6/28/2019 )

**Bill Manager: RAY, KENT (104)**

| WIP AGING as of 6/28/2019 | Current | 31-60 | 61-90 | 91-120 | Over 120 | Total |
|---|---|---|---|---|---|---|
| 0 - ALVORD 287 JOINT VENTURE | 21480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21480.00 |

**AFI Mortgage**
Operating Account
62 Main Street, Suite 300
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

20332

7/12/2019

PAY TO THE ORDER OF  Milbern Ray and Company, LLP      $ **8,470.00

Eight Thousand Four Hundred Seventy and 00/100************************************************** DOLLARS

Milbern Ray and Company, LLP
4831 Merlot Avenue
STE 320
Grapevine, Texas 76051

MEMO

---

| | | | |
|---|---|---|---|
| Anson Financial, Inc. | | | 20332 |
| Milbern Ray and Company, LLP  Reimburse Expense | Inv#78782 | 7/12/2019 | 8,470.00 |
| Chase Bank | | | 8,470.00 |
| Anson Financial, Inc. | | | 20332 |
| Milbern Ray and Company, LLP  Reimburse Expense | Inv#78782 | 7/12/2019 | 8,470.00 |
| Chase Bank | | | 8,470.00 |



**STATEMENT**

MILBERN D. RAY, C.P.A., 1933-2006
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

*Milbern Ray and Company* L.L.P.
*Certified Public Accountants*

4831 Merlot Avenue, Suite 320
Grapevine, Texas 76051

P.O. Box 849
Bedford, Texas 76095-0849
(817) 552-7661 Metro (817) 552-2895
FAX (817) 552-1391
www.milbernray.com

ALVORD 287 JOINT VENTURE
62 MAIN STREET, STE. 310
COLLEYVILLE, TX 76034

| | |
|---|---|
| Invoice No. | 78868 |
| Date | June 28, 2019 |
| Client No. | 3931 |

## STATEMENT

PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

| | |
|---|---:|
| Retainer on file. | 7,000.00 |
| Progress billing on agreed upon procedures. | $18,480.00 |
| CURRENT INVOICE AMOUNT | 18,480.00 |
| PRIOR BALANCE | 0.00 |
| TOTAL AMOUNT DUE | $18,480.00 |
| Balance of retainer on file. | 7,000.00 |

JPMorgan Chase & Co.

**AFI Mortgage**
Operating Account
62 Main Street, Suite 300
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

20332

7/12/2019

PAY TO THE ORDER OF ___ Milbern Ray and Company, LLP

$ **8,470.00

Eight Thousand Four Hundred Seventy and 00/100******************************************************** DOLLARS

Milbern Ray and Company, LLP
4831 Merlot Avenue
STE 320
Grapevine, Texas 76051

MEMO

For Deposit only
Cust: Milbern Ray & Company LLP
Loc: Milbern Ray & Company LLP

© 2016 JPMorgan Chase & Co.

