## Chase Online

ANSON OPERATING ACCT (...9350)

**Check Number:** 17620     **Post Date:** 10/04/2016     **Amount of Check:** $89,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2018 JPMorgan Chase & Co.

## Chase Online

ANSON OPERATING ACCT (...9350)

**Check Number:** 17635  **Post Date:** 10/14/2016  **Amount of Check:** $35,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2018 JPMorgan Chase & Co.

**Chase Online**

ANSON OPERATING ACCT (...9350)

**Check Number:** 17752    **Post Date:** 11/30/2016    **Amount of Check:** $19,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2018 JPMorgan Chase & Co.

**Chase Online**

ANSON OPERATING ACCT (...9350)

**Check Number:** 18184     **Post Date:** 04/19/2017     **Amount of Check:** $20,000.00



**Need help printing or saving this check?**

**Need help printing or saving this check?**

© 2018 JPMorgan Chase & Co.

**Chase Online**

ANSON OPERATING ACCT (...9350)

**Check Number:** 18284   **Post Date:** 05/24/2017   **Amount of Check:** $30,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2018 JPMorgan Chase & Co.

**Chase Online**

ANSON OPERATING ACCT (...9350)

**Check Number:** 18582    **Post Date:** 09/15/2017    **Amount of Check:** $30,000.00



**Need help printing or saving this check?**

**Need help printing or saving this check?**

© 2018 JPMorgan Chase & Co.



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information                                                                10/28/17 8:14 PM

| Cause Number: | 342-288776-16 | | Date Filed: 11-07-2016 |
|---|---|---|---|
| FRAZIER ASSET MANAGEMENT, INC. | | \| VS \| | ANSON FINANCIAL, INC. |
| Cause of Action: | OTHER CIVIL, OTHER | | |
| Case Status: | PENDING | | |

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 11-07-2016 | PLTF'S ORIG PET & DEMAND FOR ACCOUNTING | N  I | 284.00 | |
| 11-07-2016 | COURT COST (PAID) trans #1 | Y | | 284.00 |
| 11-07-2016 | CIVIL CASE INFO SHEET | | | 0.00 |
| 11-14-2016 | LTR-REQ FOR CIT | I | | 0.00 |
| 11-14-2016 | CIT-ISSUED ON ANSON FINANCIAL INC-On 11/15/2016 | N    Svc | 8.00 | |
| 11-14-2016 | COURT COST (PAID) trans #5 | Y | | 8.00 |
| 11-18-2016 | CIT RETURN-ANSON FINANCIAL | I | | 0.00 |
| 11-18-2016 | CIT Tr# 5 RET EXEC(ANSON FINANCIAL INC) On 11/16/2 016 | I | | 0.00 |
| 12-12-2016 | DEFN'S ORIG ANS-ANSON FINANCIAL INC | I | | 0.00 |
| 12-12-2016 | DEFN'S PLEA IN ABATEMENT | I | | 0.00 |
| 12-14-2016 | LTR-HRG 2/16/17 @11:00 AM | I | | 0.00 |
| 01-13-2017 | VAC LTR-CALEB MOORE | I | | 0.00 |
| 02-03-2017 | LTR-HRG 2/16/17 @11:00 CANCELED | I | | 0.00 |
| 02-03-2017 | DEFN'S TRAD MTN FOR SJ | I | | 0.00 |
| 02-07-2017 | PLTF'S 1ST AMD PET & DEMAND FOR ACCOUNTING (+1PLTF) | I | | 0.00 |
| 02-15-2017 | LTR FROM THE CT RE: TRIAL 1/16/18 | I | | 0.00 |
| 03-08- | LTR-PLTF'S REQ FOR NON-JURY TR WK OF 1/16/18 | I | | 0.00 |

| Date | Description | | Amount |
|---|---|---|---|
| 03-08-2017 | | | 2017 |
| 03-08-2017 | JURY FEE PD PLTF | N | 40.00 |
| 03-08-2017 | COURT COST (PAID) trans #18 | Y | 40.00 |
| 04-03-2017 | LTR FROM THE CT RE: TRIAL 1/22/18 | I | 0.00 |
| 04-17-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | 20,000.00 |
| 04-18-2017 | Registry Investment | Y | -20,000.00 |
| 05-22-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | 30,000.00 |
| 05-24-2017 | Registry Investment | Y | -30,000.00 |
| 06-05-2017 | NOT OF HRG (8/3/17 @ 10AM) | I | 0.00 |
| 07-27-2017 | B FRAZIER MGMT'S RESP TO DEFN'S TRAD MTN FOR SJ | I | 0.00 |
| 07-28-2017 | LTR FROM ATTY ANKELE RE: CANCELED HRG | I | 0.00 |
| 09-06-2017 | MTN FOR SUB OF COUNSEL | I | 0.00 |
| 09-13-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | 30,000.00 |
| 09-15-2017 | Registry Investment | Y | -30,000.00 |
| 09-18-2017 | 1ST AMD MTN FOR SUB OF COUNSEL | I | 0.00 |
| 09-18-2017 | ORDER FOR SUBSTITUTION OF COUNSEL | I | 0.00 |
| 10-12-2017 | DEFN'S 1ST AMD PLEA IN ABATEMENT | I | 0.00 |
| 10-17-2017 | DEFN'S 1ST AMD ANS | I | 0.00 |
| 10-17-2017 | DEFN'S MTN QUASH & FOR PROTECTION FROM PLTFS' NOT OF INTENT TO TAKE ORAL DEPO OF J MICHAEL FERGUSON | I | 0.00 |
| 10-17-2017 | PROPOSED ORD GRANTING MTN QUASH | I | 0.00 |
| 10-19-2017 | PLTF'S 2ND AMD PET & DEMAND FOR ACCOUNTING | I | 0.00 |
| 10-19-2017 | VERIFIED RESP TO DEFNS AMD MTN TO ABATE | I | 0.00 |
| 10-20-2017 | RESP TO MTN TO QUASH & FOR PROTECTION & MTN TO COMPEL DEPOSITION OF J MICHAEL FERGUSON | I | 0.00 |
| 10-20- | NOT OF HRG 12/7/17 @1O AM | I | 0.00 |

| | | | |
|---|---|---|---|
| 10-23-2017 | NOT OF HRG 12/8/17 @10 AM | I | 0.00 |
| 10-27-2017 | MTN TO RELEASE FUNDS HELD IN REGISTRY OF COURT; ALT MTN TO COMPEL ALL FUNDS OBTAINED FROM JOINT VENTURE PLACED IN THE COURT'S REGISTRY | I | 0.00 |
| 10-27-2017 | CERT OF CONF FOR PLTFS' MTN TO COMPEL | I | 0.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster