# Discovery Records, Inc.

www.discoveryrecordsinc.com

1290 S. Main Street, Suite 108
Grapevine, Texas 76051
Ph. 817-424-3672 Fax 817-424-3692
Toll Free 866-4MEDREC

| | |
|---|---|
| For: | Nate Richards<br>Ferguson & Associates, LLC<br>62 Main Street, Suite 310<br>Colleyville, TX 76034 |
| Records on: | Brian H. Frazier |
| Records Location:<br>Type/Scope: | Gongloff Piechowiak Law, PLLC<br>ATTORNEY FILE |
| Your file:<br>Cause No. | Frazier v Anson<br>342-288776-16 |
| Records thru: | 10/03/2018 |

| | | |
|---|---|---|
| FRAZIER ASSET<br>MANAGEMENT, INC | § § § | IN THE DISTRICT COURT |
| VS | § § | TARRANT COUNTY, TEXAS |
| ANSON FINANCIAL, INC. | § § | 342ND JUDICIAL DISTRICT |

Copies of this record have been ordered by the following counsel(s):

Discovery Records File No. 187177

# Volume I

# Discovery Records, Inc.

www.discoveryrecordsinc.com

1290 S. Main Street, Suite 108
Grapevine, Texas 76051
Ph. 817-424-3672  •  Fax 817-424-3692
Toll Free 866-4MEDREC

Cause No. 342-288776-16

| FRAZIER ASSET MANAGEMENT, INC | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS | § | TARRANT COUNTY, TEXAS |
| | § | |
| | § | |
| ANSON FINANCIAL, INC. | § | 342ND JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:     Plaintiff(s), by and through their Attorney of Record:
        Caleb Moore
        2205 Martin Drive
        Suite 200
        Bedford, TX  76021
        817-934-7944  Fax 817-581-2540
        And the witnesses as identified in the attached deposition(s)

You will please take notice that after (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of the witness: CUSTODIAN OF CASE FILE RECORDS FOR:

Gongloff Piechowiak Law, PLLC
1701 West Northwest Highway, Suite 100
Grapevine, TX 76051                    682-651-8158

Before a Notary Public, or other Officer authorized to administer oaths, with Discovery Records Inc, 1290 S. Main Street, Suite 108, Grapevine, Texas 76051, or their designated agent; at the office of the summoned witness.

Which deposition with attached questions and exhibits may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under **Rule 200, Texas Rules of Civil Procedure,** to the Officer authorized to take this deposition to issue a **Subpoena Duces Tecum** and cause it to be served on the witness to produce:

ANY AND ALL RECORDS, DOCUMENTS, AND TANGIBLE ITEMS (INCLUDING ELECTRONIC OR MAGNETIC DATA), AS REQUESTED IN THE ATTACHED

EXHIBIT "A"

and turn such records over to the Officer authorized to take this deposition so that inspection and photocopying of the same may be made and attached to said deposition.

Discfile/187177

Respectfully submitted:

_James Nathan "Nate" Richards_
State Bar No. 24091810

Ferguson & Associates, LLC
62 Main Street, Suite 310
Colleyville, TX  76034
Phone 817-778-4159  Fax 817-485-1117
_nate@fnalegal.com_

Attorney for:  Defendant,
Anson Financial, Inc.

## Certificate of Service

I certify that a true and exact copy of the foregoing Notice of Intention To Take Deposition by Written Questions was provided to the respective parties or attorneys of record, pursuant to Rule (21a), by:

_____ Certified mail, postage prepaid         Date: _09/11/2018_

_____ Hand delivery

__X__ Telephonic document transfer         By: _____

Sworn to and subscribe before me on this the 11th day of September, 2018.

Notary Public in and for the
State of Texas

DAVID B MARTIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/17/18

# Subpoena Duces Tecum

The State of Texas

To any Sheriff, Constable, or other person authorized to serve and execute subpoenas as provided in Rule 176, Texas Rules of Civil Procedure.  Greetings:

**You are hereby commanded to subpoena and summon the following witness:**
> Custodian of CASE FILE Records for:
> **Gongloff Piechowiak Law, PLLC**
> 1701 West Northwest Highway, Suite 100
> Grapevine, TX 76051                          682-651-8158

to be and appear before a Notary Public with Discovery Records Inc., 1290 S. Main Suite 108 Grapevine, Texas 76051, 817-424-3672 fax 817-424-3692 or their designated agent, on or before twenty (20) days from the date of service hereof, at the office of the summoned witness, and there to give answers under oath to certain written questions being propounded, and to bring and produce for inspection and photocopying:

**ANY AND ALL RECORDS, DOCUMENTS, AND TANGIBLE ITEMS (INCLUDING ELECTRONIC OR MAGNETIC DATA), AS REQUESTED IN THE ATTACHED**

**EXHIBIT "A"**

Then and there to give evidence, at the instance of the Defendant in that certain Cause No. 342-288776-16 pending on the docket of the DISTRICT Court in the 342ND JUDICIAL DISTRICT of TARRANT County, Texas, styled:

FRAZIER ASSET MANAGEMENT, INC                          VS.                ANSON FINANCIAL, INC.

and there to remain from day to day and time to time until discharged according to law.  This subpoena is issued under and by virtue of a notice duly served upon all parties according to law, and pursuant to Rule 509 (e) of the Texas Rules of Evidence.

**Rule 176.8 Enforcement of Subpoena. (a)** *Contempt.* Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

**Witness my hand**
This the 11th day of September 2018

_Rachel Short_
Notary Public, State of Texas
My Commission Expires
4:10.19

**Signature of Issuing Officer,** or a
Notary Public for the State of Texas

Requested by:
Nate Richards
Attorney for Defendant
State Bar No. 24091810

------------------Officer's Return------------------

Came to Hand this the 13th day of September, 2018 and executed by delivering a true copy hereof to the within named witness: _Christy_ . Returned this 13th day of September, 2018.

**Signature of Server**

MARK SCARBROUGH
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/23/19

Discfile/187177

# Exhibit A

**DEFINITIONS:**

The term "FAM" can reference Brian H. Frazier individually, Frazier Asset Management, Inc., B. Frazier Management, LLC, and B. Frazier Management, Inc.

**REQUEST FOR PRODUCTION:**

1. The contract between Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC and the following:
   a. Brian H. Frazier
   b. Frazier Asset Management, Inc.
   c. B. Frazier Management, LLC
   d. B. Frazier Management, Inc.
   e. 287 Alvord Joint Venture

2. The referral agreement between the attorney and/or law firm that referred the case to Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC regarding FAM and/or the 287 Alvord Joint Venture.

3. The referral agreement between Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC and Caleb Moore regarding FAM and/or the 287 Alvord Joint Venture.

4. Kelly Gongloff's and/or Gongloff Piechowiak Law, PLLC's billing records regarding the following:
   a. Brian H. Frazier
   b. Frazier Asset Management, Inc.
   c. B. Frazier Management, LLC
   d. B. Frazier Management, Inc.
   e. 287 Alvord Joint Venture

5. The referral fees paid to Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC by Caleb Moore regarding FAM and/or the 287 Alvord Joint Venture.

6. The referral fees paid from Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC to another attorney and/or law firm regarding FAM and/or the 287 Alvord Joint Venture.

7. Communications to or from Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC regarding FAM and/or the 287 Alvord Joint Venture and the following:
   a. Derek Hausheer
   b. Ashleigh Renfro
   c. Renfro Hausheer, PLLC
   d. Ian Ghrist
   e. Ghrist Law Firm, PLLC
   f. DIA Servicing, LLC

8. Copies of payments from FAM and/or the 287 Alvord Joint Venture to Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC.

9. Copies of checks paying referral fees to or paying referral fees from Kelly Gongloff and/or Gongloff Piechowiak Law, PLLC related to FAM and/or the 287 Alvord Joint Venture.

# Discovery Records, Inc.

www.discoveryrecordsinc.com

1290 S. Main Street, Suite 108
Grapevine, Texas 76051
Ph. 817-424-3672 ◆ Fax 817-424-3692
Toll Free 866-4MEDREC

Cause No. 342-288776-16

| FRAZIER ASSET MANAGEMENT, INC. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS | § | TARRANT COUNTY, TEXAS |
| | § | |
| | § | |
| ANSON FINANCIAL, INC. | § | 342ND JUDICIAL DISTRICT |

### Direct Questions Propounded to the Witness,
### Custodian of CASE FILE Records for:

**Gongloff Piechowiak Law, PLLC**
1701 West Northwest Highway, Suite 100
Grapevine, TX 76051

1. Please state your full name, business address, telephone number, and title.

   Answer: _Kelly Gongloff, Attorney, 1701 W. NW Hwy #100 Grapevine TX 76051  (682) 651-8158_

2. Did you receive a subpoena to appear and bring with you for inspection and photocopying:
   ANY AND ALL RECORDS, DOCUMENTS, AND TANGIBLE ITEMS (INCLUDING ELECTRONIC OR MAGNETIC DATA), AS REQUESTED IN THE ATTACHED

   EXHIBIT "A"

   Answer: _Yes._

3. Have records in any form been made or caused to be made by **Gongloff Piechowiak Law, PLLC**?

   Answer: _Yes_

4. Are you able to identify these records as the original or true and correct photostatic copies of the original?

   Answer: _Yes_

5. Are these records under your care, supervision, direction, and custody or control; or at your access?

   Answer: _Yes_

6. Were these records made and kept in the regular course of your business?

   Answer: _Yes_

Discfile/187177

7. In the regular course of your business, did the person who signed or otherwise create these records have personal knowledge of the activity or event recorded in these records; or obtain the information to make the entries in these records from persons or sources who have such personal knowledge?

   Answer: _Yes_

8. Were these records made at or near the time of the activity or event recorded on these records, or reasonably soon thereafter?

   Answer: _Yes_

9. Please hand exact duplicates of all such records as outlined in the Subpoena Duces Tecum to the Officer taking your deposition, or the originals thereof for inspection and photocopying, so that they may be attached to this deposition. Have you done as requested?

   Answer: _Flash Drive provided as approved by Rachel Short_

10. Have you been requested, or has it been suggested to you by any person (whether doctor, lawyer, patient or employee) that any part of the records subject to the subpoena be withheld or protected from discovery? If so, please provide the name, address and phone number of that person.

    Answer: _No._

11. If you have not copied all of the records subject to this subpoena, please provide the name, address, phone number, department, or facility where these records can be located?

    Answer: _Check Deposit unavailable. See BB+T._

_____

_____
Witness, Custodian of Records

I, _Lisa Hoffman_, a Notary Public in and for the State of _PA_ do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me.

Given under my hand and seal of office on this the _2_ day of _October_, 20 _18_.

_____
Notary Public in and for
The State of _PA_
My Commission expires _9/11/22_

Commonwealth of Pennsylvania-Notary Seal
Lisa M. Hoffman, Notary Public
Cambria County
My commission expires September 11, 2022
Commission number 1169468

Discfile/187177

# Discovery Records, Inc.

www.discoveryrecordsinc.com

1290 S. Main Street, Suite 108
Grapevine, Texas 76051
Ph. 817-424-3672 ♦ Fax 817-424-3692
Toll Free 866-4MEDREC

Cause No. 342-288776-16

| | | |
|---|---|---|
| FRAZIER ASSET MANAGEMENT, INC | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS | § | TARRANT COUNTY, TEXAS |
| | § | |
| | § | |
| ANSON FINANCIAL, INC. | § | 342ND JUDICIAL DISTRICT |

## AFFIDAVIT

THE STATE OF _Pennsylvania_ §
COUNTY OF _Cambria_ §
§

Re: Brian H. Frazier

BEFORE ME, the undersigned authority, personally appeared _Kelly D. Gongloff_,
Who, being by me duly sworn, deposed as follows:

My name is _KELLY D. Gongloff_, I am of sound mind, capable of making this Affidavit, and
personally acquainted with the facts herein stated:

I am the custodian of the records of Gongloff Piechowiak Law, PLLC.
* 1 FLASH DRIVE/CD
Attached hereto are _10,000_ pages of records from Gongloff Piechowiak Law, PLLC.
These said _10,000_ pages of records are kept by Gongloff Piechowiak Law, PLLC in the regular course of business, and it was in
the regular course of business of Gongloff Piechowiak Law, PLLC for an employee or representative of Gongloff Piechowiak
Law, PLLC with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit
information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The
records attached hereto are the original or exact duplicates of the original.

AFFIANT

SWORN TO AND SUBSCRIBED before me on the _2_ day of _October_, 20_18_.

Notary Public Signature, State of _PA_

_Lisa M Hoffman_
Notary Printed Name
My commission expires: _9/11/22_

Commonwealth of Pennsylvania-Notary Seal
Lisa M. Hoffman, Notary Public
Cambria County
My commission expires September 11, 2022
Commission number 1169468

Discfile/187177

# Discovery Records, Inc.

www.discoveryrecordsinc.com

1290 S. Main Street, Suite 108
Grapevine, Texas 76051
Ph. 817-424-3672 Fax 817-424-3692
Toll Free 866-4MEDREC

Thomas A. Wilder
Tarrant District Clerk
Tom Vandergriff Civil Courts Building
100 North Calhoun, 5th Floor
Fort Worth, TX   76196

## Cause No.  342-288776-16

| | | |
|---|---|---|
| FRAZIER ASSET MANAGEMENT, INC | § § § | IN THE DISTRICT COURT |
| VS | § § § | TARRANT COUNTY, TEXAS |
| ANSON FINANCIAL, INC. | § § | 342ND JUDICIAL DISTRICT |

Re:           Deposition by written questions propounded to the Witness:
              Custodian of ATTORNEY FILE Records for: Gongloff Piechowiak Law, PLLC

Pertaining to:   Brian H. Frazier

The deposed witness was duly sworn in and the attached transcript is a true recording of the testimony given by the witness. The deposition was signed by the witness and submitted on **10/30/2018**. Any changes made by the witness are incorporated and attached to the original. The original transcript and copies of all exhibits have been returned to the party who asked the first question for use at trial. A copy of this certification is being provided to all parties in accordance with TRCP Rule 203.3.  The charges for preparing the original deposition are hereby submitted as taxable court costs, at the instance of the **Defendant**, by and through attorney of record: **Nate Richards, Bar Number 24091810** and **Total $1,283.50**.

cc:    Caleb Moore, 2205 Martin Drive, Suite 200 Bedford, TX 76021          Fax  817-581-2540

I certify that a true and correct copy of the foregoing instrument was served and delivered to all parties of record.

Date:    10/30/2018

By:_____
courtfiling@discoveryrecordsinc.com

Notary Public in and for the State of Texas
My commission expires: 10-17-2022

DAVID B MARTIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/17/22
NOTARY ID 191557-4

DiscFile 187177