Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Brian Frazier and B. Frazier Management, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: § § § | | Case No. 21-41517-elm11 |
| ANSON FINANCIAL, INC. § § | | |
| Debtor. § § § | | |
| B. FRAZIER ASSET MANAGEMENT, INC. § F/K/A FRAZIER ASSET MANAGEMENT, § INC., AND BRIAN H. FRAZIER § INDIVIDUALLY § § | | Adv. No. 21-04071 |
| Plaintiffs, § § v. § § ANSON FINANCIAL, INC. § § Defendant. § § § | | Removed From: Cause No. 342-288776-16; 342nd Judicial District Court Tarrant County, Texas  Docket Call: April 4, 2022 Time: 1:30 P.M. |

# PLAINTIFFS' EXHIBIT LIST

To: Anson Financial, Inc., through their counsel, Kathryn Magan at Magan Law, PLLC, 62 Main St., Ste. 310, Colleyville, Texas 76034 and Jeff Carruth at Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd., Suite 201, Arlington, Texas 76105

    B. Frazier Asset Management, Inc. and Brian Frazier (jointly referred to as "FAM") hereby designates the following possible Exhibits for use at trial and files this Plaintiff's Exhibit List pursuant to the Scheduling Order.

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | JV Agreement with Amendments | | | |
| 2. | JMF's letter dated 9.9.14 | | | |
| 3. | Brian Frazier's letter dated 9.18.14 | | | |
| 4. | Kathy Bond's letter dated 1.12.15 | | | |
| 5. | Emails between Kathy Bond and JMF January 2015 | | | |
| 6. | Kathy Bond's letter dated 2.26.15 | | | |
| 7. | Kathy Bond and JMF Emails 3.25.15 – 3.27.15 | | | |
| 8. | Kathy Bond and JMF Emails 3.29.15 – 3.31.15 | | | |
| 9. | Certified letter from Kathy Bond to JMF 3.31.15 | | | |
| 10. | Email between Kathy Bond and Jay Lesok 4.2.15 - 4.3.15 | | | |
| 11. | Emails between Kathy Bond and JMF 4.3.15 - 4.6.15 | | | |
| 12. | Email between Kathy Bond and JMF 4.6.15 and earlier | | | |
| 13. | Letter from JMF with $89,000.00 check | | | |
| 14. | Emails between Kelly Gongloff and JMF 9.30.16 – 10.11.16 | | | |
| 15. | Kelly Gongloff's demand letter 10.4.16 | | | |
| 16 | Last Emails between Kelly Gongloff and JMF 10.11.16 | | | |
| 17. | 2014 P&Ls and Balance Sheets, printed on 3.29.15 | | | |
| 18. | 2017 Year End doc, produced to us 1.3.19 | | | |
| 19. | Balance Sheet 1998 – 2018 received on 5.2.19 | | | |

| | | | | |
|---|---|---|---|---|
| 20. | Profit and Loss 1998 – 2018 received on 5.2.19 | | | |
| 21. | P&L and Balance Sheets from 2014-1st qtr. 2017 from Dropbox link received on 12.19.18 | | | |
| 22. | 2016 Balance Sheet | | | |
| 23. | 2015 Year End Balance Sheet, printed 9.30.16 | | | |
| 24. | 2014 – 2015 Profit and Loss, printed 9.30.16 | | | |
| 25. | Cashmire Notice April 7, 2011 | | | |
| 26. | Cashmire Notice July 5, 2011 | | | |
| 27. | Cashmire Notice May 29, 2014 | | | |
| 28. | Cashmire Notice May 30, 2014 | | | |
| 29. | Emails With JMF re: HOA and Road Issues 2.16.18 | | | |
| 30. | Diamond Ridge (DR) Articles of Incorporation 8.25.00 | | | |
| 31. | Letter from CM to JMF re: Road Issues 2.16.18 | | | |
| 32. | Facebook pages re: HOA complaints | | | |
| 33 | Old closings, disclosures, road notice examples | | | |
| 34. | Diamond Ridge (DR) Reservations & Restrictions | | | |
| 35. | Example of Notesmith files | | | |
| 36. | Example of Sales Contract | | | |
| 37. | Pages from P&L and B/S 2014 – 1st Quarter 2017 | | | |
| 38. | 2015 Year End P&L and B/S | | | |
| 39. | Pages of Statements from J. Michael Ferguson, P.C. | | | |

| | | | | |
|---|---|---|---|---|
| 40. | Deed in Lieu of Foreclosure to Alvord 287 | | | |
| 41. | Order Appointing Auditor 10.23.18 | | | |
| 42. | Order Appointing Alternate Auditor 1.18.19 | | | |
| 43. | Alvord JV Assumed Name Certificate 9.17.14 | | | |
| 44. | Anson letter re: septic repair 2.6.15 | | | |
| 45. | Pages of Statements from Anson Financial, Inc. | | | |
| 46. | Letter from CM to JMF re: IRS Lien Release 2.7.19 | | | |
| 47. | Anson Check dated 11.22.16 | | | |
| 48. | Redemption offer from Anson Financial, Inc. 4.24.19 | | | |
| 49. | Monthly Report October 2014-December 2017 | | | |
| 50. | Milburn Ray Final Report | | | |
| 51. | Example Deed of Trust | | | |
| 52. | Chase Bank Monthly Balance | | | |
| 53. | Milburn Ray Sign Engagement Letter, Ferguson | | | |
| 54. | Milburn Ray Sign Engagement Letter, Frazier | | | |
| 55. | Ferguson Letter to Milburn Ray 9.16.19 | | | |
| 56. | Milburn Ray Notice of Termination 10.7.19 | | | |
| 57. | FAM, Inc. Letter of Reinstatement 9.21.1995 | | | |
| 58. | FAM, Inc. Forfeiture 2.19.1997 | | | |
| 59. | FAM, Inc. Forfeiture 8.22.2003 | | | |

| | | | | |
|---|---|---|---|---|
| 60. | FAM, Inc. Application for Reinstatement 9.8.2003 | | | |
| 61. | FAM, Inc. Forfeiture 7.8.2005 | | | |
| 62. | FAM, Inc. Application for Reinstatement 12.16.2011 | | | |
| 63. | FAM, Inc. Certificate of Formation 11.14.2016 | | | |
| 64. | FAM, Inc. TX SOS Filing History | | | |
| 65. | FAM, Inc. TX SOS Management | | | |
| 66. | FAM, Inc. TX SOS Registered Agent | | | |
| 67. | B. Frazier Management, Inc. TX SOS Filing History | | | |
| 68. | Certified Copy of Judgment dated 10.9.18 | | | |
| 69. | Certified Copy of Order for $700K Sanctions 6.24.19 | | | |
| 70. | Certified Copy of Order for $98K Sanctions 9.11.19 | | | |
| 71. | Certified Copy of Order on Motion to Compel Transfer of Assets 5.26.20 | | | |
| 72. | Certified Copy of Order as to Sanctions and Contempt 11.19.20 | | | |
| 73. | JMF Affidavit from Motion to Dismiss Appointment for Receiver 12.30.16 | | | |
| 74. | Balance Sheet by month, May – December 2018 | | | |
| 75. | Profit and Loss by month 2018 | | | |
| 76. | Balance Sheet by month 2019 | | | |
| 77. | Profit and Loss by month 2019 | | | |
| 78. | Balance Sheet by month 2020 | | | |
| 79. | Profit and Loss by month 2020 | | | |

| | | | | |
|---|---|---|---|---|
| 80. | Balance Sheet by month 2021 | | | |
| 81. | Profit and Loss by month 2021 | | | |
| 82. | June 2016 Chase Bank Statement for Account ending in 9350 | | | |
| 83. | August 2016 Chase Bank Statement for Account ending in 9350 | | | |
| 84. | August 2018 Chase Bank Statement for Account ending in 9350 | | | |
| 85. | September 2018 Chase Bank Statement for Account ending in 9350 | | | |
| 86. | October 2018 Chase Bank Statement for Account ending in 9350 | | | |
| 87. | JMF Deposition Excerpt Account ending in 9350 | | | |
| 88. | HOA Forfeiture | | | |
| 89. | Plat of Diamond Ridge | | | |
| 90. | JV Warranty Deed | | | |
| 91. | Email Re: Auditor from 11.13.18 | | | |
| 92. | Email Re: Real Estate Calculations 7.1.19 | | | |
| 93. | Email Re: Lot 19 HUD Statement 7.16.19 | | | |
| 94. | Example of another Sales Contract | | | |
| 95. | Closing document | | | |
| 96. | Contract showing terms | | | |
| 97. | Private Road Notice | | | |
| 98. | Law Firm of Caleb Moore, PLLC Contract, CV and Billing Summaries | | | |
| 99. | Oct. 26, 2021 - The Alvord 287 Joint Venture Records | | | |

| 100. | Oct. 26, 2021 - Anson Financial, Inc. Records | | | |
|---|---|---|---|---|
| 101. | Composite of Anson's MORs | | | |

Plaintiffs reserve the right to amend or supplement this exhibit list.

If necessary, Plaintiff will rely on Rule 807 of the Federal Rules of Evidence to admit into evidence any one or more of the listed Exhibits and/or any other exhibits offered into evidence by the United States at trial.

Plaintiffs further reserve the right to introduce any other documents into evidence as rebuttal/impeachment exhibits, whether listed herein or not.

Dated: March 21, 2022

        Respectfully submitted,

        /s/ Lyndel Anne Vargas
        Lyndel Anne Vargas
        State Bar No. 24058913
        CAVAZOS HENDRICKS POIROT, P.C.
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX 75202
        Phone: (214) 573-7344
        Fax: (214) 573-7399
        Email: LVargas@chfirm.com

        Attorneys for Brian Frazier and B. Frazier Management, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 21st day of March, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

        /s/ Lyndel Anne Vargas
        Lyndel Anne Vargas