Brian Frazier
3345 Western Center Blvd #160
Fort Worth, TX 76137

January 12, 2015

Anson Financial, Inc.
1270 Hall Johnson Road #100
Colleyville, TX 76034
RE: Address Change – Alvord 287 JV

Please note we have moved to;

Alvord 287 Joint Venture
Brian Frazier
3345 Western Center Blvd
#160
Fort Worth, TX 76137

817.847.7851

Can you please send us the year end reports?

Thank you,

*Kathy*

Kathy Bond
Office Manager

PLs' Exhibit 4

010532