# J. Michael Ferguson

| | |
|---|---|
| **From:** | J. Michael Ferguson |
| **Sent:** | Wednesday, February 11, 2015 9:57 PM |
| **To:** | Kathy Bond |
| **Cc:** | Jessica Dorsett |
| **Subject:** | RE: Alvord 287 Joint Venture - From Brian Frazier |

Kathy,

I apologize, I meant to email you back.  Alvord got sued on 2 loans for delinquent taxes.  We paid all the property taxes under Alvord's name and we were going through the loans and checking the taxes.  I will she if Jessica has finished.  We paid the taxes on 2 of the lawsuits and we will on any other delinquent taxes to prevent the cost of lawsuits.  Jessica will also send a copy of all the taxes paid.  We will get back with you tomorrow.

Thanks,
Mike


J. Michael Ferguson, P.C.
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
Phone (817)267-1008 Ext. 7004
Direct Line (817)756-2799
Fax (817)485-1117

THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE
This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies.



-----Original Message-----
From: Kathy Bond [mailto:kbond@kairoshomesllc.com]
Sent: Wednesday, February 11, 2015 4:17 PM
To: J. Michael Ferguson
Subject: RE: Alvord 287 Joint Venture - From Brian Frazier

Hello Mike,

The last we spoke, January 14th,  you stated you were mailing the annual reports and a check to Brian - but we have not received anything yet?

Please advise.

1

PLs' Exhibit 5                                                                                                                    010915

Thank you!

Kathy
817.847.7851

-----Original Message-----
From: J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
Sent: Thursday, January 15, 2015 10:05 AM
To: Kathy Bond
Subject: RE: Alvord 287 Joint Venture - From Brian Frazier

Ok thank you


J. Michael Ferguson, P.C.
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
Phone (817)267-1008 Ext. 7004
Direct Line (817)756-2799
Fax (817)485-1117

THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE
This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies.



-----Original Message-----
From: Kathy Bond [mailto:k.bond@kairoshomes.net]
Sent: Thursday, January 15, 2015 10:04 AM
To: J. Michael Ferguson
Subject: RE: Alvord 287 Joint Venture - From Brian Frazier

Ok, thank you.

My email address is also changing.  kbond@kairoshomesllc.com

Thank you,
Kathy
817.847.7851

-----Original Message-----
From: J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
Sent: Thursday, January 15, 2015 9:39 AM
To: Kathy Bond
Subject: RE: Alvord 287 Joint Venture - From Brian Frazier

PLs' Exhibit 5

010916

Kathy,

We received the new address.

Thank you,
Mike

J. Michael Ferguson, P.C.
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
Phone (817)267-1008 Ext. 7004
Direct Line (817)756-2799
Fax (817)485-1117

THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE
This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies.

-----Original Message-----
From: Kathy Bond [mailto:k.bond@kairoshomes.net]
Sent: Thursday, January 15, 2015 9:35 AM
To: J. Michael Ferguson
Subject: RE: Alvord 287 Joint Venture - From Brian Frazier

Mike,

Ok, Thank you.

I sent you our new address, please let me know if you don't have that yet.

Kathy

-----Original Message-----
From: J. Michael Ferguson [mailto:mike@jmichaelferguson.com]
Sent: Wednesday, January 14, 2015 3:58 PM
To: Kathy Bond
Subject: Re: Alvord 287 Joint Venture - From Brian Frazier

Kathy
Let Brian know I will have everything to him next week including check for
2014 profits Thanks Mike

3

PLs' Exhibit 5

010917

Sent from my IPhone

> On Jan 13, 2015, at 12:32 PM, Kathy Bond <k.bond@kairoshomes.net> wrote:
>
> Good afternoon Mike,
>
> Brian would like to see the last 6th months worth of bank statements, please. Would that be available?
>
> We also received the attached letter, that Brian suggested I forward
> to
you.
>
> Thank you,
> Kathy
>
> Kathy Bond
>
> Office Manager
> Kairos Homes, LLC
> 817.691.9935 Mobile
> 817.439.6799 Fax
>
> PLEASE TAKE NOTE:
> We are MOVING Effective 11/21/14
> 3345 Western Center Blvd. #160
> Fort Worth, TX 76137
>
> Our Old Address:
> 4001 Airport FWY #190
> Bedford, TX 76021
>
>
> <17928 FM 1173 Notice of Intent - Alvord 287 JV for M. F.pdf>

PLs' Exhibit 5    010918