February 26, 2015            ***SENT CERTIFIED***

J. Michael Ferguson, P.C.

1210 Hall Johnson Road # 100

Colleyville, TX 76034

RE: Alvord 287 Joint Venture 2014

Michael,

Please send to Brian Frazier the following information as agreed upon in the Alvord 287 Joint Venture Agreement:

1. Bank Statements – A copy of each month for the year 2014
2. Monthly Service Reports for 2014
3. A list of available land to be sold in the joint venture.

You and I communicated, via email, back on February 11, 2015 and you stated at that time you would be getting back to me by February 12th 2015 and sending over our reports, bank statements and related distribution check and I have not heard from you.

Jay and Brian had a long standing relationship – where Jay would take the late fees out of any payment and deposit the rest. Then twice a year, July/December we would receive a check and related reports. The agreement states you would pay any bill and then split the remainder of the money. However, we have not received any information from you for 2014.

Please sent the requested information now, as it is past due.

Thank you,

*Kathy Bond*

Kathy Bond

Frazier Asset Management

3345 Western Center Blvd #160

Fort Worth, TX 76137

817.847.7851

PLs' Exhibit 6

010533

**CERTIFIED MAIL**

7014 2120 0004 5413 7498

Brian Frazier
3345 Western Center Blvd. Ste. 160
Fort Worth, Texas 76137

J. Michael Ferguson PC
Attorney at Law
1210 Hall Johnson Rd #100
Colleyville, TX 76034

UNITED STATES POSTAL SERVICE

1000

76034

U.S. POSTAGE PAID
BEDFORD, TX
76021
FEB 27 15
AMOUNT
$3.79
00115238-09

**PLs' Exhibit 6**   010534

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

10,000 + 8%

Brian Frazier
3245 Western Center Blvd. Ste. 160
Fort Worth, Texas 76137

PLs' Exhibit 6   010535