Brian Frazier
Alvord 287 Joint Venture
3345 Western Center Blvd, #160
Fort Worth, TX 76137
817.847.7851

J. Michael Ferguson, P.C.
1210 Hall Johnson Road #100
Colleyville, TX 76034

VIA CERTIFIED LETTER

3/31/2015

Dear Michael,

Brian does not want any changes made on how the Alvord 287 Joint Venture has been conducted over the past 18+ years while it was run by Jay Lesok. As he has said in the past, one partner cannot make any changes in how the business is conducted without both parties agreeing – in advance of any change. He is requesting that you revert back to the way it had been running before you made changes.

Basically, there are three simple points that Brian wants to go back to the processing of the joint venture;

1. All monies will be deposited in the Alvord 287 Joint Venture bank account.
2. There will be no distributions to any partner.
3. Each month the partners (J. Michael Ferguson and Brian Frazier) will discuss any bills before they are paid.

Brian is asking that you confirm back, in writing, no later than Friday, April 3rd, 2015 that you agree to this request.

Thank you,

*Kathy Bond*
Kathy Bond for

Brian Frazier

PLs' Exhibit 9

010536



PLs' Exhibit 9    010538