# J. Michael Ferguson

| | |
|---|---|
| **From:** | Jay Lesok <jaylesok@gmail.com> |
| **Sent:** | Friday, April 3, 2015 11:46 AM |
| **To:** | Kathy Bond |
| **Cc:** | J. Michael Ferguson |
| **Subject:** | Re: Request |

This will probably be my last communication with you as I no longer have anything to do with the Alvord 287 JV. As I stated on the phone to you yesterday, I closed out the existing bank account by sending one or two checks to Mike Ferguson, made payable to the Alvord 287 Joint Venture. The final check, I believe, was a bank draft made payable to the JV for the small remaining balance. I turned all records including bank data over to Mike Ferguson. I called him and he said he'd get copies of the checks to you. I am replying to your email, this one time, solely as a courtesy to you. Any further information you need should be directed to Mike Ferguson.

On Thu, Apr 2, 2015 at 3:55 PM, Kathy Bond <kbond@kairoshomesllc.com> wrote:
> Jay,
>
>
>
> Thank you for speaking with me this morning.
>
>
>
> Brian asked if we could please have a copy (front and back) of the
> final check written out of Alvord 287 JV that was given to AFI?
>
>
>
> Thank you, I appreciate your assistance.
>
> Kathy
>
>
>
> Kathy Bond
>
> Office Manager Kairos Homes, LLC
>
> Frazier Asset Management
>
> Shenandoah Water Estates
>
>
>
>
> Kairoshomesllc.com
>
> 3345 Western Center Blvd #160
>
> Fort Worth, TX 76137

1

PLs' Exhibit 10                                                                                                  010932

>
> 817.847.7851 Office
>
> 817.691.9935 Mobile
>
> 817.439.6799 Fax
>
>
>
> Please NOTE my NEW EMAIL address: kbond@kairoshomesllc.com
>
>

2

PLs' Exhibit 10

010933