**Kathy Bond**

**From:** J. Michael Ferguson <mike@jmichaelferguson.com>
**Sent:** Friday, April 03, 2015 11:49 AM
**To:** Kathy Bond
**Cc:** Jay Lesok
**Subject:** Copy of Checks from Alvord/Jentex to Alvord/Anson
**Attachments:** Checks from Jay Lesok-Alvord 287.pdf

Kathy and Brian,

Jay Lesok informed me that you wanted copies of the checks that were given to Anson Financial, Inc. for the funds that Jentex as the loan servicer was holding. Attached are the 3 checks.

You have been provided an accounting of everything, every single journal entry since January 1, 2014 through February 28, 2015. These checks were reflected in those journal entries. If you want anything else regarding the books of this company, you need to ask me. Jay is no longer involved in this deal.

I am still offering you the option to dissolve this company and split the assets. If you chose that option let me know. Otherwise, you will be getting monthly statements with your share of the funds to be disbursed. I have also mailed another check for $5,000 and I have eliminated the $10,000 reserve for repairs. I will update you on the $23,000 reserve for delinquent taxes by May 15, 2015.

Thanks,
Mike


J. Michael Ferguson, P.C.
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
Phone (817)267-1008 Ext. 7004
Direct Line (817)756-2799
Fax (817)485-1117

***THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.***

*CONFIDENTIALITY NOTICE*
This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies.

```
                                                                      4040
            JAY LESOK
    CASHMIRE FINANCIAL SERVICES
         226 BAILEY AVE STE 104
         FORT WORTH, TX 76107      DATE  10-7-14

    PAY
    TO THE
    ORDER OF  287 JV                              $ 11094.21

    Eleven thousand ninety four  & 21/100           DOLLARS

    LIBERTY BANK
    P.O. Box 820740
    North Richland Hills, TX 76182
    Customer Service 817-281-1022
    FOR  Aug + Sept will              Barbara Leal

    ⑇004040⑇  ⑇111916435⑇:  103  266  3⑇
```

For Deposit Only - JPMC

PL_Frazier 087

PLs' Exhibit 11

```
                                                                    2465
THE ALVORD 287 JOINT VENTURE
  226 BAILEY, NO. 104  PH. 817-877-5749
        FORT WORTH, TX 76107
                                                Date  2/5/04
Pay to the   The Alvord 287 Joint Venture       | $24,000 00
order of
Twenty-four-thousand and No/100 ———————— Dollars

SUMMIT BANK, N.A.
3850 CAMP BOWIE BOULEVARD
FORT WORTH, TEXAS 76107
For  Transfer Funds to new J.V. Acct        [signature]

   ⑆002465⑆  ⑈111911027⑈  410 302 20⑈
```

For Deposit Only - JPMC

PL_Frazier 088

PLs' Exhibit 11

From: Kathy Bond [mailto:kbond@kairoshomesllc.com]
Sent: Monday, April 6, 2015 11:00 AM
To: J. Michael Ferguson
Subject: RE: Copy of Checks from Alvord/Jentex to Alvord/Anson

Thank you.

Were these checks deposited into Anson Financial Operating Account?

Thank you.

Kathy
817.847.7851

PL_Frazier 089

PLs' Exhibit 11

**Kathy Bond**

| | |
|---|---|
| **From:** | J. Michael Ferguson <mike@jmichaelferguson.com> |
| **Sent:** | Monday, April 06, 2015 11:08 AM |
| **To:** | Kathy Bond |
| **Subject:** | RE: Copy of Checks from Alvord/Jentex to Alvord/Anson |
| **Attachments:** | NOI March 3 2015_0203.pdf; Return Receipt Tracking No_0204.pdf |

Yes Kathy. It is Anson Financial, Inc. dba Alvord 287 JV. It does not matter what account it is deposited into. It has been accounted for and Brian has been provided all the Journal Entries for 2014 and part of 2015.

Attached are the Notice of Intent Letters that were sent out for the delinquent taxes.

J. Michael Ferguson, P.C.
Attorney at Law
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
Phone (817)267-1008 Ext. 7004
Direct Line (817)756-2799
Fax (817)485-1117

<u>*THIS FIRM IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.*</u>

<u>CONFIDENTIALITY NOTICE</u>
This email and all attached documents may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact me immediately at mike@jmichaelferguson.com or call 800-322-8798 and delete and destroy all copies.

PL_Frazier 090

PLs' Exhibit 11

**From:** Kathy Bond [mailto:kbond@kairoshomesllc.com]
**Sent:** Monday, April 6, 2015 3:29 PM
**To:** J. Michael Ferguson
**Subject:** RE: Copy of Checks from Alvord/Jentex to Alvord/Anson

Michael,

But it does matter what bank account you deposit Alvord 287 JV payments into. We want to <u>see copies of bank statements</u> and since you have an Alvord 287 bank account, as mentioned below, we should be able to see that information. Considering it is not comingled with the other Anson banking, that should not be any problem. Why would you refuse to share the JV bank account information and copies if it is all just Alvord 287 JV bank account information?

We need verification. We don't want to just see journal entries.

We are not trying to be difficult, we just would like to follow the JV agreement as we have in the past. In your letter dated September 9, 2014 you agreed, "AFI will handle all of Jentex duties as set forth in the Joint Venture Agreement".

Brian used to get copies of the bank statements and we would like to see them for 2014.

Kathy
817.847.7851

PL_Frazier 091

PLs' Exhibit 11