Shipment Receipt

## Address Information
**Ship to:**                              **Ship from:**
Kelly Gongloff                            J Michael Ferguson
Gongloff Piechowiak Law                   J. Michael Ferguson, P.C.
PLLC
1701 W. Norwest Highway                   1210 Hall Johnson Rd., Suite
                                          100
Suite 100
GRAPEVINE,  TX                            Colleyville,  TX
76051                                     76034
US                                        US
682-651-8158                              8172671008


## Shipment Information:
Tracking no.: 777369479830
Ship date: 09/30/2016
Estimated shipping charges:  14.40

## Package Information
Pricing option: FedEx Standard Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:
Bill transportation to: AFI/JMF-503
Your reference:  Alvord 287 JV
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**PLs' Exhibit 13**

000369

# J. Michael Ferguson, P.C.
## Attorney at Law
### 1210 Hall Johnson Road, Suite 100
### Colleyville, Texas 76034

**J. Michael Ferguson**                                                    *Phone (817) 267-1008*
**Board Certified**                                                        *Fax (817) 485-1117*
**Residential Real Estate**

September 30, 2016

Kelly Gongloff
Gongloff Piechowiak Law PLLC
1701 W. Northwest Highway
Suite 100
Grapevine, Texas 76051

Kelly,

Per our conversation today, enclosed is a check for $89,000.00 payable to Frazier Asset Management, Inc. This check is for the period of 2014 and 2015. We have not posted the 2016 payments to the Alvord 287 Quickbook File yet but we will get that done. Once it is done, we will forward the funds that are due to Frazier Asset Management.

I have enclosed some of the communication that went back and forth between Frazier's employees and myself just to give you some back ground.

I would ask that you speak with Brian and let him know that I am more than willing to continue to have Anson Financial, Inc. service the loans and mail a monthly statement along with a monthly check. However, the expenses of servicing the loans need to be taken into account. This development is a lot like babysitting children at times with many complaints about neighbors, buildings, yards, etc.

If Brian finds that unacceptable, then I am ok with that too. We can split the assets and each party can take their assets and service their own. Everett Frazier said he would help with this if that is the path that we chose, or at least suggest to Brian that dividing the loans should be an option.

We can debate the agreement that is in place till the end of time and we will not have a meeting of minds on that. I can assure you that Jay Lesok does not have the same take on what Brian's duties were or are now. I personally think all of that is now a waste of time and effort. A lot of people worked very hard to sell all the lots over the last 18 months, including employees of Brian's. (At least I think Dan Hedge works for Brian) Everett Frazier's people, Dan Hedge and Robert Wood all did a great job in selling the lots. This could not have worked as well in my opinion if we had not been able to work the way we were able to work in moving the lots. This now makes considerable more money than it did in the past. Brian has not had to contribute anything to make this happen but he will benefit a great deal from everyone's work.

PLs' Exhibit 13                                                    000370

Regardless of how Brain wants to proceed, we will get the reports updated for 2016 and get Brian his share of the payments.

I will also put all accounting matters in to a Dropbox Folder and I will share that with you and Brian so that you have complete access to the pay histories for each property, Closing Statements for each property, expenses incurred, etc.

Thank you for your time and consideration in this matter. If you need any other information, please feel free to contact me by phone or email.

Sincerely,


J. Michael Ferguson

PLs' Exhibit 13

000371