4:09 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through March 2014

|  | Jan 14 | Feb 14 | Mar 14 | TOTAL |
|---|---|---|---|---|
| **Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** | | | | |
|   **Closing Costs** | | | | |
|     JV 2 Closing Costs | 0.00 | -109.55 | 0.00 | -109.55 |
|   **Total Closing Costs** | 0.00 | -109.55 | 0.00 | -109.55 |
|   **Commissions** | | | | |
|     JV 2 Commissions | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Commissions** | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Legal & Professional** | | | | |
|     JV 2  L & P | 0.00 | 244.00 | 0.00 | 244.00 |
|     Legal & Professional - Other | 0.00 | 500.00 | 0.00 | 500.00 |
|   **Total Legal & Professional** | 0.00 | 744.00 | 0.00 | 744.00 |
|   **Other Expense** | | | | |
|     JV 2 Other Exp | 10.18 | 10.18 | 430.18 | 450.54 |
|   **Total Other Expense** | 10.18 | 10.18 | 430.18 | 450.54 |
|   **Real Estate Taxes** | | | | |
|     JV 2 Real Estate Taxes | 0.00 | 300.24 | 0.00 | 300.24 |
|   **Total Real Estate Taxes** | 0.00 | 300.24 | 0.00 | 300.24 |
| **Total Expense** | 10.18 | 944.87 | 430.18 | 1,385.23 |
| **Net Income** | **-10.18** | **-944.87** | **-430.18** | **-1,385.23** |

PLs' Exhibit 17

010834

4:11 PM
03/29/15
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of March 31, 2014

|  | Mar 31, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Summit Community Bank-C B | 24,796.69 |
| **Total Checking/Savings** | 24,796.69 |
| **Total Current Assets** | 24,796.69 |
| **Other Assets** | |
| Collections Rec'v from CFS | -9,506.65 |
| Investment /  JENN 2000 | -587.21 |
| JV 1- Land  +Developement Costs | 1.00 |
| **JV 2-Diamond Ridge** | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -631,132.07 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| **Total JV 2-Diamond Ridge** | 337,426.65 |
| **Mortgages** | |
| **Mortgage Notes Receivable** | |
| 98372 Hamilton/Biedger W/WD | 25,000.00 |
| 99394 Wagner W/WD | 24,500.00 |
| Mortgage Notes Receivable - Other | 458,579.75 |
| **Total Mortgage Notes Receivable** | 508,079.75 |
| **Mortgages Unearned Discounts** | -250,468.08 |
| **Total Mortgages** | 257,611.67 |
| **Total Other Assets** | 584,945.46 |
| **TOTAL ASSETS** | **609,742.15** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Property Taxes Payable | 4,058.98 |
| **Total Accounts Payable** | 4,058.98 |
| **Total Current Liabilities** | 4,058.98 |
| **Long Term Liabilities** | |
| **Notes Payable Kosel** | |
| N/P JV 2 - Diamond Ridge | 1,484.67 |
| **Total Notes Payable Kosel** | 1,484.67 |
| **Unallocated Collected Principal** | 32,552.22 |
| **Total Long Term Liabilities** | 34,036.89 |
| **Total Liabilities** | 38,095.87 |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -263,920.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -247,557.50 |

**PLs' Exhibit 17**

010835

## Alvord 287 Joint Venture
## Balance Sheet
### As of March 31, 2014

|  | Mar 31, 14 |
|---|---|
| **Jentex Capital Contributions** |  |
| Jentex Capital Withdrawal | -263,920.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -242,932.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,030,851.03 |
| Net Income | -1,385.23 |
| **Total Equity** | 571,646.28 |
| **TOTAL LIABILITIES & EQUITY** | 609,742.15 |

**PLs' Exhibit 17**

010836

4:09 PM

03/29/15
Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### April through June 2014

|  | Apr 14 | May 14 | Jun 14 | TOTAL |
|---|---|---|---|---|
| **Income** |  |  |  |  |
| Cash Land Sales | 0.00 | 11,261.59 | 0.00 | 11,261.59 |
| **Total Income** | 0.00 | 11,261.59 | 0.00 | 11,261.59 |
| **Expense** |  |  |  |  |
| Legal & Professional | 0.00 | 175.00 | 0.00 | 175.00 |
| **Other Expense** |  |  |  |  |
| JV 2 Other Exp | 250.22 | 5,160.26 | 130.30 | 5,540.78 |
| **Total Other Expense** | 250.22 | 5,160.26 | 130.30 | 5,540.78 |
| **Total Expense** | 250.22 | 5,335.26 | 130.30 | 5,715.78 |
| **Net Income** | -250.22 | 5,926.33 | -130.30 | 5,545.81 |

Page 1

**PLs' Exhibit 17**

010837

4:11 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
### As of June 30, 2014

|  | Jun 30, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Summit Community Bank-C B | 15,693.31 |
| **Total Checking/Savings** | 15,693.31 |
| **Total Current Assets** | 15,693.31 |
| **Other Assets** | |
| Collections Rec'v from CFS | -28,527.29 |
| Investment / JENN 2000 | -587.21 |
| JV 1- Land +Developement Costs | 1.00 |
| **JV 2-Diamond Ridge** | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -675,382.07 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| **Total JV 2-Diamond Ridge** | 293,176.65 |
| **Mortgages** | |
| **Mortgage Notes Receivable** | |
| 98372 Hamilton/Biedger W/WD | 25,000.00 |
| 99394 Wagner W/WD | 24,500.00 |
| Mortgage Notes Receivable - Other | 529,579.75 |
| **Total Mortgage Notes Receivable** | 579,079.75 |
| **Mortgages Unearned Discounts** | -288,548.25 |
| **Total Mortgages** | 290,531.50 |
| **Total Other Assets** | 554,594.65 |
| **TOTAL ASSETS** | **570,287.96** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Property Taxes Payable | 4,058.98 |
| **Total Accounts Payable** | 4,058.98 |
| **Total Current Liabilities** | 4,058.98 |
| **Long Term Liabilities** | |
| **Notes Payable Kosel** | |
| N/P JV 2 - Diamond Ridge | 1,484.67 |
| **Total Notes Payable Kosel** | 1,484.67 |
| **Unallocated Collected Principal** | 32,552.22 |
| **Total Long Term Liabilities** | 34,036.89 |
| **Total Liabilities** | 38,095.87 |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -286,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -270,057.50 |

PLs' Exhibit 17

010838

4:11 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
## As of June 30, 2014

|  | Jun 30, 14 |
|---|---|
| **Jentex Capital Contributions** |  |
| Jentex Capital Withdrawal | -286,420.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -265,432.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,030,851.03 |
| Net Income | 4,160.58 |
| **Total Equity** | 532,192.09 |
| **TOTAL LIABILITIES & EQUITY** | 570,287.96 |

**Page 2**

**PLs' Exhibit 17**

010839

4:10 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### July through September 2014

|  | Jul 14 | Aug 14 | Sep 14 | TOTAL |
|---|---|---|---|---|
| **Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** | | | | |
|   **Closing Costs** | | | | |
|     **JV 1 Closing Costs** | -146.96 | 0.00 | 0.00 | -146.96 |
|   **Total Closing Costs** | -146.96 | 0.00 | 0.00 | -146.96 |
|   **Legal & Professional** | 325.00 | 0.00 | 0.00 | 325.00 |
|   **Other Expense** | | | | |
|     **JV 2 Other Exp** | 10.35 | 342.93 | 10.47 | 363.75 |
|   **Total Other Expense** | 10.35 | 342.93 | 10.47 | 363.75 |
|   **Total Expense** | 188.39 | 342.93 | 10.47 | 541.79 |
| **Net Income** | -188.39 | -342.93 | -10.47 | -541.79 |

PLs' Exhibit 17

010840

4:12 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
### As of September 30, 2014

|  | Sep 30, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Summit Community Bank-C B | 1,615.83 |
| **Total Checking/Savings** | 1,615.83 |
| **Other Current Assets** | |
| **Current Receivables** | |
| AFI-Payments | 24,000.00 |
| **Total Current Receivables** | 24,000.00 |
| **Total Other Current Assets** | 24,000.00 |
| **Total Current Assets** | 25,615.83 |
| **Other Assets** | |
| Collections Rec'v from CFS | -38,991.60 |
| Investment / JENN 2000 | -587.21 |
| JV 1- Land +Developement Costs | 1.00 |
| **JV 2-Diamond Ridge** | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -732,622.82 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| **Total JV 2-Diamond Ridge** | 235,935.90 |
| **Mortgages** | |
| Mortgage Notes Receivable | 587,851.69 |
| Mortgages Unearned Discounts | -276,307.50 |
| **Total Mortgages** | 311,544.19 |
| **Total Other Assets** | 507,902.28 |
| **TOTAL ASSETS** | 533,518.11 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Property Taxes Payable | 4,058.98 |
| **Total Accounts Payable** | 4,058.98 |
| **Total Current Liabilities** | 4,058.98 |
| **Long Term Liabilities** | |
| **Notes Payable Kosel** | |
| N/P JV 2 - Diamond Ridge | 1,484.67 |
| **Total Notes Payable Kosel** | 1,484.67 |
| **Unallocated Collected Principal** | -3,675.84 |
| **Total Long Term Liabilities** | -2,191.17 |
| **Total Liabilities** | 1,867.81 |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -286,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -270,057.50 |

Page 1

**PLs' Exhibit 17**

010841

4:12 PM

03/29/15

Accrual Basis

## Alvord 287 Joint Venture
## Balance Sheet
### As of September 30, 2014

| | Sep 30, 14 |
|---|---|
| **Jentex Capital Contributions** | |
| Jentex Capital Withdrawal | -286,420.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -265,432.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,030,851.03 |
| Net Income | 3,618.79 |
| **Total Equity** | 531,650.30 |
| **TOTAL LIABILITIES & EQUITY** | 533,518.11 |

**PLs' Exhibit 17**

010842

4:10 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### October through December 2014

|  | Oct 14 | Nov 14 | Dec 14 | TOTAL |
|---|---|---|---|---|
| **Income** | | | | |
| Mortgage Interest Inc | 46,706.68 | 3,249.34 | 7,847.70 | 57,803.72 |
| Note Discount Inc | 508.44 | 226.48 | 597.70 | 1,332.62 |
| **Total Income** | 47,215.12 | 3,475.82 | 8,445.40 | 59,136.34 |
| **Expense** | | | | |
| Bank Charges | 0.00 | 0.00 | 15.00 | 15.00 |
| Delivery Fees | 0.00 | 0.00 | -32.60 | -32.60 |
| Electric | 0.00 | 0.00 | 20.20 | 20.20 |
| Foreclosure Expense | 0.00 | 0.00 | 563.20 | 563.20 |
| Mowing | 140.00 | 0.00 | 0.00 | 140.00 |
| Real Estate Taxes | | | | |
| JV 2 Real Estate Taxes | 0.00 | 0.00 | 10,639.87 | 10,639.87 |
| **Total Real Estate Taxes** | 0.00 | 0.00 | 10,639.87 | 10,639.87 |
| Septic Repair | 0.00 | 0.00 | 180.00 | 180.00 |
| **Total Expense** | 140.00 | 0.00 | 11,385.67 | 11,525.67 |
| **Net Income** | 47,075.12 | 3,475.82 | -2,940.27 | 47,610.67 |

Page 1

**PLs' Exhibit 17**

010844

4:12 PM

03/29/15
Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
### As of December 31, 2014

| | Dec 31, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Other Current Assets** | |
| **Current Receivables** | |
| AFI-Payments | 25,753.50 |
| Reserve for Septic Repair, Road | 10,000.00 |
| **Total Current Receivables** | 35,753.50 |
| **Total Other Current Assets** | 35,753.50 |
| **Total Current Assets** | 35,753.50 |
| **Other Assets** | |
| JV 1- Land +Developement Costs | 1.00 |
| JV 2-Diamond Ridge | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -760,518.55 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| **Total JV 2-Diamond Ridge** | 208,040.17 |
| **Mortgages** | |
| Mortgage Notes Receivable | 635,691.18 |
| Mortgages Unearned Discounts | -300,224.88 |
| **Total Mortgages** | 335,466.30 |
| **Total Other Assets** | 543,507.47 |
| **TOTAL ASSETS** | **579,260.97** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -286,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -270,057.50 |
| **Jentex Capital Contributions** | |
| Jentex Capital Withdrawal | -286,420.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -265,432.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,030,851.03 |
| Net Income | 51,229.46 |
| **Total Equity** | 579,260.97 |
| **TOTAL LIABILITIES & EQUITY** | **579,260.97** |

**PLs' Exhibit 17**

010845

The Alvord 287 Joint Venture
**Balances: Notes Receivable**
Report as of: 12/31/14   Printed on: 03/28/15
Order: Name   Investor: 287   Notes: No filter

| Name | Loan Number | | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---|---|---|---|---|---|---|
| Adams, Bil | 2715 | -RC | 55.69 | 27699.76 | 11939.58 | 0.00 | 0.00 | 0.00 |
| Belcher, H | 2712 | -RC | 0.00 | 21728.28 | 10864.14 | 0.00 | 0.00 | 0.00 |
| Biddle, Ma | 2710 | -RC | 91.38 | 19138.42 | 9569.21 | 0.00 | 0.00 | 0.00 |
| Biediger, | 2726 | -RC | 0.00 | 20440.24 | 7781.87 | 0.00 | 0.00 | 0.00 |
| Bowen, Cha | 2716 | -RC | 0.00 | 27655.19 | 12880.38 | 0.00 | 0.00 | 0.00 |
| Crone, Bob | 2728 | -RC | 0.00 | 19822.01 | 9911.00 | 0.00 | 0.00 | 0.00 |
| Flores, Lu | 2713 | -RC | 0.00 | 16447.07 | 8252.19 | 0.00 | 0.00 | 0.00 |
| Henderson, | 2720 | -RC | 10.06 | 28321.24 | 14160.62 | 0.00 | 0.00 | 0.00 |
| Kopp, Fali | 2725 | -RC | 0.00 | 44757.73 | 19892.32 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 2723 | -RC | 0.00 | 24298.38 | 24298.38 | 0.00 | 0.00 | 0.00 |
| Lopez, Lil | 2719 | -RC | 0.00 | 28285.25 | 14142.62 | 0.00 | 0.00 | 50.00 |
| Martinez, | 2729 | -RC | 0.00 | 19247.61 | 9640.63 | 0.00 | 0.00 | 0.00 |
| McLaughlin | 2717 | -RC | 0.00 | 28568.58 | 14284.29 | 0.00 | 0.00 | 0.00 |
| Mullahy, W | 2732 | -RC | 0.00 | 24478.23 | 12239.11 | 0.00 | 0.00 | 0.00 |
| Murillo, A | 2721 | -RC | 0.00 | 26079.67 | 13039.83 | 0.00 | 0.00 | 22.43 |
| Ortiz, Rub | 2724 | -RC | 589.31 | 70717.15 | 32824.83 | 0.00 | 24.51 | 0.00 |
| Pina, Fort | 2742 | -RC | 0.00 | 25931.05 | 12965.52 | 0.00 | 0.00 | 0.00 |
| Roberts, B | 2722 | -RC | 11.70 | 26837.21 | 26837.21 | 0.00 | 0.00 | 0.00 |
| Russell, S | 2727 | -RC | 0.00 | 44271.23 | 22863.93 | 0.00 | 0.00 | 0.00 |
| Seeton, Th | 2711 | -RC | 164.98 | 20188.95 | 10111.71 | 0.00 | 0.00 | 35.00 |
| Smith, Jef | 2718 | -RC | 0.00 | 27885.63 | 12981.23 | 0.00 | 0.00 | 15.00 |
| Wisslead, | 2730 | -RC | 0.00 | 17496.80 | 8748.40 | 0.00 | 0.00 | 0.00 |
| Zamora, Ir | 2714 | -RC | 0.00 | 25395.50 | 15237.30 | 0.00 | 0.00 | 0.00 |
| **Total: 23** | | | 923.12 | 635691.18 | 335466.30 | 0.00 | 24.51 | 122.43 |
| **Average:** | | | 40.14 | 27638.75 | 14585.49 | 0.00 | 1.07 | 5.32 |
| **Net:** | | | | 636761.24 | | | | |

**PLs' Exhibit 17**

010846

The Alvord 287 Joint Venture
**Register: Notes**
Dates: 12/01/14-12/31/14  Printed on: 03/28/15
Order: Pay Date   Investor: 287    Notes: No filter

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| Murillo, | 12/01 R | 250.00 | 11.65 | 217.52 | 11.64 | 1.62 | 0.00 | 0.00 |
| Murillo, | 12/01 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.57 | 0.00 |
| Crone, Bo | 12/01 R | 300.00 | 26.39 | 199.23 | 26.39 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 12/01 P | 0.00 | 24.00 | 0.00 | 23.99 | 0.00 | 0.00 | 0.00 |
| Smith, Je | 12/01 R | 914.58 | 21.56 | 233.55 | 24.75 | 25.00 | 0.00 | 0.00 |
| Smith, Je | 12/01 R | 0.00 | 21.74 | 233.16 | 24.96 | 25.00 | 0.00 | 0.00 |
| Smith, Je | 12/01 R | 0.00 | 21.92 | 232.77 | 25.17 | 25.00 | 0.00 | 0.00 |
| McLaughli | 12/01 R | 254.50 | 8.08 | 238.34 | 8.08 | 0.00 | 0.00 | 0.00 |
| Pina, For | 12/01 R | 251.00 | 17.12 | 216.67 | 17.12 | 0.00 | 0.00 | 0.00 |
| Pina, For | 12/01 P | 0.00 | 0.05 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |
| Henderso | 12/02 R | 313.15 | 4.92 | 283.31 | 4.92 | 20.00 | 0.00 | 0.00 |
| Seeton, T | 12/02 R | 211.00 | 4.45 | 130.20 | 4.44 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 12/02 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 |
| Seeton, T | 12/02 r | 0.00 | 0.00 | 36.91 | 0.00 | 20.00 | 0.00 | 0.00 |
| Zamora, I | 12/02 R | 300.00 | 10.19 | 185.16 | 6.80 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 12/02 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 |
| Zamora, I | 12/02 r | 0.00 | 0.00 | 57.85 | 0.00 | 25.00 | 0.00 | 0.00 |
| Belcher, | 12/03 R | 252.01 | 17.02 | 217.97 | 17.02 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 12/04 r | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Flores, L | 12/04 R | 272.01 | 43.39 | 165.54 | 43.08 | 0.00 | 0.00 | 0.00 |
| Flores, L | 12/04 P | 0.00 | 10.03 | 0.00 | 9.97 | 0.00 | 0.00 | 0.00 |
| Mullahy, | 12/05 R | 215.01 | 5.47 | 204.08 | 5.46 | 0.00 | 0.00 | 0.00 |
| Adams, Bi | 12/08 R | 280.00 | 20.96 | 31.24 | 27.66 | 25.00 | 0.00 | 0.00 |
| Adams, Bi | 12/08 r | 0.00 | 0.00 | 175.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 12/15 S | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 12/15 S | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 12/15 S | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Martinez, | 12/15 R | 226.29 | 16.77 | 192.81 | 16.71 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 12/15 S | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bowen, C | 12/16 R | 279.86 | 22.82 | 230.87 | 26.17 | 0.00 | 0.00 | 0.00 |
| Kopp, Fal | 12/17 R | 460.00 | 27.01 | 373.49 | 33.76 | 25.00 | 0.00 | 0.00 |
| Kopp, Fal | 12/17 P | 0.00 | 0.33 | 0.00 | 0.41 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 12/17 R | 100.00 | 4.26 | 91.47 | 4.27 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 12/19 r | 500.00 | 0.00 | 475.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| Ortiz, Ru | 12/19 R | 600.00 | 43.76 | 86.06 | 50.52 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 12/19 r | 0.00 | 0.00 | 394.66 | 0.00 | 25.00 | 0.00 | 0.00 |
| Wisslead, | 12/22 R | 210.87 | 17.77 | 175.32 | 17.78 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 12/22 R | 216.00 | 12.41 | 202.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 12/22 P | 0.00 | 0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Murillo, | 12/22 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Henderso | 12/24 R | 293.15 | 0.00 | 273.15 | 0.00 | 20.00 | 0.00 | 0.00 |
| Biediger, | 12/24 R | 257.15 | 19.88 | 204.92 | 32.35 | 0.00 | 0.00 | 0.00 |
| Russell, | 12/24 R | 518.88 | 28.72 | 443.27 | 26.89 | 20.00 | 0.00 | 0.00 |
| Pina, For | 12/24 R | 251.00 | 17.26 | 216.38 | 17.27 | 0.00 | 0.00 | 0.00 |
| Pina, For | 12/24 P | 0.00 | 0.05 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |

**PLs' Exhibit 17**

010847

The Alvord 287 Joint Venture 2
**Register: Notes**
Dates: 12/01/14-12/31/14 Printed on: 03/28/15

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| Ortiz, Ru | 12/29 R | 372.00 | 44.13 | 195.44 | 50.94 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 12/29 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81.00 | 0.00 |
| Ortiz, Ru | 12/29 r | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 0.00 | 0.00 |
| Roberts, | 12/30 r | 236.94 | 0.00 | 211.94 | 0.00 | 25.00 | 0.00 | 0.00 |
| McLaughli | 12/30 R | 254.50 | 8.14 | 238.21 | 8.15 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 12/30 r | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Belcher, | 12/30 R | 252.01 | 17.19 | 217.63 | 17.19 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 12/31 R | 460.25 | 10.28 | 154.07 | 6.85 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 12/31 R | 0.00 | 10.37 | 211.77 | 6.91 | 25.00 | 0.00 | 0.00 |
| Zamora, I | 12/31 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 |
| +RC Tot: | 50 | 9502.16 | 571.08 | 7847.70 | 597.70 | 332.11 | 153.57 | 0.00 |
| -RC Tot: | 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (December): | | 9502.16 | 571.08 | 7847.70 | 597.70 | 332.11 | 153.57 | 0.00 |
| +RC Tot: | 50 | 9502.16 | 571.08 | 7847.70 | 597.70 | 332.11 | 153.57 | 0.00 |
| -RC Tot: | 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 9502.16 | 571.08 | 7847.70 | 597.70 | 332.11 | 153.57 | 0.00 |

**PLs' Exhibit 17**

010848

The Alvord 287 Joint Venture
**Balances: Notes Receivable**
Report as of: 11/30/14   Printed on: 03/28/15
Order: Name   Investor: 287   Notes: No filter

| Name | Loan Number | | Acc Int | Balance | Basis | Escrow | Late | Service |
|------|------|------|------|------|------|------|------|------|
| Adams, Bil | 2715 | -RC | 31.24 | 27748.38 | 11960.54 | 0.00 | 0.00 | 0.00 |
| Belcher, H | 2712 | -RC | 0.00 | 21796.70 | 10898.35 | 0.00 | 0.00 | 0.00 |
| Biddle, Ma | 2710 | -RC | 0.00 | 19146.95 | 9573.47 | 0.00 | 0.00 | 0.00 |
| Biediger, | 2726 | -RC | 0.00 | 20492.47 | 7801.75 | 0.00 | 0.00 | 0.00 |
| Bowen, Cha | 2716 | -RC | 0.00 | 27704.18 | 12903.20 | 0.00 | 0.00 | 0.00 |
| Crone, Bob | 2728 | -RC | 0.00 | 19922.78 | 9961.39 | 0.00 | 0.00 | 0.00 |
| Flores, Lu | 2713 | -RC | 0.00 | 16553.54 | 8305.61 | 0.00 | 0.00 | 0.00 |
| Henderson, | 2720 | -RC | 0.00 | 28331.08 | 14165.54 | 0.00 | 0.00 | 0.00 |
| Kopp, Fali | 2725 | -RC | 0.00 | 44819.24 | 19919.66 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 2723 | -RC | 0.00 | 24311.78 | 24311.78 | 0.00 | 0.00 | 0.00 |
| Lopez, Lil | 2719 | -RC | 0.00 | 28285.25 | 14142.62 | 0.00 | 0.00 | 15.00 |
| Martinez, | 2729 | -RC | 0.00 | 19281.09 | 9657.40 | 0.00 | 0.00 | 0.00 |
| McLaughlin | 2717 | -RC | 0.00 | 28601.03 | 14300.51 | 0.00 | 0.00 | 0.00 |
| Mullahy, W | 2732 | -RC | 0.00 | 24489.16 | 12244.58 | 0.00 | 0.00 | 0.00 |
| Murillo, A | 2721 | -RC | 217.52 | 26102.96 | 13051.48 | 0.00 | 1.62 | 15.00 |
| Ortiz, Rub | 2724 | -RC | 561.06 | 70906.50 | 32912.72 | 0.00 | 0.00 | 46.00 |
| Pina, Fort | 2742 | -RC | 0.00 | 26000.00 | 13000.00 | 0.00 | 0.00 | 0.00 |
| Roberts, B | 2722 | -RC | 0.00 | 26837.21 | 26837.21 | 0.00 | 0.00 | 0.00 |
| Russell, S | 2727 | -RC | 0.00 | 44326.84 | 22892.65 | 0.00 | 0.00 | 0.00 |
| Seeton, Th | 2711 | -RC | 130.20 | 20197.84 | 10116.16 | 0.00 | 0.00 | 15.00 |
| Smith, Jef | 2718 | -RC | 0.00 | 28025.73 | 13046.45 | 0.00 | 0.00 | 15.00 |
| Wisslead, | 2730 | -RC | 0.00 | 17532.35 | 8766.17 | 0.00 | 0.00 | 0.00 |
| Zamora, Ir | 2714 | -RC | 185.16 | 25446.90 | 15268.14 | 0.00 | 0.00 | 15.00 |
| Total: 23 | | | 1125.18 | 636859.96 | 336037.38 | 0.00 | 1.62 | 121.00 |
| Average: | | | 48.92 | 27689.56 | 14610.32 | 0.00 | 0.07 | 5.26 |
| Net: | | | | 638107.76 | | | | |

**PLs' Exhibit 17**

010849

The Alvord 287 Joint Venture
**Register: Notes**
Dates: 11/01/14-11/30/14 Printed on: 03/28/15
Order: Pay Date Investor: 287 Notes: No filter

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| Belcher, | 11/03 R | 252.01 | 16.85 | 218.30 | 16.86 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 11/04 r | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 11/05 R | 211.00 | 4.41 | 110.42 | 4.39 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 11/05 r | 0.00 | 0.00 | 71.78 | 0.00 | 20.00 | 0.00 | 0.00 |
| Mullahy, | 11/05 R | 215.01 | 5.42 | 204.17 | 5.42 | 0.00 | 0.00 | 0.00 |
| Kopp, Fal | 11/06 R | 435.00 | 26.78 | 374.00 | 33.48 | 0.00 | 0.00 | 0.00 |
| Kopp, Fal | 11/06 P | 0.00 | 0.33 | 0.00 | 0.41 | 0.00 | 0.00 | 0.00 |
| Flores, L | 11/10 R | 272.01 | 42.86 | 166.59 | 42.56 | 0.00 | 0.00 | 0.00 |
| Flores, L | 11/10 P | 0.00 | 10.03 | 0.00 | 9.97 | 0.00 | 0.00 | 0.00 |
| Roberts, | 11/10 R | 286.94 | 13.08 | 36.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| Roberts, | 11/10 R | 0.00 | 13.19 | 223.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| Adams, Bi | 11/10 r | 200.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bowen, C | 11/13 R | 279.86 | 22.63 | 231.27 | 25.96 | 0.00 | 0.00 | 0.00 |
| Russell, | 11/17 R | 498.88 | 18.21 | 443.62 | 17.05 | 20.00 | 0.00 | 0.00 |
| Martinez, | 11/17 R | 226.29 | 16.60 | 193.14 | 16.55 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 11/18 R | 100.00 | 4.23 | 91.55 | 4.22 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Smith, Je | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Murillo, | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 11/21 R | 216.00 | 12.30 | 202.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 11/21 P | 0.00 | 0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 11/21 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 11/24 R | 210.87 | 17.60 | 175.68 | 17.59 | 0.00 | 0.00 | 0.00 |
| Biediger, | 11/24 R | 257.15 | 19.69 | 205.44 | 32.02 | 0.00 | 0.00 | 0.00 |
| +RC Tot: | 20 | 3761.02 | 245.20 | 3249.34 | 226.48 | 40.00 | 0.00 | 0.00 |
| -RC Tot: | 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (November): | | 3761.02 | 245.20 | 3249.34 | 226.48 | 40.00 | 0.00 | 0.00 |
| +RC Tot: | 20 | 3761.02 | 245.20 | 3249.34 | 226.48 | 40.00 | 0.00 | 0.00 |
| -RC Tot: | 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 3761.02 | 245.20 | 3249.34 | 226.48 | 40.00 | 0.00 | 0.00 |

**PLs' Exhibit 17**

010850

The Alvord 287 Joint Venture
**Balances: Notes Receivable**
Report as of: 10/31/14   Printed on: 03/28/15
Order: Name   Investor: 287   Notes: No filter

| Name | Loan Number | | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---|---|---|---|---|---|---|
| Adams, Bil | 2715 | -RC | 0.00 | 27748.38 | 11960.54 | 0.00 | 0.00 | 0.00 |
| Belcher, H | 2712 | -RC | 0.00 | 21830.41 | 10915.20 | 0.00 | 0.00 | 0.00 |
| Biddle, Ma | 2710 | -RC | 0.00 | 19155.40 | 9577.70 | 0.00 | 0.00 | 0.00 |
| Biediger, | 2726 | -RC | 0.00 | 20544.18 | 7821.44 | 0.00 | 0.00 | 0.00 |
| Bowen, Cha | 2716 | -RC | 0.00 | 27752.77 | 12925.83 | 0.00 | 0.00 | 0.00 |
| Crone, Bob | 2728 | -RC | 0.00 | 19922.78 | 9961.39 | 0.00 | 0.00 | 0.00 |
| Flores, Lu | 2713 | -RC | 0.00 | 16658.96 | 8358.50 | 0.00 | 0.00 | 0.00 |
| Henderson, | 2720 | -RC | 0.00 | 28331.08 | 14165.54 | 0.00 | 0.00 | 0.00 |
| Kopp, Fali | 2725 | -RC | 0.00 | 44880.24 | 19946.77 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 2723 | -RC | 0.00 | 24325.07 | 24325.07 | 0.00 | 0.00 | 0.00 |
| Lopez, Lil | 2719 | -RC | 0.00 | 28285.25 | 14142.62 | 0.00 | 0.00 | 0.00 |
| Martinez, | 2729 | -RC | 0.00 | 19314.24 | 9674.00 | 0.00 | 0.00 | 0.00 |
| McLaughlin | 2717 | -RC | 0.00 | 28601.03 | 14300.51 | 0.00 | 0.00 | 0.00 |
| Mullahy, W | 2732 | -RC | 0.00 | 24500.00 | 12250.00 | 0.00 | 0.00 | 0.00 |
| Murillo, A | 2721 | -RC | 217.52 | 26102.96 | 13051.48 | 0.00 | 1.62 | 0.00 |
| Ortiz, Rub | 2724 | -RC | 561.06 | 70906.50 | 32912.72 | 0.00 | 0.00 | 31.00 |
| Pina, Fort | 2742 | -RC | 0.00 | 26000.00 | 13000.00 | 0.00 | 0.00 | 0.00 |
| Roberts, B | 2722 | -RC | 36.92 | 26863.48 | 26863.48 | 0.00 | 0.00 | 0.00 |
| Russell, S | 2727 | -RC | 0.00 | 44362.10 | 22910.86 | 0.00 | 0.00 | 0.00 |
| Seeton, Th | 2711 | -RC | 110.42 | 20206.64 | 10120.57 | 0.00 | 0.00 | 0.00 |
| Smith, Jef | 2718 | -RC | 0.00 | 28025.73 | 13046.45 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 2730 | -RC | 0.00 | 17567.54 | 8783.77 | 0.00 | 0.00 | 0.00 |
| Zamora, Ir | 2714 | -RC | 185.16 | 25446.90 | 15268.14 | 0.00 | 0.00 | 0.00 |
| Total: 23 | | | 1111.08 | 637331.64 | 336282.58 | 0.00 | 1.62 | 31.00 |
| Average: | | | 48.31 | 27710.07 | 14620.98 | 0.00 | 0.07 | 1.35 |
| Net: | | | | 638475.34 | | | | |

**PLs' Exhibit 17**

010851

## The Alvord 287 Joint Venture
### Register: Notes
Dates: 10/01/14-10/31/14 Printed on: 03/28/15
Order: Pay Date Investor: 287 Notes: No filter

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| Mullahy, | 10/03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 10/14 R | 100.00 | 4.14 | 91.72 | 4.14 | 0.00 | 0.00 | 0.00 |
| McLaughli | 10/14 R | 257.00 | 7.94 | 238.63 | 7.93 | 0.00 | 0.00 | 0.00 |
| McLaughli | 10/14 P | 0.00 | 1.25 | 0.00 | 1.25 | 0.00 | 0.00 | 0.00 |
| Smith, Je | 10/14 R | 304.86 | 21.38 | 233.93 | 24.55 | 25.00 | 0.00 | 0.00 |
| Murillo, | 10/14 R | 300.00 | 11.45 | 217.91 | 11.45 | 20.00 | 0.00 | 0.00 |
| Murillo, | 10/14 r | 0.00 | 0.00 | 19.19 | 0.00 | 20.00 | 0.00 | 0.00 |
| Murillo, | 10/14 R | 240.00 | 11.54 | 198.53 | 11.55 | 0.00 | 0.00 | 0.00 |
| Murillo, | 10/14 r | 0.00 | 0.00 | 0.00 | 0.00 | 18.38 | 0.00 | 0.00 |
| Kowalski, | 10/14 R | 216.00 | 12.08 | 202.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 10/14 P | 0.00 | 0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Biediger, | 10/14 R | 254.15 | 18.17 | 206.43 | 29.55 | 0.00 | 0.00 | 0.00 |
| Russell, | 10/14 R | 518.88 | 27.98 | 444.71 | 26.19 | 20.00 | 0.00 | 0.00 |
| Wisslead, | 10/14 R | 210.87 | 17.25 | 176.37 | 17.25 | 0.00 | 0.00 | 0.00 |
| Roberts, | 10/14 r | 236.94 | 0.00 | 211.94 | 0.00 | 25.00 | 0.00 | 0.00 |
| Seeton, T | 10/17 R | 211.00 | 4.37 | 90.63 | 4.35 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 10/17 r | 0.00 | 0.00 | 91.65 | 0.00 | 20.00 | 0.00 | 0.00 |
| Kowalski, | 10/17 R | 216.00 | 12.19 | 202.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 10/17 P | 0.00 | 0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Roberts, | 10/20 R | 236.94 | 12.97 | 12.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| Roberts, | 10/20 r | 0.00 | 0.00 | 186.94 | 0.00 | 25.00 | 0.00 | 0.00 |
| McLaughli | 10/22 R | 254.50 | 8.01 | 238.48 | 8.01 | 0.00 | 0.00 | 0.00 |
| Biediger, | 10/23 R | 257.14 | 19.49 | 205.95 | 31.70 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 10/23 r | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Belcher, | 10/23 R | 252.01 | 16.69 | 218.64 | 16.68 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 10/23 R | 100.00 | 4.18 | 91.64 | 4.18 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 10/23 R | 300.00 | 25.40 | 201.21 | 25.40 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 10/23 P | 0.00 | 24.00 | 0.00 | 23.99 | 0.00 | 0.00 | 0.00 |
| Henderso | 10/23 R | 313.15 | 4.77 | 283.61 | 4.77 | 0.00 | 0.00 | 0.00 |
| Henderso | 10/23 P | 0.00 | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| Martinez, | 10/23 R | 226.29 | 16.44 | 193.47 | 16.38 | 0.00 | 0.00 | 0.00 |
| Kopp, Fal | 10/23 R | 434.26 | 26.56 | 374.50 | 33.20 | 0.00 | 0.00 | 0.00 |
| Zamora, I | 10/23 R | 300.00 | 10.11 | 212.20 | 6.74 | 19.05 | 0.00 | 0.00 |
| Zamora, I | 10/23 r | 0.00 | 0.00 | 26.90 | 0.00 | 25.00 | 0.00 | 0.00 |
| Bowen, C | 10/23 R | 279.86 | 22.44 | 231.67 | 25.75 | 0.00 | 0.00 | 0.00 |
| Adams, Bi | 10/23 R | 280.00 | 20.78 | 231.64 | 27.44 | 0.00 | 0.00 | 0.00 |
| Adams, Bi | 10/23 P | 0.00 | 0.06 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 |
| Flores, L | 10/23 R | 252.01 | 42.43 | 167.44 | 42.14 | 0.00 | 0.00 | 0.00 |
| Pina, For | 10/24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 10/27 R | 210.87 | 17.42 | 176.02 | 17.43 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 10/28 R | 300.00 | 25.89 | 200.23 | 25.89 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 10/28 P | 0.00 | 23.99 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 |
| Russell, | 10/30 R | 518.88 | 28.26 | 444.17 | 26.45 | 20.00 | 0.00 | 0.00 |

**PLs' Exhibit 17**

010852

The Alvord 287 Joint Venture 2
**Register: Notes**
Dates: 10/01/14-10/31/14 Printed on: 03/28/15

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| +RC Tot: | 43 | 7681.61 | 511.61 | 6424.13 | 508.44 | 237.43 | 0.00 | 0.00 |
| -RC Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (October): | | 7681.61 | 511.61 | 6424.13 | 508.44 | 237.43 | 0.00 | 0.00 |
| +RC Tot: | 43 | 7681.61 | 511.61 | 6424.13 | 508.44 | 237.43 | 0.00 | 0.00 |
| -RC Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 7681.61 | 511.61 | 6424.13 | 508.44 | 237.43 | 0.00 | 0.00 |

**PLs' Exhibit 17**

4:11 PM

03/29/15

Accrual Basis

## Alvord 287 Joint Venture
## Profit & Loss
### January 2015

|  | TOTAL |
|---|---|
| **Income** | |
| Mortgage Interest Inc | 4,428.79 |
| Note Discount Inc | 417.84 |
| **Total Income** | 4,846.63 |
| **Expense** | 0.00 |
| **Net Income** | **4,846.63** |

## PLs' Exhibit 17

010854

4:12 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
### As of January 31, 2015

|  | Jan 31, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Other Current Assets** | |
| **Current Receivables** | |
| AFI-Payments | 703.52 |
| Reserve-Delinqent Taxes Notes | 23,000.00 |
| Reserve for Septic Repair, Road | 10,000.00 |
| **Total Current Receivables** | 33,703.52 |
| **Total Other Current Assets** | 33,703.52 |
| **Total Current Assets** | 33,703.52 |
| **Other Assets** | |
| JV 1- Land +Developement Costs | 1.00 |
| JV 2-Diamond Ridge | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -756,779.97 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| **Total JV 2-Diamond Ridge** | 211,778.75 |
| **Mortgages** | |
| Mortgage Notes Receivable | 635,884.34 |
| Mortgages Unearned Discounts | -305,260.01 |
| **Total Mortgages** | 330,624.33 |
| **Total Other Assets** | 542,404.08 |
| **TOTAL ASSETS** | **576,107.60** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -290,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -274,057.50 |
| **Jentex Capital Contributions** | |
| Anson Capital Withdrawl | -4,000.00 |
| Jentex Capital Withdrawal | -286,420.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -269,432.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,082,080.49 |
| Net Income | 4,846.63 |
| **Total Equity** | 576,107.60 |
| **TOTAL LIABILITIES & EQUITY** | **576,107.60** |

**PLs' Exhibit 17**

010855

The Alvord 287 Joint Venture
**Balances: Notes Receivable**
Report as of: 01/31/15   Printed on: 03/29/15
Order: Name   Investor: 287   Notes: No filter

| Name | Loan Number | | Acc Int | Balance | Basis | Escrow | Late | Service |
|------|------|------|---------|---------|-------|--------|------|---------|
| Adams, Bil | 2715 | -RC | 120.14 | 27650.73 | 11918.45 | 0.00 | 0.00 | 0.00 |
| Belcher, H | 2712 | -RC | 0.00 | 21728.28 | 10864.14 | 0.00 | 0.00 | 0.00 |
| Biddle, Ma | 2710 | -RC | 91.30 | 19129.80 | 9564.90 | 0.00 | 0.00 | 0.00 |
| Biediger, | 2726 | -RC | 0.00 | 20387.49 | 7761.79 | 0.00 | 0.00 | 0.00 |
| Bowen, Cha | 2716 | -RC | 0.00 | 27605.79 | 12857.37 | 0.00 | 0.00 | 0.00 |
| Crone, Bob | 2728 | -RC | 0.00 | 19617.43 | 9808.71 | 0.00 | 0.00 | 0.00 |
| Flores, Lu | 2713 | -RC | 0.00 | 16359.53 | 8208.27 | 0.00 | 0.00 | 0.00 |
| Henderson, | 2720 | -RC | 10.06 | 28321.24 | 14160.62 | 0.00 | 0.00 | 0.00 |
| Kopp, Fali | 2725 | -RC | 0.00 | 44705.71 | 19869.20 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 2723 | -RC | 0.00 | 24285.86 | 24285.86 | 0.00 | 0.00 | 0.00 |
| Martinez, | 2729 | -RC | 0.00 | 19213.80 | 9623.70 | 0.00 | 0.00 | 0.00 |
| McLaughlin | 2717 | -RC | 0.00 | 28552.15 | 14276.07 | 0.00 | 0.00 | 0.00 |
| Mullahy, W | 2732 | -RC | 0.00 | 24467.21 | 12233.60 | 0.00 | 0.00 | 0.00 |
| Murillo, A | 2721 | -RC | 0.00 | 26079.67 | 13039.83 | 0.00 | 0.00 | 57.43 |
| Ortiz, Rub | 2864 | -RC | 0.00 | 72436.82 | 30000.00 | 0.00 | 0.00 | 0.00 |
| Pina, Fort | 2742 | -RC | 0.00 | 25896.14 | 12948.07 | 0.00 | 0.00 | 0.00 |
| Roberts, B | 2722 | -RC | 0.00 | 26810.50 | 26810.50 | 0.00 | 0.00 | 0.00 |
| Russell, S | 2727 | -RC | 0.00 | 44271.23 | 22863.93 | 0.00 | 0.00 | 0.00 |
| Seeton, Th | 2711 | -RC | 164.79 | 20170.90 | 10102.67 | 0.00 | 0.00 | 0.00 |
| Smith, Jef | 2718 | -RC | 216.98 | 27838.15 | 12959.13 | 0.00 | 0.00 | 15.00 |
| Tully, Ian | 2861 | -RC | 0.00 | 27500.00 | 12500.00 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 2730 | -RC | 0.00 | 17460.90 | 8730.45 | 0.00 | 0.00 | 0.00 |
| Zamora, Ir | 2714 | -RC | 0.00 | 25395.50 | 15237.30 | 0.00 | 0.00 | 0.00 |
| Total: 23 | | | 603.27 | 635884.83 | 330624.56 | 0.00 | 0.00 | 72.43 |
| Average: | | | 26.23 | 27647.17 | 14374.98 | 0.00 | 0.00 | 3.15 |
| Net: | | | | 636560.53 | | | | |

**PLs' Exhibit 17**

010856

The Alvord 287 Joint Venture
**Register: Notes**
Dates: 01/01/15-01/31/15  Printed on: 03/29/15
Order: Pay Date  Investor: 287  Notes: No filter

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| Crone, Bo | 01/02 R | 300.00 | 26.89 | 198.22 | 26.90 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 01/02 P | 0.00 | 24.00 | 0.00 | 23.99 | 0.00 | 0.00 | 0.00 |
| Roberts, | 01/03 R | 261.94 | 13.30 | 11.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| Roberts, | 01/03 R | 0.00 | 13.41 | 223.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 01/06 R | 285.75 | 4.50 | 164.98 | 4.48 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 01/06 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 |
| Seeton, T | 01/06 r | 0.00 | 0.00 | 56.79 | 0.00 | 20.00 | 0.00 | 0.00 |
| Seeton, T | 01/06 R | 211.00 | 4.54 | 145.01 | 4.53 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 01/06 r | 0.00 | 0.00 | 36.92 | 0.00 | 20.00 | 0.00 | 0.00 |
| Smith, Je | 01/06 R | 319.86 | 22.10 | 232.38 | 25.38 | 25.00 | 0.00 | 0.00 |
| Smith, Je | 01/06 r | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 P | 28285.25 | 14067.62 | 0.00 | 14067.63 | 150.00 | 0.00 | 0.00 |
| Lopez, Li | 01/06 P | 150.00 | 75.00 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 |
| Mullahy, | 01/08 R | 215.01 | 5.51 | 203.99 | 5.51 | 0.00 | 0.00 | 0.00 |
| Murillo, | 01/09 S | -35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Flores, L | 01/09 R | 252.01 | 43.92 | 164.47 | 43.62 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 01/13 R | 100.00 | 4.31 | 91.38 | 4.31 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 R | 710.17 | 44.50 | 589.31 | 51.36 | 24.51 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 r | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 Y | 72436.82 | 32780.56 | 1765.53 | 37841.22 | 49.51 | 0.00 | 0.00 |
| Ortiz, Ru | 01/15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Adams, Bi | 01/19 S | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kopp, Fal | 01/20 R | 450.00 | 23.12 | 372.98 | 28.90 | 25.00 | 0.00 | 0.00 |
| Adams, Bi | 01/20 R | 280.00 | 21.13 | 55.69 | 27.90 | 25.00 | 0.00 | 0.00 |
| Adams, Bi | 01/20 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 |
| Adams, Bi | 01/20 r | 0.00 | 0.00 | 110.28 | 0.00 | 25.00 | 0.00 | 0.00 |
| Bowen, C | 01/20 R | 279.86 | 23.01 | 230.46 | 26.39 | 0.00 | 0.00 | 0.00 |
| Martinez, | 01/20 R | 226.29 | 16.93 | 192.48 | 16.88 | 0.00 | 0.00 | 0.00 |
| Tully, la | 01/20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Biediger, | 01/26 R | 257.15 | 20.08 | 204.40 | 32.67 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 01/26 R | 210.87 | 17.95 | 174.97 | 17.95 | 0.00 | 0.00 | 0.00 |
| Biddle, M | 01/26 r | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pina, For | 01/28 R | 251.00 | 17.41 | 216.09 | 17.41 | 0.00 | 0.00 | 0.00 |
| Pina, For | 01/28 P | 0.00 | 0.04 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 |
| Crone, Bo | 01/29 R | 300.00 | 27.40 | 197.20 | 27.41 | 0.00 | 0.00 | 0.00 |

**PLs' Exhibit 17**

The Alvord 287 Joint Venture 2
**Register: Notes**
Dates: 01/01/15-01/31/15 Printed on: 03/29/15

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|------|-----------|---------|-------------|------------|----------|---------|--------|--------|
| Crone, Bo | 01/29 P | 0.00 | 24.00 | 0.00 | 23.99 | 0.00 | 0.00 | 0.00 |
| McLaughli | 01/30 R | 254.50 | 8.22 | 238.07 | 8.21 | 0.00 | 0.00 | 0.00 |
| Kowalski, | 01/31 R | 240.01 | 12.52 | 202.49 | 0.00 | 25.00 | 0.00 | 0.00 |
| +RC Tot: | 46 | 106377.49 | 47341.97 | 6194.32 | 52401.69 | 389.51 | 50.00 | 0.00 |
| -RC Tot: | 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (January): | | 106377.49 | 47341.97 | 6194.32 | 52401.69 | 389.51 | 50.00 | 0.00 |
| +RC Tot: | 46 | 106377.49 | 47341.97 | 6194.32 | 52401.69 | 389.51 | 50.00 | 0.00 |
| -RC Tot: | 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 106377.49 | 47341.97 | 6194.32 | 52401.69 | 389.51 | 50.00 | 0.00 |

**PLs' Exhibit 17**

010858

4:11 PM

03/29/15

Accrual Basis

# Alvord 287 Joint Venture
# Profit & Loss
### February 2015

|  | TOTAL |
|---|---|
| **Income** | |
| Mortgage Interest Inc | 5,956.11 |
| Note Discount Inc | 415.01 |
| **Total Income** | 6,371.12 |
| **Expense** | |
| Mowing | 428.75 |
| **Total Expense** | 428.75 |
| **Net Income** | **5,942.37** |

**PLs' Exhibit 17**

010859

4:12 PM
03/29/15
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of February 28, 2015

|                                              | Feb 28, 15    |
|----------------------------------------------|---------------|
| **ASSETS**                                   |               |
| **Current Assets**                           |               |
| **Other Current Assets**                     |               |
| **Current Receivables**                      |               |
| AFI-Payments                                 | 785.69        |
| Reserve-Delinqent Taxes Notes                | 23,000.00     |
| Reserve for Septic Repair, Road              | 10,000.00     |
| **Total Current Receivables**                | 33,785.69     |
| **Total Other Current Assets**               | 33,785.69     |
| **Total Current Assets**                     | 33,785.69     |
| **Other Assets**                             |               |
| JV 1- Land +Developement Costs               | 1.00          |
| JV 2-Diamond Ridge                           |               |
| JV 1 - Other Costs                           | 250.00        |
| JV 1 - Septics & Prep                        | 5,770.00      |
| JV 2 - Cost Basis of TractsSold              | -771,502.90   |
| JV 2 - Land                                  | 246,671.47    |
| JV 2 - Other Costs                           | 45,808.61     |
| JV 2 - Road                                  | 168,168.53    |
| JV 2 - Septics & Prep                        | 391,100.06    |
| JV 2 - Water System                          | 110,790.05    |
| **Total JV 2-Diamond Ridge**                 | 197,055.82    |
| **Mortgages**                                |               |
| Mortgage Notes Receivable                    | 663,052.46    |
| Mortgages Unearned Discounts                 | -318,845.00   |
| **Total Mortgages**                          | 344,207.46    |
| **Total Other Assets**                       | 541,264.28    |
| **TOTAL ASSETS**                             | **575,049.97**|
| **LIABILITIES & EQUITY**                     |               |
| **Equity**                                   |               |
| **Frazier Capital Contributions**            |               |
| Frazier Capital Withdrawal                   | -293,920.00   |
| Frazier Capital Contributions - Other        | 16,362.50     |
| **Total Frazier Capital Contributions**      | -277,557.50   |
| **Jentex Capital Contributions**             |               |
| Anson Capital Withdrawl                      | -7,500.00     |
| Jentex Capital Withdrawal                    | -286,420.00   |
| Jentex Capital Contributions - Other         | 20,987.50     |
| **Total Jentex Capital Contributions**       | -272,932.50   |
| Opening Bal Equity                           | 32,670.48     |
| Retained Earnings                            | 1,082,080.49  |
| Net Income                                   | 10,789.00     |
| **Total Equity**                             | 575,049.97    |
| **TOTAL LIABILITIES & EQUITY**               | **575,049.97**|

**PLs' Exhibit 17**

010860