| Month | Beginning Principal Balance | Principal | Interest | Unearned Discount | Total Principal & Interest Collected | Service Fee | Net Pay to Alvord 287 JV | New Loans Added | Ending Princpal Balance | Basis in New Loans Added | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep-14 | Jentex Funds transferred by Check | | | | $24,000.00 | | | | | | |
| Sep-14 | Jentex funds transferred to Close Frost Account | | | | $1,600.83 | | | | | | |
| 14 tru 9-2014 | $589,329.18 | $727.43 | $9,616.72 | $750.06 | $11,094.21 | $491.11 | $10,603.10 | | $587,851.69 | | $311,544. |
| Oct-14 | $587,851.69 | $511.61 | $6,424.13 | $508.44 | $7,444.18 | $489.88 | $6,954.30 | $50,500.00 | $637,331.64 | $25,250.00 | $336,282. |
| Nov-14 | $637,331.64 | $245.20 | $3,249.34 | $226.48 | $3,721.02 | $531.11 | $3,189.91 | $0.00 | $636,859.96 | $0.00 | $336,037. |
| Dec-14 | $636,859.96 | $571.08 | $7,847.70 | $597.70 | $9,016.48 | $530.72 | $8,485.76 | $0.00 | $635,691.18 | $0.00 | $335,466. |
| Jan-15 | $635,691.18 | $373.80 | $3,839.48 | $366.48 | $4,579.76 | $529.74 | $4,050.02 | $933.93 | $635,884.83 | -$4,467.94 | $330,624. |
| Feb-15 | $635,884.83 | $416.87 | $5,956.11 | $415.01 | $6,787.99 | $529.90 | $6,258.09 | $28,000.00 | $663,052.95 | $14,000.00 | $344,207. |
| Mar-15 | $663,052.95 | $485.83 | $6,348.09 | $539.04 | $7,372.96 | $552.54 | $6,820.42 | $26,500.00 | $688,528.08 | $5,913.09 | $349,634. |
| Apr-15 | $688,528.08 | $403.90 | $4,889.30 | $416.57 | $5,709.77 | $573.77 | $5,136.00 | $84,000.00 | $771,707.61 | $18,395.09 | $367,626. |
| May-15 | $771,707.61 | $11,220.07 | $5,120.95 | $11,242.83 | $27,583.85 | $643.09 | $26,940.76 | $0.00 | $749,244.71 | $0.00 | $356,406. |
| Jun-15 | $749,244.71 | $619.65 | $8,455.88 | $789.61 | $9,865.14 | $624.37 | $9,240.77 | $30,500.00 | $778,335.45 | $5,347.11 | $361,133. |
| Jul-15 | $778,335.45 | $542.58 | $6,446.16 | $595.56 | $7,584.30 | $648.61 | $6,935.69 | $83,302.00 | $860,499.31 | $20,649.85 | $381,240. |
| Aug-15 | $860,499.31 | $699.47 | $7,444.11 | $838.57 | $8,982.15 | $717.08 | $8,265.07 | $28,500.00 | $887,461.27 | $7,462.69 | $388,004. |
| Sep-15 | $887,461.27 | $12,823.54 | $6,815.57 | $15,411.40 | $35,050.51 | $739.55 | $34,310.96 | $27,329.46 | $886,555.79 | $6,500.00 | $381,680. |
| Oct-15 | $886,555.79 | $463.69 | $6,267.85 | $664.23 | $7,395.77 | $738.80 | $6,656.97 | $110,500.00 | $995,927.87 | $20,503.39 | $401,720. |
| Nov-15 | $995,927.87 | $971.18 | $6,927.84 | $2,107.42 | $10,006.44 | $829.94 | $9,176.50 | $53,000.00 | $1,045,849.27 | $13,000.00 | $413,749. |
| Dec-15 | $1,045,849.27 | $1,494.17 | $8,416.70 | $3,672.95 | $13,583.82 | $871.54 | $12,712.28 | -$30,459.84 | $1,010,222.31 | -$5,348.91 | $406,905. |
| Jan-16 | $1,010,222.31 | $28,162.21 | $8,697.96 | $3,789.23 | $40,649.40 | $841.85 | $39,807.55 | $0.00 | $978,270.87 | $8.84 | $378,752. |
| Feb-16 | $978,270.87 | $1,183.07 | $7,746.69 | $2,848.03 | $11,777.79 | $815.23 | $10,962.56 | $2,204.53 | $976,444.30 | $22.74 | $377,592. |
| Mar-16 | $976,444.30 | $1,069.44 | $8,734.01 | $2,365.28 | $12,168.73 | $813.70 | $11,355.03 | $53,000.00 | $1,026,009.58 | $13,000.00 | $389,522. |
| Apr-16 | $1,026,009.58 | $884.90 | $6,651.85 | $1,759.80 | $9,296.55 | $855.01 | $8,441.54 | $83,500.00 | $1,106,864.88 | $19,500.00 | $408,137. |
| May-16 | $1,106,864.88 | $1,671.84 | $8,873.13 | $3,611.58 | $14,156.55 | $922.39 | $13,234.16 | $60,500.00 | $1,162,081.46 | $13,000.00 | $419,466. |
| Jun-16 | $1,162,081.46 | $1,594.23 | $9,149.72 | $4,147.25 | $14,891.20 | $968.40 | $13,922.80 | $26,500.00 | $1,182,839.98 | $6,500.00 | $424,371. |
| Jul-16 | $1,182,839.98 | $1,791.35 | $9,275.05 | $4,798.75 | $15,865.15 | $985.70 | $14,879.45 | $27,255.60 | $1,203,505.48 | $6,702.27 | $429,282. |
| Aug-16 | $1,203,505.48 | -$2,447.92 | $10,176.32 | $1,328.66 | $9,057.06 | $1,002.92 | $8,054.14 | $26,500.00 | $1,231,124.74 | $1,018.91 | $432,749. |
| Sep-16 | $1,231,124.74 | $2,178.26 | $9,096.30 | $2,581.21 | $13,855.77 | $1,025.94 | $12,829.83 | $30,000.00 | $1,185,090.96 | $9,967.91 | $411,044. |
| Oct-16 | $1,185,090.96 | $738.83 | $10,242.66 | $1,418.48 | $12,399.97 | $987.58 | $11,412.39 | $31,000.00 | $1,213,933.65 | $10,000.00 | $420,305. |

**PLs' Exhibit 18**

000527