| | 31-Dec-98 | 31-Dec-99 | 31-Dec-00 | 31-Dec-01 | 31-Dec-02 | 31-Dec-03 | 31-Dec-04 | 31-Dec-05 | 31-Dec-06 | 31-Dec-07 | 31-Dec-08 | 31-Dec-09 | 31-Dec-10 | 31-Dec-11 | 31-Dec-12 | 31-Dec-13 | 31-Dec-14 | 31-Dec-15 | 31-Dec-16 | 31-Dec-17 | 31-Dec-18 | 20-Apr-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | | | | | | | | | | | | |
| Checking/Savings | | | | | | | | | | | | | | | | | | | | | | |
| Chase Bank | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,077.47 | 0 | 0 | 1,238.53 | 1,238.53 | 1,238.53 |
| Summit Community Bank-C B | 0 | 25,585.05 | 16,630.87 | 7,532.12 | -2,197.99 | -12,952.53 | 14,783.02 | -3,253.10 | 7,819.85 | 23,721.41 | 18,527.35 | 32,320.32 | 48,732.35 | 6,337.82 | 17,404.94 | 16,509.34 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Checking/Savings | 0 | 25,585.05 | 16,630.87 | 7,532.12 | -2,197.99 | -12,952.53 | 14,783.02 | -3,253.10 | 7,819.85 | 23,721.41 | 18,527.35 | 32,320.32 | 48,732.35 | 6,337.82 | 17,404.94 | 16,509.34 | 40,077.47 | 0 | 0 | 1,238.53 | 1,238.53 | 1,238.53 |
| Other Current Assets | | | | | | | | | | | | | | | | | | | | | | |
| Current Receivables | | | | | | | | | | | | | | | | | | | | | | |
| AFI-Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,259.90 | 157,366.45 | 20,716.27 | 83,148.70 | 407,856.20 | 407,856.20 |
| AFI Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -44,033.28 | 0 | 0 | 0 | 0 | 0 |
| Reserve-Delinqent Taxes Notes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,012.63 | 6,012.63 | 6,012.63 | 6,012.63 |
| Total Current Receivables | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7,773.38 | 167,366.45 | 36,728.90 | 99,161.33 | 423,868.83 | 423,868.83 |
| Undeposited Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -88,250.19 | -88,250.19 | -88,250.19 |
| Total Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7,773.38 | 167,366.45 | 36,728.90 | 10,911.14 | 335,618.64 | 335,618.64 |
| Total Current Assets | 0 | 25,585.05 | 16,630.87 | 7,532.12 | -2,197.99 | -12,952.53 | 14,783.02 | -3,253.10 | 7,819.85 | 23,721.41 | 18,527.35 | 32,320.32 | 48,732.35 | 6,337.82 | 17,404.94 | 16,509.34 | 32,304.09 | 167,366.45 | 36,728.90 | 12,149.67 | 336,857.17 | 336,857.17 |
| Other Assets | | | | | | | | | | | | | | | | | | | | | | |
| A/R CFS (Posting Err Correction | 0 | 0 | 0 | 0 | 364.81 | 10.42 | 10.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Collections Rec'v from CFS | 0 | 13,025.56 | 14,960.09 | 16,856.16 | 14,454.29 | 11,237.70 | 10,622.03 | 8,580.87 | 2,379.92 | -490.19 | 1,295.12 | 16,372.86 | -353.03 | 21,534.80 | 315.32 | 775.48 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment / JENN 2000 | 0 | 0 | 2,000.00 | 2,000.00 | 52,000.00 | 107,000.00 | 152,000.00 | 165,000.00 | 0 | 0 | 0 | -587.21 | -587.21 | -587.21 | -587.21 | -587.21 | 0 | 0 | 0 | 0 | 0 | 0 |
| JV 1- Land +Developement Costs | 0 | -3,217.77 | -13,517.77 | -472.77 | 527.23 | 527.23 | 527.23 | 15,398.23 | 10,981.00 | 10,981.00 | 10,981.00 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| JV 2-Diamond Ridge | | | | | | | | | | | | | | | | | | | | | | |
| JV 1 - Other Costs | 0 | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| JV 1 - Septics & Prep | 0 | 0 | 2,000.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | 0 | -478,035.00 | -894,810.23 | -925,657.23 | -863,831.79 | -787,238.31 | -672,859.31 | -584,435.31 | -553,032.31 | -541,606.31 | -519,660.30 | -519,660.30 | -522,522.30 | -512,595.30 | -586,829.30 | -642,305.07 | -760,039.05 | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 0 | 245,967.84 | 246,184.34 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 0 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 0 | 105,419.59 | 156,432.35 | 167,868.53 | 167,868.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 0 | 192,888.30 | 347,412.22 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 391,100.06 | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 0 | 162,347.10 | 106,725.10 | 110,675.10 | 110,675.10 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 11; 282 PR4732 Rhome, TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 13, 310 PR 4732, Rhome, Tx | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 18;382 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 24; 476 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 26;502 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 34;646 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,142.62 | 14,142.62 | 0 | 0 | 0 |
| Lot 41, 770 PR 4732, Rhome, TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,673.20 | 11,673.20 | 11,673.20 |
| Lot 42, 792 PR 4732, Rhome, Tx | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -504.88 | -504.88 | -504.88 | -504.88 |
| Lot 62;877 PR4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 67;769 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 68, 751 PR 4732, Rhome, Tex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,005.17 | 1,005.17 | 1,122.39 | 0 | 0 | 0 |
| Lot 70;715 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 71;697 PR 4732, Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 77;513 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 79;481 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 12,906.64 | 12,906.64 | 12,906.64 | 12,906.64 |
| Lot 80;465 PR 4732, Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| Lot 81;449 PR 4732, Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 83;415 PR 4732, Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 87;349 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 90, 301 PR 4732 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -202.28 | -202.28 | -202.28 | -202.28 |
| Lot 94;241 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 95;227 PR 4732,Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500.00 | 0 | 0 | 0 | 0 |
| Lot 97;193 PR 4732, Rhome TX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,018.91 | 0 | 0 | 0 | 0 |
| JV 2-Diamond Ridge - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -187,143.85 | -194,761.84 | -184,050.94 | -184,050.94 | -184,050.94 |
| Total JV 2-Diamond Ridge | 0 | 274,396.44 | 10,002.39 | 42,486.54 | 104,311.98 | 181,320.41 | 295,699.41 | 384,123.41 | 415,526.41 | 426,952.41 | 448,898.42 | 448,898.42 | 446,036.42 | 455,963.42 | 381,729.42 | 326,253.65 | 209,524.84 | 107,134.98 | 25,802.15 | 32,921.24 | 32,921.24 | 32,921.24 |
| Mortgages | | | | | | | | | | | | | | | | | | | | | | |
| Mortgage Notes Receivable | | | | | | | | | | | | | | | | | | | | | | |
| 00456 Blaylock W/WD | 0 | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00458 Albright W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00464 Terrien W/WD | 0 | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00465 Knudson W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00466 Gephart W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00467 Delgado W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00468 Douglas W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00471 Houk/Fowler W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00472 Hilton W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00473 Tule W/WD | 0 | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00474 Robinson W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00475 Bach W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00476 Davis W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00477 Rodgers/Lee W/WD | 0 | 0 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00478 Hathaway W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00479 Smelley W/WD | 0 | 0 | 20,950.00 | 20,950.00 | 20,950.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00482 Hines/Dulyea W/WD | 0 | 0 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00483 Birmingham W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00484 Earp W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00485 White W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00486 Statton W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00487 Guyse W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00488 Parsons W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00489 Ator W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00490 Ammerman W/WD | 0 | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00497 Balke W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00498 Yellott W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00500 Reese/ W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00501 Barber/Roden W/WD | 0 | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00502 Aguirre/ W/WD | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 00507 Castillo W/WD | 0 | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01511 Morgan W/WD | 0 | 0 | 0 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01512 Long W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01516 Cabellero/Hodges W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01517 Toole/Lee W/WD | 0 | 0 | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01518 Whittington W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01528 McCabe W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01529 Hill W/WD | 0 | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01530 Morgan W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01531 Staley W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | -1,369.48 | -1,369.48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01533 Ross/ Keenam W/WD | 0 | 0 | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01534 Arters W/WD | 0 | 0 | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01536 Alfaro W/WD | 0 | 0 | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01537 Mc Kinney W/WD | 0 | 0 | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01539 Wickersham W/WD | 0 | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02567 Alfeld W/WD | 0 | 0 | 0 | 0 | 18,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02573 Ellis W/WD | 0 | 0 | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02575 Lsazarin W/WD | 0 | 0 | 0 | 0 | 22,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02577 Reese W/WD | 0 | 0 | 0 | 0 | 28,200.00 | 28,200.00 | 28,200.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02578 Cryer W/WD | 0 | 0 | 0 | 0 | 24,200.00 | 24,200.00 | 24,200.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 03580 Collelo W/WD | 0 | 0 | 0 | 0 | 0 | 21,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 03581 Ford W/WD | 0 | 0 | 0 | 0 | 0 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 24,200.00 | 0 | 0 | 0 | 0 | 0 | 0 |
| 04596 Alfeld W/WD | 0 | 0 | 0 | 0 | 0 | -2,500.00 | 19,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 06625 Daughtry W/WD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,507.01 | 23,507.01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 06629 Foster Family W/WD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 09678 Wiley W/WD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,737.89 | 28,737.89 | -5,762.11 | -5,762.11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 96306 Citation W/WD | 0 | 56,000.00 | 56,000.00 | 56,000.00 | 56,000.00 | 56,000.00 | 56,000.00 | 56,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 96307 Citation W/WD | 0 | 63,500.00 | 63,500.00 | 63,500.00 | 63,500.00 | 63,500.00 | 63,500.00 | 63,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 96313 Citation W/WD | 0 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 97337 Pond W/WD | 0 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 97338 Webb W/WD | 0 | 35,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 97340 Bruce W/WD | 0 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 97358 Thompson W/WD | 0 | 25,000.00 | 25,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98363 Lowrance W/WD | 0 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98364 Thompson W/WD | 0 | 15,000.00 | 15,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98367 Lowrance W/WD | 0 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98370 McDiffet W/WD | 0 | 23,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98372 Hamilton/Biedger W/WD | 0 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98374 Czerniak W/WD | 0 | 40,500.00 | 40,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99380 Lilly/Taylor W/WD | 0 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99387 Durham W/WD | 0 | 23,500.00 | 23,500.00 | 23,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99388 McComb W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99394 Wagner W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99396 Shepherd W/WD | 0 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99404 Harp/Smith W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99405 Myers W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99406 Botello W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99408 Lynn W/WD | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99409 Rhoades W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99410 Raney & Delgado W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99411 Jackson W/WD | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99412 Pritchett W/WD | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99413 Allen W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99416 Valderas W/WD | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99417 Hughes W/WD | 0 | 26,000.00 | 26,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99418 Meadors W/WD | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99419 Bean W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99420 Loftin W/WD | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99421 Otworth W/WD | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99424 Manzer W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99425 Ventura W/WD | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99430 Taylor W/WD | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99431 Lee W/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99432 Jackson W/WD | 0 | 24,700.00 | 24,700.00 | 24,700.00 | 24,700.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99435 Brown W/WD | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99437 Hill/Shaw W/WD | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99438 Whipple W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**PLs' Exhibit 19**

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99439 Knight W/WD | 0 | 26,000.00 | 26,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99441 Mealer W/WD | 0 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99443 Mitchell W/WD | 0 | 34,500.00 | 34,500.00 | 34,500.00 | 34,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99446 CareyW/WD | 0 | 20,500.00 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99447 Alvarez W/WD | 0 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99448 Mineau W/WD | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99449 Collelo W/WD | 0 | 20,500.00 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99450 Jones W/WD | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99452 Andrews W/WD | 0 | 0 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 24,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99453 Kemper W/WD | 0 | 0 | 19,500.00 | 19,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99454 Esparza W/WD | 0 | 0 | 20,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99455 Danley W/WD | 0 | 0 | 27,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mortgage Notes Receivable - Other | 0 | 115,500.00 | 181,000.00 | 181,000.00 | 180,979.75 | 180,979.75 | 180,979.75 | 180,979.75 | 180,979.75 | 180,979.75 | 180,979.75 | 180,979.75 | 207,079.75 | 207,079.75 | 323,079.75 | 458,579.75 | 635,880.51 | 960,379.03 | 1,210,003.68 | 1,118,133.53 | 895,543.53 | 895,543.53 |
| Total Mortgage Notes Receivable | 0 | 1,367,700.00 | 2,045,650.00 | 1,883,150.00 | 1,559,160.27 | 1,350,210.27 | 1,086,210.27 | 792,679.75 | 532,686.76 | 435,686.76 | 370,679.75 | 399,417.64 | 403,017.64 | 323,517.64 | 419,017.64 | 532,279.75 | 635,880.51 | 960,379.03 | 1,210,003.68 | 1,118,133.53 | 895,543.53 | 895,543.53 |
| Mortgages Unearned Discounts | 0 | -729,965.00 | -1,065,134.00 | -977,307.00 | -824,411.56 | -716,889.56 | -578,631.56 | -422,284.56 | -273,400.94 | -222,277.94 | -189,307.94 | -200,330.94 | -199,770.94 | -164,336.94 | -211,461.94 | -261,668.08 | -300,318.65 | -567,509.71 | -778,090.76 | -751,115.72 | -616,082.31 | -616,082.31 |
| Total Mortgages | 0 | 637,735.00 | 980,516.00 | 905,843.00 | 734,748.71 | 633,320.71 | 507,578.71 | 370,395.19 | 259,285.82 | 213,408.82 | 181,371.81 | 199,086.70 | 203,246.70 | 159,180.70 | 207,555.70 | 270,611.67 | 335,561.86 | 392,869.32 | 431,912.92 | 367,017.81 | 279,461.22 | 279,461.22 |
| Palm Harbor M.H. #0347AB/Lot 17 | 0 | 0 | 0 | 0 | 19,583.52 | 20,055.80 | 20,055.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Assets | 0 | 921,939.23 | 993,960.71 | 966,712.93 | 925,990.54 | 953,472.27 | 986,493.60 | 943,497.70 | 688,173.15 | 650,852.04 | 642,546.35 | 663,771.77 | 648,343.88 | 636,092.71 | 589,014.23 | 597,054.59 | 545,087.70 | 500,005.30 | 457,716.07 | 399,940.05 | 312,383.46 | 312,383.46 |
| TOTAL ASSETS | 0 | 947,524.28 | 1,010,591.58 | 974,245.05 | 923,792.55 | 940,519.74 | 1,001,276.62 | 940,244.60 | 695,993.00 | 674,573.45 | 661,073.70 | 696,092.09 | 697,076.23 | 642,430.53 | 606,419.17 | 613,563.93 | 577,391.79 | 667,371.75 | 494,444.97 | 412,089.72 | 649,240.63 | 649,240.63 |
| LIABILITIES & EQUITY | | | | | | | | | | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | | | | | | | | | | |
| Property Taxes Payable | 0 | 0 | 0 | 0 | -5,355.60 | -5,355.60 | -5,355.60 | -33,935.06 | -34,507.83 | -35,312.37 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| Total Accounts Payable | 0 | 0 | 0 | 0 | -5,355.60 | -5,355.60 | -5,355.60 | -33,935.06 | -34,507.83 | -35,312.37 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -36,203.26 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| Other Current Liabilities | | | | | | | | | | | | | | | | | | | | | | |
| Foreclosure Exp Payable | 0 | 0 | 0 | 12,000.00 | 10,990.44 | 10,990.44 | 10,990.44 | 10,990.44 | 10,099.53 | 1,079.07 | 109.55 | 109.55 | 109.55 | 109.55 | 109.55 | 109.55 | 0 | 0 | 0 | 0 | 0 | 0 |
| MISC Acct Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Current Liabilities | 0 | 0 | 0 | 12,000.00 | 10,990.44 | 10,990.44 | 10,990.44 | 10,990.44 | 10,099.53 | 1,079.07 | 109.55 | 109.55 | 109.55 | 109.55 | 109.55 | 609.55 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 0 | 0 | 0 | 12,000.00 | 5,634.84 | 5,634.84 | 5,634.84 | -22,944.62 | -24,408.30 | -34,233.30 | -36,093.71 | -36,093.71 | -36,093.71 | -36,093.71 | -36,093.71 | -35,593.71 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| Long Term Liabilities | | | | | | | | | | | | | | | | | | | | | | |
| Notes Payable Kosel | | | | | | | | | | | | | | | | | | | | | | |
| N/P JV 1 - Alvord | 0 | 74,847.34 | 62,589.76 | 51,019.65 | 35,761.05 | 19,975.81 | 3,906.34 | 806.94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N/P JV 2 - Diamond Ridge | 0 | 784,693.22 | 755,193.22 | 551,193.22 | 371,193.22 | 319,193.22 | 299,193.22 | 208,193.22 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Notes Payable Kosel | 0 | 859,540.56 | 817,782.98 | 602,212.87 | 406,954.27 | 339,169.03 | 303,099.56 | 209,000.16 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 1,484.67 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unallocated Collected Principal | 0 | 6,872.16 | 12,981.25 | 18,703.24 | 23,867.05 | 28,817.53 | 31,607.55 | 30,206.84 | 18,931.22 | 22,035.22 | 23,791.22 | 43,092.22 | 46,983.22 | 31,807.22 | 32,677.22 | 34,379.22 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Long Term Liabilities | 0 | 866,412.72 | 830,764.23 | 620,916.11 | 430,821.32 | 367,986.56 | 334,707.11 | 239,207.00 | 20,415.89 | 23,519.89 | 25,275.89 | 44,576.89 | 48,467.89 | 33,291.89 | 34,161.89 | 35,863.89 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 0 | 866,412.72 | 830,764.23 | 632,916.11 | 436,456.16 | 373,621.40 | 340,341.95 | 216,262.38 | -3,992.41 | -10,713.41 | -10,817.82 | 8,483.18 | 12,374.18 | -2,801.82 | -1,931.82 | 270.18 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| Equity | | | | | | | | | | | | | | | | | | | | | | |
| Frazier Capital Contributions | | | | | | | | | | | | | | | | | | | | | | |
| Frazier Capital Withdrawal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -82,000.00 | -122,000.00 | -142,000.00 | -152,000.00 | -167,000.00 | -210,420.00 | -246,920.00 | -263,920.00 | -286,420.00 | -286,420.00 | -429,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 0 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| Total Frazier Capital Contributions | 0 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 | -65,637.50 | -105,637.50 | -125,637.50 | -135,637.50 | -150,637.50 | -194,057.50 | -230,557.50 | -247,557.50 | -270,057.50 | -270,057.50 | -413,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Jentex Capital Contributions | | | | | | | | | | | | | | | | | | | | | | |
| Jentex Capital Withdrawal | | | | | | | | | | | | | | | | | | | | | | |
| Anson Capital Withdrawl | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -143,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -82,000.00 | -122,000.00 | -142,000.00 | -152,000.00 | -167,000.00 | -210,420.00 | -246,920.00 | -263,920.00 | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| Total Jentex Capital Withdrawal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -82,000.00 | -122,000.00 | -142,000.00 | -152,000.00 | -167,000.00 | -210,420.00 | -246,920.00 | -263,920.00 | -286,420.00 | -286,420.00 | -429,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Jentex Capital Contributions - Other | 0 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| Total Jentex Capital Contributions | 0 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | 20,987.50 | -61,012.50 | -101,012.50 | -121,012.50 | -131,012.50 | -146,012.50 | -189,432.50 | -225,932.50 | -242,932.50 | -265,432.50 | -265,432.50 | -413,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 0 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 0 | 0 | 11,091.08 | 109,806.87 | 271,308.46 | 417,315.91 | 496,877.86 | 590,914.19 | 653,961.74 | 793,964.93 | 859,266.38 | 885,871.04 | 921,588.43 | 948,681.57 | 996,051.87 | 1,032,170.51 | 1,071,113.27 | 1,122,342.73 | 1,210,453.51 | 1,328,151.73 | 1,405,796.48 | 1,642,947.39 |
| Net Income | 0 | 11,091.08 | 98,715.79 | 161,501.59 | 146,007.45 | 79,561.95 | 94,036.33 | 63,047.55 | 140,003.19 | 65,301.45 | 26,604.66 | 35,717.39 | 27,093.14 | 47,370.30 | 36,118.64 | 38,942.76 | 49,360.28 | 88,110.78 | 117,698.22 | 77,644.75 | 237,150.91 | 0 |
| Total Equity | 0 | 81,111.56 | 179,827.35 | 341,328.94 | 487,336.39 | 566,898.34 | 660,934.67 | 723,982.22 | 699,985.41 | 685,286.86 | 671,891.52 | 687,608.91 | 684,702.05 | 645,232.35 | 608,350.99 | 613,293.75 | 617,654.03 | 707,633.99 | 534,707.21 | 452,351.96 | 689,502.87 | 689,502.87 |
| TOTAL LIABILITIES & EQUITY | 0 | 947,524.28 | 1,010,591.58 | 974,245.05 | 923,792.55 | 940,519.74 | 1,001,276.62 | 940,244.60 | 695,993.00 | 674,573.45 | 661,073.70 | 696,092.09 | 697,076.23 | 642,430.53 | 606,419.17 | 613,563.93 | 577,391.79 | 667,371.75 | 494,444.97 | 412,089.72 | 649,240.63 | 649,240.63 |

**PLs' Exhibit 19**