| | | Jan - Dec 99 | Jan - Dec 00 | Jan - Dec 01 | Jan - Dec 02 | Jan - Dec 03 | Jan - Dec 04 | Jan - Dec 05 | Jan - Dec 06 | Jan - Dec 07 | Jan - Dec 08 | Jan - Dec 09 | Jan - Dec 10 | Jan - Dec 11 | Jan - Dec 12 | Jan - Dec 13 | Jan - Dec 14 | Jan - Dec 15 | Jan - Dec 16 | Jan - Dec 17 | Jan - Dec 18 | Jan 1 - Apr 20, 19 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | | | | | | | | | | | |
| | Cash Land Sales | $0.00 | $0.00 | $33,000.00 | $12,990.40 | $25,985.89 | $0.00 | $0.00 | $0.00 | $13,414.11 | $0.00 | $0.00 | $0.00 | $0.00 | $20,982.70 | $0.00 | $11,261.59 | $39,205.59 | $16,923.33 | $0.00 | $0.00 | $0.00 | $173,763.61 |
| | Mortgage Interest Inc | $88,004.23 | $200,071.09 | $215,733.90 | $184,744.51 | $150,558.00 | $136,673.24 | $101,691.56 | $75,937.49 | $51,219.72 | $46,340.39 | $41,452.00 | $41,559.00 | $38,620.00 | $39,673.00 | $49,850.00 | $56,983.30 | $73,479.06 | $107,785.81 | $107,479.72 | $112,951.41 | $0.00 | $1,920,807.43 |
| | Note Discount Inc | $12,510.00 | $58,056.00 | $72,827.00 | $76,718.00 | $4,660.00 | $22,969.00 | $38,787.00 | $123,576.00 | $27,167.00 | $11,969.00 | $12,496.00 | $3,247.00 | $25,507.00 | $2,907.00 | $3,261.00 | $1,238.85 | $36,794.72 | $31,314.65 | $67,772.86 | $135,033.41 | $0.00 | $768,811.49 |
| | Other Inc | $0.00 | $32,869.00 | $150.00 | $60.00 | $4,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | $99.97 | $0.00 | $258.26 | $0.00 | $210.87 | $5,762.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $44,410.21 |
| | Uncategorized Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Income | | $100,514.23 | $290,996.09 | $321,710.90 | $274,512.91 | $185,203.89 | $159,642.24 | $141,478.56 | $199,513.49 | $91,800.83 | $58,409.36 | $53,948.00 | $45,064.26 | $64,127.00 | $63,773.57 | $58,873.11 | $69,483.74 | $149,479.37 | $156,023.79 | $175,252.58 | $247,984.82 | $0.00 | $2,907,792.74 |
| Expense | | | | | | | | | | | | | | | | | | | | | | | |
| | Advertising | $0.00 | $9,384.00 | $3,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,584.00 |
| | Bank Charges | $26.95 | $46.95 | $27.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 | $190.00 | $0.00 | $0.00 | $0.00 | $0.00 | $357.85 |
| | Buyer Move-in Incentive | $0.00 | $17,127.84 | $11,587.66 | $2,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31,015.50 |
| | Closing Costs | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 Closing | $20.00 | $418.00 | $2,838.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($146.96) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,229.04 |
| |   JV 2 Closing | $15,807.47 | $12,754.00 | $6,285.00 | $5,487.83 | $446.00 | $656.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,942.87 | $1,848.22 | ($109.55) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,118.03 |
| |   Closing Cos | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($13.00) | $0.00 | $18,524.05 | $10,000.00 | $0.00 | $0.00 | $0.00 | $28,511.05 |
| | Total Closing Costs | $15,827.47 | $13,172.00 | $9,123.00 | $6,587.83 | $446.00 | $656.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,942.87 | $1,835.22 | ($256.51) | $18,524.05 | $10,000.00 | $0.00 | $0.00 | $0.00 | $77,858.12 |
| | Commissions | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 Comm | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| |   JV 2 Comm | $0.00 | $1,200.00 | $2,700.00 | $1,800.00 | $4,600.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,400.00 |
| |   Commission | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| | Total Commissions | $3,000.00 | $1,200.00 | $2,700.00 | $3,300.00 | $4,600.00 | $100.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,900.00 |
| | Copy Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $178.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $178.64 |
| | Delivery Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.60 | $33.12 | $0.00 | $0.00 | $0.00 | $65.72 |
| | Electric | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41.24 | $114.46 | $0.00 | $0.00 | $0.00 | $155.70 |
| | Foreclosure Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $563.20 | $6,774.06 | $3,988.23 | $0.00 | $0.00 | $0.00 | $11,325.49 |
| | Insurance | $0.00 | $666.00 | $722.00 | $804.00 | $810.00 | $558.00 | ($206.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,354.00 |
| | Interest Paid | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 Interest | $8,755.94 | $8,163.34 | $5,709.13 | $5,162.32 | $3,064.84 | $1,209.77 | $42.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,108.02 |
| |   JV 2 Interest | $48,275.74 | $128,146.83 | $99,451.58 | $72,842.70 | $58,797.32 | $44,384.80 | $42,500.88 | $23,877.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $518,277.76 |
| | Total Interest Paid | $57,031.68 | $136,310.17 | $105,160.71 | $78,005.02 | $61,862.16 | $45,594.57 | $42,543.56 | $23,877.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $550,385.78 |
| | Legal & Professional | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 L & P | $0.00 | $0.00 | $0.00 | $80.00 | $143.00 | $0.00 | $0.00 | $0.00 | $84.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307.00 |
| |   JV 2 L & P | $2,447.03 | $3,656.16 | $2,219.00 | $2,309.50 | $3,762.43 | $1,051.50 | $1,466.00 | $1,123.00 | $340.00 | $0.00 | $24.00 | $0.00 | $670.00 | $256.00 | $274.00 | $244.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,842.62 |
| |   Legal & Pro | $150.00 | $150.00 | $200.00 | $200.00 | $200.00 | $1,062.50 | $3,279.79 | $2,696.68 | $1,172.41 | $2,567.50 | $250.00 | $400.00 | $740.00 | $1,043.22 | $425.00 | $1,000.00 | $3,242.05 | $0.00 | $0.00 | $0.00 | $0.00 | $18,779.15 |
| | Total Legal & Professional | $2,597.03 | $3,806.16 | $2,419.00 | $2,589.50 | $4,105.43 | $2,114.00 | $4,745.79 | $3,903.68 | $1,512.41 | $2,567.50 | $274.00 | $400.00 | $1,410.00 | $1,299.22 | $699.00 | $1,244.00 | $3,242.05 | $0.00 | $0.00 | $0.00 | $0.00 | $38,928.77 |
| | Loan Servicing Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,312.93 | $11,352.53 | $10,596.17 | $10,833.91 | $0.00 | $0.00 | $40,095.54 |
| | Mowing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883.75 | $2,933.15 | $0.00 | $0.00 | $0.00 | $0.00 | $3,816.90 |
| | Other Expense | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 Other | $0.00 | $0.00 | $0.00 | $467.96 | $0.00 | $0.00 | $0.00 | $1,379.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,847.65 |
| |   JV 2 Other | $2,939.52 | $3,363.60 | $14,204.68 | $8,258.89 | $5,497.94 | $9,014.68 | $9,671.30 | $2,507.11 | $3,455.20 | $3,029.87 | $3,677.84 | $2,359.24 | $2,353.98 | $9,667.49 | $3,623.40 | $6,355.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $89,979.81 |
| | Total Other Expense | $2,939.52 | $3,363.60 | $14,204.68 | $8,726.85 | $5,497.94 | $9,014.68 | $9,671.30 | $3,886.80 | $3,455.20 | $3,029.87 | $3,677.84 | $2,359.24 | $2,353.98 | $9,667.49 | $3,623.40 | $6,355.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91,827.46 |
| | Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| | Real Estate Taxes | | | | | | | | | | | | | | | | | | | | | | |
| |   JV 1 Real Es | $1,155.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $169.65 | $246.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,571.36 |
| |   JV 2 Real Es | $6,845.48 | $5,684.38 | $18,829.25 | $32,392.26 | $28,320.41 | $30,098.71 | $21,664.86 | $27,841.66 | $19,362.12 | $15,560.64 | $14,277.77 | $14,575.37 | $12,992.72 | $14,745.35 | $13,772.73 | $10,940.11 | $6,295.66 | $0.00 | $0.00 | $0.00 | $0.00 | $294,199.73 |
| |   Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| | Total Real Estate Taxes | $8,000.50 | $5,684.38 | $18,829.25 | $32,392.26 | $28,320.41 | $30,098.71 | $21,664.86 | $27,841.66 | $19,531.77 | $15,807.33 | $14,277.77 | $14,575.37 | $12,992.72 | $14,745.35 | $13,772.73 | $10,940.11 | $6,795.66 | $0.00 | $0.00 | $0.00 | $0.00 | $296,271.09 |
| | Road Repair | | | | | | | | | | | | | | | | | | | | | | |
| |   Road Repair | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,400.00 |
| |   Road Repair | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,800.00 |
| | Total Road Repair | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,200.00 |
| | Septic Repair | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.00 | $12,381.15 | $0.00 | $0.00 | $0.00 | $0.00 | $12,561.15 |
| | Service & Sales Expense | $0.00 | $1,127.20 | $692.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $89.32 | $12,984.81 | $87,011.66 | $0.00 | $0.00 | $0.00 | $101,905.05 |
| | Signage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $636.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $636.51 |
| | Uncategorized Expense | $0.00 | $332.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $343.50 |
| | Warranty Exp | $0.00 | $60.00 | $75.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,135.00 |
| Total Expense | | $89,423.15 | $192,280.30 | $168,741.31 | $134,705.46 | $105,641.94 | $91,136.15 | $78,431.01 | $59,510.30 | $26,499.38 | $31,804.70 | $18,230.61 | $17,971.09 | $16,756.70 | $27,654.93 | $19,930.35 | $20,123.46 | $61,368.59 | $38,325.57 | $97,607.83 | $10,833.91 | $0.00 | $1,306,976.77 |
| Net Income | | $11,091.08 | $98,715.79 | $152,969.59 | $139,807.45 | $79,561.95 | $68,506.09 | $63,047.55 | $140,003.19 | $65,301.45 | $26,604.66 | $35,717.39 | $27,093.14 | $47,370.30 | $36,118.64 | $38,942.76 | $49,360.28 | $88,110.78 | $117,698.22 | $77,644.75 | $237,150.91 | $0.00 | $1,600,815.97 |

**PLs' Exhibit 20**