4:54 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2014

| | Jan 14 | Feb 14 | Mar 14 | Apr 14 | May 14 | Jun 14 | Jul 14 | Aug 14 | Sep 14 | Oct 14 | Nov 14 | Dec 14 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Cash Land Sales | 0.00 | 0.00 | 0.00 | 0.00 | 11,261.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,261.59 |
| Mortgage Interest Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,282.55 | 5,603.71 | 3,249.34 | 7,847.70 | 56,983.30 |
| Note Discount Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 414.67 | 226.48 | 597.70 | 1,238.85 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 11,261.59 | 0.00 | 0.00 | 0.00 | 40,282.55 | 6,018.38 | 3,475.82 | 8,445.40 | 69,483.74 |
| **Expense** | | | | | | | | | | | | | |
| Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 40.00 | 65.00 |
| **Closing Costs** | | | | | | | | | | | | | |
| JV 1 Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -146.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -146.96 |
| JV 2 Closing Costs | 0.00 | -109.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -109.55 |
| **Total Closing Costs** | 0.00 | -109.55 | 0.00 | 0.00 | 0.00 | 0.00 | -146.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -256.51 |
| **Commissions** | | | | | | | | | | | | | |
| JV 2 Commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Commissions** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delivery Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.60 | 32.60 |
| Electric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.04 | 0.00 | 20.20 | 41.24 |
| Foreclosure Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 563.20 | 563.20 |
| **Legal & Professional** | | | | | | | | | | | | | |
| JV 2 L & P | 0.00 | 244.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.00 |
| Legal & Professional - Other | 0.00 | 500.00 | 0.00 | 0.00 | 175.00 | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| **Total Legal & Professional** | 0.00 | 744.00 | 0.00 | 0.00 | 175.00 | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,244.00 |
| Mowing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 455.00 | 0.00 | 428.75 | 883.75 |
| **Other Expense** | | | | | | | | | | | | | |
| JV 2 Other Exp | 10.18 | 10.18 | 430.18 | 250.22 | 5,160.26 | 130.30 | 10.35 | 342.93 | 10.47 | 0.00 | 0.00 | 0.00 | 6,355.07 |
| **Total Other Expense** | 10.18 | 10.18 | 430.18 | 250.22 | 5,160.26 | 130.30 | 10.35 | 342.93 | 10.47 | 0.00 | 0.00 | 0.00 | 6,355.07 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 | 25.00 | 75.00 |
| **Real Estate Taxes** | | | | | | | | | | | | | |
| JV 2 Real Estate Taxes | 0.00 | 300.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,639.87 | 10,940.11 |
| **Total Real Estate Taxes** | 0.00 | 300.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,639.87 | 10,940.11 |
| Septic Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| **Total Expense** | 10.18 | 944.87 | 430.18 | 250.22 | 5,335.26 | 130.30 | 188.39 | 342.93 | 35.47 | 501.04 | 25.00 | 11,929.62 | 20,123.46 |
| **Net Income** | -10.18 | -944.87 | -430.18 | -250.22 | 5,926.33 | -130.30 | -188.39 | -342.93 | 40,247.08 | 5,517.34 | 3,450.82 | -3,484.22 | 49,360.28 |

Page 1

**PLs' Exhibit 21**

4:55 PM
04/25/17
Accrual Basis

**Alvord 287 Joint Venture**
**Profit & Loss**
January through December 2015

| | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | Dec 15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Cash Land Sales | 0.00 | 0.00 | 0.00 | 0.00 | 15,705.59 | 23,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,205.59 |
| Mortgage Interest Inc | 3,839.48 | 5,956.11 | 6,348.09 | 4,889.30 | 5,120.95 | 8,455.88 | 6,446.16 | 7,444.11 | 6,815.57 | 5,819.34 | 6,480.22 | 5,863.85 | 73,479.06 |
| Note Discount Inc | 366.48 | 415.01 | 539.04 | 416.57 | 11,242.83 | 789.61 | 595.56 | 838.57 | 15,411.40 | 582.78 | 2,025.29 | 3,571.58 | 36,794.72 |
| **Total Income** | 4,205.96 | 6,371.12 | 6,887.13 | 5,305.87 | 32,069.37 | 32,745.49 | 7,041.72 | 8,282.68 | 22,226.97 | 6,402.12 | 8,505.51 | 9,435.43 | 149,479.37 |
| **Expense** | | | | | | | | | | | | | |
| Bank Charges | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 110.00 | -665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 190.00 |
| Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 | 0.00 | 0.00 | 962.69 | 0.00 | 0.00 | 16,061.36 | 18,524.05 |
| Copy Fee | 0.00 | 0.00 | 89.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.32 | 178.64 |
| Delivery Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.12 |
| Electric | 20.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.26 | 0.00 | 114.46 |
| Foreclosure Expense | 0.00 | 750.00 | 1,524.06 | 0.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,774.06 |
| Legal & Professional | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 2,382.00 | 0.00 | 360.05 | 0.00 | 0.00 | 0.00 | 3,242.05 |
| Loan Servicing Expense | 529.74 | 529.90 | 552.54 | 0.00 | 643.09 | 624.37 | 648.61 | 717.08 | 739.55 | 716.02 | 785.17 | 826.86 | 7,312.93 |
| Mowing | 0.00 | 428.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,581.80 | 0.00 | 0.00 | 922.60 | 2,933.15 |
| **Real Estate Taxes** | | | | | | | | | | | | | |
| JV 2 Real Estate Taxes | 0.00 | 0.00 | 682.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,613.66 | 6,295.66 |
| Real Estate Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| **Total Real Estate Taxes** | 0.00 | 0.00 | 682.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,113.66 | 6,795.66 |
| Road Repair | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 |
| Sales Expense | 0.00 | 0.00 | 89.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.32 |
| Septic Repair | 0.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,706.00 | 0.00 | 0.00 | 8,875.15 | 12,381.15 |
| **Total Expense** | 564.94 | 1,723.65 | 3,452.24 | 1,815.00 | 4,208.09 | 1,517.49 | 6,865.61 | 717.08 | 5,350.09 | 716.02 | 785.17 | 33,653.21 | 61,368.59 |
| **Net Income** | 3,641.02 | 4,647.47 | 3,434.89 | 3,490.87 | 27,861.28 | 31,228.00 | 176.11 | 7,565.60 | 16,876.88 | 5,686.10 | 7,720.34 | -24,217.78 | 88,110.78 |

Page 1

**PLs' Exhibit 21**

| | | | | | | **Alvord 287 Joint Venture** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:56 PM | | | | | | **Profit & Loss** | | | | | | | |
| 04/25/17 | | | | | | | | | | | | | |
| Accrual Basis | | | | | | **January through December 2016** | | | | | | | |

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | Jul 16 | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| **Cash Land Sales** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,785.82 | 0.00 | 0.00 | 21,785.82 |
| **Mortgage Interest Inc** | 10,277.76 | 7,746.69 | 8,734.01 | 6,651.85 | 8,873.13 | 9,149.72 | 9,275.05 | 10,176.32 | -32,682.91 | 9,757.25 | 7,562.44 | 10,656.90 | 66,178.21 |
| **Note Discount Inc** | 4,054.18 | 2,848.03 | 2,365.28 | 1,759.80 | 3,611.58 | 4,147.25 | 4,798.75 | 1,328.66 | 2,581.21 | 1,398.32 | 1,165.03 | 1,340.44 | 31,398.53 |
| **Total Income** | 14,331.94 | 10,594.72 | 11,099.29 | 8,411.65 | 12,484.71 | 13,296.97 | 14,073.80 | 11,504.98 | -30,101.70 | 32,941.39 | 8,727.47 | 11,997.34 | 119,362.56 |
| **Expense** | | | | | | | | | | | | | |
| **Closing Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| **Foreclosure Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,988.23 | 0.00 | 0.00 | 0.00 | 3,988.23 |
| **Loan Servicing Expense** | 953.98 | 815.23 | 813.70 | 855.01 | 922.39 | 968.40 | 985.70 | 1,002.92 | 1,025.94 | 987.58 | 1,011.63 | 1,010.09 | 11,352.57 |
| **Sales Expense** | 15,624.25 | 1,295.15 | 180.00 | 9,898.88 | -19,902.00 | 0.00 | 0.00 | 15,310.80 | -25,922.27 | 0.00 | 0.00 | 0.00 | -3,515.19 |
| **Total Expense** | 16,578.23 | 2,110.38 | 993.70 | 10,753.89 | -18,979.61 | 968.40 | 985.70 | 16,313.72 | -10,908.10 | 987.58 | 1,011.63 | 1,010.09 | 21,825.61 |
| **Net Income** | -2,246.29 | 8,484.34 | 10,105.59 | -2,342.24 | 31,464.32 | 12,328.57 | 13,088.10 | -4,808.74 | -19,193.60 | 31,953.81 | 7,715.84 | 10,987.25 | 97,536.95 |

PLs' Exhibit 21

4:57 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through March 2017

|  | Jan 17 | Feb 17 | Mar 17 | TOTAL |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| Mortgage Interest Inc | 11,426.46 | 7,625.30 | 10,789.96 | 29,841.72 |
| Note Discount Inc | 1,487.59 | 1,043.99 | 33,968.90 | 36,500.48 |
| **Total Income** | 12,914.05 | 8,669.29 | 44,758.86 | 66,342.20 |
| **Expense** | | | | |
| Loan Servicing Expense | 1,008.35 | 1,006.46 | 1,005.14 | 3,019.95 |
| **Total Expense** | 1,008.35 | 1,006.46 | 1,005.14 | 3,019.95 |
| **Net Income** | **11,905.70** | **7,662.83** | **43,753.72** | **63,322.25** |

**PLs' Exhibit 21**

5:37 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2014

|  | Dec 31, 14 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Chase Bank | 40,077.47 |
|     **Total Checking/Savings** | 40,077.47 |
|     **Other Current Assets** | |
|       **Current Receivables** | |
|         AFI-Payments | 27,744.57 |
|         AFI Receivable | -44,033.28 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 |
|       **Total Current Receivables** | -6,288.71 |
|     **Total Other Current Assets** | -6,288.71 |
|   **Total Current Assets** | 33,788.76 |
|   **Other Assets** | |
|     JV 1- Land +Developement Costs | 1.00 |
|     JV 2-Diamond Ridge | 208,040.17 |
|     **Mortgages** | |
|       Mortgage Notes Receivable | 635,880.51 |
|       Mortgages Unearned Discounts | -300,318.65 |
|     **Total Mortgages** | 335,561.86 |
|   **Total Other Assets** | 543,603.03 |
| **TOTAL ASSETS** | **577,391.79** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **Frazier Capital Contributions** | |
|       Frazier Capital Withdrawal | -286,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 |
|     **Total Frazier Capital Contributions** | -270,057.50 |
|     **Jentex Capital Contributions** | |
|       Jentex Capital Withdrawal | -286,420.00 |
|       Jentex Capital Contributions - Other | 20,987.50 |
|     **Total Jentex Capital Contributions** | -265,432.50 |
|     Opening Bal Equity | 32,670.48 |
|     Retained Earnings | 1,030,851.03 |
|     Net Income | 49,360.28 |
|   **Total Equity** | 577,391.79 |
| **TOTAL LIABILITIES & EQUITY** | **577,391.79** |

PLs' Exhibit 21

5:38 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Other Current Assets** | |
| **Current Receivables** | |
| AFI-Payments | 158,851.12 |
| Reserve-Delinqent Taxes Notes | 10,000.00 |
| **Total Current Receivables** | 168,851.12 |
| **Total Other Current Assets** | 168,851.12 |
| **Total Current Assets** | 168,851.12 |
| **Other Assets** | |
| JV 1- Land +Developement Costs | 1.00 |
| JV 2-Diamond Ridge | 105,650.31 |
| **Mortgages** | |
| Mortgage Notes Receivable | 960,379.03 |
| Mortgages Unearned Discounts | -567,509.71 |
| **Total Mortgages** | 392,869.32 |
| **Total Other Assets** | 498,520.63 |
| **TOTAL ASSETS** | **667,371.75** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -286,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -270,057.50 |
| **Jentex Capital Contributions** | |
| Jentex Capital Withdrawal | -286,420.00 |
| Jentex Capital Contributions - Other | 20,987.50 |
| **Total Jentex Capital Contributions** | -265,432.50 |
| Opening Bal Equity | 32,670.48 |
| Retained Earnings | 1,082,080.49 |
| Net Income | 88,110.78 |
| **Total Equity** | 667,371.75 |
| **TOTAL LIABILITIES & EQUITY** | **667,371.75** |

PLs' Exhibit 21

5:39 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Other Current Assets** | |
|       **Current Receivables** | |
|         AFI-Payments | 20,865.57 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 |
|         Reserve for Septic Repair, Road | 6,012.63 |
|       **Total Current Receivables** | 36,878.20 |
|     **Total Other Current Assets** | 36,878.20 |
|   **Total Current Assets** | 36,878.20 |
|   **Other Assets** | |
|     JV 1- Land  +Developement Costs | 1.00 |
|     JV 2-Diamond Ridge | 18,523.75 |
|     **Mortgages** | |
|       Mortgage Notes Receivable | 1,210,003.65 |
|       Mortgages Unearned Discounts | -791,122.90 |
|     **Total Mortgages** | 418,880.75 |
|   **Total Other Assets** | 437,405.50 |
| **TOTAL ASSETS** | **474,283.70** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **Frazier Capital Contributions** | |
|       Frazier Capital Withdrawal | -429,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 |
|     **Total Frazier Capital Contributions** | -413,057.50 |
|     **Jentex Capital Contributions** | |
|       **Jentex Capital Withdrawal** | |
|         Anson Capital Withdrawl | -147,625.00 |
|         Jentex Capital Withdrawal - Other | -286,420.00 |
|       **Total Jentex Capital Withdrawal** | -434,045.00 |
|       Jentex Capital Contributions - Other | 20,987.50 |
|     **Total Jentex Capital Contributions** | -413,057.50 |
|     Opening Bal Equity | 32,670.48 |
|     Retained Earnings | 1,170,191.27 |
|     Net Income | 97,536.95 |
|   **Total Equity** | 474,283.70 |
| **TOTAL LIABILITIES & EQUITY** | **474,283.70** |

PLs' Exhibit 21

4:51 PM
04/25/17
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of March 31, 2017

|  | Mar 31, 17 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Other Current Assets** | |
|       **Current Receivables** | |
|         AFI-Payments | 105,752.66 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 |
|         Reserve for Septic Repair, Road | 6,012.63 |
|       **Total Current Receivables** | 121,765.29 |
|     **Total Other Current Assets** | 121,765.29 |
|   **Total Current Assets** | 121,765.29 |
|   **Other Assets** | |
|     JV 1- Land  +Developement Costs | 1.00 |
|     JV 2-Diamond Ridge | 18,523.75 |
|     **Mortgages** | |
|       Mortgage Notes Receivable | 1,151,938.33 |
|       Mortgages Unearned Discounts | -754,622.42 |
|     **Total Mortgages** | 397,315.91 |
|   **Total Other Assets** | 415,840.66 |
| **TOTAL ASSETS** | **537,605.95** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **Frazier Capital Contributions** | |
|       Frazier Capital Withdrawal | -429,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 |
|     **Total Frazier Capital Contributions** | -413,057.50 |
|     **Jentex Capital Contributions** | |
|       **Jentex Capital Withdrawal** | |
|         Anson Capital Withdrawl | -147,625.00 |
|         Jentex Capital Withdrawal - Other | -286,420.00 |
|       **Total Jentex Capital Withdrawal** | -434,045.00 |
|       Jentex Capital Contributions - Other | 20,987.50 |
|     **Total Jentex Capital Contributions** | -413,057.50 |
|     Opening Bal Equity | 32,670.48 |
|     Retained Earnings | 1,267,728.22 |
|     Net Income | 63,322.25 |
|   **Total Equity** | 537,605.95 |
| **TOTAL LIABILITIES & EQUITY** | **537,605.95** |

PLs' Exhibit 21