11:42 AM
03/22/17
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Other Current Assets** | |
|       **Current Receivables** | |
|         AFI-Payments | 20,865.57 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 |
|         Reserve for Septic Repair, Road | 6,012.63 |
|       **Total Current Receivables** | 36,878.20 |
|     **Total Other Current Assets** | 36,878.20 |
|   **Total Current Assets** | 36,878.20 |
|   **Other Assets** | 437,405.50 |
| **TOTAL ASSETS** | **474,283.70** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **Frazier Capital Contributions** | |
|       Frazier Capital Withdrawal | -429,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 |
|     **Total Frazier Capital Contributions** | -413,057.50 |
|     **Jentex Capital Contributions** | |
|       **Jentex Capital Withdrawal** | |
|         Anson Capital Withdrawl | -147,625.00 |
|         Jentex Capital Withdrawal - Other | -286,420.00 |
|       **Total Jentex Capital Withdrawal** | -434,045.00 |
|       Jentex Capital Contributions - Other | 20,987.50 |
|     **Total Jentex Capital Contributions** | -413,057.50 |
|     Opening Bal Equity | 32,670.48 |
|     Retained Earnings | 1,170,191.27 |
|     Net Income | 97,536.95 |
|   **Total Equity** | 474,283.70 |
| **TOTAL LIABILITIES & EQUITY** | **474,283.70** |

PLs' Exhibit 22

000358