5:17 PM
09/30/16
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Other Current Assets** | |
| **Current Receivables** | |
| AFI-Payments | 178,851.12 |
| Reserve-Delinqent Taxes Notes | -10,000.00 |
| **Total Current Receivables** | 168,851.12 |
| **Total Other Current Assets** | 168,851.12 |
| **Total Current Assets** | 168,851.12 |
| **Other Assets** | |
| JV 1- Land  +Developement Costs | 1.00 |
| **JV 2-Diamond Ridge** | |
| JV 1 - Other Costs | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -801,426.09 |
| JV 2 - Land | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 |
| JV 2 - Road | 168,168.53 |
| JV 2 - Septics & Prep | 391,100.06 |
| JV 2 - Water System | 110,790.05 |
| Lot 11; 282 PR4732 Rhome, TX | 6,500.00 |
| Lot 18;382 PR 4732,Rhome TX | 6,500.00 |
| Lot 24; 476 PR 4732,Rhome TX | 6,500.00 |
| Lot 26;502 PR 4732,Rhome TX | 6,500.00 |
| Lot 34;646 PR 4732,Rhome TX | 14,142.62 |
| Lot 62;877 PR4732,Rhome TX | 6,500.00 |
| Lot 67;769 PR 4732,Rhome TX | 6,500.00 |
| Lot 70;715 PR 4732,Rhome TX | 6,500.00 |
| Lot 71;697 PR 4732, Rhome TX | 6,500.00 |
| Lot 77;513 PR 4732,Rhome TX | 6,500.00 |
| Lot 79;481 PR 4732,Rhome TX | 6,500.00 |
| Lot 80;465 PR 4732, Rhome TX | 6,500.00 |
| Lot 81;449 PR 4732, Rhome TX | 6,500.00 |
| Lot 83;415 PR 4732, Rhome TX | 6,500.00 |
| Lot 87;349 PR 4732,Rhome TX | 6,500.00 |
| Lot 94;241 PR 4732,Rhome TX | 6,500.00 |
| Lot 95;227 PR 4732,Rhome TX | 6,500.00 |
| Lot 97;193 PR 4732, Rhome TX | 1,018.91 |
| Lot13;310 PR 4732, Rhome TX | 6,500.00 |
| JV 2-Diamond Ridge - Other | -187,143.85 |
| **Total JV 2-Diamond Ridge** | 105,650.31 |
| **Mortgages** | |
| Mortgage Notes Receivable | 960,379.03 |
| Mortgages Unearned Discounts | -567,509.71 |
| **Total Mortgages** | 392,869.32 |
| **Total Other Assets** | 498,520.63 |
| **TOTAL ASSETS** | **667,371.75** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Frazier Capital Contributions** | |
| Frazier Capital Withdrawal | -286,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 |
| **Total Frazier Capital Contributions** | -270,057.50 |
| **Jentex Capital Contributions** | |
| Jentex Capital Withdrawal | -286,420.00 |

PLs' Exhibit 23

000374

5:17 PM
09/30/16
Accrual Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---:|
| **Jentex Capital Contributions - Other** | 20,987.50 |
| **Total Jentex Capital Contributions** | -265,432.50 |
| **Opening Bal Equity** | 32,670.48 |
| **Retained Earnings** | 1,082,080.49 |
| **Net Income** | 88,110.78 |
| **Total Equity** | 667,371.75 |
| **TOTAL LIABILITIES & EQUITY** | **667,371.75** |

PLs' Exhibit 23

000375