5:14 PM
09/30/16
Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January 2014 through December 2015

|  | Jan - Dec 14 | Jan - Dec 15 | TOTAL |
|---|---:|---:|---:|
| **Income** | | | |
|   Cash Land Sales | 11,261.59 | 39,205.59 | 50,467.18 |
|   Mortgage Interest Inc | 56,983.30 | 73,479.06 | 130,462.36 |
|   Note Discount Inc | 1,238.85 | 36,794.72 | 38,033.57 |
| **Total Income** | 69,483.74 | 149,479.37 | 218,963.11 |
| **Expense** | | | |
|   Bank Charges | 65.00 | 190.00 | 255.00 |
|   Closing Costs | | | |
|     JV 1 Closing Costs | -146.96 | 0.00 | -146.96 |
|     JV 2 Closing Costs | -109.55 | 0.00 | -109.55 |
|     Closing Costs - Other | 0.00 | 18,524.05 | 18,524.05 |
|   Total Closing Costs | -256.51 | 18,524.05 | 18,267.54 |
|   Commissions | | | |
|     JV 2 Commissions | 0.00 | 0.00 | 0.00 |
|   Total Commissions | 0.00 | 0.00 | 0.00 |
|   Copy Fee | 0.00 | 178.64 | 178.64 |
|   Delivery Fees | 32.60 | 33.12 | 65.72 |
|   Electric | 41.24 | 114.46 | 155.70 |
|   Foreclosure Expense | 563.20 | 6,774.06 | 7,337.26 |
|   Legal & Professional | | | |
|     JV 2  L & P | 244.00 | 0.00 | 244.00 |
|     Legal & Professional - Other | 1,000.00 | 3,242.05 | 4,242.05 |
|   Total Legal & Professional | 1,244.00 | 3,242.05 | 4,486.05 |
|   Loan Servicing Expense | 0.00 | 7,312.93 | 7,312.93 |
|   Mowing | 883.75 | 2,933.15 | 3,816.90 |
|   Other Expense | | | |
|     JV 2 Other Exp | 6,355.07 | 0.00 | 6,355.07 |
|   Total Other Expense | 6,355.07 | 0.00 | 6,355.07 |
|   Postage | 75.00 | 0.00 | 75.00 |
|   Real Estate Taxes | | | |
|     JV 2 Real Estate Taxes | 10,940.11 | 6,295.66 | 17,235.77 |
|     Real Estate Taxes - Other | 0.00 | 500.00 | 500.00 |
|   Total Real Estate Taxes | 10,940.11 | 6,795.66 | 17,735.77 |
|   Road Repair | 0.00 | 2,800.00 | 2,800.00 |
|   Sales Expense | 0.00 | 89.32 | 89.32 |
|   Septic Repair | 180.00 | 12,381.15 | 12,561.15 |
| **Total Expense** | 20,123.46 | 61,368.59 | 81,492.05 |
| **Net Income** | 49,360.28 | 88,110.78 | 137,471.06 |

PLs' Exhibit 24

000376