**CASHMIRE FINANCIAL, INC.**
226 Bailey Ave., Suite 104
Fort Worth, Texas 76107
Phone 817-877-5743 * Fax 817-877-5761

April 7, 2011

TO:    Hollis Belcher
       570 P R 4732
       Rhome, TX 76078

RE:    Loan # 00503

## THIS IS YOUR SECOND NOTICE

We have not received the requested verification that your property taxes for  2010  have been paid.  The taxes are now past due.  It is your responsibility to pay the taxes promptly according to your mortgage contract.  Failure to comply puts your loan in default just the same as not making your loan payments.

Please send our office a copy of the paid receipt for our files.  If you paid by mail and did not receive a paid receipt, send us copies of the front  AND  back of your check showing the endorsement of the taxing authority.

Your immediate attention to this matter is necessary.  If you have any questions, please give me a call.

Sincerely,

Ellie Damian, Office Manager

P.S.  If you did not receive a tax statement from your taxing authority, (school, city, county, etc.) you are STILL RESPONSIBLE for payment of these taxes on a timely basis.  Penalties and interest will accrue, so contact your tax assessor immediately if you do not know how much you owe.

PLs' Exhibit 25

006121