**CASHMIRE FINANCIAL SERVICES**
226 Bailey Avenue, Suite 104
Fort Worth, Texas 76107
Phone: 817-877-5743 ** Fax: 817-877-5761

July 5, 2011

TO:  Hollis Belcher
570 P R 4732
Rhome, TX 76078

RE:  Loan #00503

**URGENT NOTICE**

We have not received the requested verification that your property taxes for 2010 have been paid. THE TAXES ARE DELINQUENT. It is your responsibility to pay the taxes promptly according to your mortgage contract. Failure to comply puts your loan in default just the same as not making your loan payments.

Within 10 days from the date of this letter, please send our office a copy of the paid receipt for both County and ISD taxes for our files. If you paid by mail and did not receive a paid receipt, send us copies of the front AND back of your check showing the endorsement of the taxing authority.

THIS MATTER MUST BE TAKEN CARE OF IMMEDIATELY.

Sincerely,

Dorothy Wiant, Account Manager

P.S. If you did not receive a tax statement from your taxing authority, (school, city, county, etc.) you are <u>STILL RESPONSIBLE</u> for payment of these taxes on a timely basis. Penalties and interest accrue after January 31, and so contact your tax assessor immediately if you do not know how much you owe.

PLs' Exhibit 26                                                                                                 006119