

May 29, 2014

*Not Cured*

Hollis Belcher
570 PR 4732
Rhome, Texas 76078

                            RE:  Loan # 00503 **NOTICE TO CURE**,
                                Note executed by Hollis G. Belcher
                                to Alvord 287 Joint Venture and dated
                                October 19, 2000.

Dear Mr. Belcher,

      This letter is to notify you that you are currently in default regarding your note payments to Cashmire Financial Services, servicing agent for Alvord 287 Joint Venture, thereby breaching the covenant to pay the sums due under the Promissory Note you made.

**"Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately."**

      To cure such breach you must get your note in a current condition by paying to Cashmire Financial Services, the amount of $527.01. This amount represents your April and May payments plus late charges, less a payment credit, and an additional service fee for cure letter processing. The amount of $527.01 must be received by June 19, 2014 along with any other installments that become due by June 19, 2014. We cannot accept partial payments.

      The amount you owe is itemized as follows:

| | |
|---|---:|
| April 1 Payment | $252.01 |
| April Late Charge | 20.00 |
| May 1 Payment | 252.01 |
| May Late Charge | 20.00 |
| Less Payment Credit | <52.01> |
| Service Fee/Cure Letter/Postage | 35.00 |
| **AMOUNT DUE BEFORE JUNE 1, 2014** | **$527.01** |
| June 1 Payment | 252.01 |
| **AMOUNT DUE AFTER JUNE 1, 2014** | **$779.02** |

Page 1 of 2

226 Bailey • Suite 104 • Fort Worth, Texas 76107 • Phone 817-877-5743 • Telecopier 817-877-5761

PLs' Exhibit 27     006094



PLs' Exhibit 27

006095

Your failure to cure such breach by paying the above amount on or before said date will result in the acceleration of the maturity of your note, declaration of the entire balance due and payable, and the commencement of foreclosure proceedings in compliance with the Deed of Trust you executed to Alvin Miller, Trustee. After acceleration, but before foreclosure, the loan will be reinstated only if the borrower complies with certain conditions and pays $350.00 in reinstatement fees.

Your note provides for payments on the 1st day of each month. You have been irregular in making your payments. This letter serves as demand that you make each monthly payment on or before the 1st day of the month; and if you fail to do so, Alvord 287 Joint Venture, may without further notice, accelerate the maturity of your note, declare the entire balance due and payable and proceed to foreclose and sell the property under the terms of the Deed of Trust securing the note.

<u>Please make arrangements immediately to cure your default
and to prevent the commencement of foreclosure proceedings.</u>

PAYMENT MUST BE MADE IN EITHER CASH OR CASHIER'S CHECK. WE WILL NOT ACCEPT A PERSONAL CHECK. PLEASE CONTACT ME IMMEDIATELY ABOUT THIS.

Sincerely,

*Ellie Damian*

Ellie Damian
Cashmire Financial Services
Servicing Agent for
Alvord 287 Joint Venture

CERTIFIED MAIL
# 7014 0510 0001 4758 7468
cc: Regular Mail

Page 2 of 2

PLs' Exhibit 27

006096