**CASHMIRE FINANCIAL SERVICES**
226 Bailey Ave., Suite 104
Fort Worth, Texas 76107
Ph: 817-877-5743 *** Fax: 817-877-5761

May 30, 2014

Mr. Hollis Belcher
570 PR 4732
Rhome, TX 76078

RE: Loan #00503 / Delinquent Payment

Dear Mr. Belcher,

You have been sending in payments to us monthly, but we continue to show that you are in arrears because of a missed payment we should have received from you for the month of January, 2013. We even sent you a letter dated November 14, 2013 explaining to you that according to our records you missed the January 1, 2013 payment. You never responded to this letter and never sent in the payment in question.

Because your account has been in arrears for over a year now, the late charges of $20.00 have been accruing to your account monthly, along with the payment amount, leaving you owing a balance of $492.01.

Your account will never be current until we receive the past due payment (January, 2013) plus unpaid late fees. Please make your next payment in the amount of $492.01. If you do not send this amount, your loan balance will not decrease as it should over time. In fact, it could increase. Call us if you have any questions.

Sincerely,

*Ellie Damian*

Ellie Damian
Cashmire Financial Services
Servicing Agent for
Alvord 287 Joint Venture