FILED
In the Office of the
Secretary of State of Texas

AUG 2 5 2000

Corporations Section

# ARTICLES OF INCORPORATION
# OF
# DR HOMEOWNERS ASSOCIATION
(A Non-Profit Corporation)

### ARTICLE ONE

The name of the Corporation is DR HOMEOWNERS ASSOCIATION.

### ARTICLE TWO

The Corporation is a non-profit corporation.

### ARTICLE THREE

The period of its duration is perpetual.

### ARTICLE FOUR

The Corporation is organized exclusively for enforcing the restrictions and maintaining the subdivision.

### ARTICLE FIVE

The street address of its initial Registered Office, and the name of its initial Registered Agent at this address, is as follows:

    Basil L. Hoyl, Jr.
    4001 Airport Freeway, Suite 190
    Bedford, Texas 76021

PLs' Exhibit 30

## ARTICLE SIX

The number of initial Directors is three. The names and addresses of the initial directors are:

> Brian Frazier
> 4001 Airport Freeway, Suite 190
> Bedford, Texas 76021
>
> Basil L. Hoyl, Jr.
> 4001 Airport Freeway, Suite 190
> Bedford, Texas 76021
>
> Katie Frazier
> 4001 Airport Freeway, Suite 190
> Bedford, Texas 76021

## ARTICLE SEVEN

The name and address of the Incorporator is:

> Marilyn S. Hershman
> 408 W. 17th Street, Suite 101
> Austin, Texas 78701-1207
> (512) 474-2002

IN WITNESS WHEREOF: I have hereunto set my hand this 25th day of August, 2000.

*Marilyn S. Hershman*
Marilyn S. Hershman, Incorporator

---

ARTICLES OF INCORPORATION OF
DR HOMEOWNERS ASSOCIATION, PAGE 2

**PLs' Exhibit 30**