

**Sandra Lynn Shaw** ▶ **Diamond Ridge Rhome, TX**
17 hrs

does anyone have any info on how the meeting went tonight ?we wernt able to attend..

1 Like   11 Comments

👍 Like                    💬 Comment

👍 1

**Brenda Hardwick Cutler** No hoa yet, everyone was getting on the men there from Anson financial about the roads. Tell them to fix the roads.
Like · Reply · 17h                                                          👍 2

**Double O Joe Harrington** Developers trying to avoid any questions about roads. Kept talking about HOA. We told him if you don't fix roads you don't get HOA. Then we all got up and walked out. That is the jest of it
Like · Reply · 17h                                                          👍 6

**Nett Nett Allen** Stay tuned on this site you will soon get the info..
Like · Reply · 17h                                                          👍 3

PLs' Exhibit 32                                                          010979

 **Nett Nett Allen** Stay tuned on this site you will soon get the info..

Like · Reply · 17h  3

 **RJ Salerno** My understanding according to real estate law as pertaining to the state of Texas since this is not the original developer and what HOA may have been in place many years ago and died this particular developer in order to enact any HOA will be required by the state of Texas to have a majority vote from the homeowners affected by said HOA for the development. That's why new home builders before they break ground will enact a HOA covering their said development so that any buyers purchasing will fall under the guidelines required by the state. Since this is not the case for our particular development and there are homeowners that purchase their property prior to the current developer Anson Financial them before this developer can enact a HOA in the development they are required to receive a majority vote from existing homeowners as well as any new homeowners that could fall under the new enacted HOA. I'll have to dig around and see if I can find the specific law pertaining to enacting a new HOA in an existing development.

Like · Reply · 17h · Edited  5

 **David Zigila** We need roads. we don't need an HOA

Like · Reply · 17h  2

 **Sandra Lynn Shaw** i agree the roads are a problem that need to be addressed!! so what happens now?

Like · Reply · 17h  1

 **David Zigila** The roads have needed repair for some 17 years, according to some. If nothing has happened in 17 years - I would suspect nothing is going to happen.

Like · Reply · 17h



**RJ Salerno** Yes very true that's what I was going to say 17 years people been waiting there's a good chance will probably see nothing

Like · Reply · 17h



**Misti Krumpelman** Ill post some info when I get home. Had a long chat with Mr. Ferguson.



Like · Reply · 17h



**RJ Salerno** Creating a mandatory homeowners association in your existing neighborhood

If you are considering creating a mandatory homeowners association in your existing neighborhood, your first step should be to identify its purpose. Mandatory associations serve particular purposes. For example, mandatory associations are often created to enforce restrictive covenants and to maintain common areas. Maybe you are considering a mandatory association to enforce neighborhood covenants, such as architectural standards, or to enforce new covenants that have been proposed. Or, maybe your community currently has a voluntary association that maintains a common area with facilities, such as a pool, but dwindling membership in the association has caused homeowners to consider making it mandatory to prevent the common area from falling into disrepair.

The next step is to explain that purpose to the homeowners in your community. This is an important step because you cannot force owners to join a homeowners association. Although the developer of a new neighborhood may incorporate an association and subject all of the lots to mandatory membership before the lots are sold, you will need to obtain the homeowners' consent if title to their property was not subject to a mandatory association when they acquired their homes.

Like · Reply · 17h





**PLs' Exhibit 32**

010982

#Repairing_Of_The_Roads_In_Diamond_Ridge

It was very nice getting to meet more of my neighbors here in our sub-division tonight.

Hey guys here is the copy of that email I promised to post on the blog about Jessica stating that Anson Financial would fix our roads.....

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- On Fri, 4/1/16, Jessica Dorsett <jessica@jmichaelferguson.com> wrote:

> From: Jessica Dorsett <jessica@jmichaelferguson.com>
> Subject: RE: DIAMOND RIDGE
> To: "Leticia "
> Date: Friday, April 1, 2016, 5:23 PM

> Sorry for the delayed
> response Leticia, it's been crazy here at the office for
> me. Please see attached as promised.
>
> Let's see about what it would cost to
> temporarily fix the issue, we will be working on having the
> main streets re surfaced within the next few months.
>
> Again sorry for the delay and
> please let me know if they can come up with a quote.
>
> Thank you for all your help
> and have a great weekend!
>
>
> Jessica Dorsett

**PLs' Exhibit 32**      010983

> From: Leticia
> Sent: Friday, April 1, 2016 1:40 PM
> To: Jessica Dorsett <jessica@jmichaelferguson.com>
> Subject: DIAMOND RIDGE
>
> Hi Jessica
>
> I
> spoke to the guys yesturday evening and they are saying that
> if they patch up the hole there is a possiblity that if
> another rain season comes or within a couple of months it
> could wash out and creat new or bigger pot holes. Due to
> roads built incorrectly. Our neighbor has patched these
> holes before. They said incase you would rather go with a
> complany and get it done correctly I have attached the name
> of a company that is in our area.
>
>
>
> REYNOLDS
> ASPHALT AND GRAVEL COMPANY
> 10015 Hicks Field
> Rd.
> Fort Worth, Tx. 76179
> Phone # 817-498-2006
>
>
> Thank you
>
> Leticia ( conserned resident )

PLs' Exhibit 32

010984



**Hector Diosdado Medellin** Our sub-division falls under precinct#3 .....maybe someone can call him and see if he can sit in on our meeting that Mike Ferguson wants to have about inforcing the HOA for our sub-division....our Commissioner's name is Harry Lamance

comm2@co.wise.tx.usCommissioner, Precinct #3
Harry Lamance
P.O. Box 899
Decatur, Texas 76234
544 S Allen
Boyd, Texas 76023
940-433-5365
940-433-5511 (Fax)
comm3@co.wise.tx.us

Like · Reply · 4d · Edited



**Hector Diosdado Medellin**

Commissioner, Precinct #3
Harry Lamance
P.O. Box 899
Decatur, Texas 76234
544 S Allen
Boyd, Texas 76023
940-433-5365
940-433-5511 (Fax)
comm3@co.wise.tx.us

PLs' Exhibit 32          010985



**Sarah Clark** What can he do for us? As far as him being at the meeting? Just curious.

Like · Reply · 4d

**Sarah Clark** I am a first time home owner. But I know I don't want a HOA!

Like · Reply · 4d

**Hector Diosdado Medellin** He might be able to put pressure on Mike Ferguson on fixing our roads to spec standards and he might even say if Mike has any say so about trying to enforcing an HOA here on our sub-division.

Like · Reply · 4d · Edited

**Hector Diosdado Medellin** I dont care to have an HOA here niether....I dont need anybody telling us what we can or can not do and build on our property.

Like · Reply · 4d

PLs' Exhibit 32    010986