For Land/Title Info:
Contact Robert Wood 817-204-8250

## SALES CONTRACT

THE STATE OF TEXAS
COUNTY OF _Wise_

TYPE OF FINANCING: **Owner Finance**

_Alvord 287 J Venture_ (Seller) hereby, sells and agrees to convey by this Agreement and Contract to _Ruben D Ortiz_ (Purchaser) the following property, situated in _Wise_ County, Texas.

DEVELOPMENT: _Diamond Ridge_ LOT: _44, 43, 42_ BLOCK: _—_
STREET ADDRESS: _834, 852, 792 PR 4732_
CITY/STATE/ZIP: _Reforma 76073_

The purchase price is $ _75,000_ Payable as follows: Down Payment $ _4000, Plus 500 check $500 cash Rick Wood_

Amount Financed: $ _71,300_ Interest Rate: __10.000%__ Term: 240 Payments

Payments $ _685.86_

(Insurance and Taxes are NOT included in the payment and must be paid by Purchaser.)
- PURCHASER ACCEPTS PROPERTY "AS IS" _Seller to Verify Septic Works_
- SALES PRICE DOES NOT INCLUDE HOOK-UPS TO HOME
- **SELLER RETAINS ALL OIL, GAS AND OTHER MINERAL RIGHTS TO LAND**

_Seller_ agrees to furnish Mortgagees' Title Policy through _Capital Title_ to said property, which shall be conveyed free and clear of any and all encumbrances except those named herein, and Purchaser agrees to complete the sale as herein provided within ten days from the date said Title Company approves the title for title insurance unless otherwise provided for herein.

If said Title Company raises objections to the title of said property, Seller shall have 30 days time within which to meet such objections, and if Seller is unable to meet the objection, then the above mentioned deposit shall be returned to Purchaser, and this contract shall thereupon terminate and all parties be released from liability hereunder; but if the title is approved, and either party hereto fail or refuses to consummate this contract, the other may at his option, enforce specific performance of this contract. In the event Purchaser is the defaulting party, Seller shall have the right to retain said cash deposit as liquidated damages for the breach of this contract.

Seller agrees, when the title objections have been met or waived, to deliver a good and sufficient General Warranty Deed conveying said property to Purchaser, and Purchaser agrees, when said deed is tendered, to pay balance of the cash payment and execute the note or notes and Deed of Trust herein provided for.

Purchaser agrees that any restrictions or conditions imposed in any additions or subdivisions of which the herein described property is a part, or any existing party wall agreements of ease, easements for utility purposes shall not be recited as objections to the title or considered as an encumbrance on said property.

In the event the improvements on the above described property are destroyed, or damaged beyond repair, by fire, windstorm, hail, explosion, or otherwise, before this contract is consummated, purchaser may, at his option, terminate this contract, and the deposit hereinbefore first mentioned shall be returned to purchaser.

Taxes for the current year, and current, rents, insurance, and interest if any, will be possibly prorated only if cash sale to date of closing.

"In accordance with the requirements of the Texas Real Estate License Act, Section 28, you are advised as Purchaser that you should obtain a policy of Title Insurance or have the abstract covering Real Estate which is the subject of this Contract examined by an Attorney of your own selection. This is done at Purchaser's expense."

There are no agreements, conditions, stipulations or representations verbal or otherwise, other than those contained herein.

Executed this _14th_ day of _May_, _2014_.

X _RUBEN ORTIZ_
PURCHASER (Applicant)
PHONE:
(Hm) _____ (Cell) _469-238-9119_

PURCHASER (Co-Applicant)
PHONE:
(Hm) _____ (Wk) _____

_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_  _13862767 TX_
Social Security Number   Driver's License Number     Social Security Number   Driver's License Number

ADDRESS: _1325 DAJA LN #1905 GRAND PRAIRIE TX 75050_
(Street, City, State, Zip)

_Alvord 287 Joint Venture_   _Robert Wood_
SELLER                                  SALES REPRESENTATIVE

THIS CONTRACT IS SUBJECT TO LAST SURVEY OF SAID PROPERTY AND ACCEPTANCE OF SELLER.
APPROVED BY: _____ DATE: _5/12/14_

TO CLOSE ON OR BEFORE: _____
Closing at: 8639 White Settlement Rd., Fort Worth TX 76108 (Contact Robin 817-367-6167)
_4001 Airport Freeway #190 Bedford TX 76021_

The purchase of this property is for investment purposes. Any contemplated financing provided by seller is not subject to guidelines established under the Dodd-Frank Wall Street Consumer Reform and Protection Act

Feb 20 13 05:53p                                                                                     p.2

*Alvord 287 Joint Venture*

*12%*
*30 yr*

The State of Texas  ,)
County of ~~Tarrant~~ Wise                              By this Agreement and Contract

_Brian Frazier_ (Seller) hereby, sells and agrees to convey to
_Robert Henderson + Sherry Hall_ (Purchaser) the following described property lying
and being situated in _Wise_ County, Texas, to wit:

_Lot 40 Alvord Rd 4732 Alvord, Texas 76008_
(Legal Description)

The purchase price is _$30,000⁰⁰_, payable as follows: _$1500⁰⁰ dn_, _$500⁰⁰ towards closing_.
*down payment* ~~earnest~~ money _500⁰⁰_ who has ~~earnest~~ money _Dan Hedge_
Seller agrees to deliver a good and marketable title by a General Warranty Deed
conveying said property to Purchaser, and agrees, when said deed is tendered, to pay
balance of the cash payment. Seller agrees to furnish a Owners Title Policy, through
*ok* ~~Federal~~ Title, 4001 Airport Freeway, Suite 190, Bedford, Texas 76021.
*Adobe*
Purchaser agrees that any restrictions or conditions imposed in any additions or
subdivisions of which the herein described property is a part, or any existing part wall
agreements or easements for utility purposes shall no be recited as objections to the title
or considered as an encumbrance on said property.

Taxes for the current year are to be prorated.

"In accordance with the requirements of the Texas Real Estate License Act,
Section 28, you are advised as Purchaser that you should obtain a policy of Title
Insurance or have the abstract covering the Real Estate which is the subject of this
Contract examined by an Attorney of your own selection."

There are no agreements, condition, stipulations or representations verbal or
otherwise, other than those contained herein:  *hookup septic w/*
  A) Seller will provide a water tap, septic, culvert ~~and hookups when required~~ *be in working order*
  B) Purchaser will close this transaction on or before the
  C) Time is of the essence on this contract
  D) Purchaser will receive NO oil, gas or other mineral of any kind.
  E) Seller will provide no hookups of any kind.

Closing on before _3/1/2013_

Purchaser _Sherry Hall_                    Seller _Dan Hedge_ _(Chris Rep)_
_Robert Henderson_                          Brian H. Frazier

Executed this day of _Feb 15th_ day of _February_ 2013

X Needs set of restrictions.

For Land/Title Info:
Contact Robert Wood 817-204-8250

## SALES CONTRACT

THE STATE OF TEXAS
COUNTY OF __Wise__

TYPE OF FINANCING: **Owner Finance**

__287 Joint Venture__ (Seller) hereby, sells and agrees to convey by this Agreement and Contract to __Jennifer Lynn Spencer__ (Purchaser) the following property, situated in __Wise__ County, Texas.

DEVELOPMENT: __Diamond Ridge__ LOT: __65__ BLOCK: _____

STREET ADDRESS: __919 PR 4732__

CITY/STATE/ZIP: __Rhome 76078__

The purchase price is $ __30,500.00__   Payable as follows: Down Payment $ __2,500__

Amount Financed: $ __28,000.00__   Interest Rate: __10.000%__   Term: __240 Payments__

Payments $ __270.48__                    Closing Costs 500 ✓

$500 Received 2-2-2015 MF

(Insurance and Taxes are NOT included in the payment and must be paid by Purchaser.)

- **PURCHASER ACCEPTS PROPERTY "AS IS"** Seller agrees to verify septic works ✓
- **SALES PRICE DOES NOT INCLUDE HOOK-UPS TO HOME** Will mow on 4-5-15
- **SELLER RETAINS ALL OIL, GAS AND OTHER MINERAL RIGHTS TO LAND**

__N/A__ agrees to furnish Mortgagees' Title Policy through __N/A__ to said property, which shall be conveyed free and clear of any and all encumbrances except those named herein, and Purchaser agrees to complete the sale as herein provided within ten days from the date said Title Company approves the title for title insurance unless otherwise provided for herein.

If said Title Company raises objections to the title of said property, Seller shall have 30 days time within which to meet such objections, and if Seller is unable to meet the objection, then the above mentioned deposit shall be returned to Purchaser, and this contract shall thereupon terminate and all parties be released from liability hereunder; but if the title is approved, and either party hereto fail or refuses to consummate this contract, the other may at his option, enforce specific performance of this contract. In the event Purchaser is the defaulting party, Seller shall have the right to retain said cash deposit as liquidated damages for the breach of this contract.

Seller agrees, when the title objections have been met or waived, to deliver a good and sufficient General Warranty Deed conveying said property to Purchaser, and Purchaser agrees, when said deed is tendered, to pay balance of the cash payment and execute the note or notes and Deed of Trust herein provided for.

Purchaser agrees that any restrictions or conditions imposed in any additions or subdivisions of which the herein described property is a part, or any existing party wall agreements of ease, easements for utility purposes shall not be recited as objections to the title or considered as an encumbrance on said property.

In the event the improvements on the above described property are destroyed, or damaged beyond repair, by fire, windstorm, hail, explosion, or otherwise, before this contract is consummated, purchaser may, at his option, terminate this contract, and the deposit hereinbefore first mentioned shall be returned to purchaser.

Taxes for the current year, and current, rents, insurance, and interest if any, will be possibly prorated only if cash sale to date of closing.

"In accordance with the requirements of the Texas Real Estate License Act, Section 28, you are advised as Purchaser that you should obtain a policy of Title Insurance or have the abstract covering Real Estate which is the subject of this Contract examined by an Attorney of your own selection. This is done at Purchaser's expense."

There are no agreements, conditions, stipulations or representations verbal or otherwise, other than those contained herein.



Executed this __31__ day of __Jan__, 2015.

X __[signature]__
PURCHASER (Applicant)                    PURCHASER (Co-Applicant)
PHONE:                                   PHONE:
X (Hm) __972-310-0809__ (Cell) __972-310-0809__   (Hm) _____ (Wk) _____

X __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__  __17658470__
Social Security Number   Driver's License Number   Social Security Number   Driver's License Number

X ADDRESS: __2041 W. Hebron Pkwy 3222 Carrollton TX 75010__
(Street, City, State, Zip) __Alvord 287 JV__
By: __Anson Financial, Inc.__     __Robert Wood__
SELLER   Managing Partner          SALES REPRESENTATIVE

**THIS CONTRACT IS SUBJECT TO AVAILABILITY OF SAID PROPERTY, AND ACCEPTANCE OF SELLER.**
APPROVED BY: __MF  J Michael Ferguson__         DATE: __2-2-2015__
TO CLOSE ON OR BEFORE: __3-12-15 or sooner__
Closing at: 8659 White Settlement Rd., Fort Worth, TX 76108 (Contact Robin 817-367-6167)

The purchase of this property is for investment purposes. Any contemplated financing provided by seller is not subject to guidelines established under the Dodd-Frank Wall Street Consumer Reform and Protection Act.