2:57 PM
09/15/16
Accrual Basis

# Alvord 287 Joint Venture
# Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Other Current Assets** | |
|       **Current Receivables** | |
|         AFI-Payments | 181,746.56 |
|         AFI Receivable | -6,895.44 |
|         Reserve-Delinqent Taxes Notes | -10,000.00 |
|       **Total Current Receivables** | 164,851.12 |
|     **Total Other Current Assets** | 164,851.12 |
|   **Total Current Assets** | 164,851.12 |
|   **Other Assets** | |
|     JV 1- Land +Developement Costs | 1.00 |
|     JV 2-Diamond Ridge | 105,650.31 |
|     **Mortgages** | |
|       Mortgage Notes Receivable | 960,379.03 |
|       Mortgages Unearned Discounts | -567,509.71 |
|     **Total Mortgages** | 392,869.32 |
|   **Total Other Assets** | 498,520.63 |
| **TOTAL ASSETS** | **663,371.75** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **Frazier Capital Contributions** | |
|       Frazier Capital Withdrawal | -286,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 |
|     **Total Frazier Capital Contributions** | -270,057.50 |
|     **Jentex Capital Contributions** | |
|       Anson Capital Withdrawl | -4,000.00 |
|       Jentex Capital Withdrawal | -286,420.00 |
|       Jentex Capital Contributions - Other | 20,987.50 |
|     **Total Jentex Capital Contributions** | -269,432.50 |
|     Opening Bal Equity | 32,670.48 |
|     Retained Earnings | 1,080,211.31 |
|     Net Income | 89,979.96 |
|   **Total Equity** | 663,371.75 |
| **TOTAL LIABILITIES & EQUITY** | **663,371.75** |

PLs' Exhibit 38

000248

2:58 PM
09/15/16
Accrual Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---:|
| **Income** | |
| Cash Land Sales | 39,205.59 |
| Mortgage Interest Inc | 75,348.24 |
| Note Discount Inc | 36,794.72 |
| **Total Income** | 151,348.55 |
| **Expense** | |
| Bank Charges | 190.00 |
| Closing Costs | 18,524.05 |
| Copy Fee | 178.64 |
| Delivery Fees | 33.12 |
| Electric | 114.46 |
| Foreclosure Expense | 6,774.06 |
| Legal & Professional | 3,242.05 |
| Loan Servicing Expense | 7,312.93 |
| Mowing | 2,933.15 |
| Real Estate Taxes | |
|   JV 2 Real Estate Taxes | 6,295.66 |
|   Real Estate Taxes - Other | 500.00 |
| **Total Real Estate Taxes** | 6,795.66 |
| Road Repair | 2,800.00 |
| Sales Expense | 89.32 |
| Septic Repair | 12,381.15 |
| **Total Expense** | 61,368.59 |
| **Net Income** | **89,979.96** |

PLs' Exhibit 38

000249