201703204
03/27/2017 12:18:24 PM1 Pages: 5e: 34.00
Sherry Lemon, County Clerk - Wise County, Texas

**Notice of confidentiality rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: your Social Security number or your driver's license number.**

### WARRANTY DEED IN LIEU OF FORECLOSURE

**Date**: 03/21/2017

**Grantor**: Robert L. Henderson and Sherry Hall

**Grantor's Mailing Address**: 770 PR 4732, Rhome, TX 76078

**Grantee**: The Alvord 287 Joint Venture

**Grantee's Mailing Address**: 62 Main St., Suite 300, Colleyville, TX 76034

**Note**:

Date: April 1, 2013
Original principal amount: $28,500.00
Borrower: Robert L. Henderson and Sherry Hall
Payee: Alvord 287 Joint Venture
Final Maturity date: 05/15/2043
Terms of Payment: As provided in the note.

**Deed of Trust:**

    Deed of Trust dated 3/1/2013, executed by Robert L. Henderson and Sherry Hall in favor of Alvord 287 Joint Venture in the original amount of $28,500.00 and being recorded in the Deed of Trust records under Instrument Number 201321624, Deed Records of Wise County, Texas.

**Consideration**: TEN DOLLARS ($10.00), the receipt and sufficiency of which are hereby acknowledged, and further the release of Grantor from all liability for the indebtedness and obligations under the Note and Deed of Trust, except that no release is given of any liens or warranties of title and further except that the indebtedness under the Note is not canceled or extinguished.

**Property (including any improvements):**

    See Attached "Exhibit A"
    (Commonly known as: "Lot 41, 770 Private Road 4732, Rhome, TX 76078").

---

**PLs' Exhibit 40**

**Exceptions to Conveyance and Warranty**:

The liens described in this deed and the exceptions to conveyance and warranty in the Deed of Trust.

Grantor, for the Consideration and subject to the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Exceptions to Conveyance and Warranty.

*Conveyance in Lieu of Foreclosure.* This deed and the conveyances being made are executed, delivered, and accepted in lieu of foreclosure and will be interpreted and construed the same as a foreclosure of the liens and as an absolute conveyance to Grantee of all right, title, and interest in and to the Property, including specifically but without limitation any equity or rights of redemption of Grantor in or to the Property.

*Continuing Nature of Lien.* Notwithstanding the release of Grantor from all liability for the indebtedness and obligations under the Note and Deed of Trust, the indebtedness has not been canceled or extinguished and the Property continues to be subject to the performance of the obligations under the Deed of Trust. The Deed of Trust lien is not released or relinquished in any manner, and the indebtedness, obligations, and lien will remain valid and continuous and in full force and effect, unless and until the indebtedness, obligations, and liens are expressly released by written instrument executed and delivered by the holder thereof, at the holder's sole discretion.

*Nonmerger.* Neither Grantor nor Grantee intend that there be, and there will never be, a merger of the Deed of Trust lien with the fee simple title or any other interest of Grantee in the Property by virtue of this conveyance, and the parties expressly provide that any interest in the Deed of Trust lien and fee simple title will be and remain at all times separate and distinct.

_____
Robert L. Henderson

_____
Sherry Hall

Deed in Lieu of Foreclosure                                                                 Page 2 of 3

**PLs' Exhibit 40**

STATE OF TEXAS )

COUNTY OF TARRANT )

This instrument was acknowledged before me on 3/21/2017 by Robert L. Henderson.



_____
Notary Public, State of Texas

STATE OF TEXAS )

COUNTY OF TARRANT )

This instrument was acknowledged before me on 3/21/2017 by Sherry Hall.



_____
Notary Public, State of Texas

Deed in Lieu of Foreclosure                                               Page 3 of 3

**PLs' Exhibit 40**

Exhibit 16

September 20, 1998

0530-0443

Tract 41

Field Notes For:

A 1.50 acre tract of land in the G. B. Buchanan Survey A-31, Wise County, Texas apd being part of a tract of land described in deed to The Alvord 287 Joint Venture recorded in Volume 796, Page 674 Deed Records, Wise County, Texas and being more particularly described as follows:

BEGINNING at an iron rod set in the north line of said Joint Venture tract from which the northwest corner of said tract bears South 89°36'57" West 2287.65 feet;

THENCE South 00°18'41" East 322.66 feet to an iron rod set in the north line of a sixty foot road;

THENCE North 89°41'19" East with the north line of said road 202.42 feet to an iron rod set for corner;

THENCE North 00°18'41" West 322.92 feet to an iron rod set in the north line of said Joint Venture tract;

THENCE South 89°36'57" West 202.42 feet to the POINT OF BEGINNING.

The foregoing field notes were prepared from a survey made on the ground under my supervision.

There are no visible easements or encroachments except as shown.

Surveyed May 14, 1998.
See plat dated 5-16-1998.

 1ck L. ers
 :::red Professional Land Surveyor

PLs' Exhibit 40

# FILED AND RECORDED

**Instrument Number: 201703404**

Filing and Recording Date: 03/27/2017 12:18:24 PM  Pages: 5  Recording Fee: $34.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the RECORDS of Wise County, Texas.



Sherry Lemon, County Clerk
Wise County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE. **DO NOT DESTROY - This document is part of the Offical Record.**

Deputy: Michele

**PLs' Exhibit 40**