CAUSE NO. 342-288776-16

| | | |
|---|---|---|
| B. FRAZIER MANAGEMENT, INC, FORMALLY KNOWN AS FRAZIER ASSET MANAGEMENT, INC. and BRIAN H. FRAZIER, Individually,<br><br>*Plaintiffs,*<br><br>V.<br><br>ANSON FINANCIAL, INC. AS SUCCESSOR IN INTEREST TO JENTEX FINANCIAL, INC.,<br><br>*Defendant.* | §§§§§§§§§§§§§§§§ | IN THE DISTRICT COURT OF<br><br><br><br><br><br>342nd JUDICIAL DISTRICT<br><br><br><br><br><br>TARRANT COUNTY, TEXAS |

## ORDER APPOINTING ALTERNATE AUDITOR

On this day, having considered the Motion to Appoint Alternate Auditor, the pleadings on file, evidence before the Court and arguments of counsel, the Court has determined that an alternate auditor should be appointed by the Court and therefore determines the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Kent Ray of Milbern Ray & Company, a licensed CPA, whose office is located at 4831 Merlot Ave. #320, Grapevine, TX 76051, is appointed as the Court's Auditor in this case pursuant to Texas Rule of Civil Procedure 172 and the Court's October 23, 2018 Order Appointing Auditor.

The Auditor shall request in writing, using fax or email, to counsel for the parties the documents and information needed.

IT IS FURTHER ORDERED THAT the parties to this suit SHALL provide the auditor with any document or information requested within 10 business days of the request being sent by the Auditor or shall file a written objection with the Court as to any information or document that is objected to on or before the 7th day. Only the document or information that is objected to may be withheld pending hearing and all other documents or information shall be turned over.

Signed this 18th day of Jan, 2019.

FERGUSON, MOORE, CINCLAIR
1-18-2019 PM

HONORABLE JUDGE PRESIDING

**JUDGE KIMBERLY FITZPATRICK**

Order Appointing Alternate Auditor                                                                                    PAGE 1

PLs' Exhibit 42