

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 102625300 9/17/2014
Document #: 568293530003
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**The Alvord 287 Joint Venture**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**ANSON FINANCIAL, INC.**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS** and the address of its registered or similar office in that jurisdiction is:
**1210 Hall Johnson Rd., Suite 100, Colleyville, TX, USA 76034**

4. The period, not to exceed 10 years, during which the assumed name will be used is :
**09/15/2024**

5. The entity is a : **Domestic For-Profit Corporation**

6. The entity's principal office address in Texas is:
**1210 Hall Johnson Rd., Suite 100, Colleyville, Tx, USA 76034**

7. The entity is not organized under the laws of Texas and is not required by law to maintain a registered agent and registered office in Texas. Its office address outside the state is:

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES**

9. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

PLs' Exhibit 43

010550

**ANSON FINANCIAL, INC.**

Name of the entity

By: **J. Michael Ferguson**

**Signature of officer, general partner, manager, representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**

PLs' Exhibit 43

010551