*Alvord 287 Joint Venture*
*c/o Anson Financial, Inc.*
*1210 Hall Johnson Rd., Suite 100*
*Colleyville, Texas 76034*
*(817)267-8799 Phone*

February 6, 2015

To:     Jennifer Lynn Spencer

From:   J. Michael Ferguson, President of Anson Financial, Inc., managing member of Alvord 287 Joint Venture

Re:     Lot 60, Diamond Ridge Estates

Dear Ms. Spencer,

This memo is to confirm our agreement that Alvord 287 Joint Venture shall have NTW repair the septic system for Lot 60 once you have the electric turned on at the property. Alvord 287 Joint Venture is responsible for the cost of any repairs needed in order to get the septic system back in working order.

Thank you for your time and consideration in this matter.

Sincerely,


J. Michael Ferguson