# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

| To: |
|---|
| Anson Financial, Inc.<br>1210 Hall Johnson Rd., Suite 100<br>Colleyville, Texas 76034 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $15,624.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/31/2014 | Balance forward | | 0.00 |
| 08/10/2015 | Due 08/10/2015. Alvord 287 Closing<br>--- Alvord 287 Closing $958.37 | 958.37 | 958.37 |
| 08/11/2015 | Due 08/11/2015.<br>--- $184.02 | 184.02 | 1,142.39 |
| 09/16/2015 | INV #262. Due 09/16/2015.<br>--- 2014 Tax Return Preparation Fee $250.00 | 250.00 | 1,392.39 |
| 09/16/2015 | Due 09/15/2016. Diamond Ridge Electric Service, Statement Date: 09/11/2015<br>--- Diamond Ridge Electric Service, Statement Date: 09/11/2015 $10.05 | 10.05 | 1,402.44 |
| 09/22/2015 | Due 09/22/2015.<br>--- $51.33 | 51.33 | 1,453.77 |
| 10/21/2015 | Due 10/21/2015.<br>--- $39.20 | 39.20 | 1,492.97 |
| 10/21/2015 | Due 10/21/2015.<br>--- $52.20 | 52.20 | 1,545.17 |
| 11/06/2015 | Due 11/06/2015.<br>--- $89.05 | 89.05 | 1,634.22 |
| 11/20/2015 | Due 11/20/2015.<br>--- $64.68 | 64.68 | 1,698.90 |
| 11/24/2015 | Due 11/24/2015.<br>--- $103.33 | 103.33 | 1,802.23 |
| 01/31/2016 | Due 01/31/2016. Alvord 287 Taxes<br>--- Alvord 287 Taxes $4,169.99 | 4,169.99 | 5,972.22 |
| 09/11/2015 | Harrington, Joe - Lot 21 426 PR 4732- INV #229. Due 09/11/2015.<br>--- Mowed Lot 21, 426 PR 4732 $112.50 | 112.50 | 6,084.72 |
| 11/06/2015 | PMT #4742.<br><br>HOA-Development- | -233.65 | 5,851.07 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,949.88 | 0.00 | 0.00 | 257.06 | 4,417.31 | $15,624.25 |

PLs' Exhibit 45                                                                                                          008846

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $15,624.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/30/2015 | Due 09/15/2016.<br>Paid Denton County Tax Office<br>--- Paid Denton County Tax Office $6,046.29 | 6,046.29 | 11,897.36 |
| 02/18/2015 | Due 09/15/2016.<br>---  $136.15 | 136.15 | 12,033.51 |
| 02/18/2015 | Due 09/15/2016.<br>2014 Property Taxes; Lot 34 of Diamond Ridge, Rhome, TX<br>--- 2014 Property Taxes; Lot 34 of Diamond Ridge, Rhome, TX $132.96 | 132.96 | 12,166.47 |
| 09/11/2015 | INV #226. Due 09/11/2015.<br>--- Mowed Development, road side to front line $393.75 | 393.75 | 12,560.22 |
| 09/11/2015 | Krumpelman, Corey-Lot 72 677 PR 4732-<br>INV #235. Due 09/11/2015.<br>--- Mowed Lot 72, 677 PR 4732 $75.00 | 75.00 | 12,635.22 |
| 09/11/2015 | Lot 17 370 PR 4732-<br>INV #227. Due 09/11/2015.<br>--- Mowed Lot 17, 370 PR 4732 $93.74 | 93.74 | 12,728.96 |
| 09/11/2015 | Lot 18 382 PR 4732-<br>INV #228. Due 09/11/2015.<br>=== Reimb Group<br>--- Mowed Lot 18, 382 PR 4732 $56.25<br>--- Mowed Lot 18 382 PR 4732 $46.88<br>=== Total Reimbursable Expenses $103.13 | 103.13 | 12,832.09 |
| 09/11/2015 | Lot 65 813 PR 4732-<br>INV #230. Due 09/11/2015.<br>--- Mowed Lot 65, 813 PR 4732 $65.63 | 65.63 | 12,897.72 |
| 09/11/2015 | Lot 65 Cash Sale-<br>INV #231. Due 09/11/2015.<br>--- Aerobic System Repair; Lot 65, 813 PR 4732, Rhome, TX $1,550.00 | 1,550.00 | 14,447.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,949.88 | 0.00 | 0.00 | 257.06 | 4,417.31 | $15,624.25 |

PLs' Exhibit 45                                                                                             008847

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

| To: |
|---|
| Anson Financial, Inc.<br>1210 Hall Johnson Rd., Suite 100<br>Colleyville, Texas 76034 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $15,624.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/11/2015 | Lot 7 228 PR 4732-<br>INV #232. Due 09/11/2015.<br>--- Mowed Lot 7 228 PR 4732 $28.13 | 28.13 | 14,475.85 |
| 09/11/2015 | Lot 70 715 PR 4732-<br>INV #233. Due 09/11/2015.<br>--- Mowed Lot 70, 715 PR 4732 $93.75 | 93.75 | 14,569.60 |
| 09/11/2015 | Lot 71 697 PR 4732-<br>INV #234. Due 09/11/2015.<br>--- Mowed Lot 71, 697 PR 4732 $75.00 | 75.00 | 14,644.60 |
| 09/11/2015 | Lot 84 401 PR 4732-<br>INV #237. Due 09/11/2015.<br>--- Mowed Lot 84, 401 PR 4732 $84.38 | 84.38 | 14,728.98 |
| 09/11/2015 | Lot 87 349 PR 4732-<br>INV #238. Due 09/11/2015.<br>--- Mowed Lot 87, 349 PR 4732 $18.75 | 18.75 | 14,747.73 |
| 09/11/2015 | Lot 91 285 PR 4732-<br>INV #239. Due 09/11/2015.<br>=== Reimb Group<br>--- Lot 91 DR - Teresa Contreras $962.69<br>--- Mowed Lot 91, 285 PR 4732 $112.50<br>--- Mowed Lot 91 285 PR 4732 $46.88<br>=== Total Reimbursable Expenses $1,122.07 | 1,122.07 | 15,869.80 |
| 09/11/2015 | Lot 92 271 PR 4732-<br>INV #240. Due 09/11/2015.<br>=== Reimb Group<br>--- Mowed Lot 92, 271 PR 4732 $112.50<br>--- Mowed Lot 92 271 PR 4732 $46.88<br>=== Total Reimbursable Expenses $159.38 | 159.38 | 16,029.18 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,949.88 | 0.00 | 0.00 | 257.06 | 4,417.31 | $15,624.25 |

PLs' Exhibit 45                                                                              008848

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $15,624.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/11/2015 | Nicks, Betty & Biddle, Marvin- INV #236. Due 09/11/2015.<br>=== Reimb Group<br>--- Mowed Lot 83, 415 PR 4732 $93.75<br>--- Mowed Lot 83 415 PR 4732 $46.88<br>=== Total Reimbursable Expenses $140.63 | 140.63 | 16,169.81 |
| 02/18/2015 | Posada Vega, Jesus - Lot 34 646 PR 4732- Due 09/15/2016.<br>2014 Property Taxes; Lot 34 of Diamond Ridge, Rhome, TX<br>--- 2014 Property Taxes; Lot 34 of Diamond Ridge, Rhome, TX $454.44 | 454.44 | 16,624.25 |
| 11/06/2015 | Sanchez, Jose Luis-Lot 20 416 PR 4732- PMT #4701. | -1,000.00 | 15,624.25 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,949.88 | 0.00 | 0.00 | 257.06 | 4,417.31 | $15,624.25 |

PLs' Exhibit 45

008849

# Statement

Anson Financial, Inc. dba AFI Mortgage

1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $16,919.40 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/31/2016 | Balance forward | | 15,624.25 |
| 02/02/2016 | Due 02/02/2016. Wise County Tax Assessor --- Wise County Tax Assessor $1,163.51 | 1,163.51 | 16,787.76 |
| 02/02/2016 | Due 02/02/2016. Wise County Tax Assessor --- Wise County Tax Assessor $280.16 | 280.16 | 17,067.92 |
| 02/08/2016 | Lot 7:Banda, Christina- Due 02/08/2016. 2918-RC ($148.52 to be applied towards legal fees to JMF) --- 2918-RC ($148.52 to be applied towards legal fees to JMF) $-148.52 | -148.52 | 16,919.40 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 6,779.89 | 5,613.66 | 0.00 | 0.00 | 4,525.85 | $16,919.40 |

PLs' Exhibit 45

008850

# Statement

Anson Financial, Inc. dba AFI Mortgage

1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| Amount Due | Amount Enc. |
|---|---|
| $17,099.40 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/29/2016 | Balance forward | | 16,919.40 |
| 03/01/2016 | Due 03/01/2016. Open Invoices<br>--- Open Invoices $180.00 | 180.00 | 17,099.40 |
| 03/08/2016 | Lot 87 349 PR 4732-<br>Due 01/31/2016.<br>Settlement Fees Due to Seller<br>--- Origination Fee, 1 @ $708.64 = 708.64 | 708.64 | 17,808.04 |
| 03/11/2016 | PMT #5065. | -708.64 | 17,099.40 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 180.00 | 5,613.66 | 0.00 | 3,817.21 | $17,099.40 |

PLs' Exhibit 45

008851

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

| To: |
|---|
| Anson Financial, Inc.<br>1210 Hall Johnson Rd., Suite 100<br>Colleyville, Texas 76034 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $26,998.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/31/2016 | Balance forward | | 17,099.40 |
| 04/15/2016 | INV #274. Due 04/15/2016.<br>=== Reimb Group<br>--- 2 closings for alvord 287 $2,098.94<br>--- 11/28/15 & 12/27/15 Invoices CoServ; Diamond Ridge Lights $19.43<br>--- Bill #: 27984658 ( 01/2016 ); Diamond Ridge Lights $9.84<br>--- Bill #: 28212493 ( 02/2016 ) ; Diamond Ridge Lights $10.30<br>--- 11/28/15 & 12/27/15 Invoices CoServ; Diamond Ridge Lights $19.43<br>--- 11 tons of High Performance Asphault-repairs made to subdivision of Diamond Ridge $1,277.35<br>=== Total Reimbursable Expenses $3,435.29 | 3,435.29 | 20,534.69 |
| 04/15/2016 | Harrington, Joe - Lot 21 426 PR 4732-<br>INV #275. Due 04/15/2016.<br>=== Reimb Group<br>--- Mowed Lawn Lot 21 426 PR 4732 $65.63<br>--- Repair Aerobic Septic System; Lot 21, 426 PR 4732, Rhome, TX 76078 $525.00<br>=== Total Reimbursable Expenses $590.63 | 590.63 | 21,125.32 |
| 04/15/2016 | Lot 13 310 PR 4732-<br>INV #276. Due 04/15/2016.<br>--- Lot 13 Closing $986.55 | 986.55 | 22,111.87 |
| 04/15/2016 | Lot 18 382 PR 4732-<br>INV #277. Due 04/15/2016.<br>--- Invoice # 041990; Mowed Lawn Lot 18 382 PR 4732 $56.25 | 56.25 | 22,168.12 |
| 04/15/2016 | Lot 24 476 PR 4732-<br>INV #278. Due 04/15/2016.<br>--- Aerobic Septic System Maintenance Contract; Lot 24, 476 PR 4732, Rhome, TX 76078 $60.00<br><br>Lot 40 750 PR 4732- | 60.00 | 22,228.12 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 11,282.82 | 180.00 | 5,613.66 | 2,433.27 | $26,998.28 |

PLs' Exhibit 45

008852

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

| To: |
|---|
| Anson Financial, Inc.<br>1210 Hall Johnson Rd., Suite 100<br>Colleyville, Texas 76034 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $26,998.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/15/2016 | INV #279. Due 04/15/2016.<br>--- Repair Aerobic Septic System; Lot 40, 750 PR 4732, Rhome, TX 76078 $1,800.00 | 1,800.00 | 24,028.12 |
| 04/15/2016 | Lot 59 939 PR 4732-<br>INV #280. Due 04/15/2016.<br>--- Aerobic Septic System Maintenance Contract; Lot 59, 939 PR 4732, Rhome, TX 76078 $60.00 | 60.00 | 24,088.12 |
| 04/20/2016 | Lot 62 877 PR 4732-<br> Due 04/20/2016.<br>Settlement Fee from seller: Lot 62 877 PR 4732 Rhome   TX  76078<br>--- Settlment Fee from seller: Lot 62 877 PR 4732 Rhome   TX  76078 $896.30 | 896.30 | 24,984.42 |
| 04/15/2016 | Lot 68 751 PR 4732-<br>INV #281. Due 04/15/2016.<br>--- Aerobic Septic System Maintenance Contract; Lot 68, 751 PR 4732, Rhome, TX 76078 $60.00 | 60.00 | 25,044.42 |
| 04/15/2016 | Lot 70 715 PR 4732-<br>INV #282. Due 04/15/2016.<br>--- Aerobic Septic System Maintenance Contract; Lot 70, 715  PR 4732, Rhome, TX 76078 $60.00 | 60.00 | 25,104.42 |
| 04/15/2016 | Lot 87 349 PR 4732-<br>INV #283. Due 04/15/2016.<br>--- Mowed Lawn Lot 87 349 PR 4732 $56.25 | 56.25 | 25,160.67 |
| 04/08/2016<br>04/12/2016 | Lot 94 241 PR 4732-<br>PMT #5145.<br>PMT #5148. | -691.97<br>-691.97 | 24,468.70<br>23,776.73 |
| | Lot 97 193 PR 4732- | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 11,282.82 | 180.00 | 5,613.66 | 2,433.27 | $26,998.28 |

Page 2

PLs' Exhibit 45                                                                                              008853

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $26,998.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/15/2016 | INV #284. Due 04/15/2016.<br>--- Aerobic Septic System Maintenance Contract; Lot 97, 193 PR 4732, Rhome, TX 76078 $60.00 | 60.00 | 23,836.73 |
| 04/15/2016 | Posada Vega, Jesus - Lot 34 646 PR 4732-<br>INV #285. Due 04/15/2016.<br>=== Reimb Group<br>--- Lot 34 Closing $1,258.42<br>--- Repair Aerobic Septic System; Lot 34, 646 PR 4732, Rhome, TX 76078 $1,800.00<br>=== Total Reimbursable Expenses $3,058.42 | 3,058.42 | 26,895.15 |
| 04/15/2016 | Sanchez, Jose Luis-Lot 20 416 PR 4732-<br>INV #286. Due 04/15/2016.<br>--- Mowed Lawn Lot 20 416 PR 4732 $103.13 | 103.13 | 26,998.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 11,282.82 | 180.00 | 5,613.66 | 2,433.27 | $26,998.28 |

PLs' Exhibit 45

008854

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $29,438.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/30/2016 | Balance forward | | 26,998.28 |
| 05/26/2016 | Lot 62 877 PR 4732- Due 05/26/2016. Aerobic Septic System Maintenance Contract; Located tanks for Lot 62, 877 PR 4732, Rhome, TX 76078 --- Aerobic Septic System Maintenance Contract; Located tanks for Lot 62, 877 PR 4732, Rhome, TX 76078 $85.00 | 85.00 | 27,083.28 |
| 05/23/2016 | Lot 67 769 PR 4732- Due 05/23/2016. Aerobic Septic System Maintenance Contract; Lot 67, 769 PR 4732, Rhome, TX 76078 --- Aerobic Septic System Maintenance Contract; Lot 67, 769 PR 4732, Rhome, TX 76078 $60.00 | 60.00 | 27,143.28 |
| 05/26/2016 | Lot 68 751 PR 4732- Due 05/26/2016. Repair Aerobic Septic System; Rebuilt System for Lot 68, 751 PR 4732, Rhome, TX 76078 --- Repair Aerobic Septic System; Rebuilt System for Lot 68, 751 PR 4732, Rhome, TX 76078 $1,800.00 | 1,800.00 | 28,943.28 |
| 05/26/2016 | Due 05/26/2016. Materials & labor to remove skirting and hook up mobile home to aerobic system for Lot 68, 751 PR 4732, Rhome, TX 76078 --- Materials & labor to remove skirting and hook up mobile home to aerobic system for Lot 68, 751 PR 4732, Rhome, TX 76078 $495.00 | 495.00 | 29,438.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 2,440.00 | 11,282.82 | 0.00 | 8,226.93 | $29,438.28 |

PLs' Exhibit 45

008855

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $34,488.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/31/2016 | Balance forward | | 29,438.28 |
| 06/09/2016 | Lot 7-<br> Due 06/09/2016.<br>Installation of Aerobic Septic System Maintenance for 228 PR 4732 , Rhome, TX 76078<br>--- Installation of Aerobic Septic System Maintenance for 228 PR 4732 , Rhome, TX 76078 $5,800.00 | 5,800.00 | 35,238.28 |
| 06/08/2016 | Lot 70 715 PR 4732-<br>PMT #Settlement Fees. | -750.00 | 34,488.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,488.53 | 5,800.00 | 2,440.00 | 11,282.82 | 7,476.93 | $34,488.28 |

PLs' Exhibit 45

008856

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

| To: |
|---|
| Anson Financial, Inc.<br>1210 Hall Johnson Rd., Suite 100<br>Colleyville, Texas 76034 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $7,096.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/30/2016 | Balance forward | | 34,488.28 |
| 07/13/2016 | Due 07/13/2016.<br>Customer Number: 2000378698 ; Diamond Ridge Lights<br>--- Customer Number: 2000378698 ; Diamond Ridge Lights $49.96 | 49.96 | 34,538.24 |
| 07/27/2016 | HOA-Development-<br>PMT #203879-Overpayment. | -49.96 | 34,488.28 |
| 07/27/2016 | Lot 11 282 PR 4732-<br>PMT #5198. | -697.47 | 33,790.81 |
| 07/22/2016 | Lot 67 769 PR 4732-<br>Due 07/22/2016.<br>Lot 67, 769 PR 4732-Capital Title of Texas, LLC (Closing Costs associated with Closing)<br>--- Lot 67, 769 PR 4732-Capital Title of Texas, LLC (Closing Costs associated with Closing) $1,136.30 | 1,136.30 | 34,927.11 |
| 07/14/2016 | Lot 71 697 PR 4732-<br>PMT #Wire. | -32,285.19 | 2,641.92 |
| 07/14/2016 | Due 07/14/2016.<br>Management Fees:; Lot 71 697 PR 4732 Rhome TX<br>--- Management Fees:; Lot 71 697 PR 4732 Rhome TX $0.00 | 0.00 | 2,641.92 |
| 07/14/2016 | Due 07/14/2016.<br>Management Fees:; Lot 71 697 PR 4732 Rhome TX<br>--- Management Fees:; Lot 71 697 PR 4732 Rhome TX $0.00 | 0.00 | 2,641.92 |
| 07/15/2016 | Due 07/15/2016.<br>Management Fees:; Lot 71 697 PR 4732 Rhome TX<br>--- Management Fees:; Lot 71 697 PR 4732 Rhome TX $0.00 | 0.00 | 2,641.92 |
| 07/15/2016 | Due 07/15/2016.<br>Management Fees:; Lot 71, 697 PR 4732 Rhome TX<br>--- Management Fees:; Lot 71, 697 PR 4732 Rhome TX $3,300.00 | 3,300.00 | 5,941.92 |
| | Lot 90, 301 PR 4732- | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 7,096.28 | 0.00 | 0.00 | 0.00 | 0.00 | $7,096.28 |

Page 1

PLs' Exhibit 45

008857

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
| --- |
| 1/31/2016 |

To:
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $7,096.28 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 07/28/2016 | Due 07/28/2016.<br>Lot 90, 301 PR 4732<br>--- Lot 90, 301 PR 4732 $1,089.23 | 1,089.23 | 7,031.15 |
| 07/29/2016 | Due 07/29/2016.<br>Court hearing Wise County<br>--- Court hearing Wise County $30.11 | 30.11 | 7,061.26 |
| 07/29/2016 | Due 07/29/2016.<br>Evictim set out Wise County<br>--- Evictim set out Wise County $35.02 | 35.02 | 7,096.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 7,096.28 | 0.00 | 0.00 | 0.00 | 0.00 | $7,096.28 |

Page 2

PLs' Exhibit 45

008858

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | $22,407.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/31/2016 | Balance forward | | 7,096.28 |
| 08/04/2016 | Due 08/04/2016. $1000 cash to pay day workers for Alvord Road --- $1000 cash to pay day workers for Alvord Road $1,000.00 | 1,000.00 | 8,096.28 |
| 08/23/2016 | Lot 11 282 PR 4732- Due 08/23/2016. Invoice# 041991; Mowed Lawn Lot 11, 2825 PR 4732 --- Invoice# 041991; Mowed Lawn Lot 11, 2825 PR 4732 $65.63 | 65.63 | 8,161.91 |
| 08/31/2016 | Due 08/31/2016. Septic System Rebuild-Lot 11- 282 PR 4732, Rhome TX 76078 --- Septic System Rebuild-Lot 11- 282 PR 4732, Rhome TX 76078 $1,800.00 | 1,800.00 | 9,961.91 |
| 08/03/2016 | Lot 40 750 PR 4732- Due 08/03/2016. Invoice #: 8564; Henderson Robert MTLS & Agreed Order --- Invoice #: 8564; Henderson Robert MTLS & Agreed Order $626.00 | 626.00 | 10,587.91 |
| 08/23/2016 | Lot 59 939 PR 4732- Due 08/23/2016. Invoice# 041991; Mowed Lawn Lot 59, 939 PR 4732 --- Invoice# 041991; Mowed Lawn Lot 59, 939 PR 4732 $131.25 | 131.25 | 10,719.16 |
| 08/31/2016 | Due 08/31/2016. Management Fees; Lot 59, 939 PR 4732 --- Management Fees; Lot 59, 939 PR 4732 $3,000.00 | 3,000.00 | 13,719.16 |
| 08/23/2016 | Lot 70 715 PR 4732- Due 08/23/2016. Invoice# 041991; Mowed Lawn Lot 70, 715 PR 4732 --- Invoice# 041991; Mowed Lawn Lot 70, 715 PR 4732 $150.00 | 150.00 | 13,869.16 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 20,238.53 | 2,168.55 | 0.00 | 0.00 | 0.00 | $22,407.08 |

Page 1

**PLs' Exhibit 45**

008859

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| Amount Due | Amount Enc. |
|---|---|
| $22,407.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/31/2016 | Due 08/31/2016.<br>Septic System Rebuild-Lot 70- 282 PR 4732, Rhome TX  76078<br>--- Septic System Rebuild-Lot 70- 282 PR 4732, Rhome TX  76078 $1,800.00 | 1,800.00 | 15,669.16 |
| 08/31/2016 | Lot 71 697 PR 4732-<br>Due 08/31/2016.<br>Septic System Rebuild-Lot 71- 282 PR 4732, Rhome TX  76078<br>--- Septic System Rebuild-Lot 71- 282 PR 4732, Rhome TX  76078 $1,800.00 | 1,800.00 | 17,469.16 |
| 08/31/2016 | Due 01/31/2016.<br>Closing Fee for Lot 71<br>--- Servicing Fee, 1 @ $750.00 = 750.00 | 750.00 | 18,219.16 |
| 08/31/2016 | Lot 77 573 PR 4732-<br>Due 08/31/2016.<br>Septic System Rebuild-Lot 77- 282 PR 4732, Rhome TX  76078<br>--- Septic System Rebuild-Lot 77- 282 PR 4732, Rhome TX  76078 $1,800.00 | 1,800.00 | 20,019.16 |
| 08/17/2016 | Lot 90, 301 PR 4732-<br>Due 08/17/2016.<br>Towed of Vehicle, 5th Wheel and removal of refrigerator, washer & dryer etc. off lot 90 during Constable's Set Out<br>--- Towed of Vehicle, 5th Wheel and removal of refrigerator, washer & dryer etc. off lot 90 during Constable's Set Out $450.00 | 450.00 | 20,469.16 |
| 08/11/2016 | Lot 94 241 PR 4732-<br>Due 08/11/2016.<br>Duplicate refund to Iolta - Lot 94, 241 PR 4732<br>--- Duplicate refund to Iolta - Lot 94, 241 PR 4732 $691.97 | 691.97 | 21,161.13 |
| 08/23/2016 | Due 08/23/2016.<br>Invoice# 041991; Mowed Lawn Lot 94, 241 PR 4732<br>--- Invoice# 041991; Mowed Lawn Lot 94, 241 PR 4732 $46.88 | 46.88 | 21,208.01 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 20,238.53 | 2,168.55 | 0.00 | 0.00 | 0.00 | $22,407.08 |

PLs' Exhibit 45

008860

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/31/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| Amount Due | Amount Enc. |
|---|---|
| $22,407.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/10/2016 | Lot 97 193 PR 4732-PMT | -647.81 | 20,560.20 |
| 08/23/2016 | Due 08/23/2016. Invoice# 041991; Mowed Lawn Lot 97, 193 PR 4732 --- Invoice# 041991; Mowed Lawn Lot 97, 193 PR 4732 $46.88 | 46.88 | 20,607.08 |
| 08/31/2016 | Due 08/31/2016. Septic System Rebuild-Lot 97- 282 PR 4732, Rhome TX  76078 --- Septic System Rebuild-Lot 97- 282 PR 4732, Rhome TX  76078 $1,800.00 | 1,800.00 | 22,407.08 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 20,238.53 | 2,168.55 | 0.00 | 0.00 | 0.00 | $22,407.08 |

Page 3

PLs' Exhibit 45

008861

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 9/30/2016 |

To:
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| | Amount Due | Amount Enc. |
|---|---|---|
| | -$3,515.19 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/31/2016 | Balance forward | | 22,407.08 |
| 09/29/2016 | Lot 42, 792 PR 4732- PMT #5296. | -47.71 | 22,359.37 |
| 09/29/2016 | Lot 43- Due 09/29/2016. Account: A0031-0002-72WIS; 2015 Property Taxes; Lot 43 of Diamond Ridge, Rhome, TX --- Account: A0031-0002-72WIS; 2015 Property Taxes; Lot 43 of Diamond Ridge, Rhome, TX $665.33 | 665.33 | 23,024.70 |
| 09/29/2016 | Lot 44- Due 09/29/2016. Account: A0031-0002-64WIS; 2015 Property Taxes; Lot 44 of Diamond Ridge, Rhome, TX --- Account: A0031-0002-64WIS; 2015 Property Taxes; Lot 44 of Diamond Ridge, Rhome, TX $611.59 | 611.59 | 23,636.29 |
| 09/02/2016 | Lot 59 939 PR 4732- Due 09/02/2016. Repair electrical pedestal; Cost of parts and labor for repairs. --- Repair electrical pedestal; Cost of parts and labor for repairs. $175.00 | 175.00 | 23,811.29 |
| 09/08/2016 | Due 09/08/2016. Mowed Lot 59 939 PR 4732 --- Mowed Lot 59 939 PR 4732 $225.00 | 225.00 | 24,036.29 |
| 09/14/2016 | PMT #5284. | -26,500.00 | -2,463.71 |
| 09/15/2016 | PMT #5286. | -3,000.00 | -5,463.71 |
| 09/02/2016 | Lot 7:Banda, Christina- Due 09/02/2016. Legal Fees Owed to JMF; Lot 7, 228 PR 4732-Banda, Christina --- Legal Fees Owed to JMF; Lot 7, 228 PR 4732-Banda, Christina $148.52 | 148.52 | -5,315.19 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -3,515.19 | 0.00 | 0.00 | 0.00 | 0.00 | -$3,515.19 |

Page 1

PLs' Exhibit 45

008862

# Statement

Anson Financial, Inc. dba AFI Mortgage
1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 9/30/2016 |

**To:**
Anson Financial, Inc.
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034

| Amount Due | Amount Enc. |
|---|---|
| -$3,515.19 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/08/2016 | Lot 72, 677 PR 4732-<br>Due 09/08/2016.<br>Septic System Rebuild-Lot 72- 677 PR 4732, Rhome TX 76078<br>--- Septic System Rebuild-Lot 72- 677 PR 4732, Rhome TX 76078 $1,800.00 | 1,800.00 | -3,515.19 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -3,515.19 | 0.00 | 0.00 | 0.00 | 0.00 | -$3,515.19 |

PLs' Exhibit 45

008863

# Statement

Anson Financial, Inc. dba AFI Mortgage

1210 Hall Johnson Road
Suite 100
Colleyville, Texas 76034

| Date |
|---|
| 1/12/2015 |

To:

287 Alvord

| Amount Due | Amount Enc. |
|---|---|
| $2,224.85 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/31/2014 | Balance forward | | 0.00 |
| 10/21/2014 | Due 10/21/2014. Mowed Lot 18/382 P.R. 4732 | 78.75 | 78.75 |
| 10/21/2014 | Due 10/21/2014. Mowed Lot 19/400 P.R. 4731 | 78.75 | 157.50 |
| 10/21/2014 | Due 10/21/2014. Electric Service/Statement Date 10/10/2014 | 10.52 | 168.02 |
| 12/27/2014 | Due 12/27/2014. Posting Denton Properties | 32.60 | 200.62 |
| 01/12/2015 | Due 01/12/2015. ID 1219 | 60.00 | 260.62 |
| 01/12/2015 | Due 01/12/2015. ID 1605 | 60.00 | 320.62 |
| 01/12/2015 | Due 01/12/2015. ID 1387 | 60.00 | 380.62 |
| 01/12/2015 | Due 01/12/2015. CoServe Electric Bill | 20.20 | 400.82 |
| 01/12/2015 | Due 01/12/2015. 2014 property Taxes | 1,824.03 | 2,224.85 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,024.23 | 32.60 | 0.00 | 168.02 | 0.00 | $2,224.85 |

PLs' Exhibit 45

008864