**Anson Financial, Inc.**
Operating Account
1210 Hall Johnson Rd., Suite 100
Colleyville, Texas 76034
(817)267-8799 Phone

JPMORGAN CHASE BANK, NA
Colleyville-612
32-061/1110

17752

11/22/2016

PAY TO THE ORDER OF  Frazier Asset Managment, Inc.   $ **19,000.00

Nineteen Thousand and 00/100*********************************************************************************DOLLARS

Frazier Asset Managment, Inc.
3345 Wester Center Blvd.
Suite 160
Fort Worth, Texas 76137

MEMO   10-2016 Distribution

⑈017752⑈ ⑆111000614⑆   186329350⑈

---

Anson Financial, Inc.   17752

Frazier Asset Managment, Inc.   11/22/2016
Investor Payments:Alvord 287 Payments   10/01/2016 thru 10/31/2016   19,000.00

Chase Bank   10-2016 Distribution   19,000.00

Anson Financial, Inc.   17752

Frazier Asset Managment, Inc.   11/22/2016
Investor Payments:Alvord 287 Payments   10/01/2016 thru 10/31/2016   19,000.00

Chase Bank   10-2016 Distribution   19,000.00

**PL_Frazier 1196**



**PLs' Exhibit 47**