| Month | Beginning Principal Balance | Principal | Interest | Unearned Discount | Total Principal & Interest Collected | Service Fee | Net Pay to Alvord 287 JV | New Loans Added | Ending Princpal Balance | Basis in New Loans Added | Basis | Unearned Discount | Basis on Report | Unearned Adustment | Memo | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep-14 | Jentex Funds transferred by Check | | | | $24,000.00 | | | | | | | | | | | | |
| Sep-14 | Jentex funds transferred to Close Frost Account | | | | $1,600.83 | | | | | | | | | | $312,271.62 | Basis | |
| 8-14 tru 9-2014 | $589,329.18 | $727.43 | $9,616.72 | $750.06 | $11,094.21 | $491.11 | $10,603.10 | | $587,851.69 | | $311,544.19 | $276,307.50 | $311,544.19 | $0.00 | $277,057.56 | Unearned | |
| Oct-14 | $587,851.69 | $511.61 | $6,424.13 | $508.44 | $7,444.18 | $489.88 | $6,954.30 | $50,500.00 | $637,331.64 | $25,250.00 | $336,282.58 | $301,049.06 | $336,282.56 | $0.02 | JE in Anson done 1/1/2015 | | |
| Nov-14 | $637,331.64 | $245.20 | $3,249.34 | $226.48 | $3,721.02 | $531.11 | $3,189.91 | $0.00 | $636,859.96 | $0.00 | $336,037.38 | $300,822.58 | $336,037.38 | $0.00 | | | |
| Dec-14 | $636,859.96 | $571.08 | $7,847.70 | $597.70 | $9,016.48 | $530.72 | $8,485.76 | $0 | $635,691.18 | $0.00 | $335,466.30 | $300,224.88 | $335,466.30 | $0.00 | | | |
| Jan-15 | $635,691.18 | $373.80 | $3,839.48 | $366.48 | $4,579.76 | $529.74 | $4,050.02 | $933.93 | $635,884.83 | -$4,467.94 | $330,624.56 | $305,260.27 | $330,624.56 | $0.00 | Refinance Ortiz so back out that principal Int & Discount- new loan 2864 | See Sheet with Register Calculatic | |
| Feb-15 | $635,884.83 | $416.87 | $5,956.11 | $415.01 | $6,787.99 | $529.90 | $6,258.09 | $28,000.00 | $663,052.95 | $14,000.00 | $344,207.69 | $318,845.26 | $344,207.69 | $0.00 | | | |
| Mar-15 | $663,052.95 | $485.83 | $6,348.09 | $539.04 | $7,372.96 | $552.54 | $6,820.42 | $26,500.00 | $688,528.08 | $5,913.09 | $349,635.41 | $338,893.13 | $349,635.41 | $0.00 | | | |
| Apr-15 | $688,528.08 | $403.90 | $4,889.30 | $416.57 | $5,709.77 | $573.77 | $5,136.00 | $84,000.00 | $771,707.61 | $18,395.09 | $367,626.14 | $404,081.47 | $367,626.14 | $0.00 | | | |
| May-15 | $771,707.61 | $11,220.07 | $5,120.95 | $11,242.83 | $27,583.85 | $643.09 | $26,940.76 | $0.00 | $749,244.71 | $0.00 | $356,406.07 | $392,838.64 | $356,406.07 | $0.00 | | | |
| Jun-15 | $749,244.71 | $619.65 | $8,455.88 | $789.61 | $9,865.14 | $624.37 | $9,240.77 | $30,500.00 | $778,335.45 | $5,347.11 | $361,133.53 | $417,201.92 | $361,133.53 | $0.00 | | | |
| Jul-15 | $778,335.45 | $542.58 | $6,446.16 | $595.56 | $7,584.30 | $648.61 | $6,935.69 | $83,302.00 | $860,499.31 | $20,649.85 | $381,240.80 | $479,258.51 | $381,240.80 | $0.00 | | | |
| Aug-15 | $860,499.31 | $699.47 | $7,444.11 | $838.57 | $8,982.15 | $717.08 | $8,265.07 | $28,500.00 | $887,461.27 | $7,462.69 | $388,004.02 | $499,457.25 | $388,004.02 | $0.00 | | | |
| Sep-15 | $887,461.27 | $12,823.54 | $6,815.57 | $15,411.40 | $35,050.51 | $739.55 | $34,310.96 | $27,329.46 | $886,555.79 | $6,500.00 | $381,680.48 | $504,875.31 | $381,680.48 | $0.00 | Adjusted principal and unearned to | 886555.8 | $0.00 |
| Oct-15 | $886,555.79 | $463.69 | $6,267.85 | $664.23 | $7,395.77 | $738.80 | $6,656.97 | $110,500.00 | $995,927.87 | $20,503.39 | $401,720.18 | $594,207.69 | $401,720.18 | $0.00 | **2968 was loaded in 11/2015 but not | 26500 | 6500 |
| Nov-15 | $995,927.87 | $971.18 | $6,927.84 | $2,107.42 | $10,006.44 | $829.94 | $9,176.50 | $53,000.00 | $1,045,849.27 | $13,000.00 | $413,749.00 | $632,100.27 | $413,749.00 | $0.00 | | | |
| Dec-15 | $1,045,849.27 | $1,494.17 | $8,416.70 | $3,672.95 | $12,712.28 | $871.54 | $12,712.28 | -$30,459.84 | $1,010,222.31 | -$5,348.91 | $406,905.92 | $603,316.39 | $406,905.92 | $0.00 | Foreclosed Manuel Martinez- make entry | | |
| Jan-16 | $1,010,222.31 | $28,162.21 | $8,697.96 | $3,789.23 | $40,649.40 | $841.85 | $39,807.55 | $0.00 | $978,270.87 | $8.84 | $378,752.55 | $599,518.32 | $378,752.55 | $0.00 | Adjust Basis to Balance- by $8.84 | | |
| Feb-16 | $978,270.87 | $1,183.07 | $7,746.69 | $2,848.03 | $11,777.79 | $815.23 | $10,962.56 | $2,204.53 | $976,444.30 | $22.74 | $377,592.22 | $598,852.08 | $377,592.22 | $0.00 | Reversed Mullahy on 2/24-foreclosed Reversed Steven, B Sold Different Lot | 120000 | |
| Mar-16 | $976,444.30 | $1,069.44 | $8,734.01 | $2,365.28 | $12,168.73 | $813.70 | $11,355.03 | $53,000.00 | $1,026,009.58 | $13,000.00 | $389,522.78 | $636,486.80 | $389,522.78 | $0.00 | | 150000 | |
| Apr-16 | $1,026,009.58 | $884.90 | $6,651.85 | $1,759.80 | $9,296.55 | $855.01 | $8,441.54 | $83,500.00 | $1,106,864.88 | $19,500.00 | $408,137.88 | $698,727.00 | $408,137.88 | $0.00 | | | |
| May-16 | $1,106,864.88 | $1,671.84 | $8,873.13 | $3,611.58 | $14,156.55 | $922.39 | $13,234.16 | $60,500.00 | $1,162,081.46 | $13,000.00 | $419,466.04 | $742,615.42 | $419,466.04 | $0.00 | | | |
| Jun-16 | $1,162,081.46 | $1,594.23 | $9,149.72 | $4,147.25 | $14,891.20 | $968.40 | $13,922.80 | $26,500.00 | $1,182,839.98 | $6,500.00 | $424,371.81 | $758,468.17 | $424,371.81 | $0.00 | | | |
| Jul-16 | $1,182,839.98 | $1,791.35 | $9,275.05 | $4,798.75 | $15,865.15 | $985.70 | $14,879.45 | $27,255.60 | $1,203,505.48 | $6,702.27 | $429,282.73 | $774,222.75 | $429,282.73 | $0.00 | | | |
| Aug-16 | $1,203,505.48 | -$2,447.92 | $10,176.32 | $1,328.66 | $9,057.06 | $1,002.92 | $8,054.14 | $26,500.00 | $1,231,124.74 | $1,018.91 | $432,749.56 | $798,375.18 | $432,749.56 | $0.00 | | | |
| Sep-16 | $1,231,124.74 | $2,178.26 | $9,096.30 | $2,581.21 | $13,855.77 | $1,025.94 | $12,829.83 | $30,000.00 | $1,185,090.96 | $9,967.91 | $411,044.11 | $774,046.85 | $411,044.11 | $0.00 | Ruben Ortiz Foreclosed Basis of | 29495.1 | 41779.21 | 41.02 |
| Oct-16 | $1,185,090.96 | $738.83 | $10,242.66 | $1,418.48 | $12,399.97 | $987.58 | $11,412.39 | $31,000.00 | $1,213,933.65 | $10,000.00 | $420,305.28 | $793,628.37 | $420,312.44 | -$7.16 | | | |
| Nov-16 | $1,213,933.65 | $685.49 | $7,562.44 | $1,165.03 | $9,412.96 | $1,011.61 | $8,401.35 | $0.00 | $1,212,083.13 | $0.00 | $419,619.79 | $792,463.34 | $419,619.79 | $0.00 | Adjusted by adding $7.16 to Principal- out | | |
| Dec-16 | $1,212,083.13 | $739.04 | $10,656.90 | $1,340.44 | $12,736.38 | $1,010.07 | $11,726.31 | $0.00 | $1,210,003.65 | $0.00 | $418,880.75 | $791,122.90 | $418,880.75 | $0.00 | | | |
| Jan-17 | $1,210,003.65 | $785.27 | $11,426.46 | $1,487.59 | $13,699.32 | $1,008.34 | $12,690.98 | $0.00 | $1,207,730.79 | $0.00 | $418,095.48 | $789,635.31 | $418,095.48 | $0.00 | | | |
| Feb-17 | $1,207,730.79 | $518.86 | $7,625.30 | $1,043.99 | $9,188.15 | $1,006.44 | $8,181.71 | $0.00 | $1,206,167.94 | $0.00 | $417,576.62 | $788,591.32 | $417,576.62 | $0.00 | | | |
| Mar-17 | $1,206,167.94 | $20,260.71 | $10,789.96 | $33,968.90 | $65,019.57 | $1,005.14 | $64,014.43 | $0.00 | $1,151,938.33 | -$0.01 | $397,315.90 | $754,622.43 | $397,315.90 | $0.00 | .01 Adjust to Unearned | | |
| Apr-17 | $1,151,938.33 | $696.69 | $9,182.70 | $1,302.51 | $11,181.90 | $959.95 | $10,221.95 | $0.00 | $1,149,939.13 | $0.00 | $396,619.21 | $753,319.92 | $396,619.21 | $0.00 | | | |
| May-17 | $1,149,939.13 | $901.16 | $10,191.96 | $1,410.12 | $12,503.24 | $958.28 | $11,544.96 | $0.00 | $1,147,627.85 | $0.00 | $395,718.05 | $751,909.80 | $395,718.05 | $0.00 | | | |
| Jun-17 | $1,147,627.85 | $6,534.19 | $11,284.95 | $21,435.92 | $39,255.06 | $956.36 | $38,298.70 | $7,678.76 | $1,127,336.50 | -$8,247.53 | $380,936.33 | $746,400.17 | $380,936.33 | $0.00 | Added Ellis, 3114AFI17-RC, Basis in previouse loan was $5913.02; Removed Henderson 2720 -RC, $28,321.24 Bal & $14160.62 Basis & $5339.75 Interest | | |
| Jul-17 | $1,127,336.50 | $833.51 | $10,127.42 | $1,459.44 | $12,420.37 | $939.45 | $11,480.92 | $0.00 | $1,125,043.55 | $0.00 | $380,102.82 | $744,940.73 | $380,102.82 | $0.00 | | | |
| Aug-17 | $1,125,043.55 | $853.00 | $9,515.98 | $1,402.64 | $11,771.62 | $937.54 | $10,834.08 | $0.00 | $1,122,787.91 | $0.00 | $379,249.82 | $743,538.09 | $379,249.82 | $0.00 | | | |
| Sep-17 | $1,122,787.91 | $952.54 | $8,459.16 | $1,468.40 | $10,880.10 | $935.66 | $9,944.44 | $26,000.00 | $1,146,366.97 | $14,160.62 | $392,457.90 | $753,909.07 | $392,457.90 | $0.00 | | | |
| Oct-17 | $1,146,366.97 | $24,550.07 | $10,521.59 | $1,401.93 | $36,473.59 | $955.31 | $35,518.28 | $0.00 | $1,120,414.97 | $0.00 | $367,907.83 | $752,507.14 | $367,907.83 | $0.00 | | | |
| Nov-17 | $1,120,414.97 | $902.60 | $8,787.48 | $1,401.94 | $11,092.02 | $933.68 | $10,158.34 | $0.00 | $1,118,110.43 | $0.00 | $367,005.23 | $751,105.20 | $367,005.23 | $0.00 | | | |
| Dec-17 | $1,118,110.43 | $718.94 | $8,115.88 | $1,261.52 | $10,096.34 | $931.76 | $9,164.58 | $0.00 | $1,116,129.97 | $0.00 | $366,286.29 | $749,843.68 | $366,286.29 | $0.00 | | | |
| | | $129,328.35 | $326,957.80 | $139,340.99 | $595,627.14 | $32,810.04 | $562,817.10 | $866,744.44 | | $212,838.12 | | | | $0.00 -$7.14 | | | |

| Lot Sold | Note Amount | Rate | Term | Monthly Payment | Borrower Last Name | Place of Closing | Salesman | Down Payment | Down Payment % |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $747,835.45 | | |
| Lot 40 | | | | | | | $30,500.00 | | |
| | | | | | | 4th Qtr. | $54,841.21 | $27,420.61 | |

**PLs' Exhibit 49**