**CAUSE NO. 342-288776-16**

| | | |
|---|---|---|
| B. FRAZIER MANAGEMENT, INC, FORMERLY KNOWN AS FRAZIER ASSET MANAGEMENT, INC. and BRIAN H. FRAZIER, Individually, | § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § § | |
| V. | § § § | 342nd JUDICIAL DISTRICT |
| ANSON FINANCIAL, INC. AS SUCCESSOR IN INTEREST TO JENTEX FINANCIAL, INC., | § § § § | |
| *Defendant.* | § | TARRANT COUNTY, TEXAS |

_____

**RULE 1006 SUMMARY OF ANSON FINANCIAL, INC  
CHASE BANK ACCOUNT ENDING IN 9350**
_____

| Chase Bank Statement Date (ending in 9350) | Chase Bank Statement Ending Balance (ending in 9350) | Balance Owed by Anson to Joint Venture on Milburn Ray Report- PLs' Exhibit 50 | Balance Over / (Under) | | Chase Bank Bates Numbers |
|---|---|---|---|---|---|
| Feb-15 | $49,330.42 | $50,513.35 | ($1,182.93) | | 15-26 |
| Mar-15 | $20,229.68 | $54,857.23 | ($34,627.55) | | 102-113 |
| Apr-15 | $33,513.52 | $58,798.14 | ($25,284.62) | | 533-544 |
| May-15 | $71,174.55 | $102,884.49 | ($31,709.94) | | 892-903 |
| Jun-15 | $166,016.75 | $139,079.39 | $26,937.36 | | 1253-1266 |
| Jul-15 | $124,531.47 | $140,722.54 | ($16,191.07) | | 1661-1672 |
| Aug-15 | $88,580.48 | $147,595.79 | ($59,015.31) | | 2067-2078 |
| Sep-15 | $6,939.75 | $208,991.10 | ($202,051.35) | | 2457-2466 |
| Oct-15 | $29,974.58 | $186,986.75 | ($157,012.17) | | 2865-2876 |
| Nov-15 | $143,949.76 | $194,064.31 | ($50,114.55) | | 3264-3273 |
| Dec-15 | $58,376.30 | $181,993.85 | ($123,617.55) | | 3640-3653 |
| Jan-16 | $129,509.63 | $245,450.04 | ($115,940.41) | | 4025-4038 |
| Feb-16 | $89,356.08 | $254,438.41 | ($165,082.33) | | 4417-4426 |
| Mar-16 | $61,354.51 | $265,425.42 | ($204,070.91) | | 4833-4844 |
| Apr-16 | $378,870.98 | $271,285.84 | $107,585.14 | | 5266-5275 |
| May-16 | $347,139.60 | $282,437.04 | $64,702.56 | | 5630-5641 |
| Jun-16 | $44,012.42 | $289,617.62 | ($245,605.20) | * | 6012-6023 |
| Jul-16 | $354,841.71 | $331,406.41 | $23,435.30 | | 6453-6464 |
| Aug-16 | $107,395.45 | $356,917.72 | ($249,522.27) | * | 6825-6836 |
| Sep-16 | $49,359.70 | $191,045.24 | ($141,685.54) | | 7224-7237 |
| Oct-16 | $125,707.18 | $157,646.73 | ($31,939.55) | | 7577-7586 |
| Nov-16 | $143,138.93 | $128,048.08 | $15,090.85 | | 7899-7910 |
| Dec-16 | $29,922.04 | $117,572.72 | ($87,650.68) | | 8200-8211 |
| Jan-17 | $49,038.67 | $130,263.69 | ($81,225.02) | | 8588-8601 |
| Feb-17 | $82,927.31 | $138,385.40 | ($55,458.09) | | 8726-8737 |
| Mar-17 | $18,704.87 | $202,449.83 | ($183,744.96) | | 9057-9068 |
| Apr-17 | $63,838.00 | $173,221.63 | ($109,383.63) | | 9440-9451 |
| May-17 | $71,553.66 | $124,766.59 | ($53,212.93) | | 9742-9753 |
| Jun-17 | $183,308.58 | $135,838.30 | $47,470.28 | | 10092-10105 |
| Jul-17 | $43,981.16 | $142,282.63 | ($98,301.47) | | 10438-10449 |
| Aug-17 | $31,569.76 | $153,066.71 | ($121,496.95) | | 10783-10794 |
| Sep-17 | $63,372.92 | $100,124.15 | ($36,751.23) | | 11097-11110 |
| Oct-17 | $62,175.05 | $130,849.26 | ($68,674.21) | | 11389-11406 |
| Nov-17 | $19,304.33 | $140,779.42 | ($121,475.09) | | 11837-11848 |
| Dec-17 | $43,622.67 | $130,000.86 | ($86,378.19) | | 12105-12116 |
| Jan-18 | $323,537.01 | $167,870.47 | $155,666.54 | | 12354-12369 |
| Feb-18 | $47,657.52 | $176,919.41 | ($129,261.89) | | 12657-12672 |
| Mar-18 | $46,184.24 | $213,821.69 | ($167,637.45) | | 12922-12935 |
| Apr-18 | $76,816.62 | $223,073.92 | ($146,257.30) | | 13214-13225 |
| May-18 | $74,669.93 | $227,389.30 | ($152,719.37) | | 13478-13489 |
| Jun-18 | $291,647.64 | $305,559.39 | ($13,911.75) | | 13768-13779 |
| Jul-18 | $199,355.22 | $333,564.44 | ($134,209.22) | | 14026-14039 |
| Aug-18 | $75,536.64 | $391,790.85 | ($316,254.21) | * | 14280-14295 |
| Sep-18 | $68,781.40 | $400,107.71 | ($331,326.31) | * | 14548-14561 |
| Oct-18 | $38,659.82 | $409,379.07 | ($370,719.25) | * | 14780-14791 |

* Individual Exhibits PLs' Exhibits 82-86