# APPLICATION FOR REINSTATEMENT AND REQUEST TO SET ASIDE FORFEITURE

FILED
in the Office of the
Secretary of State of Texas
SEP 2 1 1995
Corporations Section

By: __Frazier Asset Management, Inc__

Charter No. __1192932__      Taxpayer Id. No. __75-2382205__

　　　WHEREAS, the charter of the above corporation was forfeited on _____

_____ for:

(check one)

1. _____ failure to maintain a registered agent, or
2. __X__ failure to pay state franchise tax, or
3. _____ (other)

　　　WHEREAS, the corporation has corrected the default noted above and has paid all fees, taxes, and penalties due;

　　　NOW THEREFORE, the corporation hereby applies for reinstatement of its corporate charter, and requests that the Secretary of State set aside the forfeiture of the corporation.

Alvin A. Miller
1900 Central Dr. Ste. H
Bedford, Texas 76021
(817) 283-1100

By: _/s/ Alvin A. Miller_      Secretary
　　(signature)　　　　　　　(title)
Alvin A. Miller

---

## INSTRUCTIONS FOR FILING APPLICATION FOR REINSTATEMENT

1. Submit two copies of the application. We will place one document on record and return a file stamped copy to you for your files.

2. An application to set aside a forfeiture for failure to pay state franchise tax must be signed by an officer, director or shareholder. All other applications must be signed by an officer or director of the corporation.

3. The filing fee for an application for reinstatement under the Texas Tax Code is $75.00 for business corporations. The filing fee for business corporation reinstatements for non-tax reasons is $50.00.
Non-profit corporations are assessed a filing fee of $25.00 for non-tax reinstatements. No fee is required for non-profit corporations forfeited for tax reasons.

**(Instructions continue on reverse side)**

SOS - 2 (Rev.12-91/2)

PLs' Exhibit 57

# INTEROFFICE MEMO



**John Sharp**
*State Comptroller*

4040 Fossil Creek Blvd #100
Fort Worth, Tx 76137

Date: 09-20-95

Texas Secretary of State
Corporation Section

__FRAZIER ASSET MANAGEMENT INC__ has paid all Franchise Taxes through December 31st, 19 __94__ and is eligible for reinstatement through May __16__, 19 __96__.
The next Franchise Tax report due date: __05-16-96__

ANNETTE HAMILL — *Annette Hamill*
Enforcement Officer

Fort Worth 2H40
817-847-6201

PLs' Exhibit 57

85-117 (Rev 1-91/4)