Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Geoffrey S. Connor
Assistant Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
# of
# FRAZIER ASSET MANAGEMENT, INC.

File Number : 119293200               Certificate / Charter forfeited : August 22, 2003

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.





Geoffrey S. Connor
Assistant Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555   Pls' Exhibit 59   FAX (512) 463-5709               TTY 7-1-1