

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State of Texas

SEP 08 2003

Corporations Section

## APPLICATION FOR REINSTATEMENT AND REQUEST TO SET ASIDE REVOCATION OR FORFEITURE

Name of entity: FRAZIER ASSET MANAGEMENT, INC.

File No.: 0119293200   Taxpayer ID No.: 30114686089

1. The entity named above was forfeited or its certificate of authority was revoked on
   _7-2003_ for the following reason:
   (date)

   (check one)
   ☐ (a) failure to maintain a registered agent;
   ☒ (b) failure to file a franchise tax return and/or pay state franchise tax;
   ☐ (c) other:

2. The entity has corrected the default and has paid all fees, taxes, and penalties due.

3. The entity applies for reinstatement and requests that the secretary of state set aside the forfeiture or the revocation of its certificate of authority.

   By _____
   (signature)

   President
   (title)

### INSTRUCTIONS FOR FILING APPLICATION FOR REINSTATEMENT

**1. SIGNATURE:**
CORPORATIONS - An application for reinstatement by a corporation forfeited for failure to file a franchise tax return and/or pay state franchise taxes must be signed by an officer, director or shareholder of the corporation. All other applications must be signed by an officer or director of the corporation.
LIMITED LIABILITY COMPANIES - An application for reinstatement by a limited liability company must be signed by a manager or member of the limited liability company.

**2. FEES:**
| | |
|---|---|
| Business Corporation or Foreign Limited Liability Company under 1(a) or (c) | $50.00 |
| Texas Limited Liability Company under 1(a) or (c) | $10.00 |
| Non-Profit Corporation under 1(a) or (c) | $25.00 |
| Business Corporation or Texas or Foreign Limited Liability Company under 1(b) | $75.00 |
| Non-Profit Corporation under 1(b) | No Fee |

PLs' Exhibit 60



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
## AUSTIN, TEXAS 78774-0100

September 5, 2003

FRAZIER ASSET MANAGEMENT INC
4001 AIRPORT FWY STE 190
BEDFORD, TX 76021-6197

Texas Secretary of State
Corporations Section

RE:    FRAZIER ASSET MANAGEMENT INC
        Taxpayer number: 30114686089
        File number: 0119293200

The above referenced corporation has met all franchise tax requirements and is eligible for reinstatement through December 31, 2003.

CASSANDRA AARON
Enforcement - Fort Worth, N
Enforcement
(817) 847-6201

Form 05-377 (5-99)

PLs' Exhibit 60