Form 801
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: See instructions

**Application for Reinstatement
And Request to Set Aside
Tax Forfeiture**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas

DEC 16 2011

Corporations Section

1. The entity name is: Frazier Asset Management Inc

The entity is a foreign entity that was required to obtain its registration under a name that differs from the legal name stated above. The name under which the entity is registered is:

2. The file number issued to the entity by the secretary of state is: 0119293200

3. The entity was forfeited or revoked under the provisions of the Tax Code on: 07/08/2005
   *mm/dd/yyyy*

4. The undersigned requests that the forfeiture or revocation of the entity be set aside, and certifies that:
a. The entity has filed each delinquent report that is required by chapter 171 of the Tax Code and has made payment for the tax, penalty, and interest imposed and that is due at the time of this application as evidenced by the attached tax clearance letter; and
b. On the date of forfeiture or revocation, the undersigned person was:
- an officer, director or shareholder of the above-named for-profit or professional corporation; or
- an officer, director, shareholder or member of the above-named professional association; or
- an officer, director, or member of the above-named nonprofit corporation; or
- a member or manager of the above-named limited liability company; or
- a partner of the above-named limited partnership; or
- a trustee or beneficial owner of the above-named statutory or business trust.

**Additional Required Documentation or Filings**

[✓] Comptroller of Public Accounts Tax Clearance Letter
[ ] Letter of Consent or Amendment to Certificate of Formation or Registration (Required when entity name is no longer available.)

**Execution**

The undersigned declares under penalty of perjury, and the penalties imposed by law for the submission of a materially false or fraudulent instrument, that the undersigned is authorized to make this request; that the statements contained herein are true and correct, and that tax clearance was not obtained by providing false or fraudulent information.

Date: 12/16/2011

BY: Brian Frazier

Signature of authorized person (see instructions)

Brian Frazier
Printed or typed name of authorized person

PLs' Exhibit 62

Form 801        3

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



December 16, 2011

FRAZIER ASSET MANAGEMENT INC
4001 AIRPORT FWY STE 190
BEDFORD, TX 76021-6197

### TAX CLEARANCE LETTER FOR REINSTATEMENT*

To: Texas Secretary of State
    Corporations Section

Re: FRAZIER ASSET MANAGEMENT INC
    Taxpayer number: 30114686089
    File number: 0119293200

The referenced entity has met all franchise tax requirements and is eligible for reinstatement through May 15, 2012.

YOLANDA GANT
Enforcement - Fort Worth, N
Field Operations - Enforcement
(817) 847-6201

---

*The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of this letter. Forms and instructions for reinstatement can be found at www.sos.state.tx.us/corp/forms_options.shtml or by calling (512) 463-5582. This tax clearance letter must be attached to the reinstatement forms.

NOTE: If the entity fails to reinstate on or before the tax clearance date indicated in this letter, additional franchise tax filing requirements must be met and a new request for tax clearance must be submitted prior to reinstatement.

Form FT-377 (Rev.12-07/4)

PLs' Exhibit 62