# TEXAS SECRETARY of STATE
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802582673 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 14, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062085926 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Frazier Asset Management, Inc. | | |
| **Address:** | 62 MAIN STREET STE 310<br>COLLEYVILLE, TX 76034 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 698957000002 | Certificate of Formation | November 14, 2016 | November 14, 2016 | No | 2 |
| | 807462460001 | Public Information Report (PIR) | December 31, 2017 | April 14, 2018 | No | 1 |
| | 852009350001 | Public Information Report (PIR) | December 31, 2018 | November 29, 2018 | No | 1 |
| | 866570360001 | Public Information Report (PIR) | December 31, 2018 | February 7, 2019 | No | 1 |
| | 938447100001 | Public Information Report (PIR) | December 31, 2019 | January 18, 2020 | No | 1 |

[Order]  [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

## PLs' Exhibit 64