# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802582673 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 14, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062085926 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Frazier Asset Management, Inc. | | |
| **Address:** | 62 MAIN STREET STE 310 COLLEYVILLE, TX 76034 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| J. Michael Ferguson, PC | | 62 Main Street, Suite 310 Colleyville, TX 76034 USA | | | |

[Order]   [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# PLs' Exhibit 66