# TEXAS SECRETARY of STATE
## RUTH R. HUGHS

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

**Filing Number:** 119293200  
**Original Date of Filing:** May 15, 1991  
**Formation Date:** N/A  
**Tax ID:** 30114686089  
**Duration:** Perpetual  

**Entity Type:** Domestic For-Profit Corporation  
**Entity Status:** In existence  
**FEIN:**

**Name:** B. Frazier Management, Inc  
**Address:** 3345 WESTERN CENTER BLVD STE 160  
FORT WORTH, TX 76137-1938 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📄 | 6222057 | Articles Of Incorporation | May 15, 1991 | May 15, 1991 | No | 1 |
| N/A | 6222058 | Tax Forfeiture | August 17, 1993 | August 17, 1993 | No | N/A |
| N/A | 6222059 | Reinstatement | April 19, 1994 | April 19, 1994 | No | N/A |
| N/A | 6222060 | Tax Forfeiture | February 14, 1995 | February 14, 1995 | No | N/A |
| 📄 | 6222061 | Reinstatement | September 21, 1995 | September 21, 1995 | No | 2 |
| 📄 | 6222062 | Tax Forfeiture | February 19, 1997 | February 19, 1997 | No | 1 |
| 📄 | 6222063 | Reversal of Tax Forfeiture | March 17, 1997 | March 17, 1997 | No | 3 |
| 📄 | 6222064 | Change Of Registered Agent/Office | August 19, 1999 | August 19, 1999 | No | 1 |
| 📄 | 40613685527 | Tax Forfeiture | August 22, 2003 | August 22, 2003 | No | 1 |
| 📄 | 41440770002 | Reinstatement | September 8, 2003 | September 8, 2003 | No | 2 |
| 📄 | 39068320001 | Public Information Report (PIR) | December 31, 2003 | July 31, 2003 | No | 1 |
| 📄 | 50987980001 | Public Information Report (PIR) | December 31, 2003 | January 7, 2004 | No | 1 |
| 📄 | 95734734451 | Tax Forfeiture | July 8, 2005 | July 8, 2005 | No | 1 |
| 📄 | 407317030001 | Public Information Report (PIR) | December 31, 2010 | February 4, 2012 | No | 1 |
| 📄 | 401147710002 | Reinstatement | December 16, 2011 | December 16, 2011 | No | 2 |
| 📄 | 465227968685 | Tax Forfeiture | February 8, 2013 | February 8, 2013 | No | 1 |
| 📄 | 751050060001 | Public Information Report (PIR) | December 31, 2016 | July 19, 2017 | No | 1 |
| 📄 | 707471550002 | Reinstatement | January 5, 2017 | January 5, 2017 | No | 2 |
| 📄 | 707472230002 | Certificate of Amendment | January 5, 2017 | January 5, 2017 | No | 3 |
| 📄 | 783220230002 | Certificate of Correction | December 19, 2017 | December 19, 2017 | No | 3 |
| 📄 | 778954290001 | Public Information Report (PIR) | December 31, 2017 | December 5, 2017 | No | 1 |
| 📄 | 864075745172 | Tax Forfeiture | January 25, 2019 | January 25, 2019 | No | 1 |
| 📄 | 897177090002 | Reinstatement | June 21, 2019 | June 21, 2019 | No | 2 |
| 📄 | 919418600001 | Revocation of Filing Instrument | October 9, 2019 | October 9, 2019 | No | 1 |
| 📄 | 928650110003 | Reinstatement | November 22, 2019 | November 22, 2019 | No | 1 |
| 📄 | 938942980001 | Public Information Report (PIR) | December 31, 2019 | January 21, 2020 | No | 1 |

[Order]  [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

## PLs' Exhibit 67