6:56 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2018

|  | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 144,652.21 | 222,822.30 | 250,827.35 | 316,641.44 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 128,764.84 | 206,934.93 | 234,939.98 | 300,754.07 |
| **Total Other Current Assets** | 128,764.84 | 206,934.93 | 234,939.98 | 300,754.07 |
| **Total Current Assets** | 128,764.84 | 206,934.93 | 234,939.98 | 300,754.07 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| JV 2-Diamond Ridge | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 41, 770 PR 4732, Rhome, TX | 11,673.20 | 11,673.20 | 11,673.20 | 11,673.20 |
| Lot 42, 792 PR 4732, Rhome, Tx | -504.88 | -504.88 | -504.88 | -504.88 |
| Lot 79;481 PR 4732,Rhome TX | 12,906.64 | 12,906.64 | 12,906.64 | 12,906.64 |
| Lot 80;465 PR 4732, Rhome TX | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| Lot 90, 301 PR 4732 | -202.28 | -202.28 | -202.28 | -202.28 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
| **Total JV 2-Diamond Ridge** | 32,921.24 | 32,921.24 | 32,921.24 | 32,921.24 |
| **Mortgages** | | | | |
| Mortgage Notes Receivable | 1,052,711.39 | 983,237.67 | 963,300.85 | 904,427.01 |
| Mortgages Unearned Discounts | -709,829.16 | -674,446.22 | -664,116.01 | -620,906.59 |
| **Total Mortgages** | 342,882.23 | 308,791.45 | 299,184.84 | 283,520.42 |
| **Total Other Assets** | 375,804.47 | 341,713.69 | 332,107.08 | 316,442.66 |
| **TOTAL ASSETS** | 504,569.31 | 548,648.62 | 567,047.06 | 617,196.73 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 74

012439

| 6:56 PM<br>04/07/21<br>Cash Basis | **Alvord 287 Joint Venture**<br>**Balance Sheet**<br>As of December 31, 2018 | | | |
|---|---|---|---|---|
| | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 1,405,796.28 | 1,405,796.28 | 1,405,796.28 | 1,405,796.28 |
| Net Income | 92,479.79 | 136,559.10 | 154,957.54 | 205,107.21 |
| **Total Equity** | 544,831.55 | 588,910.86 | 607,309.30 | 657,458.97 |
| **TOTAL LIABILITIES & EQUITY** | 504,569.31 | 548,648.62 | 567,047.06 | 617,196.73 |

PLs' Exhibit 74

012440

6:56 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2018

|  | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 325,308.30 | 334,579.66 | 344,802.12 | 351,739.24 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 309,420.93 | 318,692.29 | 328,914.75 | 335,851.87 |
| **Total Other Current Assets** | 309,420.93 | 318,692.29 | 328,914.75 | 335,851.87 |
| **Total Current Assets** | 309,420.93 | 318,692.29 | 328,914.75 | 335,851.87 |
| **Other Assets** | | | | |
| JV 1- Land  +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 41, 770 PR 4732, Rhome, TX | 11,673.20 | 11,673.20 | 11,673.20 | 0.00 |
| Lot 42, 792 PR 4732, Rhome, Tx | -504.88 | -504.88 | -504.88 | 0.00 |
| Lot 79;481 PR 4732,Rhome TX | 12,906.64 | 12,906.64 | 12,906.64 | 1,500.00 |
| Lot 80;465 PR 4732, Rhome TX | 6,500.00 | 6,500.00 | 6,500.00 | 1,500.00 |
| Lot 90, 301 PR 4732 | -202.28 | -202.28 | -202.28 | 0.00 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
| **Total JV 2-Diamond Ridge** | 32,921.24 | 32,921.24 | 32,921.24 | 5,548.56 |
| **Mortgages** | | | | |
| Mortgage Notes Receivable | 902,592.95 | 900,213.16 | 897,903.69 | 895,374.38 |
| Mortgages Unearned Discounts | -619,672.87 | -618,144.53 | -616,672.54 | -615,140.78 |
| **Total Mortgages** | 282,920.08 | 282,068.63 | 281,231.15 | 280,233.60 |
| **Total Other Assets** | 315,842.32 | 314,990.87 | 314,153.39 | 285,783.16 |
| **TOTAL ASSETS** | **625,263.25** | **633,683.16** | **643,068.14** | **621,635.03** |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 74

012441

| | | Alvord 287 Joint Venture | | |
|---|---|---|---|---|
| 6:56 PM | | **Balance Sheet** | | |
| 04/07/21 | | As of December 31, 2018 | | |
| Cash Basis | | | | |

| | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 |
|---|---:|---:|---:|---:|
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 1,405,796.28 | 1,405,796.28 | 1,405,796.28 | 1,405,796.28 |
| Net Income | 213,173.73 | 221,593.64 | 230,978.62 | 209,545.51 |
| **Total Equity** | 665,525.49 | 673,945.40 | 683,330.38 | 661,897.27 |
| **TOTAL LIABILITIES & EQUITY** | 625,263.25 | 633,683.16 | 643,068.14 | 621,635.03 |

PLs' Exhibit 74

012442