6:50 PM
04/07/21
Cash Basis

## Alvord 287 Joint Venture
## Profit & Loss
### January through December 2018

|  | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| Mortgage Interest Inc | 8,115.88 | 11,942.66 | 18,470.53 | 8,744.36 | 9,351.71 | 9,573.64 | 8,887.60 |
| Note Discount Inc | 1,261.52 | 15,107.57 | 21,920.73 | 1,431.17 | 1,565.57 | 35,382.94 | 10,330.21 |
| **Total Income** | 9,377.40 | 27,050.23 | 40,391.26 | 10,175.53 | 10,917.28 | 44,956.58 | 19,217.81 |
| **Gross Profit** | 9,377.40 | 27,050.23 | 40,391.26 | 10,175.53 | 10,917.28 | 44,956.58 | 19,217.81 |
| **Expense** | | | | | | | |
| Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Foreclosure Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Loan Servicing Expense | 931.76 | 930.14 | 1,809.56 | 881.14 | 879.31 | 877.27 | 819.37 |
| Septic Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 931.76 | 930.14 | 1,809.56 | 881.14 | 879.31 | 877.27 | 819.37 |
| **Net Income** | 8,445.64 | 26,120.09 | 38,581.70 | 9,294.39 | 10,037.97 | 44,079.31 | 18,398.44 |

Page 1

PLs' Exhibit 75

012443

6:50 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2018

|  | Aug 18 | Sep 18 | Oct 18 | Nov 18 | Dec 18 | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Mortgage Interest Inc | 7,743.01 | 7,586.47 | 7,643.71 | 8,662.15 | 6,826.84 | 113,548.56 |
| Note Discount Inc | 43,209.42 | 1,233.72 | 1,528.34 | 1,471.99 | 1,531.76 | 135,974.94 |
| **Total Income** | 50,952.43 | 8,820.19 | 9,172.05 | 10,134.14 | 8,358.60 | 249,523.50 |
| **Gross Profit** | 50,952.43 | 8,820.19 | 9,172.05 | 10,134.14 | 8,358.60 | 249,523.50 |
| **Expense** | | | | | | |
| Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 27,372.68 | 27,372.68 |
| Electric | 0.00 | 0.00 | 0.00 | 0.00 | 510.80 | 510.80 |
| Foreclosure Expense | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Loan Servicing Expense | 802.76 | 753.67 | 752.14 | 749.16 | 748.23 | 10,934.51 |
| Septic Repair | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 60.00 |
| **Total Expense** | 802.76 | 753.67 | 752.14 | 749.16 | 29,791.71 | 39,977.99 |
| **Net Income** | 50,149.67 | 8,066.52 | 8,419.91 | 9,384.98 | -21,433.11 | 209,545.51 |

PLs' Exhibit 75

012444