6:57 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2019

|  | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 359,805.46 | 368,631.68 | 371,762.83 | 375,555.15 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 343,918.09 | 352,744.31 | 355,875.46 | 359,667.78 |
| **Total Other Current Assets** | 343,918.09 | 352,744.31 | 355,875.46 | 359,667.78 |
| **Total Current Assets** | 343,918.09 | 352,744.31 | 355,875.46 | 359,667.78 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 79;481 PR 4732,Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Lot 80;465 PR 4732, Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
| **Total JV 2-Diamond Ridge** | 5,548.56 | 5,548.56 | 5,548.56 | 5,548.56 |
| **Mortgages** | | | | |
| loan Loss Reserve | 0.00 | 0.00 | 0.00 | 0.00 |
| Mortgage Notes Receivable | 893,574.97 | 890,799.57 | 888,380.44 | 885,544.27 |
| Mortgages Unearned Discounts | -613,932.47 | -612,231.53 | -610,774.38 | -609,027.14 |
| **Total Mortgages** | 279,642.50 | 278,568.04 | 277,606.06 | 276,517.13 |
| **Total Other Assets** | 285,192.06 | 284,117.60 | 283,155.62 | 282,066.69 |
| **TOTAL ASSETS** | **629,110.15** | **636,861.91** | **639,031.08** | **641,734.47** |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 76

012445

| | | | | |
|---|---|---|---|---|
| 6:57 PM | **Alvord 287 Joint Venture** | | | |
| 04/07/21 | **Balance Sheet** | | | |
| Cash Basis | As of December 31, 2019 | | | |

| | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---:|---:|---:|---:|
| **Jentex Capital Contributions - Other** | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 1,615,341.79 | 1,615,341.79 | 1,615,341.79 | 1,615,341.79 |
| Net Income | 7,475.12 | 15,226.88 | 17,396.05 | 20,099.44 |
| **Total Equity** | 669,372.39 | 677,124.15 | 679,293.32 | 681,996.71 |
| **TOTAL LIABILITIES & EQUITY** | 629,110.15 | 636,861.91 | 639,031.08 | 641,734.47 |

PLs' Exhibit 76        012446

| 6:57 PM | **Alvord 287 Joint Venture** |
|---|---|
| 04/07/21 | **Balance Sheet** |
| Cash Basis | As of December 31, 2019 |

|  | May 31, 19 | Jun 30, 19 | Jul 31, 19 | Aug 31, 19 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 380,927.06 | 383,219.75 | 386,388.21 | 389,903.75 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 365,039.69 | 367,332.38 | 370,500.84 | 374,016.38 |
| **Total Other Current Assets** | 365,039.69 | 367,332.38 | 370,500.84 | 374,016.38 |
| **Total Current Assets** | 365,039.69 | 367,332.38 | 370,500.84 | 374,016.38 |
| **Other Assets** | | | | |
| JV 1- Land  +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| JV 2-Diamond Ridge | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 79;481 PR 4732,Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Lot 80;465 PR 4732, Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
| **Total JV 2-Diamond Ridge** | 5,548.56 | 5,548.56 | 5,548.56 | 5,548.56 |
| **Mortgages** | | | | |
| loan Loss Reserve | 0.00 | 0.00 | 0.00 | 0.00 |
| Mortgage Notes Receivable | 882,928.23 | 881,322.84 | 879,053.00 | 876,362.62 |
| Mortgages Unearned Discounts | -607,312.31 | -606,293.74 | -604,805.27 | -603,112.01 |
| **Total Mortgages** | 275,615.92 | 275,029.10 | 274,247.73 | 273,250.61 |
| **Total Other Assets** | 281,165.48 | 280,578.66 | 279,797.29 | 278,800.17 |
| **TOTAL ASSETS** | **646,205.17** | **647,911.04** | **650,298.13** | **652,816.55** |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 76

012447

| | | | | |
|---|---|---|---|---|
| 6:57 PM | | **Alvord 287 Joint Venture** | | |
| 04/07/21 | | **Balance Sheet** | | |
| Cash Basis | | As of December 31, 2019 | | |

| | May 31, 19 | Jun 30, 19 | Jul 31, 19 | Aug 31, 19 |
|---|---:|---:|---:|---:|
| **Jentex Capital Contributions - Other** | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,615,341.79 | 1,615,341.79 | 1,615,341.79 | 1,615,341.79 |
| **Net Income** | 24,570.14 | 26,276.01 | 28,663.10 | 31,181.52 |
| **Total Equity** | 686,467.41 | 688,173.28 | 690,560.37 | 693,078.79 |
| **TOTAL LIABILITIES & EQUITY** | 646,205.17 | 647,911.04 | 650,298.13 | 652,816.55 |

PLs' Exhibit 76

012448

6:57 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2019

|  | Sep 30, 19 | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 443,611.47 | 449,311.58 | 478,669.27 | 485,584.23 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 427,724.10 | 433,424.21 | 462,781.90 | 469,696.86 |
| **Total Other Current Assets** | 427,724.10 | 433,424.21 | 462,781.90 | 469,696.86 |
| **Total Current Assets** | 427,724.10 | 433,424.21 | 462,781.90 | 469,696.86 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 79;481 PR 4732,Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Lot 80;465 PR 4732, Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
| **Total JV 2-Diamond Ridge** | 5,548.56 | 5,548.56 | 5,548.56 | 5,548.56 |
| **Mortgages** | | | | |
| loan Loss Reserve | 0.00 | 0.00 | 0.00 | -196,824.25 |
| Mortgage Notes Receivable | 822,947.13 | 819,004.20 | 791,360.39 | 787,296.99 |
| Mortgages Unearned Discounts | -570,814.85 | -568,263.03 | -546,586.37 | -543,889.26 |
| **Total Mortgages** | 252,132.28 | 250,741.17 | 244,774.02 | 46,583.48 |
| **Total Other Assets** | 257,681.84 | 256,290.73 | 250,323.58 | 52,133.04 |
| **TOTAL ASSETS** | **685,405.94** | **689,714.94** | **713,105.48** | **521,829.90** |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 76

012449

| | 6:57 PM<br>04/07/21<br>Cash Basis | **Alvord 287 Joint Venture**<br>**Balance Sheet**<br>As of December 31, 2019 | | | |
|---|---|---|---|---|---|

| | Sep 30, 19 | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 |
|---|---:|---:|---:|---:|
| **Jentex Capital Contributions - Other** | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,615,341.79 | 1,615,341.79 | 1,615,341.79 | 1,615,798.75 |
| **Net Income** | 63,770.91 | 68,079.91 | 91,470.45 | -100,262.09 |
| **Total Equity** | 725,668.18 | 729,977.18 | 753,367.72 | 562,092.14 |
| **TOTAL LIABILITIES & EQUITY** | 685,405.94 | 689,714.94 | 713,105.48 | 521,829.90 |