6:51 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2019

|  | Jan 19 | Feb 19 | Mar 19 | Apr 19 | May 19 | Jun 19 | Jul 19 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| Mortgage Interest Inc | 7,012.94 | 6,795.45 | 6,454.33 | 6,696.45 | 8,493.80 | 6,423.05 | 6,633.04 |
| Note Discount Inc | 1,208.31 | 1,700.94 | 1,457.15 | 1,747.24 | 1,714.83 | 1,018.57 | 1,488.47 |
| **Total Income** | 8,221.25 | 8,496.39 | 7,911.48 | 8,443.69 | 10,208.63 | 7,441.62 | 8,121.51 |
| **Gross Profit** | 8,221.25 | 8,496.39 | 7,911.48 | 8,443.69 | 10,208.63 | 7,441.62 | 8,121.51 |
| **Expense** | | | | | | | |
| Bad Debts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal & Professional | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Loan Servicing Expense | 746.13 | 744.63 | 742.31 | 740.30 | 737.93 | 735.75 | 734.42 |
| Misc Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 746.13 | 744.63 | 5,742.31 | 5,740.30 | 5,737.93 | 5,735.75 | 5,734.42 |
| **Net Income** | **7,475.12** | **7,751.76** | **2,169.17** | **2,703.39** | **4,470.70** | **1,705.87** | **2,387.09** |

6:51 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2019

| | Aug 19 | Sep 19 | Oct 19 | Nov 19 | Dec 19 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Mortgage Interest Inc | 6,557.68 | 6,022.51 | 7,442.95 | 7,396.36 | 8,534.11 | 84,462.67 |
| Note Discount Inc | 1,693.26 | 32,297.16 | 2,551.82 | 21,676.66 | 2,697.11 | 71,251.52 |
| **Total Income** | 8,250.94 | 38,319.67 | 9,994.77 | 29,073.02 | 11,231.22 | 155,714.19 |
| **Gross Profit** | 8,250.94 | 38,319.67 | 9,994.77 | 29,073.02 | 11,231.22 | 155,714.19 |
| **Expense** | | | | | | |
| Bad Debts | 0.00 | 0.00 | 0.00 | 0.00 | 196,824.25 | 196,824.25 |
| Interest Paid | 0.00 | 0.00 | 0.00 | 0.00 | 23.10 | 23.10 |
| Legal & Professional | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 50,000.00 |
| Loan Servicing Expense | 732.52 | 730.28 | 685.77 | 682.48 | 659.45 | 8,671.97 |
| Misc Expense | 0.00 | 0.00 | 0.00 | 0.00 | 456.96 | 456.96 |
| **Total Expense** | 5,732.52 | 5,730.28 | 5,685.77 | 5,682.48 | 202,963.76 | 255,976.28 |
| **Net Income** | 2,518.42 | 32,589.39 | 4,309.00 | 23,390.54 | -191,732.54 | -100,262.09 |

PLs' Exhibit 77

012452