| | | | | |
|---|---|---|---|---|
| 6:57 PM | **Alvord 287 Joint Venture** | | | |
| 04/07/21 | **Balance Sheet** | | | |
| Cash Basis | As of December 31, 2020 | | | |

| | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
|   **Current Assets** | | | | |
|     **Other Current Assets** | | | | |
|       **Current Receivables** | | | | |
|         AFI-Payments | 518,044.78 | 525,965.07 | 536,298.88 | 507,472.30 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
|         Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
|       **Total Current Receivables** | 502,157.41 | 510,077.70 | 520,411.51 | 491,584.93 |
|     **Total Other Current Assets** | 502,157.41 | 510,077.70 | 520,411.51 | 491,584.93 |
|   **Total Current Assets** | 502,157.41 | 510,077.70 | 520,411.51 | 491,584.93 |
|   **Other Assets** | | | | |
|     JV 1- Land  +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
|     **JV 2-Diamond Ridge** | | | | |
|       JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
|       JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
|       JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
|       JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
|       JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
|       JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
|       JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
|       JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
|       Lot 79;481 PR 4732,Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
|       Lot 80;465 PR 4732, Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
|       JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -184,050.94 |
|     **Total JV 2-Diamond Ridge** | 5,548.56 | 5,548.56 | 5,548.56 | 5,548.56 |
|     **Mortgages** | | | | |
|       loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
|       Mortgage Notes Receivable | 760,745.59 | 758,285.17 | 754,373.02 | 752,607.74 |
|       Mortgages Unearned Discounts | -528,455.16 | -526,863.98 | -524,468.24 | -523,293.25 |
|     **Total Mortgages** | 35,466.18 | 34,596.94 | 33,080.53 | 32,490.24 |
|   **Total Other Assets** | 41,015.74 | 40,146.50 | 38,630.09 | 38,039.80 |
| **TOTAL ASSETS** | **543,173.15** | **550,224.20** | **559,041.60** | **529,624.73** |
| **LIABILITIES & EQUITY** | | | | |
|   **Liabilities** | | | | |
|     **Current Liabilities** | | | | |
|       **Accounts Payable** | | | | |
|         Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|       **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|     **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|   **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|   **Equity** | | | | |
|     **Frazier Capital Contributions** | | | | |
|       Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
|     **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
|     **Jentex Capital Contributions** | | | | |
|       **Jentex Capital Withdrawal** | | | | |
|         Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
|         Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
|       **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 78

012453

6:57 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2020

|  | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---:|---:|---:|---:|
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 |
| Net Income | 21,343.25 | 28,394.30 | 37,211.70 | 7,794.83 |
| **Total Equity** | 583,435.39 | 590,486.44 | 599,303.84 | 569,886.97 |
| **TOTAL LIABILITIES & EQUITY** | 543,173.15 | 550,224.20 | 559,041.60 | 529,624.73 |

PLs' Exhibit 78

Page 2
012454

6:57 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2020

| | May 31, 20 | Jun 30, 20 | Jul 31, 20 | Aug 31, 20 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 517,012.48 | 528,922.52 | 537,592.64 | 443,557.68 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 501,125.11 | 513,035.15 | 521,705.27 | 427,670.31 |
| **Total Other Current Assets** | 501,125.11 | 513,035.15 | 521,705.27 | 427,670.31 |
| **Total Current Assets** | 501,125.11 | 513,035.15 | 521,705.27 | 427,670.31 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| Lot 79;481 PR 4732,Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| Lot 80;465 PR 4732, Rhome TX | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| JV 2-Diamond Ridge - Other | -184,050.94 | -184,050.94 | -184,050.94 | -186,708.72 |
| **Total JV 2-Diamond Ridge** | 5,548.56 | 5,548.56 | 5,548.56 | -109.22 |
| **Mortgages** | | | | |
| loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
| Mortgage Notes Receivable | 748,289.73 | 743,136.80 | 739,143.15 | 774,235.23 |
| Mortgages Unearned Discounts | -520,347.77 | -516,860.27 | -514,183.60 | -544,695.06 |
| **Total Mortgages** | 31,117.71 | 29,452.28 | 28,135.30 | 32,715.92 |
| **Total Other Assets** | 36,667.27 | 35,001.84 | 33,684.86 | 32,607.70 |
| **TOTAL ASSETS** | 537,792.38 | 548,036.99 | 555,390.13 | 460,278.01 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

**PLs' Exhibit 78**

012455

| | | | | |
|---|---|---|---|---|
| 6:57 PM | | **Alvord 287 Joint Venture** | | |
| 04/07/21 | | **Balance Sheet** | | |
| Cash Basis | | As of December 31, 2020 | | |

| | May 31, 20 | Jun 30, 20 | Jul 31, 20 | Aug 31, 20 |
|---|---:|---:|---:|---:|
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| Opening Bal Equity | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| Retained Earnings | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 |
| Net Income | 15,962.48 | 26,207.09 | 33,560.23 | -61,551.89 |
| **Total Equity** | 578,054.62 | 588,299.23 | 595,652.37 | 500,540.25 |
| **TOTAL LIABILITIES & EQUITY** | 537,792.38 | 548,036.99 | 555,390.13 | 460,278.01 |

PLs' Exhibit 78

012456

| | | | | |
|---|---|---|---|---|
| 6:57 PM | **Alvord 287 Joint Venture** | | | |
| 04/07/21 | **Balance Sheet** | | | |
| Cash Basis | **As of December 31, 2020** | | | |

| | Sep 30, 20 | Oct 31, 20 | Nov 30, 20 | Dec 31, 20 |
|---|---|---|---|---|
| **ASSETS** | | | | |
|   **Current Assets** | | | | |
|     **Other Current Assets** | | | | |
|       **Current Receivables** | | | | |
|         AFI-Payments | 451,224.73 | 460,995.27 | 495,062.70 | 351,923.75 |
|         Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
|         Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
|       **Total Current Receivables** | 435,337.36 | 445,107.90 | 479,175.33 | 336,036.38 |
|     **Total Other Current Assets** | 435,337.36 | 445,107.90 | 479,175.33 | 336,036.38 |
|   **Total Current Assets** | 435,337.36 | 445,107.90 | 479,175.33 | 336,036.38 |
|   **Other Assets** | | | | |
|     JV 1- Land  +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
|     **JV 2-Diamond Ridge** | | | | |
|       JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
|       JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
|       JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
|       JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
|       JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
|       JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
|       JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
|       JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
|       Lot 79;481 PR 4732,Rhome TX | 0.00 | 0.00 | 0.00 | 0.00 |
|       Lot 80;465 PR 4732, Rhome TX | 0.00 | 0.00 | 0.00 | 0.00 |
|       JV 2-Diamond Ridge - Other | -186,708.72 | -186,708.72 | -186,708.72 | -186,599.50 |
|     **Total JV 2-Diamond Ridge** | -109.22 | -109.22 | -109.22 | 0.00 |
|     **Mortgages** | | | | |
|       loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
|       Mortgage Notes Receivable | 770,808.08 | 766,289.29 | 738,575.23 | 735,348.44 |
|       Mortgages Unearned Discounts | -542,348.12 | -539,396.55 | -518,692.77 | -516,513.77 |
|     **Total Mortgages** | 31,635.71 | 30,068.49 | 23,058.21 | 22,010.42 |
|   **Total Other Assets** | 31,527.49 | 29,960.27 | 22,949.99 | 22,011.42 |
| **TOTAL ASSETS** | **466,864.85** | **475,068.17** | **502,125.32** | **358,047.80** |
| **LIABILITIES & EQUITY** | | | | |
|   **Liabilities** | | | | |
|     **Current Liabilities** | | | | |
|       **Accounts Payable** | | | | |
|         Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|       **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|     **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|   **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
|   **Equity** | | | | |
|     **Frazier Capital Contributions** | | | | |
|       Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
|       Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
|     **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
|     **Jentex Capital Contributions** | | | | |
|       **Jentex Capital Withdrawal** | | | | |
|         Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
|         Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
|       **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |

PLs' Exhibit 78

012457

6:57 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2020

|  | Sep 30, 20 | Oct 31, 20 | Nov 30, 20 | Dec 31, 20 |
|---|---:|---:|---:|---:|
| **Jentex Capital Contributions - Other** | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 | 1,515,536.66 |
| **Net Income** | -54,965.05 | -46,761.73 | -19,704.58 | -163,782.10 |
| **Total Equity** | 507,127.09 | 515,330.41 | 542,387.56 | 398,310.04 |
| **TOTAL LIABILITIES & EQUITY** | 466,864.85 | 475,068.17 | 502,125.32 | 358,047.80 |

PLs' Exhibit 78

012458