6:53 PM

04/07/21

Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2020

|  | Jan 20 | Feb 20 | Mar 20 | Apr 20 | May 20 | Jun 20 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
|    Mortgage Interest Inc | 6,815.23 | 6,093.82 | 7,053.56 | 5,036.78 | 5,849.34 | 7,380.68 |
|    Note Discount Inc | 15,434.10 | 1,591.18 | 2,395.74 | 1,174.99 | 2,945.48 | 3,487.50 |
| **Total Income** | 22,249.33 | 7,685.00 | 9,449.30 | 6,211.77 | 8,794.82 | 10,868.18 |
| **Gross Profit** | 22,249.33 | 7,685.00 | 9,449.30 | 6,211.77 | 8,794.82 | 10,868.18 |
| **Expense** | | | | | | |
|    Commissions | | | | | | |
|       JV 2 Commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    Total Commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    Legal & Professional | 250.00 | 0.00 | 0.00 | 35,000.00 | 0.00 | 0.00 |
|    Loan Servicing Expense | 656.08 | 633.95 | 631.90 | 628.64 | 627.17 | 623.57 |
|    Other Expense | | | | | | |
|       JV 2 Other Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    Total Other Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 906.08 | 633.95 | 631.90 | 35,628.64 | 627.17 | 623.57 |
| **Net Income** | 21,343.25 | 7,051.05 | 8,817.40 | -29,416.87 | 8,167.65 | 10,244.61 |

PLs' Exhibit 79      012459

| 6:53 PM | | **Alvord 287 Joint Venture** | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 04/07/21 | | **Profit & Loss** | | | | |
| Cash Basis | | January through December 2020 | | | | |

| | Jul 20 | Aug 20 | Sep 20 | Oct 20 | Nov 20 | Dec 20 |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| **Income** | | | | | | |
|    Mortgage Interest Inc | 5,295.75 | 6,381.89 | 4,885.10 | 5,894.09 | 6,991.94 | 6,630.11 |
|    Note Discount Inc | 2,676.67 | 2,440.48 | 2,346.94 | 2,951.57 | 20,703.78 | 2,179.00 |
| **Total Income** | 7,972.42 | 8,822.37 | 7,232.04 | 8,845.66 | 27,695.72 | 8,809.11 |
| **Gross Profit** | 7,972.42 | 8,822.37 | 7,232.04 | 8,845.66 | 27,695.72 | 8,809.11 |
| **Expense** | | | | | | |
|    Commissions | | | | | | |
|       JV 2 Commissions | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    Total Commissions | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    Legal & Professional | 0.00 | 99,318.54 | 0.00 | 0.00 | 0.00 | 152,380.37 |
|    Loan Servicing Expense | 619.28 | 615.95 | 645.20 | 642.34 | 638.57 | 615.48 |
|    Other Expense | | | | | | |
|       JV 2 Other Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -109.22 |
|    Total Other Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -109.22 |
| **Total Expense** | 619.28 | 103,934.49 | 645.20 | 642.34 | 638.57 | 152,886.63 |
| **Net Income** | 7,353.14 | -95,112.12 | 6,586.84 | 8,203.32 | 27,057.15 | -144,077.52 |

PLs' Exhibit 79

012460

6:53 PM  
04/07/21  
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2020

|  | TOTAL |
|---|---:|
| **Income** | |
| Mortgage Interest Inc | 74,308.29 |
| Note Discount Inc | 60,327.43 |
| **Total Income** | 134,635.72 |
| **Gross Profit** | 134,635.72 |
| **Expense** | |
| Commissions | |
| JV 2 Commissions | 4,000.00 |
| **Total Commissions** | 4,000.00 |
| **Legal & Professional** | 286,948.91 |
| **Loan Servicing Expense** | 7,578.13 |
| Other Expense | |
| JV 2 Other Exp | -109.22 |
| **Total Other Expense** | -109.22 |
| **Total Expense** | 298,417.82 |
| **Net Income** | **-163,782.10** |

PLs' Exhibit 79

Page 3
012461