6:58 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2021

|  | Jan 31, 21 | Feb 28, 21 | Mar 31, 21 | Apr 30, 21 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 360,366.89 | 369,030.67 | 369,030.67 | 369,030.67 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 344,479.52 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Other Current Assets** | 344,479.52 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Current Assets** | 344,479.52 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| JV 2-Diamond Ridge | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| JV 2-Diamond Ridge - Other | -186,599.50 | -186,599.50 | -186,599.50 | -186,599.50 |
| **Total JV 2-Diamond Ridge** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Mortgages** | | | | |
| loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
| Mortgage Notes Receivable | 732,293.85 | 728,637.48 | 728,637.48 | 728,637.48 |
| Mortgages Unearned Discounts | -514,453.38 | -512,305.12 | -512,305.12 | -512,305.12 |
| **Total Mortgages** | 21,016.22 | 19,508.11 | 19,508.11 | 19,508.11 |
| **Total Other Assets** | 21,017.22 | 19,509.11 | 19,509.11 | 19,509.11 |
| **TOTAL ASSETS** | 365,496.74 | 372,652.41 | 372,652.41 | 372,652.41 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |

PLs' Exhibit 80

012462

| | | | | |
|---|---|---|---|---|
| 6:58 PM | **Alvord 287 Joint Venture** | | | |
| 04/07/21 | **Balance Sheet** | | | |
| Cash Basis | As of December 31, 2021 | | | |

| | Jan 31, 21 | Feb 28, 21 | Mar 31, 21 | Apr 30, 21 |
|---|---:|---:|---:|---:|
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 |
| **Net Income** | 7,448.94 | 14,604.61 | 14,604.61 | 14,604.61 |
| **Total Equity** | 405,758.98 | 412,914.65 | 412,914.65 | 412,914.65 |
| **TOTAL LIABILITIES & EQUITY** | 365,496.74 | 372,652.41 | 372,652.41 | 372,652.41 |

PLs' Exhibit 80    012463

6:58 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2021

|  | May 31, 21 | Jun 30, 21 | Jul 31, 21 | Aug 31, 21 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 369,030.67 | 369,030.67 | 369,030.67 | 369,030.67 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Other Current Assets** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Current Assets** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| JV 2-Diamond Ridge - Other | -186,599.50 | -186,599.50 | -186,599.50 | -186,599.50 |
| **Total JV 2-Diamond Ridge** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Mortgages** | | | | |
| loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
| Mortgage Notes Receivable | 728,637.48 | 728,637.48 | 728,637.48 | 728,637.48 |
| Mortgages Unearned Discounts | -512,305.12 | -512,305.12 | -512,305.12 | -512,305.12 |
| **Total Mortgages** | 19,508.11 | 19,508.11 | 19,508.11 | 19,508.11 |
| **Total Other Assets** | 19,509.11 | 19,509.11 | 19,509.11 | 19,509.11 |
| **TOTAL ASSETS** | **372,652.41** | **372,652.41** | **372,652.41** | **372,652.41** |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |

PLs' Exhibit 80

| | | | | |
|---|---:|---:|---:|---:|
| 6:58 PM | \multicolumn{4}{c}{**Alvord 287 Joint Venture**} |
| 04/07/21 | \multicolumn{4}{c}{**Balance Sheet**} |
| Cash Basis | \multicolumn{4}{c}{As of December 31, 2021} |
| | **May 31, 21** | **Jun 30, 21** | **Jul 31, 21** | **Aug 31, 21** |
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 |
| **Net Income** | 14,604.61 | 14,604.61 | 14,604.61 | 14,604.61 |
| **Total Equity** | 412,914.65 | 412,914.65 | 412,914.65 | 412,914.65 |
| **TOTAL LIABILITIES & EQUITY** | 372,652.41 | 372,652.41 | 372,652.41 | 372,652.41 |

PLs' Exhibit 80

012465

6:58 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Balance Sheet
### As of December 31, 2021

|  | Sep 30, 21 | Oct 31, 21 | Nov 30, 21 | Dec 31, 21 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Other Current Assets** | | | | |
| **Current Receivables** | | | | |
| AFI-Payments | 369,030.67 | 369,030.67 | 369,030.67 | 369,030.67 |
| Reserve-Delinqent Taxes Notes | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Reserve for Septic Repair, Road | -25,887.37 | -25,887.37 | -25,887.37 | -25,887.37 |
| **Total Current Receivables** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Other Current Assets** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Total Current Assets** | 353,143.30 | 353,143.30 | 353,143.30 | 353,143.30 |
| **Other Assets** | | | | |
| JV 1- Land +Developement Costs | 1.00 | 1.00 | 1.00 | 1.00 |
| **JV 2-Diamond Ridge** | | | | |
| JV 1 - Other Costs | 250.00 | 250.00 | 250.00 | 250.00 |
| JV 1 - Septics & Prep | 5,770.00 | 5,770.00 | 5,770.00 | 5,770.00 |
| JV 2 - Cost Basis of TractsSold | -800,946.59 | -800,946.59 | -800,946.59 | -800,946.59 |
| JV 2 - Land | 246,671.47 | 246,671.47 | 246,671.47 | 246,671.47 |
| JV 2 - Other Costs | 45,808.61 | 45,808.61 | 45,808.61 | 45,808.61 |
| JV 2 - Road | 168,168.53 | 168,168.53 | 168,168.53 | 168,168.53 |
| JV 2 - Septics & Prep | 410,087.43 | 410,087.43 | 410,087.43 | 410,087.43 |
| JV 2 - Water System | 110,790.05 | 110,790.05 | 110,790.05 | 110,790.05 |
| JV 2-Diamond Ridge - Other | -186,599.50 | -186,599.50 | -186,599.50 | -186,599.50 |
| **Total JV 2-Diamond Ridge** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Mortgages** | | | | |
| loan Loss Reserve | -196,824.25 | -196,824.25 | -196,824.25 | -196,824.25 |
| Mortgage Notes Receivable | 728,637.48 | 728,637.48 | 728,637.48 | 728,637.48 |
| Mortgages Unearned Discounts | -512,305.12 | -512,305.12 | -512,305.12 | -512,305.12 |
| **Total Mortgages** | 19,508.11 | 19,508.11 | 19,508.11 | 19,508.11 |
| **Total Other Assets** | 19,509.11 | 19,509.11 | 19,509.11 | 19,509.11 |
| **TOTAL ASSETS** | 372,652.41 | 372,652.41 | 372,652.41 | 372,652.41 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Property Taxes Payable | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Accounts Payable** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Current Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Total Liabilities** | -40,262.24 | -40,262.24 | -40,262.24 | -40,262.24 |
| **Equity** | | | | |
| **Frazier Capital Contributions** | | | | |
| Frazier Capital Withdrawal | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Frazier Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Frazier Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |
| **Jentex Capital Contributions** | | | | |
| **Jentex Capital Withdrawal** | | | | |
| Anson Capital Withdrawl | -223,000.00 | -223,000.00 | -223,000.00 | -223,000.00 |
| Jentex Capital Withdrawal - Other | -286,420.00 | -286,420.00 | -286,420.00 | -286,420.00 |
| **Total Jentex Capital Withdrawal** | -509,420.00 | -509,420.00 | -509,420.00 | -509,420.00 |
| Jentex Capital Contributions - Other | 16,362.50 | 16,362.50 | 16,362.50 | 16,362.50 |
| **Total Jentex Capital Contributions** | -493,057.50 | -493,057.50 | -493,057.50 | -493,057.50 |

PLs' Exhibit 80

| | | | | |
|---|---|---|---|---|
| 6:58 PM | **Alvord 287 Joint Venture** | | | |
| 04/07/21 | **Balance Sheet** | | | |
| Cash Basis | As of December 31, 2021 | | | |

| | Sep 30, 21 | Oct 31, 21 | Nov 30, 21 | Dec 31, 21 |
|---|---|---|---|---|
| **Opening Bal Equity** | 32,670.48 | 32,670.48 | 32,670.48 | 32,670.48 |
| **Retained Earnings** | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 | 1,351,754.56 |
| **Net Income** | 14,604.61 | 14,604.61 | 14,604.61 | 14,604.61 |
| **Total Equity** | 412,914.65 | 412,914.65 | 412,914.65 | 412,914.65 |
| **TOTAL LIABILITIES & EQUITY** | 372,652.41 | 372,652.41 | 372,652.41 | 372,652.41 |

PLs' Exhibit 80    012467