6:54 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
### January through December 2021

|  | Jan 21 | Feb 21 | Mar 21 | Apr 21 | May 21 | Jun 21 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
|     Mortgage Interest Inc | 6,001.34 | 5,617.65 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Note Discount Inc | 2,060.39 | 2,148.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 8,061.73 | 7,765.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 8,061.73 | 7,765.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** | | | | | | |
|     Loan Servicing Expense | 612.79 | 610.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 612.79 | 610.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | **7,448.94** | **7,155.67** | **0.00** | **0.00** | **0.00** | **0.00** |

PLs' Exhibit 81                                      012468

6:54 PM
04/07/21
Cash Basis

# Alvord 287 Joint Venture
## Profit & Loss
January through December 2021

|  | Jul 21 | Aug 21 | Sep 21 | Oct 21 | Nov 21 | Dec 21 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Mortgage Interest Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Note Discount Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** | | | | | | |
| Loan Servicing Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

PLs' Exhibit 81

012469

| 6:54 PM | **Alvord 287 Joint Venture** |
|---|---|
| 04/07/21 | **Profit & Loss** |
| Cash Basis | January through December 2021 |

|  | TOTAL |
|---|---:|
| **Income** | |
|     Mortgage Interest Inc | 11,618.99 |
|     Note Discount Inc | 4,208.65 |
| **Total Income** | 15,827.64 |
| **Gross Profit** | 15,827.64 |
| **Expense** | |
|     Loan Servicing Expense | 1,223.03 |
| **Total Expense** | 1,223.03 |
| **Net Income** | **14,604.61** |

PLs' Exhibit 81

012470

Page 3