**DECLARATION**

**Case No. : 141-311209-19**

Kristen Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/24/2021

By: *Kristen Wilson* (signature)
    Kristen Wilson
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1094492-F3

SUBP10a

PLs' Exhibit 82



## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2016 through June 30, 2016
Account Number: ████████9350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003007 DRE 201 210 18816 NNNNNNNNNNN 1 000000000 D2 0000
ANSON FINANCIAL INC
1210 HALL JOHNSON RD STE 100
COLLEYVILLE TX 76034-7819

### CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $347,139.60 |
| Deposits and Additions | 181 | 466,379.12 |
| Checks Paid | 75 | - 310,195.51 |
| Electronic Withdrawals | 80 | - 213,167.48 |
| Other Withdrawals | 3 | - 245,950.36 |
| Fees | 1 | - 192.95 |
| Ending Balance | 340 | $44,012.42 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

### DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Remote O▮ | | $5,016.59 |
| 06/01 | Online ACH▮ | ▮41) | 1,000.00 |
| 06/01 | Fwha | | 445.00 |
| 06/01 | Online ACH▮ | | 260.56 |
| 06/01 | Online ACH▮ | | 171.00 |
| 06/01 | Online ACH▮ | ▮9523) | 85.00 |
| 06/02 | Remote O▮ | | 7,302.09 |
| 06/02 | Online ACH▮ | | 2,118.00 |
| 06/02 | Online ACH▮ | | 1,100.00 |
| 06/02 | Online ACH▮ | ▮#0251) | 565.00 |
| 06/02 | Online ACH▮ | ▮####8124) | 226.29 |
| 06/02 | Online ACH▮ | ▮#0764) | 181.32 |
| 06/02 | Online ACH▮ | ▮#2232) | 165.00 |
| 06/02 | Online ACH▮ | ▮9) | 55.00 |

Page 1 of 12

# CHASE ◯

June 01, 2016 through June 30, 2016
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/02 | Online ACH | ###7478) | 41.99 |
| 06/02 | Online ACH | ) | 29.22 |
| 06/03 | Remote Onli | | 10,145.68 |
| 06/03 | Remote Onli | | 4,046.11 |
| 06/03 | Online ACH | ######4364) | 1,579.31 |
| 06/03 | Online ACH | ) | 1,530.47 |
| 06/03 | Online ACH | ####8300) | 1,052.83 |
| 06/03 | Online ACH | | 1,000.00 |
| 06/03 | Online ACH | | 829.82 |
| 06/03 | Online ACH | | 799.55 |
| 06/03 | Online ACH | | 603.12 |
| 06/03 | Online ACH | #1230) | 600.00 |
| 06/03 | Online ACH | | 372.77 |
| 06/03 | Online ACH | | 354.94 |
| 06/03 | Online ACH | | 210.00 |
| 06/03 | Online ACH | | 200.00 |
| 06/03 | Online ACH | | 200.00 |
| 06/03 | Online ACH | | 200.00 |
| 06/03 | Online ACH | | 195.13 |
| 06/03 | Online ACH | ) | 192.00 |
| 06/03 | Online ACH | | 179.48 |
| 06/03 | Online ACH | | 100.00 |
| 06/03 | Online ACH | | 37.00 |
| 06/06 | Fedwire Cred Worth TX 76 76034-7819/ 8175464900 0606Gmqfm | ency LLC FT yville TX cknight Imad: | 39,292.94 |
| 06/06 | Remote Onli | | 48,117.12 |
| 06/06 | Remote Onli | | 10,470.61 |
| 06/06 | Online ACH | ) | 1,200.00 |
| 06/06 | Online ACH | | 764.34 |
| 06/06 | Online ACH | | 719.86 |
| 06/06 | Online ACH | #1139) | 630.00 |
| 06/06 | Online ACH | | 500.00 |
| 06/06 | Online ACH | | 361.65 |
| 06/06 | Online ACH | | 256.16 |
| 06/06 | Online ACH | | 235.14 |
| 06/06 | Online ACH | | 200.00 |
| 06/06 | Online ACH | | 188.45 |
| 06/06 | Online ACH | | 175.00 |
| 06/06 | Online ACH | | 101.84 |
| 06/07 | Remote Onli | | 10,335.04 |
| 06/07 | Remote Onli | | 8,763.85 |
| 06/07 | Remote Onli | | 5,126.62 |
| 06/07 | Remote Onli | | 2,922.00 |
| 06/07 | Remote Onli | | 550.00 |
| 06/07 | Online ACH | | 400.00 |
| 06/07 | Online ACH | | 100.00 |
| 06/08 | Remote Onli | | 9,072.93 |
| 06/08 | Remote Onli | | 4,257.45 |
| 06/08 | Remote Onli | | 750.00 |



## CHASE

June 01, 2016 through June 30, 2016
Account Number: 9350

### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/08 | Online ACH | 3213) | 925.93 |
| 06/08 | Online ACH | (_#####9377) | 255.73 |
| 06/08 | Online ACH | 7) | 255.73 |
| 06/08 | Online ACH | 4859) | 219.80 |
| 06/08 | Online ACH | | 207.99 |
| 06/08 | Online ACH | ###0764) | 181.32 |
| 06/09 | Remote Onl | | 12,594.23 |
| 06/09 | Remote Onl | | 1,328.00 |
| 06/09 | Online ACH | 5257) | 1,000.00 |
| 06/09 | Online ACH | | 255.73 |
| 06/10 | Remote Onl | | 7,388.81 |
| 06/10 | Online ACH | | 284.39 |
| 06/10 | Online ACH | 3204) | 271.00 |
| 06/10 | Online ACH | 040) | 201.60 |
| 06/10 | Online ACH | 18) | 61.68 |
| 06/13 | Remote Onl | | 4,147.21 |
| 06/13 | Online ACH | | 700.00 |
| 06/13 | Online ACH | | 535.97 |
| 06/13 | Online ACH | (_########0726) | 509.80 |
| 06/13 | Online ACH | it. (_#####4065) | 423.80 |
| 06/14 | Remote Onl | | 9,660.95 |
| 06/14 | Remote Onl | | 3,149.62 |
| 06/15 | Remote Onl | | 3,594.54 |
| 06/15 | Deposit | | 27.43 |
| 06/15 | Online ACH | 7541) | 1,289.60 |
| 06/15 | Online ACH | | 643.32 |
| 06/15 | Online ACH | | 537.00 |
| 06/15 | Online ACH | ####3481) | 500.00 |
| 06/15 | Online ACH | | 442.62 |
| 06/15 | Online ACH | 691) | 255.73 |
| 06/15 | Online ACH | | 220.38 |
| 06/15 | Online ACH | | 174.11 |
| 06/15 | Online ACH | 1) | 79.99 |
| 06/16 | Remote Onl | | 3,295.38 |
| 06/16 | Online ACH | ###3588) | 857.22 |
| 06/16 | Online ACH | ##0251) | 565.00 |
| 06/16 | Online ACH | (_######1482) | 338.97 |
| 06/16 | Online ACH | | 198.96 |
| 06/16 | Online ACH | | 124.98 |
| 06/16 | Online ACH | ####5500) | 67.40 |
| 06/16 | Online ACH | ####8966) | 55.47 |
| 06/17 | Remote Onl | | 5,263.55 |
| 06/17 | Online ACH | 195) | 771.43 |
| 06/17 | Online ACH | | 662.97 |
| 06/17 | Online ACH | 49) | 330.00 |
| 06/17 | Online ACH | 851) | 222.44 |
| 06/17 | Online ACH | | 204.85 |
| 06/17 | Online ACH | | 170.72 |
| 06/17 | Online ACH | | 139.56 |
| 06/17 | Online ACH | | 137.02 |
| 06/17 | Online ACH | 002) | 130.00 |

Page 3 of 12



# CHASE 

June 01, 2016 through June 30, 2016
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/20 | Remote Onli | 12,651.06 |
| 06/20 | Remote Onli | 6,815.44 |
| 06/20 | Remote Onli | 1,133.00 |
| 06/20 | Online ACH | 5,696.99 |
| 06/20 | Online ACH | 1,301.32 |
| 06/20 | Online ACH | 829.14 |
| 06/20 | Online ACH | 642.34 |
| 06/20 | Online ACH | 630.06 |
| 06/20 | Online ACH | 482.12 |
| 06/20 | Online ACH | 180.00 |
| 06/21 | Remote Onli | 4,135.75 |
| 06/21 | Remote Onli | 700.00 |
| 06/21 | Deposit | 480.00 |
| 06/21 | Online ACH | 825.98 |
| 06/21 | Online ACH | 779.11 |
| 06/21 | Online ACH | 258.30 |
| 06/21 | Online ACH | 101.84 |
| 06/22 | Remote Onli | 4,676.76 |
| 06/22 | Online ACH | 800.00 |
| 06/22 | Online ACH | 568.73 |
| 06/22 | Online ACH | 181.11 |
| 06/22 | Online ACH | 106.43 |
| 06/23 | Remote Onli | 4,230.06 |
| 06/23 | Online ACH | 627.10 |
| 06/23 | Online ACH | 416.67 |
| 06/23 | Online ACH | 294.33 |
| 06/23 | Online ACH | 255.73 |
| 06/23 | Online ACH | 244.37 |
| 06/23 | Online ACH | 132.32 |
| 06/23 | Online ACH | 84.82 |
| 06/24 | Remote Onli | 3,308.00 |
| 06/24 | Remote Onli | 2,126.64 |
| 06/24 | Deposit | 0.60 |
| 06/24 | Online ACH | 1,137.65 |
| 06/24 | Online ACH | 901.53 |
| 06/24 | Online ACH | 804.82 |
| 06/24 | Online ACH | 358.00 |
| 06/24 | Online ACH | 268.02 |
| 06/24 | Online ACH | 263.27 |
| 06/24 | Online ACH | 255.73 |
| 06/27 | Online ACH ####7889) | 641.21 |
| 06/27 | Online ACH ####5730) | 578.54 |
| 06/27 | Online ACH | 459.26 |
| 06/27 | Online ACH | 400.00 |
| 06/27 | Online ACH | 376.76 |
| 06/27 | Occidental | 208.97 |
| 06/28 | Fedwire Cred Colleyville, T 76034-7819/ 5531609180 s, Inc yville TX R015813 Trn: | 80,000.00 |
| 06/28 | Remote Onli | 10,000.00 |
| 06/28 | Remote Onli | 5,896.16 |

Page 4 of 12

PLs' Exhibit 82  SB1094492-F3  6015

## CHASE

June 01, 2016 through June 30, 2016
Account Number: 9350



### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/28 | Remote Onlin | 5,702.64 |
| 06/28 | Remote Onlin | 4,739.57 |
| 06/28 | Online ACH D | 1,528.47 |
| 06/28 | Online ACH D | 1,451.06 |
| 06/28 | Online ACH D #####3868) | 1,076.33 |
| 06/28 | Online ACH D 307) | 706.04 |
| 06/28 | Online ACH D #####1346) | 294.33 |
| 06/28 | Online ACH D | 135.16 |
| 06/29 | Remote Onlin | 7,184.16 |
| 06/29 | Online ACH D | 606.00 |
| 06/29 | Online ACH D | 567.95 |
| 06/29 | Online ACH D (_######7889) | 525.00 |
| 06/29 | Online ACH D | 260.56 |
| 06/30 | Remote Onlin | 22,500.00 |
| 06/30 | Remote Onlin | 4,885.61 |
| 06/30 | Deposit 8 | 10.00 |
| 06/30 | Online ACH D | 973.77 |
| 06/30 | Online ACH D ####8124) | 226.29 |
| 06/30 | Online ACH D | 218.94 |
| **Total Deposits and Additions** | | **$466,379.12** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 17120 ^ | | 06/03 | $538.30 |
| 17168 *^ | | 06/03 | 495.64 |
| 17211 *^ | | 06/02 | 1,500.00 |
| 17226 *^ | | 06/06 | 338.05 |
| 17234 *^ | | 06/03 | 3,959.22 |
| 17251 *^ | | 06/03 | 60.00 |
| 17255 *^ | | 06/01 | 189.00 |
| 17256 ^ | | 06/01 | 46.42 |
| 17261 *^ | | 06/06 | 649.62 |
| 17266 *^ | | 06/03 | 2,380.00 |
| 17267 ^ | 06/10 | 06/10 | 200.00 |
| 17270 *^ | | 06/07 | 31.30 |
| 17271 ^ | | 06/07 | 223.91 |
| 17272 ^ | | 06/02 | 200.00 |
| 17273 ^ | | 06/03 | 75.00 |
| 17274 ^ | | 06/15 | 650.00 |
| 17275 ^ | | 06/09 | 200.00 |
| 17278 *^ | | 06/14 | 151.82 |
| 17279 ^ | | 06/15 | 8,443.98 |
| 17281 *^ | 06/10 | 06/10 | 2,269.97 |
| 17282 ^ | | 06/24 | 5,319.76 |
| 17283 ^ | | 06/10 | 1,327.04 |
| 17286 *^ | | 06/09 | 200.00 |
| 17287 ^ | | 06/09 | 200.00 |
| 17288 ^ | | 06/09 | 707.48 |
| 17289 ^ | | 06/16 | 874.71 |

PLs' Exhibit 82    SB1094492-F3    6016

# CHASE

June 01, 2016 through June 30, 2016
Account Number: ███████ 9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 17290 ^ | | 06/14 | 1,187.40 |
| 17291 ^ | | 06/17 | 590.00 |
| 17292 ^ | | 06/10 | 200.00 |
| 17293 ^ | | 06/16 | 34.96 |
| 17294 ^ | | 06/27 | 800.00 |
| 17295 ^ | 06/21 | 06/21 | 3,301.84 |
| 17297 * ^ | | 06/20 | 2,970.55 |
| 17299 * ^ | | 06/20 | 2,454.53 |
| 17300 ^ | | 06/20 | 2,462.27 |
| 17301 ^ | | 06/20 | 2,266.65 |
| 17302 ^ | | 06/20 | 1,872.67 |
| 17303 ^ | 06/14 | 06/14 | 1,008.00 |
| 17304 ^ | | 06/20 | 2,454.44 |
| 17305 ^ | | 06/20 | 1,706.85 |
| 17306 ^ | | 06/20 | 1,891.85 |
| 17307 ^ | | 06/22 | 860.00 |
| 17308 ^ | | 06/20 | 1,133.00 |
| 17309 ^ | | 06/28 | 185.00 |
| 17310 ^ | | 06/24 | 808.49 |
| 17311 ^ | | 06/30 | 305.00 |
| 17314 * ^ | | 06/22 | 1,133.00 |
| 17315 ^ | | 06/22 | 8,725.90 |
| 17316 ^ | | 06/22 | 3,515.10 |
| 17318 * ^ | 06/20 | 06/20 | 1,008.00 |
| 17319 ^ | | 06/24 | 3,443.83 |
| 17320 ^ | | 06/22 | 700.00 |
| 17321 ^ | | 06/23 | 20,085.00 |
| 17322 ^ | | 06/24 | 53,425.55 |
| 17324 * ^ | | 06/28 | 982.24 |
| 17326 * ^ | | 06/23 | 1,443.88 |
| 17327 ^ | | 06/24 | 1,932.65 |
| 17330 * ^ | | 06/27 | 1,327.04 |
| 17332 * ^ | | 06/24 | 1,751.01 |
| 17333 ^ | | 06/23 | 200.00 |
| 17334 ^ | 06/23 | 06/23 | 1,508.00 |
| 17335 ^ | | 06/24 | 1,100.00 |
| 17336 ^ | | 06/30 | 150.00 |
| 17338 * ^ | | 06/28 | 1,227.47 |
| 17340 * ^ | | 06/28 | 49.96 |
| 17341 ^ | | 06/29 | 140,781.95 |
| 17342 ^ | | 06/27 | 440.00 |
| 17344 * ^ | | 06/29 | 3,300.00 |
| 17347 * ^ | | 06/30 | 500.00 |

PLs' Exhibit 82    SB1094492-F3    6017

# CHASE ⬡

June 01, 2016 through June 30, 2016
Account Number: ████9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 17348 ^ | 06/30 | 06/30 | 102.00 |
| 17350 * ^ | | 06/29 | 395.99 |
| 17352 * ^ | | 06/30 | 942.22 |
| 17356 * ^ | 06/30 | 06/30 | 100.00 |
| 17357 ^ | | 06/30 | 100.00 |
| 17360 * ^ | | 06/30 | 100.00 |
| **Total Checks Paid** | | | **$310,195.51** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | 06/01 Online Wire ... cial Group Mtg., LLC Waco T... | | $47,958.81 |
| 06/01 | M & T Mortgage | | 1,002.06 |
| 06/01 | Blue Cross Blue ... | | 401.00 |
| 06/02 | 06/02 Online ACH | | 1,720.51 |
| 06/02 | 06/02 Online ACH | 6) | 3,500.00 |
| 06/02 | 06/02 Online ACH | | 297.85 |
| 06/02 | 06/02 Online ACH | | 2,500.00 |
| 06/02 | Irs    Usatax | | 5,102.33 |
| 06/02 | Pentagon Federal | | 1,095.14 |
| 06/03 | 06/03 Online ACH | | 619.24 |
| 06/03 | 06/03 Online ACH | | 518.74 |
| 06/03 | 06/03 Online ACH | | 1,788.64 |
| 06/03 | 06/03 Online ACH | | 706.69 |
| 06/03 | 06/03 Online ACH | | 697.96 |
| 06/03 | 06/03 Online ACH | | 455.74 |
| 06/03 | 06/03 Online ACH | | 623.80 |
| 06/03 | 06/03 Online ACH | | 2,937.71 |
| 06/03 | 06/03 Online ACH | | 435.49 |
| 06/03 | 06/03 Online ACH | | 2,000.00 |
| 06/03 | Pentagon Federal | | 500.00 |
| 06/06 | 06/04 Online Tran | | 5,319.76 |
| 06/06 | 06/06 Online ACH | | 476.90 |
| 06/06 | 06/06 Online ACH | | 2,500.00 |
| 06/06 | JPMorgan Chase | | 1,218.53 |
| 06/07 | 06/07 Online ACH | | 434.75 |
| 06/07 | 06/07 Online ACH | | 284.85 |
| 06/07 | 06/07 Online ACH | | 970.42 |
| 06/08 | 06/08 Online ACH | | 1,812.72 |
| 06/09 | 06/09 Online ACH | | 1,500.00 |
| 06/09 | 06/09 Online ACH | 8397) | 2,000.00 |
| 06/09 | Payroll    Payr | | 1,751.00 |
| 06/09 | Payroll    Payr | | 1,646.65 |
| 06/09 | Payroll    Payr | | 1,443.86 |
| 06/09 | Payroll    Payr | | 791.56 |



PLs' Exhibit 82     SB1094492-F3     6018

# CHASE

June 01, 2016 through June 30, 2016
Account Number: 9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/09 | Payroll Payr | | 722.84 |
| 06/13 | Tarrant County | | 1,058.18 |
| 06/13 | Citi Autopay Pa | | 779.18 |
| 06/13 | Tarrant County | | 30.36 |
| 06/13 | Citi Payment O | | 15.94 |
| 06/14 | 06/14 Online ACH | | 1,000.00 |
| 06/14 | 06/14 Online ACH | #9533) | 575.00 |
| 06/14 | 06/14 Online ACH | | 143.33 |
| 06/14 | 06/14 Online ACH | | 633.75 |
| 06/14 | 06/14 Online ACH | | 318.58 |
| 06/14 | 06/14 Online ACH | | 112.13 |
| 06/14 | 06/14 Online ACH | | 71.67 |
| 06/14 | 06/14 Online ACH | #9533) | 1,177.11 |
| 06/14 | 06/14 Online ACH | | 1,747.15 |
| 06/14 | 06/14 Online ACH | | 360.00 |
| 06/15 | Irs Usata | | 4,923.95 |
| 06/17 | 06/17 Online ACH | | 489.09 |
| 06/17 | 06/17 Online Tran | | 55,298.02 |
| 06/20 | 06/20 Payment To | | 792.56 |
| 06/20 | American Express | | 3,000.00 |
| 06/20 | Bk of Amer Mc | | 150.00 |
| 06/21 | 06/21 Online ACH | | 1,655.42 |
| 06/21 | 06/21 Debit Retur | 9995) | 137.02 |
| 06/21 | Citi Card Online P | | 3,000.00 |
| 06/22 | 06/22 Online ACH | 139) | 1,260.00 |
| 06/23 | 06/23 Online ACH | | 543.43 |
| 06/23 | 06/23 Online ACH | | 318.58 |
| 06/24 | 06/24 Online Wire Casey Berger We 4427200176Es | ar TX Ben: Trn: | 1,646.64 |
| 06/24 | Citi Card Online P | | 2,000.00 |
| 06/24 | Citi Card Online P | | 2,000.00 |
| 06/24 | Payroll Payr | | 722.84 |
| 06/24 | Lubbock Power A | | 94.62 |
| 06/27 | 06/27 Online Inter Bd Ben: Tms Data 0627B1Qgc08C00 | 016 Dhaka | 3,322.48 |
| 06/27 | Pentagon Federal | | 9,840.90 |
| 06/29 | 06/29 Online ACH | ###8232) | 5,000.00 |
| 06/29 | 06/29 Online ACH | | 600.00 |
| 06/29 | 06/29 Debit Retur | 8356) | 376.76 |
| 06/29 | Irs Usata | | 4,723.01 |
| 06/30 | 06/30 Online ACH | | 440.87 |
| 06/30 | 06/30 Online ACH | | 1,720.51 |
| 06/30 | 06/30 Online ACH | | 1,600.00 |
| 06/30 | 06/30 Online ACH | #####3897) | 317.00 |
| 06/30 | 06/30 Online ACH | | 892.27 |
| 06/30 | 06/30 Online ACH | | 297.85 |
| 06/30 | 06/30 Online ACH | | 140.73 |
| 06/30 | 06/30 Online ACH | | 105.00 |

**Total Electronic Withdrawals** $213,167.48

PLs' Exhibit 82　　SB1094492-F3　　6019

**CHASE**

June 01, 2016 through June 30, 2016
Account Number: 9350



## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | 06/07 Withdrawal | $45,000.00 |
| 06/24 | 06/24 Withdrawal | 198,056.87 |
| 06/30 | Deposited Item Returned  NSF 1St  099017454  Dep Amt0000718416  # of Dep  Items00001Ck#:0000001253  Date062916Ck Amt0000289349 | 2,893.49 |
| **Total Other Withdrawals** | | **$245,950.36** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Service Charges For The Month of May | $192.95 |
| **Total Fees** | | **$192.95** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $304,520.46 | 06/13 | 406,766.48 | 06/22 | 356,610.87 |
| 06/02 | 300,388.54 | 06/14 | 411,091.11 | 06/23 | 338,797.38 |
| 06/03 | 305,831.63 | 06/15 | 404,837.90 | 06/24 | 75,919.38 |
| 06/06 | 398,541.88 | 06/16 | 409,431.61 | 06/27 | 62,853.70 |
| 06/07 | 379,794.16 | 06/17 | 361,087.04 | 06/28 | 171,938.79 |
| 06/08 | 394,108.32 | 06/20 | 367,285.14 | 06/29 | 25,904.75 |
| 06/09 | 398,122.89 | 06/21 | 366,471.84 | 06/30 | 44,012.42 |
| 06/10 | 402,333.36 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████ 2620, ████ 3028, ████ 9798, ████ 2378, ████ 7730, ████ 0711, ████ 3255, ████ 4844, ████ 7041

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $188.50 |
| **Total Service Charges** | **$188.50**  Will be assessed on 7/6/16 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| Return Item | 1 | Unlimited | 0 | $12.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 323 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 5 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 170 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $517 | $25,000 | $0 | $0.0025 | $0.00 |
| **Electronic Credits** | | | | | |

Page 9 of 12

**CHASE**

June 01, 2016 through June 30, 2016
Account Number: 9350

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Domestic Incoming Wire Fee | 2 | Unlimited | 0 | $10.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online International Wire Fee | 1 | 1 | 0 | $25.00 | $0.00 |
| Online Domestic Wire Fee | 2 | 3 | 0 | $10.00 | $0.00 |
| Jpm Cashed Checks | 3 | 0 | 3 | $0.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Multi Feed Maint | 1 | 0 | 1 | $50.00 | $50.00 |
| Online ACH Payments Maint | 3 | 0 | 3 | $25.00 | $75.00 |
| Online ACH Payments Trans | 47 | 25 | 22 | $0.15 | $3.30 |
| Online ACH Collections Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| Online ACH Collections Trans | 126 | 25 | 101 | $0.25 | $25.25 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 7/6/16)** | | | | | **$188.50** |

**ACCOUNT 2620**

**Other Service Charges:**
**Electronic Credits**
| | |
|---|---|
| Electronic Items Deposited | 15 |
| Electronic Credits | 1 |

**Credits**
| | |
|---|---|
| Non-Electronic Transactions | 39 |

**Miscellaneous Fees**
| | |
|---|---|
| Jpm Cashed Checks | 1 |

**ACCOUNT 9350**

**No Hassle Fees**
| | |
|---|---|
| Return Item | 1 |

**Other Service Charges:**
**Electronic Credits**
| | |
|---|---|
| Electronic Items Deposited | 305 |
| Electronic Credits | 4 |

**Credits**
| | |
|---|---|
| Non-Electronic Transactions | 109 |
| Branch Deposit - Immediate Verification | $517 |

**Electronic Credits**
| | |
|---|---|
| Domestic Incoming Wire Fee | 2 |

**Miscellaneous Fees**
| | |
|---|---|
| Online International Wire Fee | 1 |
| Online Domestic Wire Fee | 2 |
| Jpm Cashed Checks | 2 |

**Cash Management Services**
| | |
|---|---|
| Quick Deposit Multi Feed Maint | 1 |
| Online ACH Payments Maint | 1 |
| Online ACH Payments Trans | 47 |
| Online ACH Collections Maint | 1 |
| Online ACH Collections Trans | 126 |
| Online - Financial Mgmt Access Fee | 1 |

**ACCOUNT 3028**

**Credits**
| | |
|---|---|
| Non-Electronic Transactions | 4 |

**ACCOUNT 9798**

**Electronic Credits**
| | |
|---|---|
| Electronic Items Deposited | 2 |

**Credits**
| | |
|---|---|
| Non-Electronic Transactions | 14 |

**Cash Management Services**
| | |
|---|---|
| Online ACH Payments Maint | 1 |

**ACCOUNT 2378**
**Electronic Credits**

PLs' Exhibit 82  SB1094492-F3  6021

# CHASE ○

June 01, 2016 through June 30, 2016

Account Number: ██████9350

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Electronic Items Deposited | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |

**ACCOUNT** ██████4844

| | | | | | |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 11 of 12

PLs' Exhibit 82    SB1094492-F3    6022

**CHASE** ◯

June 01, 2016 through June 30, 2016
Account Number: ████████9350

This Page Intentionally Left Blank

Page 12 of 12

**PLs' Exhibit 82**    SB1094492-F3    6023