**DECLARATION**

**Case No. : 141-311209-19**

Kristen Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/24/2021

By: *Kristen Wilson*
   Kristen Wilson
   Transactions Specialist III
   JPMORGAN CHASE BANK, N.A.

SB1094492-F3

SUBP10a

PLs' Exhibit 83



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 30, 2016 through August 31, 2016
Account Number: 9350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002708 DRE 201 210 24716 NNNNNNNNNNN 1 000000000 D2 0000
ANSON FINANCIAL INC
1210 HALL JOHNSON RD STE 100
COLLEYVILLE TX 76034-7819



## You'll no longer pay a fee for the Chase QuickDeposit℠ Single Feed Check Scanner

Good news! As a Chase Platinum Business Checking℠ client, you'll no longer pay a monthly maintenance fee when you have a Single Feed Check Scanner to make deposits through Chase QuickDeposit.

If you:

- **Only have a Chase Platinum Business Checking account(s)**, you don't need to take any action. We will automatically stop charging this fee.

- **Have more than one Chase business checking account type**, make sure that your Chase Platinum Business Checking account is set up as your primary account on chase.com. To do this:
   1. Sign in to chase.com.
   2. Select the Customer Center tab on the right.
   3. Select Change primary account in the My Information section.
   4. Follow the prompts.

You can also continue to use the Chase QuickDeposit feature on the Chase Mobile® app at no additional cost.

If you have questions, please call us at the number on this statement.

### CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $354,841.71 |
| Deposits and Additions | 184 | 537,353.53 |
| Checks Paid | 85 | - 160,446.20 |
| Electronic Withdrawals | 84 | - 619,694.89 |
| Other Withdrawals | 3 | - 4,404.00 |
| Fees | 1 | - 254.70 |
| **Ending Balance** | **357** | **$107,395.45** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Page 1 of 12

# CHASE

July 30, 2016 through August 31, 2016

Account Number: █████9350

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/01 | Fedwire Cred... Ref: Chase N... Rfb=276330... Prop.Addr16... 1533109214F... | Jacksonville, FL 000 000001863 6 Alpine Pass 0432 Trn: | $8,552.46 |
| 08/01 | Remote Onli... | | 10,694.61 |
| 08/01 | Remote Onli... | | 3,672.73 |
| 08/01 | Remote Onli... | | 1,175.00 |
| 08/01 | Online ACH... | | 1,284.36 |
| 08/01 | Fwha | | 1,005.00 |
| 08/01 | Online ACH... | 15) | 505.16 |
| 08/01 | Online ACH... | | 482.12 |
| 08/01 | Online ACH... | | 171.00 |
| 08/01 | Online ACH... | 2) | 115.50 |
| 08/02 | Remote Onli... | | 1,540.00 |
| 08/02 | Online ACH... | | 1,451.06 |
| 08/02 | Online ACH... | | 1,135.61 |
| 08/02 | Online ACH... | | 994.54 |
| 08/02 | Online ACH... | ) | 565.00 |
| 08/02 | Online ACH... | ####0726) | 485.52 |
| 08/02 | Online ACH... | 3870) | 376.76 |
| 08/02 | Online ACH... | | 329.70 |
| 08/02 | Online ACH... | | 260.56 |
| 08/02 | 07/15/2016 C... 07/15/2016. Deposit Loca... | 3.00, On 5291746, | 100.00 |
| 08/02 | Online ACH... | | 55.00 |
| 08/02 | Online ACH... | #7478) | 41.99 |
| 08/02 | Online ACH... | | 29.22 |
| 08/03 | Remote Onli... | | 6,350.71 |
| 08/03 | Remote Onli... | | 647.81 |
| 08/03 | Online ACH... | 190) | 1,200.00 |
| 08/03 | Online ACH... | | 603.12 |
| 08/03 | Online ACH... | | 354.94 |
| 08/03 | Online ACH... | | 210.00 |
| 08/03 | Online ACH... | | 192.00 |
| 08/03 | Online ACH... | | 100.00 |
| 08/03 | Online ACH... | | 85.00 |
| 08/04 | Remote Onli... | | 11,356.79 |
| 08/04 | Online ACH... | ####4364) | 1,579.31 |
| 08/04 | Online ACH... | | 1,253.51 |
| 08/04 | Online ACH... | ###8300) | 1,052.83 |
| 08/04 | Online ACH... | | 799.55 |
| 08/04 | Online ACH... | ###1230) | 600.00 |
| 08/04 | Online ACH... | 25) | 300.00 |
| 08/04 | Online ACH... | | 200.00 |
| 08/05 | Remote Onli... | | 5,802.72 |
| 08/05 | Online ACH... | #3868) | 1,292.11 |
| 08/05 | Online ACH... | | 764.34 |
| 08/05 | Online ACH... | 481) | 700.00 |
| 08/05 | Online ACH... | 7946) | 600.00 |
| 08/05 | Online ACH... | 23) | 500.00 |

PLs' Exhibit 83    SB1094492-F3    6826



**CHASE**

July 30, 2016 through August 31, 2016
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Online ACH | 447.17 |
| 08/05 | Online ACH | 235.14 |
| 08/05 | Online ACH | 200.00 |
| 08/05 | Online ACH | 195.13 |
| 08/05 | Online ACH | 179.48 |
| 08/05 | Online ACH | 175.00 |
| 08/05 | Online ACH | 164.22 |
| 08/05 | Online ACH | 101.84 |
| 08/05 | Online ACH | 100.00 |
| 08/08 | Remote Onli | 8,947.72 |
| 08/08 | Remote Onli | 6,572.13 |
| 08/08 | Online Trans | 25,000.00 |
| 08/08 | Online ACH | 1,135.61 |
| 08/08 | Online ACH | 1,064.90 |
| 08/08 | Online ACH | 925.93 |
| 08/08 | Online ACH | 727.97 |
| 08/08 | Online ACH | 606.00 |
| 08/08 | Online ACH | 350.00 |
| 08/08 | Online ACH | 296.75 |
| 08/08 | Online ACH | 255.73 |
| 08/08 | Online ACH | 255.73 |
| 08/08 | Online ACH | 207.99 |
| 08/09 | Online ACH | 1,354.61 |
| 08/09 | Online ACH | 537.00 |
| 08/10 | Remote Onli | 4,378.72 |
| 08/10 | Online ACH | 719.86 |
| 08/10 | Online ACH | 700.00 |
| 08/10 | Online ACH | 200.00 |
| 08/10 | Online ACH | 125.37 |
| 08/11 | Remote Onli | 5,499.07 |
| 08/11 | Online ACH | 400.00 |
| 08/11 | Online ACH | 271.00 |
| 08/11 | Online ACH | 61.68 |
| 08/12 | Remote Onli | 5,178.35 |
| 08/12 | Online ACH | 8,000.00 |
| 08/12 | Online ACH | 420.00 |
| 08/12 | Online ACH | 300.00 |
| 08/12 | Online ACH | 220.38 |
| 08/12 | Online ACH | 201.60 |
| 08/15 | Remote Onli | 8,054.10 |
| 08/15 | Remote Onli | 7,884.53 |
| 08/15 | Remote Onli | 1,575.00 |
| 08/15 | Online Trans | 50,000.00 |
| 08/15 | Online ACH | 643.32 |
| 08/15 | Online ACH | 500.00 |
| 08/15 | Online ACH | 255.73 |
| 08/15 | Online ACH | 79.99 |
| 08/16 | Remote Onli | 1,251.44 |
| 08/16 | Online ACH | 936.03 |
| 08/16 | Online ACH | 857.22 |
| 08/16 | Online ACH | 565.00 |

Page 3 of 12



## CHASE

July 30, 2016 through August 31, 2016
Account Number: 9350

### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/16 | Online ACH | ##9933) | 500.00 |
| 08/16 | Online ACH | ######1482) | 338.97 |
| 08/16 | Online ACH | | 196.97 |
| 08/16 | Online ACH | | 124.98 |
| 08/16 | Online ACH | | 81.73 |
| 08/16 | Online ACH | ###5500) | 67.40 |
| 08/16 | Online ACH | ###8966) | 55.47 |
| 08/17 | Remote Onli | | 81,414.31 |
| 08/17 | Online ACH | | 800.00 |
| 08/17 | Online ACH | 9476) | 800.00 |
| 08/17 | Online ACH | 541) | 746.20 |
| 08/17 | Online ACH | 51) | 222.44 |
| 08/17 | Online ACH | 002) | 171.68 |
| 08/17 | Online ACH | | 139.56 |
| 08/18 | Remote Onli | | 1,440.39 |
| 08/18 | Online ACH | | 5,696.99 |
| 08/18 | Online ACH | | 1,301.32 |
| 08/18 | Online ACH | 95) | 771.43 |
| 08/18 | Online ACH | | 662.97 |
| 08/18 | Online ACH | #######7321) | 500.00 |
| 08/18 | Online ACH | ##0764) | 355.67 |
| 08/18 | Online ACH | ####8777) | 300.00 |
| 08/18 | Online ACH | | 170.72 |
| 08/18 | Online ACH | ##9933) | 28.86 |
| 08/19 | Remote Onli | | 2,976.98 |
| 08/19 | Online ACH | | 825.98 |
| 08/19 | Online ACH | 67) | 180.00 |
| 08/19 | Online ACH | | 101.84 |
| 08/22 | Remote Onli | | 27,636.34 |
| 08/22 | Remote Onli | | 8,374.35 |
| 08/22 | Remote Onli | | 1,575.00 |
| 08/22 | Online ACH | (_#####3868) | 1,092.11 |
| 08/22 | Online ACH | | 751.70 |
| 08/22 | Online ACH | 6048) | 727.97 |
| 08/22 | Online ACH | #0503) | 106.43 |
| 08/23 | Remote Onli | | 74,713.64 |
| 08/23 | Remote Onli | | 2,182.00 |
| 08/23 | Online ACH | | 2,106.23 |
| 08/23 | Online ACH | #####7946) | 560.00 |
| 08/23 | Online ACH | ##########6982) | 500.00 |
| 08/23 | Online ACH | | 442.62 |
| 08/23 | Online ACH | | 294.33 |
| 08/23 | Online ACH | | 244.37 |
| 08/23 | Online ACH | | 132.32 |
| 08/23 | Online ACH | ) | 84.82 |
| 08/24 | Remote Onli | | 4,660.56 |
| 08/24 | Online ACH | 73) | 901.53 |
| 08/24 | Online ACH | | 829.14 |
| 08/24 | Online ACH | (_#####4065) | 434.14 |
| 08/24 | Online ACH | 55) | 263.27 |
| 08/24 | Online ACH | | 213.55 |

PLs' Exhibit 83  SB1094492-F3  6828

**CHASE**

July 30, 2016 through August 31, 2016
Account Number: █████████ 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/24 | Online ACH | 198.96 |
| 08/25 | Remote Onl | 4,468.20 |
| 08/25 | Online ACH | 416.67 |
| 08/25 | Online ACH ###3870) | 376.76 |
| 08/25 | Online ACH 0) | 268.02 |
| 08/25 | Online ACH #0988) | 255.73 |
| 08/25 | Occidental | 109.32 |
| 08/26 | Remote Onl | 9,142.00 |
| 08/26 | Online ACH | 1,528.47 |
| 08/26 | Online ACH | 1,137.65 |
| 08/26 | Online ACH | 900.00 |
| 08/26 | Online ACH | 804.82 |
| 08/26 | Online ACH ######5730) | 578.54 |
| 08/26 | Online ACH | 135.16 |
| 08/26 | Online ACH | 40.00 |
| 08/29 | Remote Onl | 40,000.00 |
| 08/29 | Remote Onl | 7,737.78 |
| 08/29 | Online ACH 2) | 2,577.45 |
| 08/29 | Online ACH | 567.95 |
| 08/29 | Online ACH | 482.12 |
| 08/29 | Online ACH 29) | 338.99 |
| 08/29 | Online ACH #8124) | 226.29 |
| 08/29 | Online ACH | 182.82 |
| 08/30 | Remote Onl | 4,562.00 |
| 08/30 | Remote Onl | 2,308.25 |
| 08/30 | Online ACH 7) | 706.04 |
| 08/30 | Online ACH #####0726) | 485.52 |
| 08/30 | Online ACH | 321.25 |
| 08/30 | Online ACH | 260.56 |
| 08/30 | Online ACH | 218.94 |
| 08/30 | Online ACH | 200.00 |
| 08/31 | Remote Onl | 1,654.99 |
| 08/31 | Online ACH ##1359) | 2,080.16 |
| 08/31 | Online ACH | 973.77 |
| 08/31 | Online ACH 0773) | 254.50 |
| 08/31 | Online ACH 4903) | 172.49 |
| **Total Deposits and Additions** | | **$537,353.53** |



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 17346 ^ | | 08/04 | $6,000.00 |
| 17353 *^ | | 08/09 | 1,000.00 |
| 17418 *^ | | 08/12 | 194.39 |
| 17435 *^ | | 08/02 | 150.00 |
| 17436 ^ | | 08/01 | 250.00 |
| 17439 *^ | | 08/01 | 2,000.00 |
| 17440 ^ | | 08/01 | 1,089.23 |
| 17441 ^ | | 08/01 | 2,100.00 |
| 17442 ^ | | 08/09 | 450.00 |

**CHASE**

July 30, 2016 through August 31, 2016
Account Number: █████████ 9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 17443 ^ | | 08/01 | 200.00 |
| 17444 ^ | | 08/02 | 247.00 |
| 17447 *^ | 08/02 | 08/02 | 10,000.00 |
| 17452 *^ | | 08/03 | 149.00 |
| 17453 ^ | | 08/09 | 750.00 |
| 17454 ^ | | 08/08 | 750.00 |
| 17455 ^ | 08/03 | 08/03 | 5,957.54 |
| 17456 ^ | | 08/03 | 929.58 |
| 17457 ^ | | 08/23 | 626.00 |
| 17459 *^ | | 08/04 | 1,262.50 |
| 17461 *^ | | 08/04 | 1,443.87 |
| 17462 ^ | 08/05 | 08/05 | 1,932.63 |
| 17463 ^ | | 08/04 | 791.56 |
| 17464 ^ | | 08/04 | 5,412.76 |
| 17466 *^ | | 08/05 | 1,327.04 |
| 17467 ^ | | 08/05 | 649.62 |
| 17468 ^ | | 08/04 | 1,751.00 |
| 17469 ^ | | 08/04 | 1,000.00 |
| 17470 ^ | 08/05 | 08/05 | 461.75 |
| 17471 ^ | | 08/08 | 6,000.00 |
| 17472 ^ | | 08/08 | 1,250.00 |
| 17473 ^ | | 08/10 | 1,777.49 |
| 17474 ^ | | 08/18 | 401.00 |
| 17475 ^ | | 08/18 | 226.00 |
| 17476 ^ | | 08/15 | 747.88 |
| 17478 *^ | | 08/15 | 875.00 |
| 17479 ^ | | 08/10 | 375.00 |
| 17484 *^ | | 08/17 | 1,369.61 |
| 17485 ^ | | 08/11 | 1,000.00 |
| 17486 ^ | | 08/16 | 1,644.25 |
| 17487 ^ | | 08/11 | 100.00 |
| 17488 ^ | | 08/11 | 100.00 |
| 17489 ^ | | 08/11 | 100.00 |
| 17490 ^ | | 08/11 | 750.00 |
| 17492 *^ | | 08/12 | 800.00 |
| 17493 ^ | 08/12 | 08/12 | 775.00 |
| 17494 ^ | | 08/15 | 510.00 |
| 17496 *^ | | 08/15 | 200.00 |
| 17497 ^ | | 08/15 | 200.00 |
| 17498 ^ | | 08/29 | 250.00 |
| 17499 ^ | | 08/19 | 700.00 |
| 17500 ^ | | 08/19 | 800.00 |
| 17501 ^ | | 08/19 | 500.00 |
| 17502 ^ | | 08/15 | 400.00 |
| 17503 ^ | | 08/22 | 150.00 |
| 17504 ^ | | 08/23 | 1,227.47 |
| 17505 ^ | | 08/15 | 15,621.90 |
| 17506 ^ | | 08/16 | 200.00 |
| 17507 ^ | | 08/16 | 1,758.45 |
| 17509 *^ | | 08/22 | 124.98 |

PLs' Exhibit 83     SB1094492-F3     6830



**CHASE**

July 30, 2016 through August 31, 2016
Account Number: 9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 17510 ^ | | 08/18 | 185.00 |
| 17511 ^ | | 08/23 | 2,849.32 |
| 17512 ^ | | 08/23 | 5,196.41 |
| 17516 *^ | | 08/22 | 1,937.32 |
| 17517 ^ | | 08/22 | 99.92 |
| 17518 ^ | | 08/23 | 450.00 |
| 17519 ^ | | 08/26 | 995.96 |
| 17520 ^ | | 08/23 | 7.29 |
| 17521 ^ | 08/19 | 08/19 | 1,150.00 |
| 17522 ^ | | 08/22 | 765.00 |
| 17523 ^ | | 08/29 | 934.12 |
| 17524 ^ | | 08/29 | 700.00 |
| 17526 *^ | | 08/19 | 1,327.05 |
| 17527 ^ | | 08/30 | 649.62 |
| 17528 ^ | | 08/26 | 1,095.28 |
| 17529 ^ | | 08/25 | 2,301.51 |
| 17533 *^ | | 08/24 | 200.00 |
| 17536 *^ | | 08/29 | 5,000.00 |
| 17537 ^ | | 08/29 | 490.00 |
| 17538 ^ | 08/26 | 08/26 | 3,008.00 |
| 17539 ^ | 08/26 | 08/26 | 975.00 |
| 17540 ^ | | 08/29 | 585.00 |
| 17542 *^ | | 08/31 | 1,200.00 |
| 17546 *^ | 08/31 | 08/31 | 3,000.00 |
| 17588 *^ | | 08/16 | 34,934.90 |
| 17589 ^ | | 08/15 | 600.00 |
| **Total Checks Paid** | | | **$160,446.20** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | M & T Mortgage | $1,002.06 |
| 08/01 | Blue Cross Blue | 401.00 |
| 08/02 | 08/02 Online AC | 297.85 |
| 08/02 | 08/02 Online AC | 1,720.51 |
| 08/02 | 08/02 Debit Retu (_######3323) | 800.00 |
| 08/02 | Pentagon Fedra | 1,236.85 |
| 08/03 | Pentagon Fedra | 1,095.14 |
| 08/04 | 08/04 Online AC | 1,788.64 |
| 08/04 | 08/04 Online AC | 455.74 |
| 08/04 | 08/04 Online AC | 697.96 |
| 08/04 | 08/04 Online AC (16) | 3,500.00 |
| 08/04 | 08/04 Online AC | 435.49 |
| 08/04 | 08/04 Online AC | 476.90 |
| 08/04 | 08/04 Online AC | 619.24 |



Page 7 of 12

PLs' Exhibit 83    SB1094492-F3    6831

**CHASE**

July 30, 2016 through August 31, 2016
Account Number: ██████9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/04 | 08/04 Online ACH | | 518.74 |
| 08/04 | 08/04 Online ACH | | 706.69 |
| 08/04 | 08/04 Online ACH | | 2,500.00 |
| 08/04 | 08/04 Online ACH | | 623.80 |
| 08/04 | 08/04 Online ACH | | 2,500.00 |
| 08/04 | 08/04 Online ACH | | 2,937.71 |
| 08/04 | 08/04 Online Wire Casey Berger We 4423700217Es | imar TX Ben: 367 Trn: | 1,646.65 |
| 08/05 | 08/05 Online ACH | | 284.85 |
| 08/05 | 08/05 Online ACH | | 970.42 |
| 08/05 | 08/05 Online ACH | | 434.75 |
| 08/05 | Payroll   Payr | | 722.84 |
| 08/08 | 08/07 Payment To | | 934.05 |
| 08/08 | 08/08 Online Wire Mortgage Waco T | ncial Group | 355,083.11 |
| 08/08 | JPMorgan Chase | | 1,218.53 |
| 08/09 | 08/09 Online ACH | #8397) | 2,000.00 |
| 08/09 | 08/09 Online ACH | | 3,000.00 |
| 08/09 | 08/09 Debit Retur (_######3323) | Rc | 500.00 |
| 08/10 | 08/09 Online ACH | | 3,415.86 |
| 08/10 | 08/10 Online ACH | | 1,500.00 |
| 08/10 | Irs    Usatax | | 4,537.03 |
| 08/10 | Irs    Usatax | | 76.50 |
| 08/11 | Citi Payment  O | | 25.00 |
| 08/12 | 08/12 Online ACH | | 633.75 |
| 08/12 | 08/12 Online ACH | | 1,747.15 |
| 08/12 | 08/12 Online ACH | | 112.13 |
| 08/12 | 08/12 Online ACH | ###2488) | 1,177.11 |
| 08/12 | 08/12 Online ACH | ###2488) | 575.00 |
| 08/12 | 08/12 Online ACH | | 1,000.00 |
| 08/12 | 08/12 Online ACH | | 318.58 |
| 08/16 | 08/16 Online Wire Charlotte NC 2820 4977200229Es | Title-TX 688 Trn: | 3,165.00 |
| 08/16 | 08/16 Online ACH | | 4,162.46 |
| 08/16 | 08/16 Online ACH | ###2488) | 1,034.33 |
| 08/16 | 08/16 Online ACH | _#####8973) | 708.46 |
| 08/16 | 08/16 Online ACH | | 3,216.82 |
| 08/18 | 08/18 Online ACH | | 489.09 |
| 08/18 | Payroll   Payr | | 1,932.65 |
| 08/18 | Payroll   Payr | | 1,751.00 |
| 08/18 | Payroll   Payr | | 1,646.65 |
| 08/18 | Payroll   Payr | | 1,443.87 |
| 08/18 | Payroll   Payr | | 791.56 |
| 08/18 | Payroll   Payr | | 722.84 |
| 08/18 | Bk of Amer Mc | | 150.00 |
| 08/19 | 08/19 Debit Retur | 5766) | 662.97 |
| 08/23 | 08/23 Online Wire Mtg., LLC Waco T | ncial Group | 18,041.27 |
| 08/23 | 08/23 Online Tran | | 31,302.14 |
| 08/23 | Citi Card Online P | | 2,000.00 |

Page 8 of 12

# CHASE ◯

July 30, 2016 through August 31, 2016
Account Number: ███████9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | Lubbock Pow... | 177.27 |
| 08/24 | 08/24 Online... | 318.58 |
| 08/24 | 08/24 Online... | 543.43 |
| 08/24 | 08/24 Online... ncial Group Mortgage Wa... | 16,947.26 |
| 08/24 | 08/24 Online... ncial Group Mortgage Wa... | 27,723.72 |
| 08/24 | 08/24 Online... | 51,149.05 |
| 08/24 | Irs U... | 3,862.97 |
| 08/25 | 08/25 Debit F... (_######### ...iss | 500.00 |
| 08/26 | 08/26 Online... 9718) | 7,512.72 |
| 08/26 | 08/26 Online... | 585.97 |
| 08/26 | 08/26 Online... | 496.85 |
| 08/26 | 08/26 Online... | 665.87 |
| 08/26 | Citi Card Onl... | 1,000.00 |
| 08/29 | 08/29 Online... Bd Ben: Tms... 3702100242E... Jh016 Dhaka 386 Trn: | 3,517.92 |
| 08/29 | 08/29 Online... | 600.00 |
| 08/29 | 08/29 Online... #####8232) | 5,000.00 |
| 08/29 | American Ex... | 1,000.00 |
| 08/29 | Citi Autopay... | 253.67 |
| 08/30 | 08/30 Online... Agency Inc S... ional Title 243Es | 15,000.00 |
| 08/31 | 08/31 Online... | 140.73 |
| 08/31 | 08/31 Online... | 1,600.00 |
| 08/31 | 08/31 Online... | 892.27 |
| 08/31 | 08/31 Online... | 440.87 |
| 08/31 | 08/31 Online... #####3897) | 317.00 |
| **Total Electronic Withdrawals** | | **$619,694.89** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Deposited Item Returned   NSF 1St   099016295   # of   Items00001Ck#:0000008210   Dep Amt0000367273   Dep   Date080116Ck Amt0000088400 | $884.00 |
| 08/09 | Deposited Item Returned   NSF 1St   099016296   # of   Items00001Ck#:0000001030   Dep Amt0000657213   Dep   Date080816Ck Amt0000300000 | 3,000.00 |
| 08/25 | Deposited Item Returned   NSF 1St   099012129   # of   Items00001Ck#:0000000001   Dep Amt0000837435   Dep   Date082216Ck Amt0000052000 | 520.00 |
| **Total Other Withdrawals** | | **$4,404.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Service Charges For The Month of July | $254.70 |
| **Total Fees** | | **$254.70** |



PLs' Exhibit 83    SB1094492-F3    6833

# CHASE

July 30, 2016 through August 31, 2016
Account Number: ████9350

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | $375,457.36 | 08/11 | 24,490.92 | 08/23 | 175,394.46 |
| 08/02 | 368,370.11 | 08/12 | 31,478.14 | 08/24 | 82,150.60 |
| 08/03 | 368,843.73 | 08/15 | 81,316.03 | 08/25 | 84,723.79 |
| 08/04 | 348,916.47 | 08/16 | 35,466.57 | 08/26 | 82,654.78 |
| 08/05 | 353,589.72 | 08/17 | 118,391.15 | 08/29 | 116,437.47 |
| 08/08 | 34,700.49 | 08/18 | 119,879.84 | 08/30 | 109,850.41 |
| 08/09 | 25,892.10 | 08/19 | 118,824.62 | 08/31 | 107,395.45 |
| 08/10 | 20,334.17 | 08/22 | 156,011.30 | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████ 2620, ████ 3028, ████ 9798, ████ 2378, ████ 7730, ████ 0711, ████ 3255, ████ 4844, ████ 7041

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $230.30 |
| **Total Service Charges** | **$230.30** Will be assessed on 9/6/16 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| Return Item | 3 | Unlimited | 0 | $12.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 292 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 156 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online International Wire Fee | 1 | 1 | 0 | $25.00 | $0.00 |
| Online Domestic Wire Fee | 7 | 3 | 4 | $10.00 | $40.00 |
| Jpm Cashed Checks | 1 | 0 | 1 | $0.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Multi Feed Maint | 1 | 0 | 1 | $50.00 | $50.00 |
| Online - Tax / Payroll Return | 1 | 0 | 1 | $2.50 | $2.50 |
| Online ACH Payments Maint | 3 | 0 | 3 | $25.00 | $75.00 |
| Online ACH Payments Trans | 44 | 25 | 19 | $0.15 | $2.85 |
| Online ACH Collections Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| Online ACH Collections Trans | 125 | 25 | 100 | $0.25 | $25.00 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 9/6/16)** | | | | | **$230.30** |

**ACCOUNT** ████ 2620
**Other Service Charges:**
**Electronic Credits**
Electronic Items Deposited     15
**Credits**

# CHASE

July 30, 2016 through August 31, 2016
Account Number: ██████9350

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Non-Electronic Transactions | 38 | | | | |

**ACCOUNT ██████9350**
**No Hassle Fees**
| Return Item | 3 | | | | |

**Other Service Charges:**
**Electronic Credits**
| Electronic Items Deposited | 269 | | | | |
| Electronic Credits | 3 | | | | |

**Credits**
| Non-Electronic Transactions | 115 | | | | |

**Electronic Credits**
| Domestic Incoming Wire Fee | 1 | | | | |

**Miscellaneous Fees**
| Online International Wire Fee | 1 | | | | |
| Online Domestic Wire Fee | 7 | | | | |
| Jpm Cashed Checks | 1 | | | | |

**Cash Management Services**
| Quick Deposit Multi Feed Maint | 1 | | | | |
| Online - Tax / Payroll Return | 1 | | | | |
| Online ACH Payments Maint | 1 | | | | |
| Online ACH Payments Trans | 44 | | | | |
| Online ACH Collections Maint | 1 | | | | |
| Online ACH Collections Trans | 125 | | | | |
| Online - Financial Mgmt Access Fee | 1 | | | | |

**ACCOUNT ██████8028**
**Electronic Credits**
| Electronic Items Deposited | 1 | | | | |

**Credits**
| Non-Electronic Transactions | 2 | | | | |

**ACCOUNT ██████9798**
**Electronic Credits**
| Electronic Items Deposited | 3 | | | | |

**Credits**
| Non-Electronic Transactions | 1 | | | | |

**Cash Management Services**
| Online ACH Payments Maint | 1 | | | | |

**ACCOUNT ██████02378**
**Electronic Credits**
| Electronic Items Deposited | 3 | | | | |

**Cash Management Services**
| Online ACH Payments Maint | 1 | | | | |

**ACCOUNT ██████4844**
**Electronic Credits**
| Electronic Items Deposited | 1 | | | | |





July 30, 2016 through August 31, 2016

Account Number: 9350

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

PLs' Exhibit 83    SB1094492-F3    6836