**DECLARATION**

**Case No. : 141-311209-19**

Kristen Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/24/2021

By: *Kristen Wilson*
    Kristen Wilson
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1094492-F3

SUBP10a

PLs' Exhibit 85



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2018 through September 28, 2018
Account Number: ███████9350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002547 DRE 201 210 27618 NNNNNNNNNNN 1 000000000 D2 0000
ANSON FINANCIAL INC
62 MAIN ST STE 300
COLLEYVILLE TX 76034-2931



## We updated our Deposit Account Agreement

We published an updated version of our Deposit Account Agreement on August 26, 2018. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

- We may use your voice to verify your identity. (General Account Terms, Section I, Other Legal Terms, Telephone and electronic communication)
- We clarified that any provision in the agreement is enforceable to the fullest extent permitted by law. (General Account Terms, Section I, Other Legal Terms, Rules governing your account)

The following updates will become effective on November 11, 2018:

- If an account owner dies while residing outside the United States, we may require the appointment of a personal representative in a U.S. court. (General Account Terms, Section B, Checks, Withdrawals, Transfers and Other Account Charges, Death or incompetence of account owner or sole signer)
- Check deposits made by mail and addressed to any Chase facility other than National Bank by Mail, may be forwarded to the National Bank by Mail facility at PO Box 36520, Louisville, KY 40233-6520, and will be considered received on the date the deposit is received by that facility. We do not accept cash deposits by mail. (Funds Availability, When Your Deposit Is Received)

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $75,536.64 |
| Deposits and Additions | 175 | 361,914.12 |
| Checks Paid | 30 | -30,635.95 |
| Electronic Withdrawals | 142 | -336,715.05 |
| Other Withdrawals | 1 | -1,118.76 |
| Fees | 1 | -199.60 |
| Ending Balance | 349 | $68,781.40 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Page 1 of 14

## CHASE

September 01, 2018 through September 28, 2018
Account Number: 9350

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/04 | Remote Onli | | $22,911.98 |
| 09/04 | Remote Onli | | 4,397.17 |
| 09/04 | Deposit | | 1,000.00 |
| 09/04 | Online ACH | | 3,000.00 |
| 09/04 | Online ACH | | 1,735.35 |
| 09/04 | Online ACH | ##8300) | 1,052.83 |
| 09/04 | Online ACH | | 995.00 |
| 09/04 | Online ACH | | 912.83 |
| 09/04 | Online ACH | | 850.00 |
| 09/04 | Online ACH | | 846.46 |
| 09/04 | Online ACH | | 805.99 |
| 09/04 | Online ACH | | 788.35 |
| 09/04 | Online ACH | | 746.17 |
| 09/04 | Online ACH | | 580.00 |
| 09/04 | Online ACH | | 570.03 |
| 09/04 | Online ACH | | 273.59 |
| 09/04 | Online ACH | | 226.29 |
| 09/04 | Online ACH | | 200.00 |
| 09/04 | Online ACH | | 81.80 |
| 09/05 | Fedwire Cred Worth, TX 76 76034-2931/ Ln3090Af117 Imad: 0905F | LLC Fort rth,T | 6,692.35 |
| 09/05 | Remote Onli | | 3,304.27 |
| 09/05 | Online ACH | | 938.49 |
| 09/05 | Online ACH | | 726.75 |
| 09/05 | Online ACH | 9555) | 665.52 |
| 09/05 | Online ACH | | 512.95 |
| 09/05 | Online ACH | ) | 294.33 |
| 09/05 | Online ACH | ) | 255.73 |
| 09/05 | Online ACH | | 171.00 |
| 09/05 | Online ACH | | 115.78 |
| 09/06 | Fedwire Cred Brazoria TX 76034-2931/ 3152Afi18-R 0906Gmqfm | rthard # Imad: | 18,000.00 |
| 09/06 | Remote Onli | | 5,584.98 |
| 09/06 | Online ACH | | 1,859.75 |
| 09/06 | Online ACH | | 1,200.00 |
| 09/06 | Online ACH | | 925.93 |
| 09/06 | Online ACH | | 750.00 |
| 09/06 | Online ACH | | 670.00 |
| 09/06 | Online ACH | | 513.75 |
| 09/06 | Online ACH | | 429.60 |
| 09/06 | Online ACH | | 235.14 |
| 09/06 | Online ACH | | 209.98 |
| 09/06 | Online ACH | | 200.00 |
| 09/06 | Online ACH | | 164.22 |
| 09/07 | Remote Onli | | 5,919.51 |
| 09/07 | Online ACH | | 1,198.30 |

Page 2 of 14

## CHASE

September 01, 2018 through September 28, 2018
Account Number: 9350

### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/07 | Online ACH | | 800.00 |
| 09/07 | Online ACH | | 776.70 |
| 09/07 | Online ACH | | 743.52 |
| 09/07 | Online ACH | | 706.04 |
| 09/07 | Online ACH | 400) | 650.00 |
| 09/07 | Online ACH | | 500.00 |
| 09/07 | Online ACH | | 447.17 |
| 09/07 | Online ACH | | 427.10 |
| 09/07 | Online ACH | ###7493) | 255.73 |
| 09/07 | Online ACH | | 255.73 |
| 09/07 | Online ACH | 675) | 200.00 |
| 09/07 | Online ACH | | 193.75 |
| 09/07 | Online ACH | #5907) | 191.45 |
| 09/10 | Remote Onl | | 5,485.22 |
| 09/10 | Remote Onl | | 4,430.83 |
| 09/10 | Online ACH | 3) | 1,549.89 |
| 09/10 | Online ACH | | 1,199.70 |
| 09/10 | Online ACH | | 1,160.95 |
| 09/10 | Online ACH | | 1,042.18 |
| 09/10 | Online ACH | | 1,034.73 |
| 09/10 | Online ACH | 3) | 1,012.17 |
| 09/10 | Online ACH | | 936.03 |
| 09/10 | Online ACH | | 680.85 |
| 09/10 | Online ACH | 4) | 606.00 |
| 09/10 | Online ACH | 0) | 553.00 |
| 09/10 | Online ACH | | 401.82 |
| 09/10 | Online ACH | | 347.41 |
| 09/10 | Online ACH | 9377) | 268.52 |
| 09/11 | Remote Onl | | 600.00 |
| 09/11 | Online ACH | | 974.56 |
| 09/11 | Online ACH | | 619.72 |
| 09/12 | Remote Onl | | 2,399.76 |
| 09/12 | Online ACH | | 1,907.00 |
| 09/12 | Online ACH | | 300.00 |
| 09/12 | Online ACH | | 279.86 |
| 09/12 | Online ACH | | 174.11 |
| 09/13 | Fedwire Cre 79401-4054 000001863 Gf#36625 In | y Lubbock TX 4-2931/Ac-000 fi Mtg | 8,034.22 |
| 09/13 | Remote Onl | | 2,920.67 |
| 09/13 | Online ACH | | 827.11 |
| 09/13 | Online ACH | | 688.29 |
| 09/13 | Online ACH | | 500.67 |
| 09/13 | Online ACH | | 94.01 |
| 09/14 | Online ACH | | 940.08 |
| 09/14 | Online ACH | | 643.32 |
| 09/14 | Online ACH | 50) | 345.00 |
| 09/14 | Online ACH | 1482) | 338.97 |
| 09/14 | Online ACH | | 255.73 |
| 09/14 | Online ACH | ) | 67.40 |



Page 3 of 14

**CHASE**

September 01, 2018 through September 28, 2018
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE  | DESCRIPTION |                   | AMOUNT    |
|-------|-------------|-------------------|-----------|
| 09/14 | Online ACH  | ###8966)          | 55.47     |
| 09/17 | Remote Onl  |                   | 6,665.59  |
| 09/17 | Remote Onl  |                   | 5,086.01  |
| 09/17 | Online ACH  | 51)               | 222.44    |
| 09/17 | Online ACH  | 380)              | 124.68    |
| 09/18 | Remote Onl  |                   | 30,770.78 |
| 09/18 | Online ACH  | 3829)             | 1,500.00  |
| 09/18 | Online ACH  | 3086)             | 711.14    |
| 09/18 | Online ACH  | ####0427)         | 650.00    |
| 09/18 | Online ACH  | 199)              | 623.51    |
| 09/18 | Online ACH  | 305)              | 459.26    |
| 09/18 | Online ACH  | 945)              | 346.17    |
| 09/18 | Online ACH  | ####8030)         | 338.99    |
| 09/18 | Online ACH  | 9)                | 155.00    |
| 09/19 | Remote Onl  |                   | 3,555.73  |
| 09/19 | Online ACH  | 9476)             | 800.00    |
| 09/19 | Online ACH  | 491)              | 743.46    |
| 09/19 | Online ACH  | ###8708)          | 296.75    |
| 09/19 | Online ACH  | 72)               | 164.00    |
| 09/19 | Online ACH  | 002)              | 108.84    |
| 09/20 | Remote Onl  |                   | 2,698.53  |
| 09/20 | Online ACH  |                   | 1,255.00  |
| 09/20 | Online ACH  | ###0657)          | 1,003.60  |
| 09/20 | Online ACH  | )                 | 690.18    |
| 09/20 | Online ACH  |                   | 292.71    |
| 09/21 | Remote Onl  |                   | 4,941.65  |
| 09/21 | Online ACH  |                   | 829.14    |
| 09/21 | Online ACH  | 8602)             | 825.98    |
| 09/21 | Online ACH  | 9)                | 743.52    |
| 09/21 | Online ACH  | 6048)             | 727.97    |
| 09/21 | Online ACH  | #9500)            | 500.00    |
| 09/21 | Online ACH  | 3260)             | 499.15    |
| 09/21 | Online ACH  |                   | 294.33    |
| 09/21 | Online ACH  |                   | 244.37    |
| 09/21 | Online ACH  | ##0265)           | 170.00    |
| 09/21 | Online ACH  | 3517)             | 135.00    |
| 09/24 | Online ACH  | 510)              | 811.24    |
| 09/24 | Online ACH  | 369)              | 800.00    |
| 09/24 | Online ACH  | (_########0726)   | 709.80    |
| 09/24 | Online ACH  | ##7893)           | 494.73    |
| 09/24 | Online ACH  | ###5262)          | 400.00    |
| 09/24 | Online ACH  | 5)                | 263.27    |
| 09/24 | Online ACH  | 0715)             | 233.09    |
| 09/24 | Online ACH  | ###9445)          | 168.92    |
| 09/25 | Remote Onl  |                   | 7,938.79  |
| 09/25 | Remote Onl  |                   | 300.00    |
| 09/25 | Online ACH  | 35)               | 900.00    |
| 09/25 | Online ACH  | ###4971)          | 424.13    |
| 09/25 | Online ACH  | #4560)            | 282.00    |
| 09/25 | Online ACH  | ####0988)         | 255.73    |
| 09/25 | Occidental  |                   | 129.97    |

## CHASE ◯

September 01, 2018 through September 28, 2018
Account Number: █████████ 9350



### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | Quickpay Wi | 27.86 |
| 09/26 | Fedwire Cred Minneapolis, 76034-2931/ 3091Afi17-R 0926F2Qcz6 mad: | 208.70 |
| 09/26 | Online Trans | 20,000.00 |
| 09/26 | Online Trans | 10,000.00 |
| 09/26 | Online ACH | 3,234.00 |
| 09/26 | Online ACH | 1,137.65 |
| 09/26 | Online ACH | 804.82 |
| 09/27 | Fedwire Cred Brazoria TX 76034-2931/ i18-Rc Mortgage Py hard | 12,000.00 |
| 09/27 | Online Trans | 60,418.10 |
| 09/27 | Quickpay Wi | 2,000.00 |
| 09/27 | Online ACH | 1,128.75 |
| 09/27 | Online ACH | 623.51 |
| 09/27 | Online ACH | 570.03 |
| 09/27 | Online ACH | 315.19 |
| 09/27 | Online ACH | 202.34 |
| 09/28 | Remote Onli | 7,312.90 |
| 09/28 | Remote Onli | 1,530.00 |
| 09/28 | Remote Onli | 200.00 |
| 09/28 | Online ACH | 5,000.00 |
| 09/28 | Online ACH | 1,528.47 |
| 09/28 | Online ACH | 1,360.02 |
| 09/28 | Online ACH | 1,100.00 |
| 09/28 | Online ACH | 947.00 |
| 09/28 | Online ACH | 850.00 |
| 09/28 | Online ACH (30) | 578.54 |
| 09/28 | Online ACH | 567.95 |
| 09/28 | Online ACH | 376.00 |
| 09/28 | Online ACH | 289.51 |
| 09/28 | Online ACH | 283.91 |
| 09/28 | Online ACH | 259.00 |
| 09/28 | Online ACH | 229.11 |
| 09/28 | Online ACH | 211.00 |
| **Total Deposits and Additions** | | **$361,914.12** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 19329 ^ | | 09/12 | $131.34 |
| 19392 *^ | | 09/04 | 68.00 |
| 19402 *^ | | 09/13 | 191.95 |
| 19416 *^ | | 09/17 | 79.95 |
| 19418 *^ | | 09/07 | 2,823.40 |
| 19419 ^ | | 09/04 | 663.60 |
| 19421 *^ | | 09/04 | 5,000.00 |
| 19422 ^ | | 09/06 | 183.88 |

PLs' Exhibit 85     SB1094492-F3     14552

# CHASE

September 01, 2018 through September 28, 2018
Account Number: 9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 19423 ^ | | 09/07 | 100.00 |
| 19425 *^ | | 09/07 | 425.00 |
| 19426 ^ | | 09/10 | 400.00 |
| 19427 ^ | | 09/18 | 2,235.23 |
| 19428 ^ | | 09/18 | 4,301.94 |
| 19429 ^ | | 09/14 | 325.00 |
| 19430 ^ | | 09/24 | 3,599.95 |
| 19431 ^ | | 09/24 | 1,137.63 |
| 19432 ^ | | 09/24 | 5,226.41 |
| 19434 *^ | | 09/21 | 185.00 |
| 19436 *^ | | 09/27 | 306.38 |
| 19437 ^ | | 09/24 | 51.24 |
| 19438 ^ | | 09/26 | 915.00 |
| 19439 ^ | | 09/25 | 29.28 |
| 19440 ^ | | 09/24 | 187.21 |
| 19441 ^ | | 09/19 | 34.22 |
| 19442 ^ | | 09/19 | 378.00 |
| 19443 ^ | | 09/25 | 200.00 |
| 19444 ^ | | 09/25 | 800.00 |
| 19445 ^ | | 09/26 | 66.34 |
| 19446 ^ | | 09/24 | 390.00 |
| 19448 *^ | | 09/27 | 200.00 |
| **Total Checks Paid** | | | **$30,635.95** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | Quickpay Wit | $600.00 |
| 09/04 | 09/04 Online | 2,500.00 |
| 09/04 | 09/04 Online | 2,400.34 |
| 09/04 | 09/04 Online | 3,066.78 |
| 09/04 | M & T Mortga | 1,061.26 |
| 09/04 | Blue Cross B | 551.00 |
| 09/04 | Ambetter | 20.64 |
| 09/05 | 09/05 Online | 2,937.71 |
| 09/05 | 09/05 Online | 1,788.64 |
| 09/05 | 09/05 Online | 1,247.64 |
| 09/05 | 09/05 Online | 1,232.09 |
| 09/05 | 09/05 Online | 1,093.12 |
| 09/05 | 09/05 Online | 931.34 |
| 09/05 | 09/05 Online | 804.51 |
| 09/05 | 09/05 Online | 768.75 |
| 09/05 | 09/05 Online | 1,493.26 |
| 09/05 | 09/05 Online | 639.24 |
| 09/05 | 09/05 Debit P | 9309) 1,685.21 |

# CHASE

September 01, 2018 through September 28, 2018
Account Number: 9350



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/05 | 09/05 Debit | #7370) | 751.70 |
| 09/05 | Pentagon Fe | | 1,236.85 |
| 09/05 | Pentagon Fe | | 1,095.14 |
| 09/05 | Pentagon Fe | | 615.90 |
| 09/06 | 09/06 Online | | 652.55 |
| 09/06 | 09/06 Online | | 559.33 |
| 09/06 | 09/06 Online | | 434.75 |
| 09/06 | 09/06 Online | | 970.42 |
| 09/06 | 09/06 Online | | 284.85 |
| 09/06 | 09/06 Online | | 2,921.19 |
| 09/06 | 09/06 Online | | 476.90 |
| 09/06 | 09/06 Online | 5) | 2,500.00 |
| 09/06 | Irs | | 1,305.35 |
| 09/07 | 09/07 Online | (_#####5257) | 3,500.00 |
| 09/07 | 09/07 Online | ) | 3,941.54 |
| 09/10 | 09/10 Online | | 1,500.00 |
| 09/10 | 09/10 Online | ) | 1,275.87 |
| 09/10 | 09/10 Online | ) | 829.21 |
| 09/10 | 09/10 Debit | ####0176) | 800.00 |
| 09/10 | Citi Autopay | | 1,000.00 |
| 09/10 | American Ex | | 65.94 |
| 09/11 | 09/10 Payme | | 5,000.00 |
| 09/11 | 09/10 Online | | 1,500.00 |
| 09/11 | 09/11 Online | | 1,000.00 |
| 09/11 | American Ex | | 1,523.00 |
| 09/11 | Citi Autopay | | 829.79 |
| 09/11 | Citi Autopay | | 650.00 |
| 09/11 | Citi Payment | | 293.15 |
| 09/12 | 09/11 Online | | 500.00 |
| 09/12 | 09/12 Debit (_#####7183 | ional Inc. | 1,549.89 |
| 09/12 | 09/12 Debit | (_#####2470) | 1,160.95 |
| 09/12 | 09/12 Debit (_#####7183 | ional Inc. | 1,012.17 |
| 09/12 | Pentagon Fe | | 620.00 |
| 09/13 | 09/13 Online | ) | 1,227.47 |
| 09/13 | 09/13 Online | | 772.41 |
| 09/13 | 09/13 Online | #####2488) | 850.00 |
| 09/13 | 09/13 Online | on) (_#####8973) | 745.76 |
| 09/13 | 09/13 Online | | 702.97 |
| 09/13 | 09/13 Online | | 318.58 |
| 09/13 | 09/13 Online | 16) | 250.00 |
| 09/13 | 09/13 Online | ) | 1,197.98 |
| 09/13 | 09/13 Online | ) | 633.75 |
| 09/13 | 09/13 Online | ) | 546.01 |
| 09/13 | 09/13 Online | | 1,747.15 |
| 09/13 | 09/13 Online | | 1,160.05 |
| 09/13 | 09/13 Online | | 679.19 |
| 09/13 | 09/13 Online | | 247.68 |
| 09/13 | 09/13 Online | | 420.06 |
| 09/13 | 09/13 Online | | 20,000.00 |

PLs' Exhibit 85    SB1094492-F3    14554

# CHASE

September 01, 2018 through September 28, 2018
Account Number: ████████9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | 09/13 Paym[...] | 5,000.00 |
| 09/13 | Payroll | 1,974.40 |
| 09/13 | Payroll | 1,060.20 |
| 09/13 | Payroll | 911.06 |
| 09/13 | Payroll | 731.48 |
| 09/13 | Payroll | 506.50 |
| 09/13 | Payroll | 426.24 |
| 09/14 | 09/14 Online | 639.24 |
| 09/17 | 09/15 Online | 5,000.00 |
| 09/18 | 09/18 Online | 333.67 |
| 09/18 | 09/18 Online | 3,654.80 |
| 09/18 | 09/18 Online | 2,274.75 |
| 09/18 | 09/18 Online | 488.13 |
| 09/18 | 09/18 Online | 1,668.12 |
| 09/18 | 09/18 Online | 337.80 |
| 09/18 | 09/18 Online | 337.80 |
| 09/18 | 09/18 Online | 2,494.15 |
| 09/18 | 09/18 Online | 2,494.15 |
| 09/18 | 09/18 Online | 1,674.26 |
| 09/18 | 09/18 Online [...]488) | 825.00 |
| 09/18 | 09/18 Online [...]488) | 825.00 |
| 09/18 | 09/18 Online [...]488) | 970.00 |
| 09/18 | 09/18 Online [...]488) | 1,177.11 |
| 09/18 | 09/18 Online [...]488) | 2,397.48 |
| 09/18 | 09/18 Online | 2,311.26 |
| 09/18 | 09/18 Online [...]488) | 26.20 |
| 09/18 | Bk of Amer [...] | 150.00 |
| 09/19 | 09/19 Online | 489.09 |
| 09/19 | 09/19 Online | 532.70 |
| 09/19 | 09/19 Online | 60,418.10 |
| 09/19 | 09/19 Online [...] Fort Worth [...] Properties/T[...] | 00659 2,146.48 |
| 09/19 | Irs | 1,387.18 |
| 09/19 | Irs | 1,368.51 |
| 09/20 | 09/20 Online [...] Group Mortg[...] | Financial Es 27,711.26 |
| 09/20 | Amz_Store[...] | 25.00 |
| 09/21 | 09/21 Online | 452.79 |
| 09/24 | 09/24 Online | 337.61 |
| 09/24 | 09/24 Online | 299.44 |
| 09/24 | 09/24 Online | 251.59 |
| 09/24 | 09/24 Online | 738.13 |
| 09/24 | 09/24 Online | 325.98 |
| 09/24 | 09/24 Online | 304.29 |
| 09/24 | 09/24 Online | 228.38 |
| 09/24 | 09/24 Online | 211.83 |
| 09/24 | 09/24 Online | 186.06 |
| 09/24 | 09/24 Online | 318.58 |
| 09/25 | 09/25 Online | 543.43 |
| 09/26 | 09/26 Online | 825.71 |

PLs' Exhibit 85     SB1094492-F3     14555

**CHASE** 

September 01, 2018 through September 28, 2018
Account Number: 9350

### ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | 09/26 Online | 10,000.00 |
| 09/26 | 09/26 Online | 37,748.83 |
| 09/26 | Aliera Health | 359.00 |
| 09/26 | Aliera Health | 150.00 |
| 09/27 | 09/27 Online | 645.62 |
| 09/27 | 09/27 Online | 214.83 |
| 09/27 | 09/27 Online | 188.23 |
| 09/27 | 09/27 Online ####8232) | 5,000.00 |
| 09/27 | 09/27 Online | 1,000.00 |
| 09/27 | 09/27 Online | 374.80 |
| 09/27 | 09/27 Online | 665.87 |
| 09/27 | 09/27 Online | 496.85 |
| 09/27 | 09/27 Online | 20,000.00 |
| 09/27 | 09/27 Payme | 2,000.00 |
| 09/27 | 09/27 Online | 3,300.46 |
| 09/27 | 09/27 Online 718) | 7,512.72 |
| 09/27 | 09/27 Online | 585.97 |
| 09/27 | 09/27 Online | 374.80 |
| 09/27 | Payroll | 1,128.51 |
| 09/27 | Payroll | 851.26 |
| 09/27 | Payroll | 731.48 |
| 09/27 | Payroll | 426.23 |
| 09/27 | Citi Autopay | 286.13 |
| 09/28 | 09/28 Online | 1,600.00 |
| 09/28 | 09/28 Online | 876.74 |
| 09/28 | 09/28 Online | 600.00 |
| 09/28 | 09/28 Debit 1867) | 1,128.75 |
| **Total Electronic Withdrawals** | | **$336,715.05** |

### OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Deposited Item Returned NSF 1St 099008006 # of Dep Amt0002400096 Dep Items00001Ck#:0000001287 Date083118Ck Amt0000111876 | $1,118.76 |
| **Total Other Withdrawals** | | **$1,118.76** |

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Service Charges For The Month of August | $199.60 |
| **Total Fees** | | **$199.60** |

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/04 | $101,578.86 | 09/10 | 133,384.04 | 09/14 | 97,314.57 |
| 09/05 | 96,934.93 | 09/11 | 124,782.38 | 09/17 | 104,333.34 |
| 09/06 | 116,070.70 | 09/12 | 124,868.76 | 09/18 | 108,911.34 |
| 09/07 | 118,545.76 | 09/13 | 95,632.84 | 09/19 | 47,825.84 |

Page 9 of 14

PLs' Exhibit 85    SB1094492-F3    14556



September 01, 2018 through September 28, 2018
Account Number: ████████9350

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/20 | 26,029.60 | 09/25 | 34,075.41 | 09/27 | 50,363.48 |
| 09/21 | 35,302.92 | 09/26 | 19,395.70 | 09/28 | 68,781.40 |
| 09/24 | 25,389.64 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████2620, ████6378, ████3028, ████9798, ████2378, ████7730, ████0711, ████3255, ████7772, ████4844, ████7041

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $184.25 |
| **Total Service Charges** | **$184.25** Will be assessed on 10/3/18 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| Return Item | 1 | Unlimited | 0 | $12.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 170 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 15 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 72 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 5 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 2 | 4 | 0 | $25.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Multi Feed Maint | 1 | 0 | 1 | $50.00 | $50.00 |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| Online ACH Payments Trans | 97 | 25 | 72 | $0.15 | $10.80 |
| Online ACH Collections Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| Online ACH Collections Trans | 179 | 25 | 154 | $0.25 | $38.50 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 10/3/18)** | | | | | **$184.25** |

**ACCOUNT ████2620**

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 2 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |

**ACCOUNT ████9350**

| | | | | | |
|---|---|---|---|---|---|
| **No Hassle Fees** | | | | | |
| Return Item | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 165 | | | | |
| Electronic Credits | 6 | | | | |

Page 10 of 14

# CHASE

September 01, 2018 through September 28, 2018
Account Number: 9350

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 65 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 5 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 2 | | | | |
| **Cash Management Services** | | | | | |
| Quick Deposit Multi Feed Maint | 1 | | | | |
| Online ACH Payments Maint | 1 | | | | |
| Online ACH Payments Trans | 97 | | | | |
| Online ACH Collections Maint | 1 | | | | |
| Online ACH Collections Trans | 179 | | | | |
| Online - Financial Mgmt Access Fee | 1 | | | | |

**ACCOUNT** 6378
**Electronic Credits**
Electronic Items Deposited — 1

**ACCOUNT** 3028
Electronic Credits — 2

**ACCOUNT** 9798
Electronic Items Deposited — 1
**Cash Management Services**
Online ACH Payments Maint — 1

**ACCOUNT** 2378
**Electronic Credits**
Electronic Credits — 2
**Credits**
Non-Electronic Transactions — 4

**ACCOUNT** 3255
**Electronic Credits**
Electronic Credits — 1

**ACCOUNT** 7772
Electronic Items Deposited — 1
Electronic Credits — 1

**ACCOUNT** 4844
Electronic Credits — 3

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 11 of 14

**CHASE**

September 01, 2018 through September 28, 2018
Account Number: 9350

This Page Intentionally Left Blank

Page 12 of 14

PLs' Exhibit 85     SB1094492-F3     14559

# CHASE ◯

September 01, 2018 through September 28, 2018
Account Number: ▮▮▮▮9350

## STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER** ▮▮▮▮9350   **BANK NUMBER** 201

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0004907-01 | 12/07/15 | 12/07/18 | 16780 | $350.00 |



Anson Financial Inc
62 Main St Ste 300
Colleyville TX 76034-2931

JPMorgan Chase Bank, N.A.
Texas Market
P O Box 182051
Columbus OH 43218-2051

Page 13 of 14



September 01, 2018 through September 28, 2018
Account Number: 9350

This Page Intentionally Left Blank

Page 14 of 14



PLs' Exhibit 85    SB1094492-F3    14561