**DECLARATION**

**Case No. : 141-311209-19**

Kristen Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/24/2021

By: *Kristen Wilson* (signature)
    Kristen Wilson
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1094492-F3

SUBP10a

PLs' Exhibit 86

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 29, 2018 through October 31, 2018
Account Number: 9350

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00003642 DRE 201 210 30718 NNNNNNNNNN 1 000000000 D2 0000
ANSON FINANCIAL INC
62 MAIN ST STE 300
COLLEYVILLE TX 76034-2931

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $68,781.40 |
| Deposits and Additions | 199 | 496,287.80 |
| Checks Paid | 24 | -29,208.64 |
| Electronic Withdrawals | 142 | -373,757.81 |
| Other Withdrawals | 1 | -123,258.68 |
| Fees | 1 | -184.25 |
| **Ending Balance** | **367** | **$38,659.82** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Online ACH | $1,735.35 |
| 10/01 | Online ACH | 1,685.21 |
| 10/01 | Online ACH | 1,195.00 |
| 10/01 | Online ACH | 1,153.75 |
| 10/01 | Online ACH | 875.00 |
| 10/01 | Online ACH | 752.82 |
| 10/01 | Online ACH | 751.70 |
| 10/01 | Online ACH | 339.36 |
| 10/01 | Online ACH | 321.31 |
| 10/01 | Online ACH | 294.33 |
| 10/01 | Online ACH | 279.86 |
| 10/01 | Online ACH | 260.56 |
| 10/01 | Online ACH | 254.50 |
| 10/01 | Online ACH | 149.07 |
| 10/01 | Online ACH | 115.50 |

Page 1 of 12

**CHASE**

September 29, 2018 through October 31, 2018
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE  | DESCRIPTION | AMOUNT   |
|-------|-------------|----------|
| 10/01 | Online ACH  | 89.54    |
| 10/01 | Online ACH  | 81.80    |
| 10/02 | Remote Onl  | 9,632.36 |
| 10/02 | Remote Onl  | 8,654.79 |
| 10/02 | Online ACH  | 1,095.26 |
| 10/02 | Online ACH  | 1,042.18 |
| 10/02 | Online ACH  | 882.91   |
| 10/02 | Online ACH  | 850.00   |
| 10/02 | Online ACH  | 788.35   |
| 10/02 | Online ACH  | 630.77   |
| 10/02 | Online ACH  ####0726) | 509.80   |
| 10/02 | Online ACH  | 481.76   |
| 10/02 | Online ACH  | 323.37   |
| 10/02 | Online ACH  | 300.00   |
| 10/02 | Online ACH  #6199) | 255.73   |
| 10/02 | Online ACH  | 199.82   |
| 10/02 | Online ACH  | 55.00    |
| 10/02 | Online ACH  762) | 29.22    |
| 10/03 | Remote Onl  | 6,711.15 |
| 10/03 | Online ACH  | 2,549.14 |
| 10/03 | Online ACH  | 1,600.00 |
| 10/03 | Online ACH  | 995.00   |
| 10/03 | Online ACH  | 912.83   |
| 10/03 | Online ACH  | 867.76   |
| 10/03 | Online ACH  0699) | 726.75   |
| 10/03 | Online ACH  | 603.12   |
| 10/03 | Online ACH  | 350.00   |
| 10/03 | Online ACH  | 100.00   |
| 10/04 | Remote Onl  | 6,965.67 |
| 10/04 | Online ACH  #######8300) | 1,052.83 |
| 10/04 | Online ACH  | 846.46   |
| 10/04 | Online ACH  81) | 580.00   |
| 10/04 | Online ACH  | 420.00   |
| 10/04 | Online ACH  8400) | 350.00   |
| 10/04 | Online ACH  5) | 336.23   |
| 10/04 | Online ACH  | 200.00   |
| 10/04 | Online ACH  | 171.00   |
| 10/05 | Remote Onl  | 6,939.61 |
| 10/05 | Online ACH  | 1,200.00 |
| 10/05 | Online ACH  | 743.52   |
| 10/05 | Online ACH  | 500.00   |
| 10/05 | Online ACH  | 447.17   |
| 10/05 | Online ACH  9377) | 268.52   |
| 10/05 | Online ACH  ###7493) | 255.73   |
| 10/05 | Online ACH  | 255.73   |
| 10/05 | Online ACH  | 235.14   |
| 10/05 | Online ACH  | 200.00   |
| 10/05 | Online ACH  7675) | 200.00   |
| 10/05 | Online ACH  | 193.75   |
| 10/05 | Online ACH  #5907) | 191.45   |
| 10/05 | Online ACH  | 171.00   |

PLs' Exhibit 86  SB1094492-F3  14781



CHASE

September 29, 2018 through October 31, 2018
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Online ACH | 164.22 |
| 10/05 | Online ACH | 115.78 |
| 10/09 | Remote Onli | 4,125.53 |
| 10/09 | Remote Onli | 395.00 |
| 10/09 | Quickpay Wi | 1,000.00 |
| 10/09 | Online ACH | 805.99 |
| 10/09 | Online ACH | 606.00 |
| 10/09 | Online ACH | 590.00 |
| 10/09 | Online ACH | 357.40 |
| 10/09 | Online ACH | 349.64 |
| 10/09 | Online ACH | 347.41 |
| 10/09 | Online ACH | 336.23 |
| 10/09 | Online ACH | 226.29 |
| 10/10 | Online ACH | 1,549.89 |
| 10/10 | Online ACH | 1,034.73 |
| 10/10 | Online ACH | 1,012.17 |
| 10/10 | Online ACH | 936.03 |
| 10/10 | Online ACH | 829.14 |
| 10/10 | Online ACH | 747.54 |
| 10/10 | Online ACH | 706.04 |
| 10/10 | Online ACH | 680.85 |
| 10/10 | Online ACH | 670.00 |
| 10/10 | Online ACH | 553.00 |
| 10/10 | Online ACH | 500.67 |
| 10/10 | Online ACH | 133.28 |
| 10/11 | Fedwire Cred 75024 Ref: 000001863 Investors, LL Trn: 3951009 | Plano, TX /Ac-000 Opa 01006732 127,680.60 |
| 10/11 | Remote Onli | 5,057.28 |
| 10/11 | Remote Onli | 825.00 |
| 10/11 | Online ACH | 974.56 |
| 10/11 | Online ACH | 688.29 |
| 10/11 | Online ACH | 513.75 |
| 10/11 | Online ACH | 434.31 |
| 10/11 | Online ACH | 279.86 |
| 10/12 | Online ACH | 2,721.43 |
| 10/12 | Online ACH | 1,195.00 |
| 10/12 | Online ACH | 940.08 |
| 10/12 | Online ACH | 827.11 |
| 10/12 | Online ACH | 601.00 |
| 10/12 | Online ACH | 300.00 |
| 10/12 | Online ACH | 200.17 |
| 10/12 | Online ACH | 174.11 |
| 10/12 | Online ACH | 139.72 |
| 10/15 | Remote Onli | 4,052.87 |
| 10/15 | Online Trans | 127,680.60 |
| 10/15 | Online ACH | 1,213.28 |
| 10/15 | Online ACH | 743.46 |
| 10/15 | Online ACH | 643.32 |
| 10/16 | Remote Onli | 5,706.67 |

Page 3 of 12

# CHASE

September 29, 2018 through October 31, 2018
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | Online ACH | 925.93 |
| 10/16 | Online ACH | 700.00 |
| 10/16 | Online ACH | 512.95 |
| 10/16 | Online ACH | 346.17 |
| 10/16 | Online ACH | 338.97 |
| 10/16 | Online ACH | 255.73 |
| 10/16 | Online ACH | 108.84 |
| 10/16 | Online ACH | 67.40 |
| 10/16 | Online ACH | 55.47 |
| 10/17 | Deposit | 9,655.76 |
| 10/17 | Remote Online | 2,100.75 |
| 10/17 | Deposit | 556.01 |
| 10/17 | Online Trans | 10,000.00 |
| 10/17 | Online Trans | 10,000.00 |
| 10/17 | Online Trans | 4,000.00 |
| 10/17 | Online ACH | 1,907.00 |
| 10/17 | Online Trans | 1,400.00 |
| 10/17 | Online Trans | 1,000.00 |
| 10/17 | Online ACH | 392.64 |
| 10/17 | Online ACH | 222.44 |
| 10/17 | Online ACH | 124.68 |
| 10/18 | Remote Online | 863.00 |
| 10/18 | Online ACH | 170.00 |
| 10/18 | Online ACH | 155.00 |
| 10/19 | Remote Online | 10,216.39 |
| 10/19 | Online ACH | 1,255.00 |
| 10/19 | Online ACH | 1,128.75 |
| 10/19 | Online ACH | 825.98 |
| 10/19 | Online ACH | 800.00 |
| 10/19 | Online ACH | 743.52 |
| 10/19 | Online ACH | 690.18 |
| 10/19 | Online ACH | 500.00 |
| 10/19 | Online ACH | 459.26 |
| 10/19 | Online ACH | 292.71 |
| 10/19 | Online ACH | 165.00 |
| 10/22 | Remote Online | 5,979.69 |
| 10/22 | Online ACH | 727.97 |
| 10/22 | Online ACH | 400.00 |
| 10/22 | Online ACH | 315.19 |
| 10/22 | Online ACH | 282.00 |
| 10/22 | Online ACH | 233.09 |
| 10/22 | Online ACH | 175.00 |
| 10/22 | Online ACH | 135.00 |
| 10/23 | Remote Online | 1,548.11 |
| 10/23 | Online ACH | 811.24 |
| 10/23 | Online ACH | 294.33 |
| 10/23 | Online ACH | 244.37 |
| 10/23 | Online ACH | 149.07 |
| 10/24 | Remote Online | 2,022.37 |
| 10/24 | Online ACH | 4,000.00 |
| 10/24 | Online ACH | 900.00 |

PLs' Exhibit 86    SB1094492-F3    14783

# CHASE 

September 29, 2018 through October 31, 2018
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24 | Online ACH | 336.23 |
| 10/24 | Online ACH | 263.27 |
| 10/25 | Remote Onl | 2,462.43 |
| 10/25 | Online ACH | 800.00 |
| 10/25 | Online ACH (88) | 255.73 |
| 10/25 | Occidental | 128.52 |
| 10/26 | Quickpay W | 2,000.00 |
| 10/26 | Online ACH | 1,528.47 |
| 10/26 | Online ACH | 1,137.65 |
| 10/26 | Online ACH | 850.00 |
| 10/26 | Online ACH | 804.82 |
| 10/26 | Online ACH | 567.95 |
| 10/26 | Online ACH | 289.51 |
| 10/26 | Online ACH (63) | 283.91 |
| 10/26 | Online ACH | 229.11 |
| 10/29 | Remote Onl | 5,417.67 |
| 10/29 | Remote Onl | 5,189.07 |
| 10/29 | Remote Onl | 200.00 |
| 10/29 | Online ACH 8) | 320.49 |
| 10/30 | Remote Onl | 6,768.66 |
| 10/30 | Remote Onl | 1,400.00 |
| 10/30 | Online ACH | 1,360.02 |
| 10/30 | Online ACH ####5730) | 578.54 |
| 10/30 | Online ACH ###0726) | 509.80 |
| 10/30 | Online ACH | 500.00 |
| 10/30 | Online ACH 870) | 376.76 |
| 10/30 | Online ACH | 350.00 |
| 10/30 | Online ACH #1346) | 294.33 |
| 10/30 | Online ACH | 260.56 |
| 10/30 | Online ACH 73) | 254.50 |
| 10/30 | Online ACH | 211.00 |
| 10/30 | Online ACH | 135.00 |
| 10/31 | Remote Onl | 1,400.00 |
| 10/31 | Online ACH 8) | 1,100.00 |
| **Total Deposits and Additions** | | **$496,287.80** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 19417 ^ | | 10/12 | $2,448.59 |
| 19433 *^ | | 10/23 | 291.65 |
| 19435 *^ | | 10/05 | 550.44 |
| 19447 *^ | | 10/18 | 441.33 |
| 19449 *^ | | 10/05 | 42.71 |
| 19450 ^ | | 10/02 | 3,996.00 |
| 19451 ^ | | 10/02 | 190.00 |
| 19452 ^ | | 10/05 | 1,342.00 |
| 19453 ^ | | 10/05 | 200.00 |
| 19454 ^ | | 10/05 | 2,500.00 |
| 19455 ^ | | 10/05 | 2,500.00 |

PLs' Exhibit 86    SB1094492-F3    14784



September 29, 2018 through October 31, 2018
Account Number: 9350

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 19456 ^ | | 10/16 | 3,646.45 |
| 19457 ^ | | 10/09 | 5,404.42 |
| 19458 ^ | | 10/16 | 104.94 |
| 19459 ^ | | 10/16 | 850.00 |
| 19461 * ^ | | 10/18 | 1,225.00 |
| 19462 ^ | | 10/25 | 26.23 |
| 19463 ^ | | 10/29 | 185.00 |
| 19464 ^ | | 10/25 | 371.65 |
| 19465 ^ | | 10/24 | 275.22 |
| 19466 ^ | | 10/29 | 51.24 |
| 19467 ^ | | 10/30 | 29.21 |
| 19468 ^ | | 10/31 | 2,165.00 |
| 19473 * ^ | | 10/30 | 371.56 |
| **Total Checks Paid** | | | **$29,208.64** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | 10/01 Online | $232.57 |
| 10/01 | M & T Mortga | 1,068.82 |
| 10/01 | Blue Cross B | 551.00 |
| 10/01 | Ambetter | 20.64 |
| 10/02 | 10/02 Online | 1,720.51 |
| 10/02 | 10/02 Online | 599.28 |
| 10/02 | Pentagon Fe | 1,236.85 |
| 10/02 | Pentagon Fe | 615.90 |
| 10/03 | 10/03 Online | 1,800.00 |
| 10/03 | 10/03 Debit (_#####9309) | 1,685.21 |
| 10/03 | Pentagon Fe | 1,095.14 |
| 10/03 | Irs | 742.81 |
| 10/04 | 10/04 Online | 2,937.71 |
| 10/04 | 10/04 Online | 1,788.64 |
| 10/04 | 10/04 Online | 1,232.09 |
| 10/04 | 10/04 Online | 1,093.12 |
| 10/04 | 10/04 Online | 768.75 |
| 10/04 | 10/04 Online | 1,247.64 |
| 10/04 | 10/04 Online | 931.34 |
| 10/04 | 10/04 Online | 804.51 |
| 10/04 | 10/04 Online | 1,493.26 |
| 10/04 | 10/04 Online | 639.24 |
| 10/04 | 10/04 Online 718) | 2,400.34 |
| 10/04 | 10/04 Online | 2,500.00 |
| 10/04 | 10/04 Online | 476.90 |
| 10/04 | 10/04 Online | 284.85 |
| 10/04 | 10/04 Online | 970.42 |



September 29, 2018 through October 31, 2018
Account Number: 9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/04 | 10/04 Online | 2,921.19 |
| 10/04 | 10/04 Online | 434.75 |
| 10/04 | 10/04 Online | 2,500.00 |
| 10/05 | 10/04 Online | 5,465.91 |
| 10/05 | 10/05 Online ...659 Fort Worth T... mad: 1005B1Qgc0 | 250.74 |
| 10/05 | 10/05 Online | 559.33 |
| 10/05 | 10/05 Online | 652.55 |
| 10/05 | 10/05 Online | 336.23 |
| 10/09 | 10/09 Online | 3,941.54 |
| 10/09 | 10/09 Online ...57) | 3,500.00 |
| 10/09 | Citi Autopay | 1,000.00 |
| 10/09 | American Ex | 150.13 |
| 10/10 | 10/10 Online | 1,275.87 |
| 10/10 | 10/10 Online | 829.21 |
| 10/10 | 10/10 Online | 1,500.00 |
| 10/10 | 10/10 Debit ...3) | 200.00 |
| 10/10 | 10/10 Debit | 171.00 |
| 10/11 | 10/11 Online | 702.97 |
| 10/11 | 10/11 Online | 420.06 |
| 10/11 | 10/11 Online | 247.68 |
| 10/11 | 10/11 Online | 1,000.00 |
| 10/11 | 10/11 Online | 15,000.00 |
| 10/11 | 10/11 Online | 127,680.60 |
| 10/11 | 10/11 Online | 2,000.00 |
| 10/11 | 10/11 Online | 4,674.27 |
| 10/11 | American Ex | 1,544.00 |
| 10/11 | Pitney Bowe | 1,330.97 |
| 10/11 | Payroll | 1,138.94 |
| 10/11 | Payroll | 960.44 |
| 10/11 | Payroll | 925.39 |
| 10/11 | Citi Autopay | 870.01 |
| 10/11 | Citi Autopay | 650.00 |
| 10/11 | Pentagon Fe | 620.00 |
| 10/11 | Payroll | 426.24 |
| 10/11 | Citi Payment | 269.30 |
| 10/11 | Payroll | 220.10 |
| 10/11 | Pitney Bowe | 202.37 |
| 10/12 | 10/12 Online | 1,160.05 |
| 10/12 | 10/12 Online | 679.19 |
| 10/12 | 10/12 Online | 1,747.15 |
| 10/12 | 10/12 Online | 546.01 |
| 10/12 | 10/12 Online | 1,197.98 |
| 10/12 | 10/12 Online | 633.75 |
| 10/12 | 10/12 Online | 250.00 |
| 10/12 | 10/12 Online | 318.58 |
| 10/15 | 10/13 Online | 11,254.40 |
| 10/15 | 10/13 Online | 13,500.00 |
| 10/15 | 10/15 Online ) | 850.00 |
| 10/15 | 10/15 Online ...8973) | 745.76 |

PLs' Exhibit 86  SB1094492-F3  14786



**CHASE**

September 29, 2018 through October 31, 2018
Account Number: ████████9350

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | 10/15 Online | 772.41 |
| 10/15 | 10/15 Online | 1,227.47 |
| 10/15 | 10/15 Online | 814.42 |
| 10/15 | 10/15 Online | 508.13 |
| 10/15 | 10/15 Online | 3,189.97 |
| 10/15 | 10/15 Online | 997.66 |
| 10/15 | American Ex | 2,000.00 |
| 10/16 | 10/16 Online | 639.24 |
| 10/16 | 10/16 Online | 31,339.92 |
| 10/16 | 10/16 Online | 6,954.89 |
| 10/16 | 10/16 Online | 10,000.00 |
| 10/17 | 10/16 Online ##2488) | 974.03 |
| 10/17 | 10/16 Online ##2488) | 970.00 |
| 10/17 | 10/16 Online ##2488) | 825.00 |
| 10/17 | 10/16 Online ##2488) | 825.00 |
| 10/17 | 10/16 Online ##2488) | 2,294.11 |
| 10/17 | Irs | 761.42 |
| 10/18 | 10/18 Online | 489.09 |
| 10/18 | 10/18 Online | 532.70 |
| 10/18 | 10/18 Online | 333.67 |
| 10/18 | Bk of Amer V | 150.00 |
| 10/22 | 10/20 Online | 500.00 |
| 10/22 | Amz_Storecr | 25.00 |
| 10/23 | 10/23 Online | 452.79 |
| 10/23 | 10/23 Online | 20,000.00 |
| 10/23 | 10/23 Debit ####6149) | 743.52 |
| 10/24 | 10/24 Online | 325.98 |
| 10/24 | 10/24 Online | 318.58 |
| 10/24 | 10/24 Online | 738.13 |
| 10/24 | 10/24 Online | 337.61 |
| 10/24 | 10/24 Online | 304.29 |
| 10/24 | 10/24 Online | 251.59 |
| 10/24 | 10/24 Online | 228.38 |
| 10/24 | 10/24 Online | 211.83 |
| 10/24 | 10/24 Online | 186.06 |
| 10/24 | 10/24 Online | 299.44 |
| 10/25 | 10/25 Online | 374.80 |
| 10/25 | 10/25 Online | 543.43 |
| 10/25 | 10/25 Online | 825.71 |
| 10/25 | 10/25 Online 8) | 1,155.00 |
| 10/25 | Payroll | 1,127.54 |
| 10/25 | Payroll | 960.44 |
| 10/25 | Payroll | 858.52 |
| 10/25 | Payroll | 426.22 |
| 10/26 | 10/26 Online | 374.80 |
| 10/26 | 10/26 Online | 585.97 |
| 10/26 | 10/26 Online | 496.85 |
| 10/26 | 10/26 Online | 665.87 |
| 10/26 | 10/26 Online 9718) | 7,512.72 |
| 10/26 | 10/26 Payme | 672.00 |
| 10/26 | Aliera Health | 359.00 |



September 29, 2018 through October 31, 2018
Account Number: 9350

### ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | Aliera Health | 150.00 |
| 10/29 | 10/29 Online | 645.62 |
| 10/29 | 10/29 Online | 214.83 |
| 10/29 | 10/29 Online | 188.23 |
| 10/29 | 10/29 Online (8232) | 5,000.00 |
| 10/29 | 10/29 Online | 1,000.00 |
| 10/29 | 10/29 Online | 3,300.46 |
| 10/29 | 10/29 Online | 174.07 |
| 10/29 | Citi Autopay | 256.82 |
| 10/30 | Payroll | 59.64 |
| 10/31 | 10/31 Online | 150.00 |
| 10/31 | 10/31 Online | 1,600.00 |
| 10/31 | 10/31 Online | 876.74 |
| 10/31 | 10/31 Online | 600.00 |
| 10/31 | Irs | 688.00 |
| **Total Electronic Withdrawals** | | **$373,757.81** |

### OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | 10/17 Withdrawal | $123,258.68 |
| **Total Other Withdrawals** | | **$123,258.68** |

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Service Charges For The Month of September | $184.25 |
| **Total Fees** | | **$184.25** |

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $77,243.03 | 10/12 | 61,911.59 | 10/23 | 31,693.73 |
| 10/02 | 94,615.81 | 10/15 | 160,384.90 | 10/24 | 35,738.49 |
| 10/03 | 104,524.15 | 10/16 | 115,867.59 | 10/25 | 32,715.63 |
| 10/04 | 90,021.59 | 10/17 | 27,318.63 | 10/26 | 29,589.84 |
| 10/05 | 87,703.30 | 10/18 | 25,334.84 | 10/29 | 29,700.80 |
| 10/09 | 82,846.70 | 10/19 | 42,411.63 | 10/30 | 42,239.56 |
| 10/10 | 88,223.96 | 10/22 | 50,134.57 | 10/31 | 38,659.82 |
| 10/11 | 63,794.27 | | | | |

### SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 2620, 6378, 3028, 9798, 2378, 7730, 0711, 3255, 7772, 4844, 7041



September 29, 2018 through October 31, 2018
Account Number: 9350

## SERVICE CHARGE SUMMARY *(continued)*

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $179.35 |
| **Total Service Charges** | **$179.35** Will be assessed on 11/5/18 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 157 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 11 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 71 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | $25.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Multi Feed Maint | 1 | 0 | 1 | $50.00 | $50.00 |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| Online ACH Payments Trans | 96 | 25 | 71 | $0.15 | $10.65 |
| Online ACH Collections Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| Online ACH Collections Trans | 160 | 25 | 135 | $0.25 | $33.75 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 11/5/18)** | | | | | **$179.35** |

**ACCOUNT** 2620

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 1 |
| **Credits** | |
| Non-Electronic Transactions | 5 |

**ACCOUNT** 9350

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Items Deposited | 154 |
| Electronic Credits | 2 |
| **Credits** | |
| Non-Electronic Transactions | 64 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 1 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 1 |
| **Cash Management Services** | |
| Quick Deposit Multi Feed Maint | 1 |
| Online ACH Payments Maint | 1 |
| Online ACH Payments Trans | 96 |
| Online ACH Collections Maint | 1 |
| Online ACH Collections Trans | 160 |
| Online - Financial Mgmt Access Fee | 1 |

**ACCOUNT** 3028

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 2 |
| **Credits** | |
| Non-Electronic Transactions | 1 |

PLs' Exhibit 86

SB1094492-F3

14789



September 29, 2018 through October 31, 2018
Account Number: ███████9350

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** ███████ **9798** | | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |
| **ACCOUNT** ███████ **2378** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | | | | |
| Electronic Credits | 3 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **ACCOUNT** ███████ **3255** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **ACCOUNT** ███████ **7772** | | | | | |
| Electronic Items Deposited | 1 | | | | |
| Electronic Credits | 1 | | | | |
| **ACCOUNT** ███████ **4844** | | | | | |
| Electronic Credits | 2 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



September 29, 2018 through October 31, 2018
Account Number: ███████9350

This Page Intentionally Left Blank

Page 12 of 12