

# CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 29, 2014 through December 31, 2014
Account Number: ██████████ 9350

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002080 DRE 201 210 00615 YNNNNNNNNNN 1 000000000 D2 0000
ANSON FINANCIAL INC
1210 HALL JOHNSON RD STE 100
COLLEYVILLE TX 76034-7819

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $204,101.23 |
| Deposits and Additions | 164 | 547,393.13 |
| Checks Paid | 72 | -311,158.51 |
| Electronic Withdrawals | 127 | -330,259.68 |
| Fees and Other Withdrawals | 2 | -2,429.00 |
| **Ending Balance** | 365 | **$107,647.17** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Remote Online ██████ | $8,439.90 |
| 12/01 | Deposit 65█ ██████ | 5,400.00 |
| 12/01 | Remote Online ██████ | 2,240.26 |
| 12/01 | Fwha ██████ | 665.00 |
| 12/01 | Online ACH D█ ██████ | 254.50 |
| 12/01 | Online ACH D█ ██████ | 171.00 |
| 12/02 | Fedwire Credit ██████ 75075-0000 R ██████ 000001863 Rf█ ██████ 008-127351 C ██████ | 6,081.75 |
| 12/02 | Remote Online ██████ | 11,924.15 |
| 12/02 | Online ACH D█ ██████ | 565.00 |
| 12/02 | Online ACH D█ ██████ | 450.00 |
PL'S DEPO EXHIBIT 6

Page 1 of 14

PLs' Exhibit 87



November 29, 2014 through December 31, 2014
Account Number: ███████9350

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Online ACH Debit 4 | 211.35 |
| 12/02 | Online ACH Debit 4 | 179.48 |
| 12/02 | Online ACH Debit 4 | 99.65 |
| 12/02 | Online ACH Debit 4 | 85.04 |
| 12/02 | Online ACH Debit 4 | 41.99 |
| 12/03 | Remote Online Dep | 5,021.82 |
| 12/03 | Online ACH Debit 4 | 784.10 |
| 12/03 | Online ACH Debit 4 | 776.33 |
| 12/03 | Online ACH Debit 4 | 776.33 |
| 12/03 | Online ACH Debit 4 | 746.83 |
| 12/03 | Online ACH Debit 4 | 737.52 |
| 12/03 | Online ACH Debit 4 | 603.12 |
| 12/03 | Online ACH Debit 4 | 504.62 |
| 12/03 | Online ACH Debit 4 | 504.62 |
| 12/03 | Online ACH Debit 4 | 354.94 |
| 12/03 | Online ACH Debit 4 | 192.00 |
| 12/03 | Online ACH Debit 4 | 155.27 |
| 12/03 | Online ACH Debit 4 | 100.00 |
| 12/03 | Online ACH Debit 4 | 37.00 |
| 12/04 | Remote Online De | 43,964.84 |
| 12/04 | Deposit     656957 | 1,898.13 |
| 12/04 | Online ACH Debit 4 | 799.55 |
| 12/04 | Online ACH Debit 4 | 700.00 |
| 12/04 | Online ACH Debit 4 | 416.67 |
| 12/04 | Online ACH Debit 4 | 250.00 |
| 12/04 | Online ACH Debit 4 | 116.17 |
| 12/05 | Remote Online De | 5,567.81 |
| 12/05 | Online ACH Debit 4 | 323.06 |
| 12/05 | Online ACH Debit 4 | 314.49 |
| 12/05 | Online ACH Debi | 300.00 |
| 12/05 | Online ACH Debi | 300.00 |
| 12/05 | Online ACH Debi | 215.01 |
| 12/05 | Online ACH Debi | 200.00 |
| 12/05 | Online ACH Debi | 196.97 |
| 12/05 | Online ACH Debi | 190.11 |
| 12/05 | Online ACH Debi | 143.55 |
| 12/08 | Remote Online D | 20,424.62 |
| 12/08 | Remote Online D | 2,450.00 |
| 12/08 | Remote Online D | 2,084.11 |
| 12/08 | Deposit     6569 | 876.01 |
| 12/08 | Online ACH Debi | 1,200.00 |
| 12/08 | Online ACH Debi | 788.75 |
| 12/08 | Online ACH Debi | 207.99 |
| 12/08 | Online ACH Debi | 96.05 |
| 12/09 | Deposit     6569 | 2,431.85 |
| 12/09 | Deposit     6569 | 1,705.00 |
| 12/09 | Remote Online D | 1,215.00 |

PLs' Exhibit 87


**CHASE**

November 29, 2014 through December 31, 2014
Account Number: 9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Online ACH Debit 4 | 737.52 |
| 12/09 | Online ACH Debit 4 | 607.09 |
| 12/09 | Online ACH Debit 4 | 250.00 |
| 12/09 | Online ACH Debit 4 | 94.84 |
| 12/10 | Remote Online Dep | 3,024.23 |
| 12/10 | Online ACH Debit 4 | 152.52 |
| 12/11 | Remote Online Dep | 21,720.42 |
| 12/11 | Online ACH Debit 4 | 509.85 |
| 12/11 | Online ACH Debit 4 | 362.22 |
| 12/11 | Online ACH Debit 4 | 219.09 |
| 12/12 | Fedwire Credit Via: Group Mortgage Wa TX 76034-7819/Ac- 1212Qmqft0130023 | 151,589.81 |
| 12/12 | Remote Online Dep | 4,256.29 |
| 12/12 | Online ACH Debit 4 | 263.95 |
| 12/12 | Online ACH Debit 4 | 201.60 |
| 12/15 | Remote Online Dep | 4,572.20 |
| 12/15 | Deposit 656957 | 1,700.00 |
| 12/15 | Remote Online De | 1,000.00 |
| 12/15 | Deposit 656957 | 440.00 |
| 12/15 | Deposit 656957 | 340.00 |
| 12/15 | Online ACH Debit 4 | 226.29 |
| 12/16 | Fedwire Credit Via: TX 75075-8212 Re 76034-7819/Ac-00 Imad: 1216I1B7031 | 22,683.94 |
| 12/16 | Remote Online De | 6,401.37 |
| 12/16 | Deposit 656957 | 2,070.00 |
| 12/16 | Online ACH Debit 4 | 1,107.07 |
| 12/16 | Online ACH Debit 4 | 698.70 |
| 12/16 | Online ACH Debit 4 | 643.32 |
| 12/16 | Online ACH Debit | 565.00 |
| 12/16 | Online ACH Debit | 465.80 |
| 12/16 | Online ACH Debit | 348.57 |
| 12/16 | Online ACH Debit | 338.97 |
| 12/16 | Online ACH Debit | 300.00 |
| 12/16 | Online ACH Debit | 217.35 |
| 12/16 | Online ACH Debit | 152.87 |
| 12/16 | Online ACH Debit | 148.09 |
| 12/16 | Online ACH Debit | 124.98 |
| 12/16 | Online ACH Debit | 67.40 |
| 12/17 | Remote Online De | 13,212.00 |
| 12/17 | Remote Online De | 4,050.00 |
| 12/17 | Remote Online De | 3,928.65 |
| 12/17 | Online ACH Debit | 222.44 |
| 12/17 | Online ACH Debit | 108.84 |
| 12/18 | Deposit 6569 | 2,195.00 |



**PLs' Exhibit 87**



November 29, 2014 through December 31, 2014
Account Number: █████████9350

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | Remote Online Deposit    6 | 1,236.93 |
| 12/18 | Online ACH Debit 4 | 662.97 |
| 12/18 | Online ACH Debit 4 | 653.88 |
| 12/18 | Online ACH Debit 4 | 177.67 |
| 12/18 | Online ACH Debit 4 | 170.72 |
| 12/18 | Online ACH Debit 4 | 100.00 |
| 12/18 | Online ACH Debit 4 | 76.77 |
| 12/19 | Remote Online Dep | 5,354.54 |
| 12/19 | Deposit    656957 | 500.00 |
| 12/19 | Online ACH Debit 4 | 3,752.20 |
| 12/19 | Online ACH Debit 4 | 825.98 |
| 12/19 | Online ACH Debit 4 | 180.00 |
| 12/22 | Remote Online Dep | 3,949.65 |
| 12/22 | Online ACH Debit 4 | 777.88 |
| 12/22 | Online ACH Debit 4 | 658.33 |
| 12/22 | Online ACH Debit 4 | 365.64 |
| 12/22 | Online ACH Debit 4 | 133.28 |
| 12/22 | Online ACH Debit | 106.43 |
| 12/22 | Online ACH Debit | 55.47 |
| 12/23 | Remote Online De | 3,585.84 |
| 12/23 | Online ACH Debit | 976.11 |
| 12/23 | Online ACH Debit | 829.14 |
| 12/23 | Online ACH Debit | 700.00 |
| 12/24 | Remote Online De | 3,394.42 |
| 12/24 | Online ACH Debit | 320.00 |
| 12/24 | Online ACH Debit | 176.09 |
| 12/24 | Online ACH Debit | 140.25 |
| 12/26 | Remote Online De | 1,911.11 |
| 12/26 | Deposit    65701 | 1,350.00 |
| 12/26 | Online ACH Debit | 2,500.00 |
| 12/26 | Online ACH Debit | 1,528.47 |
| 12/26 | Online ACH Debit | 1,054.00 |
| 12/26 | Online ACH Debit | 784.10 |
| 12/26 | Online ACH Debit | 776.33 |
| 12/26 | Online ACH Debit | 776.33 |
| 12/26 | Online ACH Debit | 746.83 |
| 12/26 | Online ACH Debit | 737.52 |
| 12/26 | Online ACH Debit | 543.43 |
| 12/26 | Online ACH Debit | 504.62 |
| 12/26 | Online ACH Debit | 504.62 |
| 12/26 | Oxypet3    Pa | 201.78 |
| 12/26 | Online ACH Debit | 164.22 |
| 12/26 | Online ACH Debit | 155.27 |
| 12/26 | Online ACH Debit | 135.16 |
| 12/29 | Remote Online De | 6,864.23 |
| 12/29 | Online ACH Debit | 976.11 |
| 12/29 | Online ACH Debit | 688.14 |

PLs' Exhibit 87



November 29, 2014 through December 31, 2014
Account Number: 9350

## DEPOSITS AND ADDITIONS | *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29 | Online ACH Debit 4 | 567.95 |
| 12/29 | Online ACH Debit 4 | 152.52 |
| 12/30 | Fedwire Credit Via: 75038- Ref: Chase 000001863 Rfb=O/ Johnsmithdrive, La 1230F2Qcz60C003 | 72,312.88 |
| 12/30 | Remote Online Dep | 14,513.33 |
| 12/30 | Deposit  657017 | 695.00 |
| 12/30 | Online ACH Debit 4 | 5,696.99 |
| 12/30 | Online ACH Debit 4 | 1,301.32 |
| 12/30 | Online ACH Debit 2 | 407.58 |
| 12/30 | Online ACH Debit 4 | 254.50 |
| 12/30 | Online ACH Debit 4 | 236.94 |
| 12/30 | Online ACH Debit 4 | 218.94 |
| 12/31 | Remote Online Dep | 5,230.00 |
| 12/31 | Deposit  657017 | 1,160.25 |
| 12/31 | Online ACH Debit 4 | 1,218.78 |
| 12/31 | Online ACH Debit | 387.86 |
| 12/31 | Online ACH Debit | 173.88 |
| 12/31 | Online ACH Debit | 171.00 |
| 12/31 | Online ACH Debit | 133.36 |

**Total Deposits and Additions**     **$547,393.13**



## CHECKS PAID



PLs' Exhibit 87