

PLs' Exhibit 89

011431