I certify that this is a true and correct copy of the original hereof as filed of record.

## WARRANTY DEED WITH VENDOR'S LIEN

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

Date: May 4, 2012

Grantor: Alvord 287 Joint Venture

Grantor's Mailing Address (including county):
226 Bailey Street, Suite 104, Fort Worth, Tarrant County, Texas 76107

Grantee: Billie E. Adams and Sondra Adams

Grantee's Mailing Address (including county):
2100 Dove Loop Lot 15, Grapevine, Tarrant County, Texas 76051

Consideration: TEN AND NO/100 DOLLARS ($10.00), other good and valuable consideration, and a First Lien Note of even date that is in the principal amount of Twenty Nine Thousand and No/100 Dollars ($29,000.00) executed by Grantee, payable to the order of Alvord 287 Joint Venture. The Note is secured by Vendors' Lien retained in favor of Alvord 287 Joint Venture in this Deed and by Deeds of Trust of even date from Grantee to Alvin A. Miller, Trustee.

Property (including any improvements):
See Attached Exhibit "A".

Reservations from and Exceptions to Conveyance and Warranty:
  1. Easements, rights-of-way and prescriptive rights, whether of record or not;

  2. All presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that affect the property;

  3. Rights of adjoining owners in any walls and fences situated on a common boundary;

  4. Any discrepancies, conflicts or shortages in area or boundary lines;

  5. Any encroachments or overlapping of improvements;

  6. Standby fees and taxes for 2011, and subsequent years, the payment of which Grantee assumes.
  7. Taxes due for any reason by any change in use or particular use by the Grantee.
  8. All oil, gas and other minerals in and under the

property.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to warranty.

When the context requires, singular nouns and pronouns include the plural.

The vendors' lien against and superior title to the property are retained until each note described is fully paid according to its terms, at which time this deed shall become absolute.

Jay Lesok, President, Jentex Financial, Inc., Joint Venturer, Alvord 287 Joint Venture

Mailing Address of each Grantee:
Billie E. Adams and Sondra Adams
2100 Dove Loop Lot 15
Grapevine, Texas 76051

STATE OF TEXAS )
COUNTY OF TARRANT )

This instrument was acknowledged before me on the 7th day of May, 2012 by Jay Lesok, President, Jentex Financial, Inc., Joint Venturer, Alvord 287 Joint Venture.

Notary Public, State of Texas

WHEN RECORDED RETURN TO:
Billie E. Adams and Sondra Adams
2100 Dove Loop Lot 15
Grapevine, Texas 76051


DOROTHY J. WIANT
MY COMMISSION EXPIRES
January 29, 2014

Escrow File No.: TS12-374140

# EXHIBIT "A"

A 1.50 acre tract of land in the G.B. Buchanan Survey A-31, Wise County, Texas and being part of a tract of land described in deed to The Alvord 287 Joint Venture recorded in Volume 796, Page 674, Deed Records, Wise County, Texas and being more particularly described as follows:

BEGINNING at an iron rod set in the east line of a County Road from which the northwest corner of said Joint Venture tract bears North 1°57'27" West 503.07 feet and South 89°36'57" West 60.02 feet;

THENCE South 1°57'27" East with the east line of a County Road 131.67 feet to an iron rod set for corner;

THENCE South 2° 01'52" East with the east line of said County Road 65.73 feet to an iron rod set for corner;

THENCE North 89°41'19" East 328.30 feet to an iron rod set in the west line of a sixty foot road;

THENCE North 00°18'41" West with the west line of said road 197.31 feet to an iron rod set for corner;

THENCE North 89°41'19" West 333.99 feet to the POINT OF BEGINNING.

(ALSO KNOWN AS TRACT 54 OF DIAMOND RIDGE, AN UNRECORDED SUBDIVISION)

The Company is prohibited from insuring the area or quantity of land described herein. Therefore, the Company does not represent that the acreage or square footage calculations are correct References to quantity are for informational purposes only.

