Pay $2,000 to
Robert Wood

For Land/Title Info:
Contact Robert Wood 817-204-8250

## SALES CONTRACT

THE STATE OF TEXAS
COUNTY OF __WISE__

TYPE OF FINANCING: **Owner Finance**

ALVORD 287 JOINT VENTURE __ (Seller) hereby, sells and agrees to convey by this Agreement and Contract to
~~GREGORY PAUL VANDERWALT~~
ANNE LOUISE VANDERWALT (Purchaser) the following property, situated in __WISE__ County, Texas.

DEVELOPMENT: __DIAMOND RIDGE__ LOT: __6__ BLOCK: __

STREET ADDRESS: _____ 214 PR 4732 _____

CITY/STATE/ZIP: ____ RHOME, TX 76078 ____

The purchase price is $ __25000__ Payable as follows: Down Payment $ __Cash__

Amount Financed: $_____ Interest Rate: __10.000%__ Term: __240__ Payments

Payments $_____ $500. CLOSING COSTS __Earnest $ 500. RW__

(Insurance and Taxes are NOT included in the payment and must be paid by Purchaser.)

- **PURCHASER ACCEPTS PROPERTY "AS IS"** Seller agrees to verify septic works
- **SALES PRICE DOES NOT INCLUDE HOOK-UPS TO HOME**
- **SELLER RETAINS ALL OIL, GAS AND OTHER MINERAL RIGHTS TO LAND**

__Seller__ __N/A__ agrees to furnish Mortgagees' Title Policy through __Texas Secure Title__ __N/A__ to said property, which shall be conveyed free and clear of any and all encumbrances except those named herein, and Purchaser agrees to complete the sale as herein provided within ten days from the date said Title Company approves the title for title insurance unless otherwise provided for herein.

If said Title Company raises objections to the title of said property, Seller shall have 30 days time within which to meet such objections, and if Seller is unable to meet the objection, then the above mentioned deposit shall be returned to Purchaser, and this contract shall thereupon terminate and all parties be released from liability hereunder; but if the title is approved, and either party hereto fail or refuses to consummate this contract, the other may at his option, enforce specific performance of this contract. In the event Purchaser is the defaulting party, Seller shall have the right to retain said cash deposit as liquidated damages for the breach of this contract.

Seller agrees, when the title objections have been met or waived, to deliver a good and sufficient General Warranty Deed conveying said property to Purchaser, and Purchaser agrees, when said deed is tendered, to pay balance of the cash payment and execute the note or notes and Deed of Trust herein provided for.

Purchaser agrees that any restrictions or conditions imposed in any additions or subdivisions of which the herein described property is a part, or any existing party wall agreements of ease, easements for utility purposes shall not be recited as objections to the title or considered as an encumbrance on said property.

In the event the improvements on the above described property are destroyed, or damaged beyond repair, by fire, windstorm, hail, explosion, or otherwise, before this contract is consummated, purchaser may, at his option, terminate this contract, and the deposit hereinbefore first mentioned shall be returned to purchaser.

Taxes for the current year, and current, rents, insurance, and interest if any, will be possibly prorated only if cash sale to date of closing.

"In accordance with the requirements of the Texas Real Estate License Act, Section 28, you are advised as Purchaser that you should obtain a policy of Title Insurance or have the abstract covering Real Estate which is the subject of this Contract examined by an Attorney of your own selection. This is done at Purchaser's expense."

There are no agreements, conditions, stipulations or representations verbal or otherwise, other than those contained herein.

Executed this __20__ day of __April__, __2015__.

817-637-8822

__PURCHASER (Applicant)__
PHONE:
(Hm)_____ (Cell) __817-637-8822__
__817-637-8562__

__PURCHASER (Co-Applicant)__
PHONE:
(Hm)_____ (Wk)_____

~~640-74~~
__Social Security Number__ __Driver's License Number__ __Social Security Number__ __Driver's License Number__

ADDRESS: __197 OLD CHISHOLM TRL RHOME, TX 76078__
(Street, City, State, Zip)

__Alvord 287 JV__
__SELLER__
By: __Anson Financial, Inc.__

__Robert Wood__
__SALES REPRESENTATIVE__

THIS CONTRACT IS SUBJECT TO AVAILABILITY OF SAID PROPERTY, AND ACCEPTANCE OF SELLER.
APPROVED BY: __J Michael Ferguson, Pres__ DATE: __5-21-2015__

TO CLOSE ON OR BEFORE: _____

Closing at: 8659 White Settlement Rd., Fort Worth, TX 76108 (Contact Robin 817-367-6167)
Closing:Attorney:Mike Ferguson1210 Hall Johnson Rd #100 Colleyville76034
817-267-1008
The purchase of this property is for investment purposes. Any contemplated financing provided by seller is not subject to guidelines established under the Dodd-Frank Wall Street Consumer Reform and Protection Act.
2400 Ellis Ave Ft Worth
76106
Elizabeth, 817-625-9974

**PLs' Exhibit 94**

000844