## NOTICE OF INVALIDITY OF ORAL AGREEMENTS

TO: Borrower and all other debtors and obligors with respect to the Sale which is identified below.

1. <u>THE WRITTEN DEED REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.</u>

   <u>THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES. ANY DISCUSSIONS PRIOR TO THE EXECUTION OF THESE DOCUMENTS WERE NEGOTIATIONS AND NO PARTY RELIES IN ANY MANNER ON ANY STATEMENT OR REPRESENTATION NOT MADE IN WRITING AND CONTAINED IN THE DEED RESTRICTIONS, DEED AND ASSOCIATED CLOSING DOCUMENTS, IF ANY.</u>

2. As used in this Notice;

   "Buyer" means the borrower identified below, whether borrower or purchaser, MARVIN E. BIDDLE and MARITA A. BIDDLE of Exhibit "A".

   "Seller" means Alvord 287 Joint Venture, its officers, directors, employees and agents.

3. Each Buyer, Seller, Debtor, and Obligor and occupier who signs below acknowledges, swears, represents, and warrants to Seller that Seller has given and such party has received a copy of this Notice on the date stated above, prior to the execution of any Deed, and further states that they have received a copy of the restrictions filed in the office of the Wise County Clerk.

4. Upon receipt of the 1999 tax bills from the taxing authorities, Buyer may contact Seller to prorate taxes.
IF FOR THE CURRENT AD VALOREM TAX YEAR THE TAXABLE VALUE OF THE LAND THAT IS THE SUBJECT OF THIS CONTRACT IS DETERMINED BY A SPECIAL APPRAISAL METHOD THAT ALLOWS FOR APPRAISAL OF THE LAND AT LESS THAN ITS MARKET VALUE, THE PERSON TO WHOM THE LAND IS TRANSFERRED MAY NOT BE ALLOWED TO QUALIFY THE LAND FOR THAT SPECIAL APPRAISAL IN A SUBSEQUENT TAX YEAR ANT THE LAND MAY THEN BE APPRAISED AT ITS FULL MARKET VALUE. IN ADDITION THE TRANSFER OF THE LAND OR A SUBSEQUENT CHANGE IN THE USE OF THE LAND MAY RESULT IN THE IMPOSITION OF AN ADDITIONAL TAX PLUS INTEREST AS A PENALTY FOR THE TRANSFER OR THE CHANGE IN THE USE OF THE LAND. THE TAXABLE VALUE OF THE LAND AND THE APPLICABLE METHOD OF APPRAISAL FOR THE CURRENT TAX YEAR IS PUBLIC INFORMATION AND MAY BE OBTAINED FROM THE TAX APPRAISAL DISTRICT ESTABLISHED FOR THE COUNTY IN WHICH THE LAND IS LOCATED. ANY ROLLBACK TAXES ARE THE RESPONSIBILITY OF THE BUYER.

5. Seller will provide:
   1. A septic system to County Specifications and hook it to one outlet one the house.
   2. A water tap to the water supply & run water line to house.
   3. Run the main electric line to the house.
   4. Install a driveway of one 15" culvert and 23 tons of rock.

April 28, 2000
BUYER

_____          _____
MARVIN E. BIDDLE                    MARITA A. BIDDLE

PLs' Exhibit 95