THE STATE OF TEXAS }
COUNTY OF TARRANT }
By this agreement and contract

___ALVORD 287 JOINT VENTURE___ Seller
hereby, sells and agrees to convey to __MARVIN E. BIDDLE & MARITA A. BIDDLE__ Purchaser
the following described property lying and being situated in __WISE__ County, Texas,
to wit:

Legal: AKA LOT __85__, BLOCK _____, of Subdivision or Area __DIAMOND RIDGE__
an addition in the County of __WISE__, STATE OF TEXAS.
OR, see attachment " Exhibit A ".

The purchase price is $__22,000 00__, payable as follows: $__1,500.00__ cash, downpayment or deposit, of which the purchaser has deposited with __SAFECO TITLE__ $__500 00__ cash or check # _____, (the receipt of which is hereby acknowledged by said deposit holder) and the balance is to be paid as follows:

Balance of downpayment __AT CLOSING__.
Purchaser to execute a promissory note to seller in the principle sum of $__20,500 00__, bearing interest of __12__ % per annum, for __30__ years, with payments of $__210 87__ per month, beginning __30__ days __AFTER CLOSING__.
Purchaser, to pay a closing fee of $__500 00__ at or before closing.

The payment of said note or notes to be secured by vendor's lien and deed of trust with power of sale and the usual covenants as to taxes, insurance and default.
Seller agrees to deliver a good and sufficient General Warranty Deed conveying said property to Purchaser, and Purchaser agrees, when said deed is tendered, to pay balance of the cash payment and execute the note or notes and Deed of Trust herein provided for.
Purchaser agrees that any restrictions or conditions imposed in any additions or subdivisions of which the herein described property is a part, or any existing party wall agreements or easements for utility purposes shall not be recited as objections to the title or considered as an encumbrance on said property.
Taxes for the current year, and current rents, insurance, and interest (if any) are to be prorated to date of closing., _____Yes, __X__ No, __MEB/MB__ (Initial)
Commissions or sales fees shall be paid by seller to the undersigned agent for services and shall be due at Fort Worth, Texas. When this sale has been completed or, if Purchaser defaults, then upon such default, and if Seller elects to retain the cash deposit as liquidated damages, then seller shall pay to the agent One-half of the amount retained up to the total of the amount of the commission due, in full payment of agent's services.
"In accordance with the requirements of the Texas Real Estate License Act, Section 28, you are advised as Purchaser that you should obtain a policy of Title Insurance or have the Abstract covering the Real Estate which is the subject of this Contract examined by an Attorney of your own selection."
There are no agreements, conditions, stipulations or representations verbal or otherwise, other than those contained herein:

(Initial)
MEB/MB A) Water, __SELLER__ TO INSTALL. Driveway, __SELLER__ TO INSTALL. / TANDEM
MEB/MB B) Septic, __SELLER__ TO INSTALL. Culvert, __SELLER__ TO INSTALL. LOAD OF ROAD
MEB/MB C) Electric, __SELLER__ TO INSTALL UP TO 30' FROM METER TO BREAKER PANEL BASE
MEB/MB D) Purchaser acknowledges receipt of a copy of the "RESTRICTIONS", and agrees to comply with them.
MEB/MB E) Seller shall furnish to Purchaser at __SELLERS__ expense, a Title Policy at closing, __X__Yes, ___No.
MEB/MB F) Homeowner must have plumbing stubbed out to the front or back of Home approximately 6 inches off the ground.

MEB/MB Comments: __IF PROPERTY DESCRIBED IN CONTRACT HERE IS CLOSED AND IF PURCHASER HAS COMPLETELY PAID IN CASH BY APRIL 15th 2000 THEN__
CLOSING ON OR BEFORE THE __15th__ Day of __APRIL__ A.D. __2000__ TOTAL PURCHASE PRICE
Executed in duplicate this __15th__ Day of __MARCH__ A.D. __2000__ WILL REDUCE TO $19,800
OTHERWISE WILL REMAIN $22,000

Purchaser 1. __Marvin E. Biddle__ SS# 1. __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__ Seller _____
(Signature)
Purchaser 2. __Marita G. Biddle__ SS# 2. __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__ Agent __[signature]__
(Signature)
Home Phone # (__915__) __698-9487__ Work # (__915__) __698-1181__
Mailing Address __5241 Golden Eagle DR.__ City __Abilene__ State __TX__ Zip __79605__

PLs' Exhibit 96