# Table of Contents

| | |
|---|---:|
| Balances | 2 |
| DueDates | 3 |
| Registers | 6 |

**PLs' Exhibit 99**
**Page 1 of 15**

The Alvord 287 Joint Venture
**Balances: Notes Receivable**
Report as of: 09/30/21   Printed on: 10/14/21
Order: Lookup Name   Investor: 287   Notes: No filter   Mark: All

| Name | Loan Number | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---:|---:|---:|---:|---:|---:|
| Bie | 26    -RC | 0.00 | 13886.25 | 5286.69 | 0.00 | 0.00 | 0.00 |
| Bo | 16    -RC | 152.98 | 22226.84 | 10352.11 | 0.00 | 0.00 | 1.96 |
| Bo | 86AFI21-RC | 0.00 | 609.72 | 109.22 | 0.00 | 0.00 | 150.00 |
| Ca | 95AFI20-RC | 0.00 | 37315.91 | 5448.67 | 0.00 | 0.00 | 0.00 |
| Cu | 09    -RC | 0.00 | 23485.99 | 5760.70 | 0.00 | 0.00 | 0.00 |
| Elli | 14AFI17-RC | 0.00 | 33517.14 | 5505.26 | 0.00 | 0.00 | 0.00 |
| Es | 51    -RC | 0.00 | 27919.34 | 9006.29 | 0.00 | 0.00 | 0.00 |
| Flo | 13    -RC | -0.24 | 0.00 | 22.74 | 0.00 | 0.00 | 0.00 |
| Flo | 91    -RC | 0.00 | 23375.63 | 5733.62 | 0.00 | 0.00 | 0.00 |
| Hit | 13    -RC | 0.00 | 2465.11 | 525.34 | 0.00 | 0.00 | 0.00 |
| Ko | 25    -RC | 0.00 | 37906.35 | 16847.29 | 0.00 | 0.00 | 0.00 |
| Kru | 74    -RC | 0.00 | 23154.72 | 5679.46 | 0.00 | 0.00 | 0.00 |
| Ma | 28    -RC | 0.00 | 23671.66 | 5806.21 | 0.00 | 0.00 | 0.00 |
| Ma | 12    -RC | 0.00 | 25875.80 | 4822.41 | 0.00 | 0.00 | 0.00 |
| Ma | 29    -RC | 0.00 | 15057.92 | 7542.14 | 0.00 | 0.00 | 0.00 |
| Mc | 17    -RC | 0.00 | 27388.83 | 13694.41 | 0.00 | 0.00 | 0.00 |
| Me | 45    -RC | 0.00 | 27573.39 | 7203.78 | 0.00 | 0.00 | 0.00 |
| Pin | 42    -RC | 0.00 | 20505.62 | 10252.81 | 0.00 | 0.00 | 0.00 |
| Pri | 98    -RC | 0.00 | 22614.11 | 5546.83 | 0.00 | 0.00 | 0.00 |
| Se | 11    -RC | 0.00 | 18236.93 | 9133.84 | 0.00 | 0.00 | 0.00 |
| Sh | 36    -RC | 0.00 | 23578.83 | 906.60 | 0.00 | 0.00 | 0.00 |
| Sh | 40    -RC | 0.00 | 23903.25 | 11793.22 | 0.00 | 0.00 | 0.00 |
| Sin | 20    -RC | 0.00 | 23505.81 | 5765.55 | 0.00 | 0.00 | 0.00 |
| Sm | 81    -RC | 0.00 | 26459.39 | 5638.83 | 0.00 | 0.00 | 0.00 |
| Sm | 68    -RC | 0.00 | 24031.85 | 5894.59 | 0.00 | 0.00 | 0.00 |
| Su | 07    -RC | 0.00 | 23549.44 | 5776.25 | 0.00 | 0.00 | 0.00 |
| Ve | 69    -RC | 0.00 | 25650.67 | 840.96 | 0.00 | 0.00 | 0.00 |
| Wi | 30    -RC | 0.00 | 12725.53 | 6362.76 | 0.00 | 0.00 | 0.00 |
| Za | 14    -RC | 0.00 | 21834.80 | 13100.87 | 0.00 | 0.00 | 0.00 |
| Zig | 48    -RC | 0.00 | 26923.37 | 8974.49 | 0.00 | 0.00 | 0.00 |
| Total: 30 | | 152.74 | 658950.20 | 199333.94 | 0.00 | 0.00 | 151.96 |
| Average: | | 5.09 | 21965.01 | 6644.46 | 0.00 | 0.00 | 5.07 |
| Net: | | | 659254.90 | | | | |

# The Alvord 287 Joint Venture
## Due Dates: Notes Receivable
Report as of: 09/30/21   Printed on: 10/14/21
Order: Lookup Name   Investor: 287   Notes: No filter   Mark: All

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Biedig⸺ 104 | 26   -RC | 257.15<br>13886.25<br>78/ 78 | 10/20/21<br>09/02/21<br>04/20/28 | 20 |
| Bowen 979 | 16   -RC | 279.86<br>22226.84<br>66/ 66 | 11/14/21<br>09/30/21<br>05/14/32 | 45 |
| Bowen 979 Bar | 36AFI21-RC | 12.70<br>609.72<br>48/ 48 | 09/14/20<br>08/14/20<br>05/14/25 | -381 |
| Campo 481 | 95AFI20-RC | 366.71<br>37315.91<br>227/227 | 10/01/21<br>09/03/21<br>08/01/40 | 1 |
| Cutler-⸺ 241 | 09   -RC | 255.73<br>23485.99<br>174/174 | 10/07/21<br>09/21/21<br>04/07/36 | 7 |
| Ellis, M 340 | 4AFI17-RC | 347.41<br>33517.14<br>190/190 | 10/29/21<br>09/03/21<br>06/29/37 | 29 |
| Espino 812 | 1   -RC | 299.16<br>27919.34<br>181/181 | 09/24/21<br>09/20/21<br>10/24/36 | -6 |
| Flores, 853 | 3   -RC | 252.01<br>0.00<br>2/ 2 | 06/12/21<br>06/11/21<br>12/01/31 | -110 |
| Flores, 349 | 1   -RC | 255.73<br>23375.63<br>173/173 | 10/08/21<br>09/09/21<br>03/08/36 | 8 |
| Hitts III 877 | 3   -RC | 294.33<br>2465.11<br>9/ 9 | 11/18/21<br>09/16/21<br>04/18/36 | 49 |
| Kopp, 5 A | 5   -RC<br>lvor | 434.26<br>37906.35<br>155/155 | 10/01/21<br>09/14/21<br>08/01/34 | 1 |
| Krump 677 | 4   -RC | 255.73<br>23154.72<br>169/169 | 11/05/21<br>09/16/21<br>11/05/35 | 36 |
| Maclin, 573 | 28   -RC | 255.73<br>23671.66<br>178/178 | 09/29/21<br>08/31/21<br>06/29/36 | -1 |
| Martin, 733 | 12   -RC | 294.33<br>25875.80<br>159/159 | 11/23/21<br>09/23/21<br>04/23/35 | 54 |

## The Alvord 287 Joint Venture
### Due Dates: Notes Receivable

2

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Marti 1 | 729 -RC | 226.29<br>15057.92<br>110/110 | 10/15/21<br>09/03/21<br>10/15/29 | 15 |
| McLa 6 | 717 -RC | 254.50<br>27388.83<br>251/251 | 09/22/21<br>09/02/21<br>06/22/42 | -8 |
| Mede 4 | 945 -RC | 250.11<br>27573.39<br>285/285 | 10/02/21<br>09/07/21<br>07/02/45 | 2 |
| Pina, 40 | 42 -RC | 250.91<br>20505.62<br>138/138 | 09/24/21<br>09/02/21<br>10/24/34 | -6 |
| Prieto 47 | 98 -RC | 255.73<br>22614.11<br>161/161 | 10/18/21<br>09/17/21<br>02/18/36 | 18 |
| Seeto 53 | 11 -RC | 210.87<br>18236.93<br>202/202 | 11/01/21<br>09/23/21<br>08/01/30 | 32 |
| Shaw 93 | 36 -RC | 255.73<br>23578.83<br>176/176 | 11/02/21<br>09/28/21<br>08/02/36 | 33 |
| Sheffi 30 | 10 -RC | 255.73<br>23903.25<br>178/178 | 10/28/21<br>09/23/21<br>07/28/36 | 28 |
| Simor 28 | 20 -RC | 255.73<br>23505.81<br>175/175 | 10/20/21<br>09/24/21<br>04/20/36 | 20 |
| Smith 71 | 31 -RC | 294.33<br>26459.39<br>167/167 | 09/27/21<br>09/01/21<br>05/27/36 | -3 |
| Smoli 31 | 58 -RC | 255.73<br>24031.85<br>169/169 | 10/02/21<br>09/03/21<br>10/02/35 | 2 |
| Susta 50 | 07 -RC | 255.73<br>23549.44<br>175/175 | 09/21/21<br>08/24/21<br>03/21/36 | -9 |
| Vega, 64 | 59 -RC | 294.33<br>25650.67<br>155/155 | 10/02/21<br>09/03/21<br>10/02/35 | 2 |
| Wissle 12 | 30 -RC<br>50 | 210.87<br>12725.53<br>93/ 93 | 11/01/21<br>09/30/21<br>11/01/29 | 32 |
| Zamor 62 | 14 -RC | 229.05<br>21834.80<br>185/185 | 08/01/21<br>07/16/21<br>08/01/30 | -60 |

The Alvord 287 Joint Venture                                                     3
**Due Dates: Notes Receivable**

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Zigil | 18   -RC | 289.51 | 10/29/21 | 29 |
|  |  | 26923.37 | 09/28/21 |  |
|  |  | 180/180 | 09/29/36 |  |
| **Accounts :** | 30 | **Pmt Tot:** 7905.99 | **TotBal:** | 658950.20 |
| **TotMoPmts:** | 7905.99 | **AveMoPmt:** 263.53 | **AveBal:** | 21965.01 |

The Alvord 287 Joint Venture
**Register: All Accounts**
Dates: 09/01/21-09/30/21   Printed on: 10/19/21
Order: Pay Date   Investor: 287   Notes: No filter   Mark: All

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| Smith Jr, | 09/01 R | 325.00 | 15.55 | 221.36 | 57.42 | 0.00 | 0.00 | 0.00 |
| Smith Jr, | 09/01 P | 0.00 | 6.54 | 0.00 | 24.13 | 0.00 | 0.00 | 0.00 |
| Pina, For | 09/02 R | 300.00 | 39.48 | 171.95 | 39.48 | 0.00 | 0.00 | 0.00 |
| Pina, For | 09/02 P | 0.00 | 24.54 | 0.00 | 24.55 | 0.00 | 0.00 | 0.00 |
| Biediger, | 09/02 R | 257.15 | 44.59 | 140.03 | 72.53 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 09/02 R | 210.87 | 40.98 | 128.90 | 40.99 | 0.00 | 0.00 | 0.00 |
| McLaughli | 09/02 R | 254.50 | 0.63 | 228.25 | 0.62 | 25.00 | 0.00 | 0.00 |
| Campos D | 09/03 R | 748.09 | 8.01 | 311.88 | 46.82 | 14.67 | 0.00 | 0.00 |
| Campos D | 09/03 R | 0.00 | 8.07 | 311.43 | 47.21 | 0.00 | 0.00 | 0.00 |
| Martinez, | 09/03 R | 226.29 | 37.55 | 151.33 | 37.41 | 0.00 | 0.00 | 0.00 |
| Vega, Jes | 09/03 R | 612.21 | 2.60 | 215.08 | 76.65 | 23.55 | 0.00 | 0.00 |
| Vega, Jes | 09/03 R | 0.00 | 2.62 | 214.42 | 77.29 | 0.00 | 0.00 | 0.00 |
| Ellis, Mi | 09/03 R | 347.41 | 11.09 | 279.87 | 56.45 | 0.00 | 0.00 | 0.00 |
| Smolinski | 09/03 R | 355.73 | 13.49 | 200.72 | 41.52 | 0.00 | 0.00 | 0.00 |
| Smolinski | 09/03 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| Bowen, C | 09/03 r | 149.58 | 0.00 | 149.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medellin, | 09/07 R | 251.00 | 2.21 | 230.02 | 6.26 | 12.51 | 0.00 | 0.00 |
| Medellin, | 09/07 R | 251.00 | 5.27 | 229.95 | 14.89 | 0.00 | 0.00 | 0.00 |
| Medellin, | 09/07 P | 0.00 | 0.23 | 0.00 | 0.66 | 0.00 | 0.00 | 0.00 |
| Flores, M | 09/09 R | 280.73 | 14.82 | 195.30 | 45.61 | 0.00 | 0.00 | 0.00 |
| Flores, M | 09/09 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 |
| Kopp, Fal | 09/14 R | 459.26 | 52.18 | 316.86 | 65.22 | 25.00 | 0.00 | 0.00 |
| Bowen, C | 09/15 R | 279.86 | 43.14 | 37.66 | 49.48 | 0.00 | 0.00 | 0.00 |
| Bowen, C | 09/15 P | 0.00 | 69.67 | 0.00 | 79.91 | 0.00 | 0.00 | 0.00 |
| Hitts III | 09/16 R | 300.00 | 57.86 | 22.85 | 213.62 | 0.00 | 0.00 | 0.00 |
| Hitts III | 09/16 P | 0.00 | 1.21 | 0.00 | 4.46 | 0.00 | 0.00 | 0.00 |
| Krumpelm | 09/16 R | 255.73 | 15.27 | 193.47 | 46.99 | 0.00 | 0.00 | 0.00 |
| Prieto, M | 09/17 R | 255.73 | 16.37 | 189.01 | 50.35 | 0.00 | 0.00 | 0.00 |
| Espinoza, | 09/20 R | 314.12 | 21.27 | 233.21 | 44.68 | 14.96 | 0.00 | 0.00 |
| Cutler-30 | 09/21 R | 255.73 | 14.60 | 196.21 | 44.92 | 0.00 | 0.00 | 0.00 |
| Sheffield | 09/23 R | 260.00 | 27.64 | 199.70 | 28.39 | 0.00 | 0.00 | 0.00 |
| Sheffield | 09/23 P | 0.00 | 2.11 | 0.00 | 2.16 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 09/23 R | 211.00 | 14.13 | 182.65 | 14.09 | 0.00 | 0.00 | 0.00 |
| Seeton, T | 09/23 P | 0.00 | 0.07 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 |
| Martin, R | 09/23 R | 294.33 | 14.55 | 216.28 | 63.50 | 0.00 | 0.00 | 0.00 |
| Simons-3 | 09/24 R | 255.73 | 14.56 | 196.38 | 44.79 | 0.00 | 0.00 | 0.00 |
| Zigila, D | 09/28 R | 289.51 | 21.54 | 224.90 | 43.07 | 0.00 | 0.00 | 0.00 |
| Shaw, Re | 09/28 R | 256.00 | 2.26 | 196.98 | 56.49 | 0.00 | 0.00 | 0.00 |
| Shaw, Re | 09/28 P | 0.00 | 0.01 | 0.00 | 0.26 | 0.00 | 0.00 | 0.00 |
| Bowen, C | 09/30 r | 32.24 | 0.00 | 32.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wisslead, | 09/30 R | 210.87 | 41.40 | 128.08 | 41.39 | 0.00 | 0.00 | 0.00 |
| +RC Tot: | 41 | 8499.67 | 708.11 | 5946.55 | 1604.32 | 115.69 | 125.00 | 0.00 |
| -RC Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net… | | 8499.67 | 708.11 | 5946.55 | 1604.32 | 115.69 | 125.00 | 0.00 |

PLs' Exhibit 99

The Alvord 287 Joint Venture 2
**Register: All Accounts**
Dates: 09/01/21-09/30/21 Printed on: 10/19/21

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| +RC Tot: | 41 | 8499.67 | 708.11 | 5946.55 | 1604.32 | 115.69 | 125.00 | 0.00 |
| -RC Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 8499.67 | 708.11 | 5946.55 | 1604.32 | 115.69 | 125.00 | 0.00 |

| Month | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-21 | $735,348.44 | $1,007.81 | $6,222.64 | $2,119.81 | $9,350.26 | $612.79 | $8,737.47 | -$29,675.81 | $702,545.01 | -$6,429.75 | $211,407.62 | $491,137.39 | $211,407.62 | $0.00 | Foreclosed 449 PR 4732 Varges |
| Feb-21 | $702,545.01 | $1,466.22 | $5,470.22 | $2,080.43 | $9,016.87 | $585.45 | $8,431.42 | $0.00 | $698,998.36 | $0.00 | $209,941.40 | $489,056.96 | $209,941.40 | $0.00 | |
| Mar-21 | $698,998.36 | $1,547.03 | $7,659.25 | $2,648.16 | $11,854.44 | $582.50 | $11,271.94 | $0.00 | $694,803.17 | -$100.71 | $208,293.66 | $486,509.51 | $208,293.66 | $0.00 | |
| Apr-21 | $694,803.17 | $649.11 | $5,211.69 | $1,284.56 | $7,145.36 | $579.00 | $6,566.36 | $0.00 | $692,869.50 | $0.00 | $207,644.55 | $485,224.95 | $207,644.55 | $0.00 | |
| May-21 | $692,869.50 | $727.97 | $4,877.06 | $1,236.32 | $6,841.35 | $577.39 | $6,263.96 | $0.00 | $690,905.21 | $0.00 | $206,916.58 | $483,988.63 | $206,916.58 | $0.00 | |
| Jun-21 | $690,905.21 | $2,397.67 | $6,028.70 | $8,253.71 | $16,680.08 | $575.75 | $16,104.33 | $0.00 | $680,253.83 | $0.00 | $204,518.91 | $475,734.92 | $204,518.91 | $0.00 | |
| Jul-21 | $680,253.83 | $999.41 | $6,879.57 | $2,385.07 | $10,264.05 | $566.88 | $9,697.17 | $0.00 | $676,869.35 | $0.00 | $203,519.50 | $473,349.85 | $203,519.50 | $0.00 | |
| Aug-21 | $676,869.35 | $3,477.45 | $5,375.67 | $12,129.27 | $20,982.39 | $564.06 | $20,418.33 | $0.00 | $661,262.63 | $0.00 | $200,042.05 | $461,220.58 | $200,042.05 | $0.00 | |
| Sep-21 | $661,262.63 | $708.11 | $5,946.55 | $1,604.32 | $8,258.98 | $551.05 | $7,707.93 | $0.00 | $658,950.20 | $0.00 | $199,333.94 | $459,616.26 | $199,333.94 | $0.00 | |
| Totals | | $287,825.37 | $620,602.30 | $415,002.64 | $1,349,031.14 | $61,999.83 | $1,261,430.48 | $875,678.35 | | $211,965.43 | | | | -$7.14 | |

|  | Principal | Interest | Unearned Discount | Total Principal & Interest Collected | Service Fee | Net Pay to Alvord 287 JV |
|---|---|---|---|---|---|---|
| Oct. 2015 | $463.69 | $6,267.85 | $664.23 | **$7,395.77** | **$738.80** | **$6,656.97** |
| Oct. 2015 | 437.92 | 5819.34 | 582.78 | **$6,840.04** | 716.02 | $6,124.02 |
| Adjustment for Oct. 2015 | $25.77 | $448.51 | $81.45 | $555.73 | $22.78 | $532.95 |
|  |  |  |  |  |  |  |
| Nov. 2015 | $971.18 | $6,927.84 | $2,107.42 | **$10,006.44** | **$829.84** | $9,176.60 |
| Nov. 2015 | 945.2 | 6480.22 | 2025.29 | **$9,450.71** | 785.17 | $8,665.54 |
| Adjustment for Nov. 2015 | $25.98 | $447.62 | $82.13 | $555.73 | $44.67 | $511.06 |
|  |  |  |  |  |  |  |
| Dec. 2015 | $1,494.17 | $8,416.70 | $3,672.95 | **$13,583.82** | **$871.54** | $12,712.28 |
| Dec. 2015 | 1473.37 | 7733.03 | 3571.58 | **$12,777.98** | 826.86 | $11,951.12 |
| Adjustment for Dec. 2015 | $20.80 | $683.67 | $101.37 | $805.84 | $44.68 | $761.16 |

Nicks, Bet Loan No. 2963 and Smolinski, Loan No. 2968 did not get coded correctly as a 287 Alvord Loan when loaded in Notesmith.
We did not catch it until Oct. 2016.  Since Tax Returns were already done for 2015, we made an adjustment in Jan. 2016 for Oct. 2015 thru Dec. 2015.
Then we adjusted the entries in 2016 so the books balanced with Notesmith.

**PLs' Exhibit 99**
**Page 9 of 15**

| Column1 | Principal | Interest | Unearned | Earned | Unearned | Payment | Column2 |
|---|---|---|---|---|---|---|---|
| | $14,620.72 | $10,947.04 | $17,534.66 | $17,534.66 | $17,534.66 | $43,102.42 | |
| Murrillo | $12,872.19 | $2,335.84 | $12,872.18 | $12,872.18 | $12,872.18 | $28,080.21 | |
| Murrillo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | $1,748.53 | $8,611.20 | $4,662.48 | $4,662.48 | $4,662.48 | $15,022.21 | |

| Name | Loan Number | Orig Date | Balance | Basis | Remain | Amount | Column1 |
|---|---|---|---|---|---|---|---|
| Karwowski | 3035 | 7/23/2016 | $26,500.00 | $6,500.00 | 240/240 | $255.73 | |
| Sheffield | 3040 | 7/28/2016 | $26,500.00 | $13,074.47 | 240/240 | $255.73 | |
| | | | $53,000.00 | $19,574.47 | | $511.46 | |
| | | | Mortgages | Unearned | REO | | |
| Murrillo | | | -$25,744.37 | -$12,872.18 | -12872.19 | | |
| Murrillo | | | $0.00 | $0.00 | 0 | | |
| | | | July 31, 2016 Adjustment for Murillo | | | | |

| ID | PRAddress | LotNum | LoanNum | DateSold | REOStatus | Closer | SalesTeam | Salesprice | DownPmt | Commission | Property Taxes | Closing Cost | Net Funds To Company | Funds Kept By Frazier | Dn Pmt Percent | Dn-Closing Cost | Original Loan Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 751 PR 4732 | 68 | 2732 -RC | 10/3/2014 | Owner Financed | Capital Title | Brian Frazier | $26,000.00 | $1,500.00 | $0.00 | $207.57 | $2,297.60 | ($1,005.17) | $1,500.00 | 5.77% | $1,292.43 | $24,500.00 |
| 9 | 400 PR 4732 | 19 | 2742 -RC | 10/24/2014 | Owner Financed | Capital Title | Wood, Robert | $28,500.00 | $2,500.00 | $1,500.00 | $183.33 | $813.60 | $3.07 | | 8.77% | $0.00 | $26,000.00 |
| 20 | 919 PR 4732 | 60 | 2868 -RC | 2/6/2015 | Owner Financed | JMFPC | Wood, Robert | $30,500.00 | $2,500.00 | $1,500.00 | $27.07 | $250.00 | $722.93 | | 8.20% | ($28,000.00) | $28,000.00 |
| 5 | 340 PR 4732 | 15 | 2896 -RC | 3/28/2015 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,500.00 | $53.09 | $360.00 | $586.91 | | 8.62% | $0.00 | $26,500.00 |
| 22 | 791 PR 4732 | 66 | 2901 -RC | 4/17/2015 | Owner Financed | Capital Title | Brian Frazier | $28,500.00 | $1,500.00 | $0.00 | $79.92 | $2,311.80 | ($891.72) | $1,500.00 | 5.26% | $1,500.00 | $27,000.00 |
| 2 | 228 PR 4732 | 07 | 2918 -RC | 4/23/2015 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,150.00 | $69.14 | $350.00 | $930.86 | | 8.62% | $0.00 | $26,500.00 |
| 26 | 733 PR 4732 | 69 | 2912 -RC | 4/23/2015 | Owner Financed | JMFPC | Wood, Robert | $33,000.00 | $2,500.00 | $1,500.00 | $84.23 | $350.00 | $565.77 | | 7.58% | $0.00 | $30,500.00 |
| 1 | 214 PR 4732 | 06 | | 5/21/2015 | Cash Sale | JMFPC | Wood, Robert | $25,000.00 | $25,000.00 | $2,000.00 | $143.95 | $650.46 | $22,205.59 | | 100.00% | $0.00 | $0.00 |
| 16 | 750 PR 4732 | 40 | 2861 -RC | 5/21/2015 | Owner Financed | JMFPC | Wood, Robert | $30,000.00 | $2,500.00 | $1,500.00 | $65.39 | $250.00 | $684.61 | | 8.33% | $0.00 | $27,500.00 |
| 44 | 813 PR 4732 | 65 | | 6/4/2015 | Cash Sale | First America | Wood, Robert | $30,000.00 | $30,000.00 | $3,000.00 | $0.00 | $0.00 | $27,000.00 | | 100.00% | | $0.00 |
| 43 | 939 PR 4732 | 59 | 2922 -RC | 6/5/2015 | Owner Financed | JMFPC | Wood, Robert | $33,000.00 | $3,000.00 | $1,500.00 | $97.11 | $200.00 | $1,202.89 | | 9.09% | | $30,000.00 |
| 7 | 370 PR 4732 | 17 | 2929 -RC | 7/1/2015 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,698.16 | $1,500.00 | $198.16 | $250.00 | $750.00 | | 9.30% | $0.00 | $26,301.84 |
| 34 | 401 PR 4732 | 84 | 2945 -RC | 7/2/2015 | Owner Financed | Capital Title | Will Sale, Inc. | $30,000.00 | $1,500.00 | $1,500.00 | $122.00 | $823.80 | ($945.80) | | 5.00% | $1,500.00 | $28,500.00 |
| 60 | 271 PR 4732 | 92 | | 8/6/2015 | Owner Financed | Capital Title | Will Sell, Inc. | $30,000.00 | $1,500.00 | $1,500.00 | $134.57 | $823.80 | ($958.37) | | 5.00% | | $28,500.00 |
| 37 | 285 PR 4732 | 91 | 2954 -RC | 8/13/2015 | Owner Financed | Capital Title | Will Sell, Inc. | $30,000.00 | $1,500.00 | $1,200.00 | $138.89 | $1,123.80 | ($962.69) | $300.00 | 5.00% | $300.00 | $28,500.00 |
| 32 | 415 PR 4732 | 83 | 2713 -RC | 9/25/2015 | Owner Financed | JMFPC | Wood, Robert | $29,322.00 | $2,000.00 | $1,500.00 | $178.00 | $322.00 | $0.00 | | 6.82% | $10,578.47 | $27,322.00 |
| 4 | 310 PR 4732 | 13 | 2968 -RC | 10/2/2015 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $169.75 | $3,316.80 | ($986.55) | $2,500.00 | 8.62% | $2,500.00 | $26,500.00 |
| 15 | 646 PR 4732 | 34 | 2969 -RC | 10/2/2015 | Owner Financed | Capital Title | Brian Frazier | $33,000.00 | $2,500.00 | $0.00 | $413.62 | $3,344.80 | ($1,258.42) | $2,500.00 | 7.58% | $2,500.00 | $30,500.00 |
| 10 | 418 PR 4732 | 20 | 2964 -RC | 10/7/2015 | Owner Financed | JMFPC | Wood, Robert | $29,500.00 | $3,000.00 | $1,500.00 | $0.00 | $500.00 | $1,000.00 | | 10.17% | $0.00 | $26,500.00 |
| 11 | 426 PR 4732 | 21 | 2967 -RC | 10/19/2015 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,000.00 | $1,500.00 | $431.23 | $348.79 | ($280.02) | | 6.90% | ($513.67) | $27,000.00 |
| 28 | 677 PR 4732 | 72 | 2974 -RC | 11/5/2015 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $234.60 | $3,336.80 | ($1,071.40) | $2,500.00 | 8.62% | $2,414.96 | $26,500.00 |
| 30 | 481 PR 4732 | 79 | 2973 -RC | 11/5/2015 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $190.74 | $3,336.80 | ($1,027.54) | $2,500.00 | 8.62% | $2,430.86 | $26,500.00 |
| 8 | 382 PR 4732 | 18 | | 1/2/2016 | Cash Sale | JMFPC | Wood, Robert | $27,000.00 | $27,000.00 | $2,700.00 | ($1.85) | $653.21 | $23,648.64 | | 100.00% | $0.00 | $0.00 |
| 12 | 476 PR 4732 | 24 | 2998 -RC | 2/18/2016 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $25.14 | $3,282.80 | ($807.94) | $2,500.00 | 8.62% | $2,500.00 | $26,500.00 |
| 25 | 751 PR 4732 | 68 | 3000 -RC | 2/24/2016 | Owner Financed | JMFPC | Anson Financial, | $26,545.00 | $0.21 | $0.00 | $0.00 | $700.00 | ($699.79) | | 0.00% | $0.21 | $26,544.79 |
| 35 | 349 PR 4732 | 87 | 2991 -RC | 3/8/2016 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,500.00 | $41.36 | $250.00 | $708.64 | | 8.62% | $0.00 | $26,500.00 |
| 13 | 502 PR 4732 | 26 | 3007 -RC | 3/21/2016 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $49.86 | $3,316.80 | ($866.66) | $2,500.00 | 8.62% | $2,500.00 | $26,500.00 |
| 38 | 241 PR 4732 | 94 | 3009 -RC | 4/7/2016 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,500.00 | $59.88 | $250.00 | $690.12 | | 8.62% | $0.00 | $26,500.00 |
| 21 | 877 PR 4732 | 62 | 3013 -RC | 4/19/2016 | Owner Financed | Capital Title | Brian Frazier | $33,000.00 | $2,500.00 | $0.00 | $82.50 | $3,313.80 | ($896.30) | $2,500.00 | 7.58% | $2,500.00 | $30,500.00 |
| 3 | 282 PR 4732 | 11 | 3020 -RC | 4/20/2016 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,500.00 | $52.53 | $250.00 | $697.47 | | 8.62% | $0.00 | $26,500.00 |
| 31 | 449 PR 4732 | 81 | 3022 -RC | 5/16/2016 | Owner Financed | JMFPC | Will Sell, Inc. | $32,000.00 | $2,000.00 | $2,000.00 | $83.62 | $250.00 | ($333.62) | | 6.25% | $0.00 | $30,000.00 |
| 27 | 715 PR 4732 | 70 | 2981 -RC | 5/27/2016 | Owner Financed | JMFPC | Wood, Robert | $33,000.00 | $2,500.00 | $1,500.00 | $59.34 | $250.00 | $690.66 | | 7.58% | $0.00 | $30,500.00 |
| 29 | 573 PR 4732 | 77 | 3028 -RC | 6/29/2016 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $111.42 | $3,330.80 | ($942.22) | $2,500.00 | 8.62% | $3,500.00 | $26,500.00 |
| 57 | 697 PR 4732 | 71 | | 7/14/2016 | Cash Sale | JMFPC | Wood, Robert | $33,000.00 | $33,000.00 | $3,300.00 | $0.00 | $714.81 | $28,985.19 | $0.00 | 100.00% | | $0.00 |
| 23 | 769 PR 4732 | 67 | 3035 -RC | 7/23/2016 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $305.50 | $3,330.80 | ($1,136.30) | $2,500.00 | 8.62% | $2,500.00 | $26,500.00 |
| 36 | 301 PR 4732 | 90 | 3040 -RC | 7/28/2016 | Owner Financed | Capital Title | Brian Frazier | $29,000.00 | $2,500.00 | $0.00 | $258.43 | $3,330.80 | ($1,089.23) | $2,500.00 | 8.62% | $2,500.00 | $26,500.00 |
| 39 | 193 PR 4732 | 97 | 3036 -RC | 8/2/2016 | Owner Financed | JMFPC | Wood, Robert | $29,000.00 | $2,500.00 | $1,500.00 | $102.19 | $250.00 | $647.81 | | 8.62% | $0.00 | $26,500.00 |
| 17 | 792 PR 4732 | 42 | 3048 -RC | 9/29/2016 | Owner Financed | JMFPC | Wood, Robert | $33,000.00 | $3,000.00 | $1,500.00 | $1,202.29 | $250.00 | $47.71 | | 9.09% | $0.00 | $30,000.00 |
| 19 | 834 PR 4732 | 44 | | 9/30/2016 | Cash Sale | JMFPC | Wood, Robert | $31,000.00 | $31,000.00 | $3,100.00 | $0.00 | $250.00 | $27,650.00 | | 100.00% | $0.00 | $0.00 |
| 18 | 812 PR 4732 | 43 | 3051 -RC | 10/24/2016 | Owner Financed | JMFPC | Wood, Robert | $34,000.00 | $3,000.00 | $1,500.00 | $446.72 | $250.00 | $803.28 | | 8.82% | $0.00 | $31,000.00 |
| 6 | 340 PR 4732 | 15 | 3114AFI17-RC | 6/29/2017 | Owner Financed | JMFPC | Wood, Robert | $39,000.00 | $3,000.00 | $1,500.00 | $0.00 | $250.00 | $1,250.00 | | 7.69% | $0.00 | $36,000.00 |
| Total | 41 | | | | | | | $1,231,867.00 | $229,698.37 | $48,450.00 | $6,101.29 | $49,834.67 | $125,312.41 | $28,300.00 | 18.94% | $12,503.26 | $1,002,168.63 |

| Profit & Loss | | | Jan - Dec 14 | Jan - Dec 15 | Jan - Dec 16 | Jan - Dec 17 | Jan - Dec 18 | Jan - Dec 19 | TOTAL | | | Verification 1 | Verification 2 | Verification 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | | |
| | Cash Land Sales | | $11,261.59 | $39,205.59 | $16,923.33 | $0.00 | $125,459.37 | $0.00 | $192,849.88 | | 23.13% | HUD | Closing Docs-Note/Deed of Trust | Disbursements if Closed by JMFPC |
| | Mortgage Interest Inc | | $57,803.72 | $73,479.06 | $107,785.81 | $107,479.72 | $113,548.56 | $26,893.14 | $486,990.01 | | 58.41% | Monthly Summary Report | Pay Histories | Checks from Borrowers |
| | Note Discount Inc | | $1,332.62 | $36,794.72 | $31,314.65 | $67,772.86 | $135,974.94 | $6,155.39 | $279,345.18 | | 33.51% | Monthly Summary Report | Pay Histories | Checks from Borrowers |
| Total Income | | | $70,397.93 | $149,479.37 | $156,023.79 | $175,252.58 | $249,523.50 | $33,048.53 | $833,725.70 | | 100.00% | | | |
| | | | | | | | | | | | | | | |
| Gross Profit | | | $70,397.93 | $149,479.37 | $156,023.79 | $175,252.58 | $249,523.50 | $33,048.53 | $833,725.70 | | | | | |
| | | | | | | | | | | | | | | |
| Expense | | | | | | | | | | | | | | |
| | Bad Debt Expense | | $124.90 | $0.00 | $0.00 | $0.00 | $108,000.00 | $0.00 | $108,124.90 | | 20.50% | Journal Entry/Checks | Tax Records/Deed Records | Expenses for Road, Electric & Gas Well |
| | Bank Charges | | $65.00 | $190.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255.00 | | 0.05% | Journal Entry | | |
| | Closing Costs | | | | | | | | | | | | | |
| | | Commissions | $0.00 | $25,350.00 | $21,600.00 | $1,500.00 | $0.00 | $0.00 | $48,450.00 | | 9.19% | HUD | Checks written to Title Company | Disbursement Checks if closed by JMFPC |
| | | Frazier Kept Funds from Closing | $0.00 | $13,300.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $28,300.00 | | 5.37% | HUD | Checks written to Title Company | Disbursement Checks if closed by JMFPC |
| | | Net Funds to Company | ($146.96) | ($46,264.95) | ($77,797.46) | ($1,250.00) | $125,459.37 | $0.00 | $0.00 | | 0.00% | HUD | Checks written to Title Company | Disbursement Checks if closed by JMFPC |
| | | Property Tax Paid at Closing | $0.00 | $3,222.36 | $2,878.93 | $0.00 | $0.00 | $0.00 | $6,101.29 | | 1.16% | HUD | Checks written to Title Company | Disbursement Checks if closed by JMFPC |
| | | Closing Costs - Other | $0.00 | $25,661.93 | $24,223.82 | $250.00 | $80.00 | $0.00 | $50,215.75 | | 9.52% | HUD | Checks written to Title Company | Disbursement Checks if closed by JMFPC |
| | Total Closing Costs | | ($146.96) | $21,269.34 | ($14,094.71) | $500.00 | $125,539.37 | $0.00 | $133,067.04 | | 25.23% | | | |
| | Counter Cash Land Sale Expense | | $0.00 | $39,205.59 | $16,923.33 | $0.00 | $0.00 | $0.00 | $56,128.92 | | 10.64% | Just Counter Account to move to Income | | |
| | Electric | | $133.81 | $115.01 | $558.85 | $606.88 | $608.08 | $348.11 | $2,370.74 | | 0.45% | Checks | Credit Card Charges | Bills |
| | Electrical Repair | | $0.00 | $0.00 | $175.00 | $1,614.06 | $0.00 | $0.00 | $1,789.06 | | 0.34% | Checks | Invoices | |
| | Foreclosure Expense | | $982.58 | $5,025.40 | $702.98 | $21,675.77 | $2,935.00 | $1,153.00 | $32,474.73 | | 6.16% | Checks | Invoices | |
| | HOA Setup Expense | | $0.00 | $0.00 | $0.00 | $0.00 | $6,609.18 | $0.00 | $6,609.18 | | 1.25% | Checks | Invoices | |
| | Legal & Professional | | | | | | | | | | 0.00% | | | |
| | | Lawsuit Accounting Review | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,000.00 | $32,000.00 | | 6.07% | | | Verified by CPA Firm |
| | | Property Tax Consultant | $500.00 | $500.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | | 0.38% | Checks | Invoices | |
| | | Tax Return Prep | $325.00 | $350.00 | $350.00 | $350.00 | $350.00 | $0.00 | $1,725.00 | | 0.33% | Journal Entry | | Reasonable & Necessary Fee |
| | | Legal & Professional - Other | $0.00 | $1,158.00 | $0.00 | $0.00 | $0.00 | $1,699.00 | $2,857.00 | | 0.54% | Checks | Invoices | |
| | Total Legal & Professional | | $825.00 | $0.00 | $2,008.00 | $0.00 | $1,350.00 | $0.00 | $350.00 | $0.00 | $33,699.00 | $38,582.00 | 7.32% | | |
| | Loan Servicing Expense | | $2,042.82 | $7,998.93 | $11,352.53 | $10,596.17 | $10,934.51 | $2,973.27 | $45,898.23 | | 8.70% | Monthly Summary Report | Verification of Calculations (Beginning Balance for Month * 1%/12 | |
| | Lot Cleaning Expense | | $0.00 | $0.00 | $945.00 | $3,422.53 | $0.00 | $0.00 | $4,367.53 | | 0.83% | Checks | Invoices | Pictures |
| | Mowing | | $1,230.00 | $2,922.55 | $1,115.64 | $50.00 | $0.00 | $0.00 | $5,318.19 | | 1.01% | Checks | Invoices | Company History |
| | Postage | | $394.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $394.22 | | 0.07% | Journal Entry | Email to Frazier re Delinquent Taxes | |
| | Real Estate Taxes | | | | | | | | | | 0.00% | | | |
| | | JV 2 Real Estate Taxes | $8,170.56 | $6,883.06 | $4,635.82 | $4,837.69 | $1,764.07 | $649.19 | $26,940.39 | | 5.11% | Checks | Invoices/Taxes All Years | |
| | Total Real Estate Taxes | | $8,170.56 | $6,883.06 | $4,635.82 | $4,837.69 | $1,764.07 | $649.19 | $26,940.39 | | 5.11% | | | |
| | Road Repair | | $0.00 | $4,400.00 | $5,147.78 | $4,500.00 | $7,507.68 | $0.00 | $21,555.46 | | 4.09% | Checks | Invoices | Pictures |
| | Septic Maintenance | | $960.00 | $840.00 | $265.00 | $125.00 | $0.00 | $0.00 | $2,190.00 | | 0.42% | Checks/Credit Card Charges | Invoices | Company History |
| | Septic Repair | | $4,550.00 | $11,225.00 | $25,925.00 | $0.00 | $0.00 | $0.00 | $41,325.00 | | 7.84% | Checks/Credit Card Charges | Invoices | |
| | Understated Expenses | | $0.00 | ($40,714.51) | ($16,301.40) | $49,329.48 | $7,686.43 | $0.00 | $0.00 | | 0.00% | Counter Account to deal with netting of Expenses | | Journal Entries |
| Total Expense | | | $19,331.93 | $61,368.37 | $38,325.82 | $97,607.58 | $271,934.32 | $38,822.57 | $527,390.59 | | 100.00% | | | |
| | | | | | | | | | | | | | | |
| Net Income | | | $51,066.00 | $88,111.00 | $117,697.97 | $77,645.00 | $103,048.55 | ($5,774.04) | $431,794.48 | | | Tax Return (2014-2017) | | |

| Balance Sheet | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | 12/31/2018 | 3/31/2019 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
|   Checking/Savings | | | | | | |
|     Chase Bank | $40,077.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   Total Checking/Savings | $40,077.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   Other Current Assets | | | | | | |
|     Current Receivables | | | | | | |
|       AFI-Payments | $28,090.52 | $159,197.29 | $6,046.86 | ($18,532.12) | $279,300.64 | $296,687.85 |
|       AFI Receivable | ($44,033.28) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|       Reserve-Delinqent Taxes Notes | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
|       Reserve for Septic Repair, Road | $0.00 | $0.00 | $6,012.63 | $6,012.63 | $6,012.63 | $6,012.63 |
|     Total Current Receivables | ($5,942.76) | $169,197.29 | $22,059.49 | ($2,519.49) | $295,313.27 | $312,700.48 |
|   Total Other Current Assets | ($5,942.76) | $169,197.29 | $22,059.49 | ($2,519.49) | $295,313.27 | $312,700.48 |
| **Total Current Assets** | $34,134.71 | $169,197.29 | $22,059.49 | ($2,519.49) | $295,313.27 | $312,700.48 |
| **Other Assets** | | | | | | |
|   JV 1- Land  +Developement Costs | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
|   JV 2-Diamond Ridge | $209,524.84 | $107,134.98 | $42,302.15 | $49,421.24 | $421.24 | $421.24 |
|   Mortgages | | | | | | |
|     Mortgage Notes Receivable | $635,880.51 | $960,379.03 | $1,210,003.68 | $1,118,133.53 | $895,374.38 | $888,277.36 |
|     Mortgages Unearned Discounts | ($300,318.65) | ($567,509.71) | ($778,090.76) | ($751,115.72) | ($615,140.78) | ($610,719.67) |
|     Reserve for Bad Debt | ($124.90) | ($124.90) | ($124.90) | ($124.90) | ($59,124.90) | ($59,124.90) |
|   Total Mortgages | $335,436.96 | $392,744.42 | $431,788.02 | $366,892.91 | $221,108.70 | $218,432.79 |
| **Total Other Assets** | $544,962.80 | $499,880.40 | $474,091.17 | $416,315.15 | $221,530.94 | $218,855.03 |
| **TOTAL ASSETS** | $579,097.51 | $669,077.69 | $496,150.66 | $413,795.66 | $516,844.21 | $531,555.51 |
| | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | |
| **Liabilities** | | | | | | |
|   Current Liabilities | | | | | | |
|     Accounts Payable | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) |
|   Total Current Liabilities | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) |
| **Total Liabilities** | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) | ($26,563.81) |
| **Equity** | | | | | | |
|   Frazier Capital Contributions | | | | | | |
|     Frazier Capital Withdrawal | ($286,420.00) | ($286,420.00) | ($429,420.00) | ($509,420.00) | ($509,420.00) | ($509,420.00) |
|     Frazier Capital Contributions - Other | $16,362.50 | $16,362.50 | $16,362.50 | $16,362.50 | $16,362.50 | $16,362.50 |
|   Total Frazier Capital Contributions | ($270,057.50) | ($270,057.50) | ($413,057.50) | ($493,057.50) | ($493,057.50) | ($493,057.50) |
|   Jentex Capital Contributions | | | | | | |
|     Jentex Capital Withdrawal | | | | | | |
|       Anson Capital Withdrawl | $0.00 | $0.00 | ($143,000.00) | ($223,000.00) | ($223,000.00) | ($223,000.00) |
|       Jentex Capital Withdrawal - Other | ($286,420.00) | ($286,420.00) | ($286,420.00) | ($286,420.00) | ($286,420.00) | ($286,420.00) |
|     Jentex Capital Contributions - Other | $20,987.50 | $20,987.50 | $16,362.50 | $16,362.50 | $16,362.50 | $16,362.50 |
|   Total Jentex/Anson Capital Contributions | ($265,432.50) | ($265,432.50) | ($413,057.50) | ($493,057.50) | ($493,057.50) | ($493,057.50) |
|   Opening Bal Equity | $32,670.48 | $32,670.48 | $32,670.48 | $32,670.48 | $32,670.48 | $32,670.48 |
|   Retained Earnings | $1,057,414.84 | $1,110,350.02 | $1,198,461.02 | $1,316,158.99 | $1,393,803.99 | $1,496,852.54 |
|   Net Income | $51,066.00 | $88,111.00 | $117,697.97 | $77,645.00 | $103,048.55 | $14,711.30 |
| **Total Equity** | $605,661.32 | $695,641.50 | $522,714.47 | $440,359.47 | $543,408.02 | $558,119.32 |
| **TOTAL LIABILITIES & EQUITY** | $579,097.51 | $669,077.69 | $496,150.66 | $413,795.66 | $516,844.21 | $531,555.51 |

| Name | Loan Number | Orig Date | Balance | Basis | Unearned Discount | Remain | Amount | Lot(s) |
|---|---|---|---|---|---|---|---|---|
| Adams Bil | 2715 | 9/15/2014 | $27,796.74 | $11,981.38 | $15,815.36 | 212/212 | $279.86 | |
| Belcher H | 2712 | 9/15/2014 | $21,863.78 | $10,931.89 | $10,931.89 | 204/204 | $252.01 | |
| Biddle Ma | 2710 | 9/15/2014 | $19,172.04 | $9,586.02 | $9,586.02 | 242/242 | $210.87 | |
| Biediger | 2726 | 9/15/2014 | $20,643.09 | $7,859.10 | $12,783.99 | 164/164 | $257.15 | |
| Bowen Cha | 2716 | 9/15/2014 | $27,800.96 | $12,948.27 | $14,852.69 | 212/212 | $279.86 | |
| Crone Bob | 2728 | 9/15/2014 | $20,121.34 | $10,060.67 | $10,060.67 | 161/161 | $252.01 | |
| Flores Lu | 2713 | 9/15/2014 | $16,743.53 | $8,400.93 | $8,342.60 | 110/110 | $252.01 | |
| Henderson | 2720 | 9/15/2014 | $28,360.62 | $14,180.31 | $14,180.31 | 345/345 | $293.15 | |
| Kopp Fali | 2725 | 9/15/2014 | $44,940.00 | $19,973.33 | $24,966.67 | 239/239 | $434.26 | |
| Kowalski | 2723 | 9/15/2014 | $24,351.32 | $6,500.00 | $17,851.32 | 347/347 | $215.01 | |
| Lopez Lil | 2719 | 9/15/2014 | $28,285.25 | $14,142.62 | $14,142.63 | 344/344 | $250.11 | |
| Martinez | 2729 | 9/15/2014 | $19,347.06 | $9,690.44 | $9,656.62 | 195/195 | $226.29 | |
| McLaughlin | 2717 | 9/15/2014 | $28,635.42 | $14,317.71 | $14,317.71 | 335/335 | $254.50 | |
| Murillo A | 2721 | 9/15/2014 | $26,148.95 | $13,074.47 | $13,074.48 | 284/284 | $240.81 | |
| Ortiz Rub | 2724 | 9/15/2014 | $70,906.50 | $32,912.72 | $37,993.78 | 238/238 | $685.17 | |
| Roberts B | 2722 | 9/15/2014 | $26,876.45 | $6,500.00 | $20,376.45 | 351/351 | $236.94 | |
| Russell S | 2727 | 9/15/2014 | $44,470.98 | $22,967.10 | $21,503.88 | 224/224 | $498.88 | |
| Seeton Th | 2711 | 9/15/2014 | $20,215.36 | $10,124.94 | $10,090.42 | 321/321 | $210.87 | |
| Smith Jef | 2718 | 9/15/2014 | $28,071.66 | $13,067.83 | $15,003.83 | 218/218 | $279.86 | |
| Wisslead | 2730 | 9/15/2014 | $17,636.89 | $8,818.44 | $8,818.45 | 182/182 | $210.87 | |
| Zamora Ir | 2714 | 9/15/2014 | $25,463.75 | $15,278.25 | $10,185.50 | 315/315 | $229.05 | |
| Mullahy W | 2732 | 10/3/2014 | $24,500.00 | $12,250.00 | $12,250.00 | 360/360 | $215.01 | |
| Pina Fort | 2742 | 10/24/2014 | $26,000.00 | $13,000.00 | $13,000.00 | 240/240 | $250.91 | |
| Ortiz Rub | 2864 | 1/15/2015 | $72,436.82 | $30,000.00 | $42,436.82 | 240/240 | $699.03 | 42,43,44 |
| Tully Ian | 2861 | 1/20/2015 | $27,500.00 | $12,500.00 | $15,000.00 | 240/240 | $265.38 | 40 |
| Spencer J | 2868 | 2/6/2015 | $28,000.00 | $14,000.00 | $14,000.00 | 240/240 | $270.21 | 60 |
| Davis Ari | 2896 | 3/28/2015 | $26,500.00 | $5,913.09 | $20,586.91 | 240/240 | $255.73 | 15 |
| Ramirez-Me | 2901 | 4/17/2015 | $27,000.00 | $7,391.72 | $19,608.28 | 360/360 | $236.94 | 66 |
| Banda Chr | 2918 | 4/23/2015 | $26,500.00 | $5,319.14 | $21,180.86 | 240/240 | $255.73 | 7 |
| Martin Ry | 2912 | 4/23/2015 | $30,500.00 | $5,684.23 | $24,815.77 | 240/240 | $294.33 | 69 |
| Martinez | 2922 | 6/5/2015 | $30,500.00 | $5,347.11 | $25,152.89 | 240/240 | $294.33 | 59 |
| Medellin | 2945 | 7/2/2015 | $28,500.00 | $7,445.80 | $21,054.20 | 360/360 | $250.11 | 84 |
| Crabtree | 2929 | 7/3/2015 | $26,302.00 | $5,750.00 | $20,552.00 | 240/240 | $253.82 | 17 |
| Contreras | 2953 | 7/6/2015 | $28,500.00 | $7,454.05 | $21,045.95 | 360/360 | $250.11 | 92 |
| Contreras | 2954 | 8/13/2015 | $28,500.00 | $7,462.69 | $21,037.31 | 360/360 | $250.11 | 91 |
| Vega Jesu | 2969 | 10/2/2015 | $30,500.00 | $1,000.00 | $29,500.00 | 240/240 | $294.33 | 34 |
| Sanchez J | 2964 | 10/7/2015 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Harrington | 2967 | 10/19/2015 | $27,000.00 | $6,500.00 | $20,500.00 | 240/240 | $260.56 | |
| Krumpelman | 2974 | 11/5/2015 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Stevens B | 2973 | 11/5/2015 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Prieto-300 | 2998 | 2/18/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Steven Ba | 3000 | 2/24/2016 | $26,544.79 | $12,216.47 | $14,328.32 | 240/240 | $256.16 | |
| Flores Me | 2991 | 3/8/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Sustaita-3 | 3007 | 3/21/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Cutler-300 | 3009 | 4/7/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Hitts III- | 3013 | 4/18/2016 | $30,500.00 | $6,500.00 | $24,000.00 | 240/240 | $294.33 | |
| Simons-302 | 3020 | 4/20/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Vargas Jo | 3022 | 5/16/2016 | $30,000.00 | $6,500.00 | $23,500.00 | 360/360 | $263.27 | |
| Smith Jr | 2981 | 5/27/2016 | $30,500.00 | $6,500.00 | $24,000.00 | 240/240 | $294.33 | |
| Maclin Ca | 3028 | 6/29/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Karwowski | 3035 | 7/23/2016 | $26,500.00 | $6,500.00 | $20,000.00 | 240/240 | $255.73 | |
| Sheffield | 3040 | 7/28/2016 | $26,500.00 | $13,074.47 | $13,425.53 | 240/240 | $255.73 | |
| Shaw Rebe | 3036 | 8/2/2016 | $26,500.00 | $1,018.91 | $25,481.09 | 240/240 | $255.73 | |
| | | | $1,512,135.30 | $531,144.10 | $980,991.20 | | $14,823.03 | |

**PLs' Exhibit 99**
**Page 14 of 15**

| | |
|---|---:|
| **Lot 11; 282 PR4732 Rhome, TX** | 6,500.00 |
| **Lot 18;382 PR 4732,Rhome TX** | 6,500.00 |
| **LOt 20;416 PR 4732 Rhome TX** | 6,500.00 |
| **Lot 21;426;PR 4732 Rhome,TX** | 6,500.00 |
| **Lot 24; 476 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 26;502 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 34;646 PR 4732,Rhome TX** | 1,000.00 |
| **Lot 62;877 PR4732,Rhome TX** | 6,500.00 |
| **Lot 67;769 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 70;715 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 71;697 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 72;677 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 77;513 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 79;481 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 80;465 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 81;449 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 83;415 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 84;401 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 87;349 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 91;285 PR 4732, Rhome TX** | 6,500.00 |
| **Lot 92;271 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 94;241 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 95;227 PR 4732,Rhome TX** | 6,500.00 |
| **Lot 97;193 PR 4732, Rhome TX** | 1,018.91 |
| **Lot13;310 PR 4732, Rhome TX** | 6,500.00 |