# Table of Contents

| | |
|---|---:|
| AFI Balances | 2 |
| AFI DueDates | 5 |
| AFI Registers | 12 |

Anson Financial, Inc.
**Balances: Notes Receivable**
Report as of: 09/30/21   Printed on: 10/21/21
Order: Lookup Name   Investor: AFI   Notes: No filter   Mark:  All

| Name | Loan Number | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---|---|---|---|---|---|
| Ac█ | 59AFI19-RC | 276.80 | 136443.81 | 136443.81 | -3628.63 | 0.00 | 0.00 |
| Al█ | 69 -RC | 214.28 | 19509.74 | 19509.74 | -2442.10 | 0.00 | 232.80 |
| Al█ | 87 -RC | 0.00 | 17927.87 | 17927.87 | -2594.74 | 0.00 | 100.00 |
| Ar█ | 06 -RC | 0.00 | 52025.13 | 52025.13 | 3249.51 | 0.00 | 0.00 |
| As█ | 12 -RC | 112.04 | 34209.25 | 34209.25 | 0.00 | 0.00 | 0.00 |
| Av█ | 66 -RC | 0.00 | 44578.49 | 40066.62 | -3126.38 | 0.00 | 25.00 |
| Ba█ | 04 -RC | 0.00 | 49478.30 | 49478.30 | 3192.83 | 0.00 | 332.80 |
| Ba█ | 33 -RC | 672.60 | 12040.00 | 12040.00 | 0.00 | 990.60 | 1160.00 |
| Ba█ | 32AFI18-RC | 0.00 | 18674.28 | 16235.64 | -1214.71 | 0.00 | 0.00 |
| Be█ | 64AFI17-RC | 0.00 | 15261.38 | 15261.38 | 0.00 | 0.00 | 0.00 |
| Br█ | 239 -RC | 0.00 | 2243.18 | 2243.18 | 0.00 | 0.00 | 0.00 |
| Ch█ | 36 -RC | 645.39 | 24401.67 | 24401.67 | -640.86 | 0.00 | 0.00 |
| Ch█ | 31AFI18-RC | 0.00 | 23927.84 | 23020.01 | -588.33 | 0.00 | 0.00 |
| Ci█ | 087 -RC | 0.00 | 8169.53 | 8169.53 | 0.00 | 0.00 | 0.00 |
| Co█ | 36AFI17-RC | 0.00 | 8421.16 | 6755.04 | 0.00 | 0.00 | 0.00 |
| Co█ | 38 -RC | 0.00 | 106760.66 | 106760.66 | -3935.12 | 0.00 | 0.00 |
| Co█ | 39 -RC | 0.00 | 61342.65 | 61342.65 | -3107.69 | 0.00 | 0.00 |
| Co█ | 58 -RC | 0.00 | 26060.50 | 26060.50 | 0.00 | 0.00 | 12.07 |
| Da█ | 17 -RC | 0.00 | 53669.15 | 53669.15 | 447.77 | 0.00 | 35.00 |
| De█ | 30AFI20-RC | 0.00 | 37849.23 | 37849.23 | -1869.87 | 0.00 | 0.00 |
| Fu█ | 41 -RC | 0.00 | 8757.65 | 8757.65 | -1416.30 | 0.00 | 0.00 |
| Fu█ | 60 -RC | 0.00 | 24062.72 | 24062.72 | 1160.47 | 0.00 | 0.00 |
| Ga█ | 38AFI18-RC | 0.00 | 34363.64 | 34363.64 | -17.52 | 0.00 | 0.00 |
| Ga█ | 35AFI20-RC | 0.00 | 143345.36 | 143345.36 | -102.38 | 0.00 | 0.00 |
| Ga█ | 34 -RC | 51808.50 | 32155.28 | 32155.28 | 9994.42 | 0.00 | 1324.32 |
| Go█ | 24 -RC | 0.00 | 14653.33 | 14653.33 | -237.72 | 0.00 | 0.00 |
| Go█ | 750 -RC | 0.00 | 24273.37 | 24273.37 | 1405.73 | 0.00 | 0.00 |
| Ha█ | 91 -RC | 113.31 | 20978.27 | 20978.27 | 0.00 | 0.00 | 0.00 |
| Ha█ | 194 -RC | 0.00 | 2096.68 | 2096.68 | 0.00 | 0.00 | 0.00 |
| Ha█ | 03 -RC | 91.79 | 8605.23 | 8605.23 | 0.00 | 7.82 | 0.00 |
| Ha█ | 39 -RC | 344.61 | 65553.12 | 65553.12 | -29.75 | 0.00 | 0.00 |
| He█ | 32 -RC | 0.00 | 6092.62 | 6092.62 | -333.26 | 0.00 | 0.00 |
| He█ | 71AFI19-RC | 0.00 | 80570.25 | 69020.15 | -3340.21 | 0.00 | 0.00 |
| In█ | 19AFI19-RC | 0.00 | 86279.86 | 86279.86 | -1390.01 | 0.00 | 0.00 |
| Jo█ | 95AFI17-RC | 0.00 | 16237.02 | 16237.02 | -1314.78 | 0.00 | 0.00 |
| Ju█ | 21 -RC | 0.00 | 29840.68 | 29840.68 | -91.88 | 0.00 | 0.00 |
| Ju█ | 164 -RC | 9698.08 | 23749.93 | 23749.93 | 4639.25 | 838.58 | 342.80 |
| La█ | 41AFI19-RC | 0.00 | 105674.30 | 105674.30 | -5875.00 | 0.00 | 0.00 |
| Le█ | 27 -RC | 0.00 | 11571.82 | 11571.82 | 0.00 | 0.00 | 0.00 |
| Lo█ | 62 -RC | 0.00 | 1556.43 | 1463.89 | -543.51 | 0.00 | 0.00 |
| Lo█ | 75AFI18-RC | 0.00 | 41490.89 | 41490.89 | 752.92 | 0.00 | 40.00 |
| Lu█ | 350 -RC | 0.00 | 2696.45 | 2282.13 | 0.00 | 0.00 | 0.00 |
| Ma█ | 04 -RC | 0.00 | 4771.98 | 4771.98 | 0.00 | 0.00 | 0.00 |

Anson Financial, Inc. 2
## Balances: Notes Receivable
Report as of: 09/30/21  Printed on: 10/21/21

| Name | Loan Number | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---:|---:|---:|---:|---:|---:|
| Ma | 57    -RC | 0.00 | 30154.79 | 27102.79 | -926.90 | 0.00 | 0.00 |
| Ma | 82AFI20-RC | 0.00 | 53868.98 | 53868.98 | -1362.31 | 0.00 | 0.00 |
| Ma | 14    -RC | 0.00 | 28306.55 | 25296.39 | -4027.20 | 0.00 | 0.00 |
| Mc | 90    -RC | 0.00 | 6819.07 | 6819.07 | 0.00 | 0.00 | 0.00 |
| Me | 75AFI20-RC | 0.00 | 57311.20 | 57311.20 | 1489.59 | 0.00 | 0.00 |
| Me | 97    -RC | 0.00 | 39488.29 | 34638.62 | -219.70 | 0.00 | 0.00 |
| Me | 85    -RC | 0.00 | 57380.51 | 51572.92 | -4831.54 | 0.00 | 0.00 |
| Mil | 32    -RC | 0.00 | 9908.67 | 9908.67 | -4327.44 | 0.00 | 0.00 |
| Mil | 97    -RC | 0.00 | 47980.77 | 47980.77 | 1821.00 | 0.00 | 0.00 |
| Mu | 48    -RC | 571.62 | 57400.85 | 57400.85 | 2523.00 | 0.00 | 0.00 |
| Nic | 01    -RC | 569.87 | 19276.90 | 19276.90 | -223.64 | 0.00 | 0.00 |
| Oc | 01    -RC | 0.00 | 170233.68 | 170233.68 | 0.00 | 0.00 | 0.00 |
| Oli | 67    -RC | 0.00 | 773.77 | 773.77 | 0.00 | 0.00 | 0.00 |
| Ore | 50    -RC | 0.00 | 48303.42 | 48303.42 | -6812.65 | 0.00 | 0.00 |
| Oro | 67    -RC | 0.00 | 46641.95 | 41921.22 | -3659.58 | 0.00 | 0.00 |
| Pat | 26AFI17-RC | 0.00 | 9487.92 | 9487.92 | 0.00 | 0.00 | 0.00 |
| Pin | 12    -RC | 0.00 | 9137.08 | 9137.08 | -1838.66 | 0.00 | 0.00 |
| Ra | 21AFI17-RC | 0.00 | 15701.98 | 13762.75 | 1117.20 | 0.00 | 0.00 |
| Ra | 09    -RC | 0.00 | 3591.39 | 3591.39 | -2566.80 | 0.00 | 200.00 |
| Ra | 362   -RC | 0.00 | 23972.73 | 23972.73 | -1315.24 | 0.00 | 0.00 |
| Ray | 84    -RC | 0.00 | 44509.06 | 44509.06 | -2517.09 | 0.00 | 0.00 |
| Rev | 80AFI18-RC | 90.41 | 7232.86 | 6638.22 | 1021.17 | 8.63 | 0.00 |
| Rh | 42AFI18-RC | 121.93 | 36489.70 | 36489.70 | -92.08 | 0.00 | 0.00 |
| Ro | 97AFI17-RC | 0.00 | 69086.85 | 69086.85 | -7631.55 | 0.00 | 0.00 |
| Ro | 91    -RC | 47.40 | 49589.58 | 33411.50 | -3505.07 | 0.00 | 0.00 |
| Ro | 79    -RC | 0.00 | 49932.25 | 40438.72 | -1490.71 | 0.00 | 0.00 |
| Ro | 04    -RC | 0.00 | 36678.51 | 30957.71 | -922.78 | 0.00 | 0.00 |
| Ru | 47    -RC | 0.00 | 43120.05 | 43120.05 | -1671.56 | 0.00 | 0.00 |
| Sal | 88    -RC | 0.00 | 45442.97 | 40843.59 | -4141.46 | 0.00 | 0.00 |
| Sa | 90    -RC | 0.00 | 36665.69 | 36665.69 | 617.69 | 0.00 | 0.00 |
| Sat | 939   -RC | 0.00 | 20553.25 | 20553.25 | -1287.69 | 0.00 | 0.00 |
| Ser | 970   -RC | 0.00 | 1675.02 | 1675.02 | 37.68 | 0.00 | 407.80 |
| Ser | 62AFI17-RC | 0.00 | 38477.22 | 38477.22 | -1011.92 | 0.00 | 0.00 |
| Sh | 22AFI17-RC | 0.00 | 35774.32 | 35774.32 | 0.00 | 0.00 | 0.00 |
| Sn | 49    -RC | 24210.53 | 128508.88 | 128508.88 | 0.00 | 0.00 | 0.00 |
| Spi | 73    -RC | 0.00 | 3562.98 | 3562.98 | 0.00 | 0.00 | 0.00 |
| Sta | 70AFI19-RC | 0.00 | 29455.25 | 29455.25 | 255.12 | 0.00 | 25.50 |
| Tis | 74AFI20-RC | 0.00 | 16763.36 | 16763.36 | 1501.39 | 0.00 | 0.00 |
| To | 17AFI21-RC | 0.00 | 16845.46 | 16845.46 | 1034.52 | 0.00 | 0.00 |
| Tre | 58    -RC | 0.00 | 43568.20 | 43568.20 | 0.00 | 0.00 | 0.00 |
| Tu | 29    -RC | 0.00 | 62342.94 | 62342.94 | -2355.09 | 0.00 | 0.00 |
| Vas | 21    -RC | 0.00 | 14333.80 | 14333.80 | -1182.65 | 0.00 | 8.85 |
| Wa | 15    -RC | 0.00 | 74600.75 | 59644.09 | -7010.83 | 0.00 | 0.00 |
| Wo | 00AFI20-RC | 1581.05 | 32500.00 | 25500.00 | 0.00 | 0.00 | 0.00 |

PLs' Exhibit 100
Page 3 of 17

Anson Financial, Inc. 3
**Balances: Notes Receivable**
Report as of: 09/30/21   Printed on: 10/21/21

| Name | Loan Number | Acc Int | Balance | Basis | Escrow | Late | Service |
|---|---|---:|---:|---:|---:|---:|---:|
| Yam▮ | 65   -RC | 24453.14 | 70222.17 | 70222.17 | 0.00 | 3241.94 | 7982.00 |
| Yam▮ | 69AFI18-RC | 0.00 | 116171.99 | 116171.99 | 6906.58 | 0.00 | 6338.54 |
| Yba▮ | 66AFI17-RC | 0.00 | 47093.25 | 47093.25 | -348.24 | 0.00 | 0.00 |
| Zuni▮ | 86   -RC | 0.00 | 14885.80 | 9860.28 | -476.31 | 0.00 | 0.00 |
| Total: 91 | | 115623.35 | 3464193.36 | 3355663.95 | -62429.60 | 5087.57 | 18567.48 |
| Average: | | 1270.59 | 38068.06 | 36875.43 | -686.04 | 55.91 | 204.04 |
| Net: | | | 3541042.16 | | | | |

# Anson Financial, Inc.
## Due Dates: Notes Receivable
Report as of: 09/30/21   Printed on: 10/21/21
Order: Lookup Name   Investor: AFI   Notes: No filter   Mark: All

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Acos… 7… | 59AFI19-RC | 1446.43 136443.81 338/338 | 09/14/21 08/30/21 10/14/49 | -16 |
| Alvar… 6… | 69   -RC | 310.93 19509.74 5/ 5 | 08/01/21 09/24/21 10/10/22 | -60 |
| Alvar… 4… | 87   -RC | 1007.48 17927.87 31/ 31 | 10/23/21 09/20/21 02/23/30 | 23 |
| Arcin… 6… | 06   -RC | 1276.61 52025.13 117/117 | 10/03/21 09/28/21 06/03/31 | 3 |
| Ashle… 2… B… | 12   -RC | 300.00 34209.25 15/ 15 | 07/01/11 10/01/12 09/01/12 | -3744 Balloon |
| Avila 5… | 66   -RC | 1124.76 44578.49 101/101 | 10/03/21 09/28/21 02/03/30 | 3 |
| Baca… 5… | 04   -RC | 1082.28 49478.30 103/103 | 08/21/20 10/20/20 04/21/30 | -405 |
| Barro… 1… B… | 33   -RC | 3415.86 12040.00 4/ 4 | 11/24/19 11/05/19 06/24/26 | -676 |
| Barro… 3… | 82AFI18-RC | 404.47 18674.28 141/141 | 10/02/21 09/14/21 07/02/33 | 2 |
| Berry… 4… | 64AFI17-RC | 202.80 15261.38 182/182 | 10/22/21 09/20/21 11/22/36 | 22 |
| Breau… 5… | 239   -RC | 191.12 2243.18 12/ 12 | 09/01/21 08/30/21 11/01/14 | -29 |
| Chav… 3… | 86   -RC | 703.23 24401.67 232/232 | 09/20/21 09/07/21 06/03/42 | -10 |
| Chris… 8… | 81AFI18-RC | 925.03 23927.84 143/143 | 10/05/21 09/08/21 08/05/33 | 5 |
| Cinda… 7… | 087   -RC | 189.87 8169.53 54/ 54 | 10/01/21 09/15/21 10/01/30 | 1 |

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Coats ██ 2█ | 36AFI17-RC | 229.11 8421.16 44/ 44 | 09/30/21 08/30/21 04/30/25 | 0 |
| Comp ██ 3█ | 38 -RC | 1775.18 106760.66 120/120 | 10/10/21 09/16/21 09/10/31 | 10 |
| Comp ██ 2█ | 39 -RC | 1160.00 61342.65 116/116 | 10/10/21 09/16/21 09/10/31 | 10 |
| Contr ██ 1█ | 58 -RC | 241.33 26060.50 192/192 | 09/09/21 08/26/21 05/09/38 | -21 |
| Davila ██ 18 | 17 -RC | 1166.88 53669.15 102/102 | 10/22/21 09/09/21 05/22/30 | 22 |
| De La ██ 5█ | 80AFI20-RC | 563.85 37849.23 160/160 | 10/15/21 09/20/21 02/15/35 | 15 |
| Fuller ██ 2█ | 41 -RC | 552.18 8757.65 23/ 23 | 09/18/21 08/27/21 07/18/23 | -12 |
| Fults, ██ 1█ | 60 -RC | 836.79 24062.72 108/108 | 10/14/21 09/22/21 09/14/30 | 14 |
| Garci ██ 4█ | 38AFI18-RC | 803.33 34363.64 93/ 93 | 10/19/21 09/20/21 01/19/31 | 19 |
| Garci ██ 7█ | 35AFI20-RC | 1549.62 143345.36 224/224 | 09/17/21 09/03/21 04/17/40 | -13 |
| Gatlin ██ 4█ | 84 -RC | 236.45 32155.28 87/ 87 | 10/01/21 09/10/21 05/01/29 | 1 |
| Gobe ██ 5█ | 24 -RC | 268.02 14653.33 55/ 55 | 10/25/21 09/23/21 04/25/26 | 25 |
| Gorre ██ 3█ | 750 -RC | 616.08 24273.37 116/116 | 10/01/21 09/07/21 02/01/31 | 1 |
| Handy ██ 2█ | 91 -RC | 298.78 20978.27 157/157 | 10/02/21 09/07/21 08/02/32 | 2 |
| Harcr ██ 3█ | 194 -RC | 338.80 2096.68 19/ 19 | 11/01/21 09/28/21 03/01/16 | 32 |

Anson Financial, Inc. 3
Due Dates: Notes Receivable

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Harris 64 | 03 -RC | 199.98 8605.23 55/ 55 | 09/30/21 09/30/21 03/30/26 | 0 |
| Harris 23 | 89 -RC | 1638.92 65553.12 115/115 | 09/25/21 09/28/21 08/25/42 | -5 |
| Herna 50 | 82 -RC | 578.08 6092.62 15/ 15 | 09/26/21 09/02/21 05/26/23 | -4 |
| Herna 53 | 71AFI19-RC | 1416.97 80570.25 100/100 | 09/20/21 09/09/21 11/20/29 | -10 |
| Ingra 12 | 19AFI19-RC | 1099.45 86279.86 212/212 | 10/13/21 09/22/21 05/13/39 | 13 |
| Jones 35 | 95AFI17-RC | 658.30 16237.02 48/ 48 | 09/21/21 09/01/21 03/21/27 | -9 |
| Juare 55 | 21 -RC | 912.43 29840.68 66/ 66 | 10/06/21 09/10/21 06/06/30 | 6 |
| Juare 16 Ba | 164 -RC | 430.73 23749.93 163/163 | 03/15/21 03/11/21 05/15/34 | -199 |
| Lara, 17 | 41AFI19-RC | 1431.83 105674.30 148/148 | 10/01/21 09/10/21 07/01/34 | 1 |
| Lewis 10 | 27 -RC | 346.17 11571.82 41/ 41 | 10/15/21 09/01/21 05/15/25 | 15 |
| Lobat 83 | 62 -RC | 570.66 1556.43 3/ 3 | 11/23/21 09/30/21 01/23/22 | 54 |
| Lopez 30 | 75AFI18-RC | 1010.18 41490.89 79/ 79 | 10/16/21 09/14/21 07/16/28 | 16 |
| Ludw 73 Ba | 850 -RC | 101.80 2696.45 31/ 31 | 08/20/10 03/02/11 02/24/19 | -4059 |
| Mallo 14 | 04 -RC | 171.00 4771.98 17/ 17 | 11/01/21 09/01/21 02/28/23 | 32 |
| Marti 26 | 67 -RC | 563.10 30154.79 100/100 | 10/17/21 09/10/21 01/17/30 | 17 |

Anson Financial, Inc. 4
Due Dates: Notes Receivable

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Marti... 4 | 82AFI20-RC | 889.51 / 53868.98 / 165/165 | 07/01/21 / 08/31/21 / 03/01/35 | -91 |
| Marti... 6 | 14 -RC | 747.54 / 28306.55 / 67/67 | 10/05/21 / 09/03/21 / 05/05/31 | 5 |
| McKi... 2 | 90 -RC | 322.85 / 6819.07 / 22/22 | 09/15/21 / 09/14/21 / 07/15/23 | -15 |
| Mejia... 6 | 75AFI20-RC | 1247.30 / 57311.20 / 109/109 | 10/24/21 / 09/27/21 / 12/24/30 | 24 |
| Mera... 3 | 97 -RC | 795.33 / 39488.29 / 86/86 | 11/20/21 / 09/27/21 / 09/20/29 | 51 |
| Meza... 2 | 85 -RC | 1395.04 / 57380.51 / 101/101 | 11/02/21 / 09/16/21 / 03/02/30 | 33 |
| Miles... 6 E | 32 -RC | 884.00 / 9908.67 / 1/1 | 10/03/21 / 09/13/21 / 10/03/21 | 3 |
| Mille... 6 | 97 -RC | 990.78 / 47980.77 / 115/115 | 09/18/21 / 09/20/21 / 03/18/31 | -12 |
| Munc... 4 | 48 -RC | 1378.80 / 57400.85 / 107/107 | 09/17/21 / 09/29/21 / 07/17/30 | -13 |
| Nich... 5 | 01 -RC | 457.29 / 19276.90 / 3/3 | 08/15/21 / 08/23/21 / 12/15/21 | -46 |
| Occi... H | 01 -RC | 120.00 / 170233.68 / 236/236 | 08/01/20 / 11/30/20 / 03/01/40 | -425 |
| Oliva... 1 E | 67 -RC ...nue | 272.93 / 773.77 / 3/3 | 06/20/14 / 03/24/14 / 08/20/13 | -2659 |
| Orell... 7 | 50 -RC | 935.64 / 48303.42 / 111/111 | 10/18/21 / 09/22/21 / 10/18/31 | 18 |
| Orop... 4 | 67 -RC | 1116.28 / 46641.95 / 101/101 | 10/04/21 / 09/07/21 / 02/04/30 | 4 |
| Patin... 2 | 26AFI17-RC | 199.82 / 9487.92 / 72/72 | 10/05/21 / 09/03/21 / 09/05/27 | 5 |

Anson Financial, Inc. 5
Due Dates: Notes Receivable

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Pina-L███ 52█ | 12 -RC | 743.86 9137.08 20/ 20 | 10/10/21 09/10/21 04/25/23 | 10 |
| Ramir███ 60█ | 21AFI17-RC | 289.42 15701.98 71/ 71 | 09/10/21 09/15/21 08/10/27 | -20 |
| Ramir███ 28█ B█ | 09 -RC | 500.00 3591.39 8/ 8 | 08/01/15 06/10/15 09/01/20 | -2252 |
| Rand███ 37█ | 362 -RC | 428.82 23972.73 107/107 | 10/01/21 09/07/21 01/01/31 | 1 |
| Ray, ███ 86█ | 84 -RC | 905.84 44509.06 202/202 | 10/10/21 09/21/21 06/10/42 | 10 |
| Reyes███ 35█ | 80AFI18-RC | 288.57 7232.86 114/114 | 08/15/21 08/19/21 01/15/31 | -46 |
| Rhod███ 34█ | 42AFI18-RC | 512.95 36489.70 102/102 | 08/01/21 09/10/21 01/16/30 | -60 |
| Rodri███ 55█ | 97AFI17-RC | 2508.21 69086.85 65/ 65 | 10/01/21 09/15/21 02/01/27 | 1 |
| Rodri███ 19█ | 91 -RC | 1418.05 49589.58 95/ 95 | 08/05/21 09/03/21 12/05/29 | -56 |
| Rodri███ 23█ | 79 -RC | 928.98 49932.25 144/144 | 10/15/21 09/20/21 08/15/34 | 15 |
| Rome███ 20█ | 04 -RC | 730.32 36678.51 89/ 89 | 10/29/21 09/07/21 09/29/29 | 29 |
| Ruiz, ███ 14█ | 47 -RC | 852.13 43120.05 94/ 94 | 10/30/21 09/28/21 09/30/31 | 30 |
| Salas,███ 44█ | 88 -RC | 1311.96 45442.97 82/ 82 | 11/14/21 09/28/21 11/14/29 | 45 |
| Santia███ 23█ | 90 -RC | 781.17 36665.69 115/115 | 09/18/21 08/30/21 03/18/31 | -12 |
| Satter███ 51█ | 939 -RC | 277.00 20553.25 150/150 | 12/01/21 09/29/21 01/01/34 | 62 |

Anson Financial, Inc.                                                                                                                   6
Due Dates: Notes Receivable

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Serna 6 | 970   -RC | 209.94<br>1675.02<br>-23/-23 | 01/23/18<br>11/06/18<br>12/23/15 | -1346 |
| Servi 2 | 62AFI17-RC | 1037.09<br>38477.22<br>125/125 | 10/08/21<br>09/21/21<br>02/08/32 | 8 |
| Shay 4 | 22AFI17-RC | 546.01<br>35774.32<br>125/125 | 03/16/21<br>02/19/21<br>08/16/32 | -198 |
| Snea S | 49   -RC | 4448.89<br>128508.88<br>5/ 5 | 11/01/21<br>09/30/21<br>07/07/28 | 32 |
| Spillr 4 | 73   -RC | 100.00<br>3562.98<br>37/ 37 | 10/15/21<br>09/03/21<br>12/01/24 | 15 |
| Stanl 1 | 70AFI19-RC | 290.59<br>29455.25<br>218/218 | 10/01/21<br>08/31/21<br>11/01/39 | 1 |
| Tisby 4 | 74AFI20-RC | 719.42<br>16763.36<br>62/ 62 | 11/01/21<br>09/03/21<br>12/01/26 | 32 |
| Toca 3 | 17AFI21-RC | 579.20<br>16845.46<br>59/ 59 | 08/01/21<br>06/21/21<br>06/01/26 | -60 |
| Trejo 3 | 58   -RC | 881.18<br>43568.20<br>45/ 45 | 10/21/21<br>09/27/21<br>01/21/30 | 21 |
| Turne 4 | 29   -RC | 1392.22<br>62342.94<br>120/120 | 08/08/21<br>07/29/21<br>07/08/31 | -53 |
| Vasq 2 | 21   -RC | 343.65<br>14333.80<br>57/ 57 | 09/13/21<br>09/29/21<br>05/13/26 | -17 |
| Ware 2 | 15   -RC | 1703.93<br>74600.75<br>104/104 | 10/15/21<br>09/28/21<br>05/15/30 | 15 |
| Wood | 00AFI20-RC | 1000.00<br>32500.00<br>12/ 12 | 01/16/21<br>05/21/21<br>01/16/21 | -257 |
| Yamr R B | 65   -RC | 1374.89<br>70222.17<br>9/ 9 | 04/01/21<br>03/02/21<br>07/01/21 | -182 |
| Yamr 1 B | 69AFI18-RC | 1761.71<br>116171.99<br>352/352 | 03/05/19<br>02/02/21<br>06/05/33 | -940<br>Balloon |

Anson Financial, Inc.  7
**Due Dates: Notes Receivable**

| Name/Collateral | Loan Number | Pmt/RBal/RPmts | Next/Last/Maturity | Due In |
|---|---|---|---|---|
| Ybarra | 66AFI17-RC | 1169.25 | 10/06/21 | 6 |
| 12 |  | 47093.25 | 09/13/21 |  |
|  |  | 126/126 | 03/06/32 |  |
| Zunig | 86   -RC | 558.40 | 10/03/21 | 3 |
| 38 |  | 14885.80 | 09/01/21 |  |
|  |  | 52/ 52 | 02/03/26 |  |
| Accounts : | 91 | Pmt Tot: 76693.63 | TotBal: | 3464193.36 |
| TotMoPmts: | 76693.63 | AveMoPmt: 842.78 | AveBal: | 38068.06 |

PLs' Exhibit 100
Page 11 of 17

Anson Financial, Inc.
**Register: All Accounts**
Dates: 09/01/21-09/30/21   Printed on: 10/21/21
Order: Pay Date   Investor: AFI   Notes: No filter   Mark: All

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| Mallon, J | 09/01 R | 171.00 | 134.21 | 36.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lewis, Gl | 09/01 R | 346.17 | 228.17 | 118.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Garcia, A | 09/01 r | 800.00 | 0.00 | 593.69 | 0.00 | 55.97 | 0.00 | 150.34 |
| Jones, Vi | 09/01 R | 1000.00 | 258.49 | 178.90 | 0.00 | 0.00 | 0.00 | 220.91 |
| Jones, Vi | 09/01 P | 0.00 | 341.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HarcrowO | 09/01 R | 338.80 | 304.92 | 33.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salas, Be | 09/01 R | 1400.00 | 315.83 | 461.33 | 35.57 | 0.00 | 0.00 | 499.23 |
| Salas, Be | 09/01 P | 0.00 | 79.13 | 0.00 | 8.91 | 0.00 | 0.00 | 0.00 |
| Zuniga, J | 09/01 R | 588.40 | 145.80 | 150.73 | 74.31 | 0.00 | 0.00 | 187.56 |
| Zuniga, J | 09/01 P | 0.00 | 19.87 | 0.00 | 10.13 | 0.00 | 0.00 | 0.00 |
| Alvarez, | 09/02 S | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Herrera, | 09/02 R | 505.21 | 47.78 | 103.02 | 0.00 | 0.00 | 0.00 | 354.41 |
| Hernande | 09/02 R | 600.00 | 383.99 | 70.13 | 0.00 | 0.00 | 0.00 | 123.96 |
| Hernande | 09/02 P | 0.00 | 21.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Herrera, | 09/03 P | 6366.95 | 6360.21 | 6.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| Herrera, | 09/03 S | 5000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| Herrera, | 09/03 E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 962.72 |
| Herrera, | 09/03 Y | 0.00 | 3937.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpillmanJ | 09/03 R | 100.00 | 93.91 | 6.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rodriguez | 09/03 R | 1336.59 | 164.53 | 0.00 | 79.67 | 0.00 | 0.00 | 0.00 |
| Rodriguez | 09/03 r | 0.00 | 0.00 | 446.43 | 0.00 | 40.64 | 0.00 | 605.32 |
| Patino, L | 09/03 R | 199.82 | 80.22 | 119.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| Martinez- | 09/03 R | 747.54 | 266.61 | 284.86 | 31.73 | 0.00 | 0.00 | 164.34 |
| Tisby, Mi | 09/03 R | 1438.84 | 176.61 | 213.98 | 0.00 | 0.00 | 0.00 | 328.83 |
| Tisby, Mi | 09/03 R | 0.00 | 178.81 | 211.78 | 0.00 | 0.00 | 0.00 | 328.83 |
| Garcia, A | 09/03 R | 2406.00 | 201.03 | 604.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| Garcia, A | 09/03 R | 0.00 | 197.91 | 1196.19 | 0.00 | 55.97 | 0.00 | 150.34 |
| New EraT | 09/07 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| New EraT | 09/07 S | 57444.23 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| New EraT | 09/07 E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1164.72 |
| New EraT | 09/07 Y | 0.00 | 55010.14 | 3498.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oropeza- | 09/07 R | 1116.28 | 241.76 | 467.15 | 27.22 | 0.00 | 0.00 | 380.15 |
| Davila, D | 09/07 N | -1400.00 | 0.00 | -1400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Chavez, F | 09/07 R | 703.23 | 0.00 | 253.65 | 0.00 | 13.35 | 0.00 | 436.23 |
| Arcinega, | 09/07 R | 2000.00 | 260.91 | 417.84 | 0.00 | 33.94 | 0.00 | 597.86 |
| Arcinega, | 09/07 r | 0.00 | 0.00 | 57.65 | 0.00 | 33.94 | 0.00 | 597.86 |
| Randolph | 09/07 R | 500.00 | 154.20 | 161.32 | 0.00 | 0.00 | 0.00 | 113.30 |
| Randolph | 09/07 P | 0.00 | 71.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Romero, | 09/07 R | 800.00 | 222.22 | 354.69 | 41.06 | 0.00 | 0.00 | 112.35 |
| Romero, | 09/07 P | 0.00 | 58.81 | 0.00 | 10.87 | 0.00 | 0.00 | 0.00 |
| GorrellMa | 09/07 R | 616.08 | 89.80 | 218.25 | 0.00 | 0.00 | 0.00 | 308.03 |
| Handy, Al | 09/07 R | 298.78 | 0.00 | 298.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| Christoph | 09/08 R | 925.00 | 54.20 | 319.79 | 2.14 | 0.00 | 0.00 | 548.87 |
| Alvarado | 09/09 R | 500.00 | 0.00 | 194.26 | 0.00 | 12.44 | 0.00 | 116.67 |

Anson Financial, Inc. 2
**Register: All Accounts**
Dates: 09/01/21-09/30/21  Printed on: 10/21/21

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| Alvarado | 09/09 r | 0.00 | 0.00 | 47.52 | 0.00 | 12.44 | 0.00 | 116.67 |
| Vizcaino, | 09/09 R | 666.99 | 165.13 | 30.86 | 0.00 | 0.00 | 0.00 | 471.00 |
| Davila, M | 09/09 R | 1166.88 | 306.34 | 537.51 | 0.00 | 0.00 | 0.00 | 323.03 |
| Meza-Agu | 09/09 R | 1395.04 | 292.23 | 577.92 | 32.91 | 0.00 | 0.00 | 491.98 |
| Hernande | 09/09 R | 1476.56 | 435.16 | 692.54 | 72.82 | 59.59 | 0.00 | 216.45 |
| Martinez, | 09/10 R | 563.10 | 157.77 | 302.04 | 17.77 | 0.00 | 0.00 | 85.52 |
| Juarez, J | 09/10 R | 912.43 | 323.26 | 293.17 | 0.00 | 0.00 | 0.00 | 296.00 |
| GatlinJam | 09/10 R | 236.45 | 0.00 | 236.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lara, Dav | 09/10 r | 700.00 | 0.00 | 514.71 | 0.00 | 0.00 | 0.00 | 185.29 |
| Lara, Dav | 09/10 R | 1000.00 | 360.68 | 371.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lara, Dav | 09/10 P | 0.00 | 268.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pina-Lope | 09/10 R | 800.00 | 345.66 | 94.99 | 0.00 | 0.00 | 0.00 | 303.21 |
| Pina-Lope | 09/10 P | 0.00 | 56.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rhodes, B | 09/10 r | 300.00 | 109.92 | 190.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rhodes, B | 09/10 R | 300.00 | 140.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rhodes, B | 09/10 r | 0.00 | 0.00 | 113.73 | 0.00 | 20.52 | 0.00 | 25.00 |
| Ybarra, E | 09/13 R | 1169.25 | 186.30 | 470.83 | 0.00 | 0.00 | 0.00 | 512.12 |
| Spriggs, | 09/13 N | -1075.00 | 0.00 | -1075.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miles, Cy | 09/13 R | 884.00 | 493.77 | 130.03 | 0.00 | 0.00 | 0.00 | 260.20 |
| Lopez, Ep | 09/14 R | 1000.08 | 350.21 | 383.54 | 0.00 | 0.00 | 0.00 | 266.33 |
| McKinney, | 09/14 R | 340.00 | 252.13 | 70.72 | 0.00 | 16.14 | 0.00 | 0.00 |
| McKinney, | 09/14 P | 0.00 | 1.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Barron, W | 09/14 R | 510.00 | 39.55 | 234.44 | 5.94 | 0.00 | 0.00 | 124.54 |
| Barron, W | 09/14 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.28 | 0.00 |
| Barron, W | 09/14 P | 0.00 | 30.65 | 0.00 | 4.60 | 0.00 | 0.00 | 0.00 |
| Rodriguez | 09/15 R | 5109.33 | 726.40 | 705.47 | 0.00 | 92.91 | 0.00 | 1076.34 |
| Rodriguez | 09/15 R | 0.00 | 733.66 | 698.21 | 0.00 | 0.00 | 0.00 | 1076.34 |
| Ramirez, | 09/15 R | 300.00 | 114.03 | 158.32 | 16.07 | 11.58 | 0.00 | 0.00 |
| Cindaco ( | 09/15 R | 500.00 | 120.00 | 69.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cindaco ( | 09/15 P | 0.00 | 310.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Munoz, Fi | 09/15 S | -207.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Compass | 09/16 R | 1160.00 | 248.21 | 615.91 | 0.00 | 0.00 | 0.00 | 295.88 |
| Compass | 09/16 R | 1775.18 | 253.05 | 1070.14 | 0.00 | 0.00 | 0.00 | 451.99 |
| Meza-Agu | 09/16 R | 1395.04 | 295.14 | 574.68 | 33.24 | 0.00 | 0.00 | 491.98 |
| New EraT | 09/17 E | 224555.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3420.84 |
| New EraT | 09/17 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| New EraT | 09/17 Y | 0.00 | 219730.65 | 8145.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vizcaino, | 09/20 S | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Garcia, A | 09/20 R | 803.33 | 237.09 | 317.17 | 0.00 | 0.00 | 0.00 | 249.07 |
| Alvarez, | 09/20 R | 2000.00 | 491.95 | 193.31 | 0.00 | 0.00 | 0.00 | 322.22 |
| Alvarez, | 09/20 P | 0.00 | 992.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Berry, An | 09/20 R | 203.00 | 24.46 | 178.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| Berry, An | 09/20 P | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| De La Hoy | 09/20 r | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |

Anson Financial, Inc.  3
**Register: All Accounts**
Dates: 09/01/21-09/30/21  Printed on: 10/21/21

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| De La Hoy | 09/20 R | 500.00 | 113.47 | 316.37 | 0.00 | 0.00 | 0.00 | 69.01 |
| De La Hoy | 09/20 P | 0.00 | 1.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miller, C | 09/20 R | 1024.60 | 214.51 | 461.87 | 0.00 | 33.82 | 0.00 | 314.40 |
| Rodriguez | 09/20 R | 928.98 | 128.84 | 480.04 | 30.25 | 0.00 | 0.00 | 289.85 |
| Ray, Davi | 09/21 R | 905.84 | 44.35 | 556.92 | 0.00 | 0.00 | 0.00 | 304.57 |
| Servin, M | 09/21 R | 2108.14 | 151.67 | 386.20 | 0.00 | 33.96 | 0.00 | 499.22 |
| Servin, M | 09/21 R | 0.00 | 153.18 | 384.69 | 0.00 | 0.00 | 0.00 | 499.22 |
| Vizcaino, | 09/22 S | 508.21 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| Vizcaino, | 09/22 E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2098.10 |
| Vizcaino, | 09/22 Y | 0.00 | 2479.68 | 26.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ingram, S | 09/22 R | 1099.45 | 148.29 | 720.23 | 0.00 | 0.00 | 0.00 | 230.93 |
| Orellana, | 09/22 R | 1000.00 | 244.85 | 465.87 | 0.00 | 0.00 | 0.00 | 224.92 |
| Orellana, | 09/22 P | 0.00 | 64.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fults, Ro | 09/22 r | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 173.50 |
| Fults, Ro | 09/22 r | 500.00 | 0.00 | 163.62 | 0.00 | 23.55 | 0.00 | 312.83 |
| Fults, Ro | 09/22 R | 500.00 | 117.82 | 69.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fults, Ro | 09/22 r | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 313.16 |
| Fults, Ro | 09/22 R | 500.00 | 95.32 | 231.51 | 0.00 | 0.00 | 0.00 | 173.17 |
| Vasquez, | 09/23 R | 300.00 | 72.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vasquez, | 09/23 r | 0.00 | 37.83 | 176.22 | 0.00 | 13.75 | 0.00 | 0.00 |
| GoberRod | 09/23 R | 282.00 | 83.63 | 184.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| GoberRod | 09/23 P | 0.00 | 13.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alvarado | 09/24 R | 665.47 | 0.00 | 146.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alvarado | 09/24 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.80 | 0.00 |
| Alvarado | 09/24 R | 0.00 | 0.00 | 181.82 | 0.00 | 12.44 | 0.00 | 116.67 |
| Alvarado | 09/24 F | -665.47 | 0.00 | -328.56 | 0.00 | -12.44 | -207.80 | -116.67 |
| Alvarado | 09/24 S | -25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Trejo-Lar | 09/27 R | 1290.00 | 510.45 | 370.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| Trejo-Lar | 09/27 P | 0.00 | 408.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meraz-Mer | 09/27 R | 900.00 | 258.01 | 382.25 | 36.12 | 0.00 | 0.00 | 118.95 |
| Meraz-Mer | 09/27 P | 0.00 | 91.82 | 0.00 | 12.85 | 0.00 | 0.00 | 0.00 |
| Mejia, Fr | 09/27 r | 500.00 | 0.00 | 101.60 | 0.00 | 0.00 | 0.00 | 398.40 |
| Mejia, Fr | 09/27 r | 500.00 | 49.52 | 450.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mejia, Fr | 09/27 R | 247.30 | 247.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rhodes, B | 09/28 I | -245.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -245.64 |
| TocaySant | 09/28 I | -283.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -283.32 |
| Barron, W | 09/28 I | -283.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -283.32 |
| GatlinJam | 09/28 I | -283.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -283.32 |
| Randolph | 09/28 I | -472.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -472.20 |
| Munoz, Fi | 09/28 I | -798.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -798.00 |
| Orellana, | 09/28 I | -330.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -330.48 |
| Miller, C | 09/28 I | -472.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -472.20 |
| Harris, S | 09/28 I | -849.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -849.84 |
| Ray, Davi | 09/28 I | -472.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -472.20 |

Anson Financial, Inc. 4
## Register: All Accounts
Dates: 09/01/21-09/30/21  Printed on: 10/21/21

| Name | Date/Type | Payment | Prin/RetCap | Int/Income | DiscEarn | LateFee | SvcFee | Escrow |
|---|---|---|---|---|---|---|---|---|
| Fults, Ro | 09/28 I | -1038.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1038.72 |
| Harris, S | 09/28 R | 1528.47 | 255.75 | 183.44 | 0.00 | 53.92 | 0.00 | 0.00 |
| Harris, S | 09/28 r | 0.00 | 0.00 | 474.80 | 0.00 | 0.00 | 0.00 | 560.56 |
| Arcinega, | 09/28 R | 2105.51 | 262.97 | 358.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| Arcinega, | 09/28 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.80 | 0.00 |
| Arcinega, | 09/28 R | 0.00 | 231.11 | 413.70 | 0.00 | 33.94 | 0.00 | 597.86 |
| Ware Jr., | 09/28 R | 1703.93 | 359.13 | 625.42 | 90.06 | 0.00 | 0.00 | 629.32 |
| Avila, Ma | 09/28 R | 1159.17 | 217.43 | 446.34 | 24.48 | 34.41 | 0.00 | 436.51 |
| Ruiz, Lui | 09/28 r | 500.00 | 0.00 | 360.06 | 0.00 | 0.00 | 0.00 | 139.94 |
| Ruiz, Lui | 09/28 R | 500.00 | 278.54 | 73.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ruiz, Lui | 09/28 P | 0.00 | 147.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salas, Be | 09/28 R | 1400.00 | 319.76 | 456.96 | 36.01 | 0.00 | 0.00 | 499.23 |
| Salas, Be | 09/28 P | 0.00 | 79.13 | 0.00 | 8.91 | 0.00 | 0.00 | 0.00 |
| HarcrowO | 09/28 R | 338.80 | 308.73 | 30.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| Snead, J. | 09/29 R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Snead, J. | 09/29 P | -3068.51 | -3068.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vasquez, | 09/29 R | 400.00 | 129.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vasquez, | 09/29 r | 0.00 | 82.45 | 174.20 | 0.00 | 13.75 | 0.00 | 0.00 |
| Munoz, Fi | 09/29 r | 1000.00 | 13.86 | 577.19 | 0.00 | 42.79 | 0.00 | 366.16 |
| Munoz, Fi | 09/29 R | 1000.00 | 264.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Munoz, Fi | 09/29 r | 0.00 | 0.00 | 169.46 | 0.00 | 42.79 | 0.00 | 522.98 |
| Munoz, Fi | 09/29 R | 1000.00 | 281.40 | 404.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| Munoz, Fi | 09/29 S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.80 | 0.00 |
| Munoz, Fi | 09/29 r | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.84 |
| Satterfie | 09/29 R | 277.00 | 58.14 | 206.11 | 0.00 | 0.00 | 0.00 | 12.75 |
| Lobato, M | 09/30 R | 588.57 | 443.35 | 20.37 | 28.03 | 0.00 | 0.00 | 78.91 |
| Lobato, M | 09/30 P | 0.00 | 16.85 | 0.00 | 1.06 | 0.00 | 0.00 | 0.00 |
| Snead, J. | 09/30 R | 5000.00 | 0.00 | 4270.93 | 0.00 | 177.96 | 0.00 | 0.00 |
| Snead, J. | 09/30 r | 0.00 | 0.00 | 551.11 | 0.00 | 0.00 | 0.00 | 0.00 |
| Harris, J | 09/30 S | 207.80 | 0.00 | 0.00 | 0.00 | 0.00 | 207.80 | 0.00 |
| Harris, J | 09/30 R | 2.18 | 0.00 | 0.00 | 0.00 | 2.18 | 0.00 | 0.00 |
| +RC Tot: | 144 | 372681.08 | 308176.36 | 45152.35 | 772.73 | 978.69 | 1301.48 | 16299.47 |
| -RC Tot: | 17 | -9263.22 | -3068.51 | -328.56 | 0.00 | -12.44 | -207.80 | -5645.91 |
| -PY Tot: | 2 | -2475.00 | 0.00 | -2475.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net… | | 360942.86 | 305107.85 | 42348.79 | 772.73 | 966.25 | 1093.68 | 10653.56 |
| +RC Tot: | 144 | 372681.08 | 308176.36 | 45152.35 | 772.73 | 978.69 | 1301.48 | 16299.47 |
| -RC Tot: | 17 | -9263.22 | -3068.51 | -328.56 | 0.00 | -12.44 | -207.80 | -5645.91 |
| -PY Tot: | 2 | -2475.00 | 0.00 | -2475.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| +PY Tot: | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (Report): | | 360942.86 | 305107.85 | 42348.79 | 772.73 | 966.25 | 1093.68 | 10653.56 |

Anson Financial, Inc.
Monthly Payment Breakdown
**Anson Financial, Inc.**
Period(s): 09/01/2021-09/30/2021


**Check**

| Payment Date | Beginning Balance | Principal | Interest | Earned Discount | Service Fee | Payable to Anson Financial, Inc. | Loans Added | Ending Balance | Ending Basis | Unearned Discount | Ending Balance Inputed | This Column Must be $0 | Accrued Interest | Column1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2020 | | | | | | | | $4,573,033.55 | $4,437,441.21 | $135,592.34 | $4,573,033.55 | $0.00 | 126091.64 | #VALUE! | $4,563,532.85 |
| 1/31/2021 | $4,573,033.55 | $454,697.25 | $43,492.09 | $18,139.04 | $3,745.00 | $512,583.38 | $56,210.80 | $4,156,408.06 | $4,038,954.76 | $117,453.30 | $4,156,408.06 | $0.00 | 127680.6 | ($1,588.96) | |
| 2/28/2021 | $4,156,408.06 | $42,349.33 | $22,500.48 | $724.12 | $3,710.00 | $61,863.93 | $221,737.40 | $4,335,072.01 | $4,218,342.83 | $116,729.18 | $4,335,072.01 | $0.00 | 130809.92 | ($3,129.32) | |
| 3/31/2021 | $4,335,072.01 | $121,947.69 | $52,003.09 | $2,973.63 | $3,500.00 | $173,424.41 | $5,459.51 | $4,215,610.20 | $4,101,540.20 | $114,070.00 | $4,215,610.20 | $0.00 | 132646.43 | ($1,836.51) | |
| 4/30/2021 | $4,215,610.20 | $29,623.38 | $32,397.38 | $1,780.94 | $3,500.00 | $60,301.70 | $5,072.21 | $4,189,278.09 | $4,076,989.03 | $112,289.06 | $4,189,278.09 | $0.00 | 128410.53 | $4,235.90 | |
| 5/31/2021 | $4,189,278.09 | ($9,122.82) | $31,032.48 | $626.34 | $3,465.00 | $19,071.00 | $1,371.84 | $4,199,146.41 | $4,087,483.69 | $111,662.72 | $4,199,146.41 | $0.00 | 131699.21 | ($3,288.68) | |
| 6/30/2021 | $4,199,146.41 | $313,879.13 | $36,945.02 | $2,203.06 | $3,430.00 | $349,597.21 | $17,116.29 | $3,900,180.51 | $3,789,544.17 | $110,636.34 | $3,900,180.51 | $0.00 | 123588.15 | $8,111.06 | |
| 7/31/2021 | $3,900,180.51 | $107,866.10 | $34,805.90 | $781.01 | $3,395.00 | $140,058.01 | $0.00 | $3,791,533.40 | $3,681,678.07 | $109,855.33 | $3,791,533.40 | $0.00 | 119079.19 | $4,508.96 | $3,910,612.59 |
| 8/31/2021 | $3,791,533.40 | $19,534.43 | $31,753.29 | $553.19 | $3,360.00 | $48,480.91 | ($1,371.84) | $3,770,073.94 | $3,660,771.80 | $109,302.14 | $3,770,073.94 | $0.00 | 118308.73 | $770.46 | $3,888,382.67 |
| 9/30/2021 | $3,770,073.94 | $305,107.85 | $42,348.79 | $772.73 | $3,185.00 | $345,044.37 | $0.00 | $3,464,193.36 | $3,355,663.95 | $108,529.41 | $3,464,193.36 | $0.00 | | $118,308.73 | |
| 10/31/2021 | $3,464,193.36 | | | | | $0.00 | | $3,464,193.36 | | $3,464,193.36 | | $3,464,193.36 | | $0.00 | |
| 11/30/2021 | $3,464,193.36 | | | | | $0.00 | | $3,464,193.36 | | $3,464,193.36 | | $3,464,193.36 | | $0.00 | |
| 12/31/2021 | $3,464,193.36 | | | | | $0.00 | | $3,464,193.36 | | $3,464,193.36 | | $3,464,193.36 | | $0.00 | |
| **Total** | | $1,385,882.34 | $327,278.52 | $28,554.06 | $31,290.00 | $1,710,424.92 | $305,596.21 | | | | | $10,392,580.08 | | | |

$3,755,759.08   $3,864,406.19
$119,079.19   $123,588.15
$3,874,838.27   $3,987,994.34

$4,000,105.97
$12,111.63

$64,668.90
$61,915.93
$95,268.46
$30,721.55

6/25/2021   $3,864,406.19   $3,384.39   $3,867,790.58

**PLs' Exhibit 100**
**Page 16 of 17**

Exhibit C - Cash Collected

| Date Received | Paid From | Amount | Type | Memo |
|---|---|---|---|---|
| 7/9/2021 | From Anson Account 9350 | $96.59 | DIP Deposit | Transferred Balance to DIP Acct |
| 7/20/2021 | AFI Management Group | $250.00 | Bill Paid | Trustees Qtr Fee |
| 7/22/2021 | AFI Management Group | $30,000.00 | DIP Deposit | Payment of Funds Collected |
| 8/4/2021 | AFI Management Group | $10,000.00 | DIP Deposit | Payment of Funds Collected |
| 8/12/2021 | AFI Management Group | $94,247.81 | DIP Deposit | Payment of Funds Collected |
| 8/26/2021 | AFI Management Group | $10,000.00 | DIP Deposit | Payment of Funds Collected |
| 8/27/2021 | AFI Management Group | $372.27 | DIP Deposit | Payment of Funds Collected |
| 8/31/2021 | AFI Management Group | $10,000.00 | DIP Deposit | Payment of Funds Collected |
| 9/2/2021 | AFI Management Group | $10,000.00 | DIP Deposit | Payment of Funds Collected |
| 9/8/2021 | AFI Management Group | $45,000.00 | DIP Deposit | Payment of Funds Collected |
| 9/10/2021 | AFI Management Group | $3,000.00 | DIP Deposit | Payment of Funds Collected |
| 9/15/2021 | AFI Management Group | $10,000.00 | DIP Deposit | Payment of Funds Collected |
| 9/16/2021 | AFI Management Group | $1,910.12 | DIP Deposit | Payment of Funds Collected |
| Total | | $224,876.79 | | 13 |