Case 21-04071-elm Doc 39-7 Filed 03/24/22  Entered 03/24/22 13:18:02  Page 1 of 3

Exh DEF033 -Page 1 of 3

IAN GHRIST
GHRIST LAW FIRM vs J. MICHAEL FERGUSON

March 07, 2017
69–72

Page 69

1  MR. MOORE: He referenced Exhibit 4, not Exhibit
2  23 when he said this agreement.
3      Try to use the exhibit number --
4      THE WITNESS: Okay.
5      MR. MOORE: -- just so we're clear.
6      THE WITNESS: Okay.
7  Q.  (By Mr. Cook) So you can't -- Mike providing
8  Exhibit 23 and 24 is not going to be able to
9  definitively tell me which ones are not at issue; is
10 that what you're saying?
11 A.  All I can tell you is that some of those names
12 look familiar, but I don't know the loan numbers. I'd
13 have to look at it and compare it to records that I
14 have. Right now, I can't, but I could later.
15     (Exhibit Number 25 was marked.)
16 Q.  (By Mr. Cook) Okay. We'll come back to that.
17 I think would be the best. Now, let me show you —
18 We've talked a little while ago about your job as
19 receiver for Metro Buys Homes, LLC. I'm going to come
20 back to that right now and show you what I've marked as
21 Exhibit Number 25 and ask you if you can identify
22 Exhibit 25 for me, please.
23 A.  This is a check.
24 Q.  Okay. And the check is dated when?
25 A.  April 29, 2016.

Page 70

1  Q.  And who is the payee on the check?
2  A.  Metro Buys Homes.
3  Q.  LLC, Ian Ghrist receiver?
4  A.  Yes.
5  Q.  Okay. And 2205 Martin Drive, Suite 100,
6  Bedford, Texas, was that your office address in April of
7  2016?
8  A.  Yes.
9  Q.  Okay. And did you receive this check?
10 A.  Yes.
11 Q.  And what did you do with it?
12 A.  Deposited it in the Metro Buys Homes bank
13 account.
14 Q.  And did you do that on or about April 29, 2016?
15 A.  Yes.
16 Q.  All right. And where is that money now?
17 A.  In the Metro Buys Homes' bank account.
18 Q.  It's remained there for not quite a year?
19 A.  Some of it was spent on legal fees in this case.
20 Q.  Okay. And who controls the -- I'm sorry.
21 Actually, keep that in front of you; I've got some more
22 questions.
23     What financial institution houses this account?
24 A.  Bank of America.
25 Q.  Okay. And do you know the account account

Page 71

1  number?
2  A.  No.
3  Q.  Okay. Who are the people who have authority to
4  sign on the Bank of America account?
5  A.  Myself.
6  Q.  Okay. Anyone else?
7  A.  No.
8  Q.  Do you have an obligation to report to the court
9  that appointed you as receiver the receipt of funds that
10 are paid to you in your capacity as receiver of Metro
11 Buys Homes, LLC?
12 A.  Yes.
13 Q.  And have you done that with respect to the
14 5,295.08 check evidenced by Exhibit Number 25?
15 A.  No.
16 Q.  Why not?
17 A.  I've been trying to get financial records that I
18 can use to create a report, but I have not yet received
19 all the records that I would like to make that report.
20 Q.  And from whom are you attempting to get those
21 records?
22 A.  Anson Financial.
23 Q.  All right. And have you made a request for
24 those records?
25 A.  Yes.

Page 72

1  Q.  And when did you do that?
2  A.  In my first set of discovery served in this
3  case.
4  Q.  And that was served in 2016?
5  A.  And also by e-mail, I requested to see Exhibit
6  A, which was a $60,000 expense that I wanted to look at.
7  And that was by e-mail back in early 2016.
8  Q.  Okay. And so you haven't received that
9  information as of now; is that what you're saying?
10 A.  As of now, I've received some of what I've asked
11 for.
12 Q.  Okay. Have you spent some of the 5,295.08 on
13 legal fees in this case?
14 A.  Yes.
15 Q.  And to whom did you make that payment?
16 A.  Caleb.
17 Q.  And when did you do that?
18 A.  A few months ago, maybe.
19 Q.  Was it in 2016?
20 A.  Yes.
21 Q.  So that would have been prior to the time that
22 Metro Buys Homes, LLC was a party in this case, correct?
23 A.  Yes, the reason is that the franchise taxes had
24 expired for the entity, and I was working with my
25 accountant to get it reinstated. And it should be



```
 1              CAUSE NO.  017-287611-16

 2


 3   GHRIST LAW FIRM, PLLC, AND  )   IN THE DISTRICT COURT
     IAN GHRIST,                 )
 4                               )
        Plaintiffs/Counter-      )
 5      Defendants)              )
                                 )
 6   VS.                         )   TARRANT COUNTY, TEXAS
                                 )
 7   J. MICHAEL FERGUSON, P.C.,  )
     J. MICHAEL FERGUSON, ANSON  )
 8   FINANCIAL, INC., AND MBH    )
     REAL ESTATE, LLC,           )
 9                               )
        Defendants/Counter-      )
10      Claimants/Third Party    )
        Plaintiff,               )
11                               )
     Vs.                         )
12                               )
     DIA SERVICING, LLC, DIA     )
13   FINANCIAL, LLC, ASHLEIGH    )
     RENFRO, DEREK HAUSHEER,     )
14                               )
        Third-Party Defendants.) 17TH JUDICIAL DISTRICT
15

16              REPORTER'S CERTIFICATION

17              DEPOSITION OF IAN GHRIST

18                  March 10, 2017

19        I, Donna L. Johnston, Certified Shorthand Reporter

20   in and for the State of Texas, hereby certify to the

21   following:

22        That the witness, IAN GHRIST, was duly sworn by the

23   officer and that the transcript of the oral deposition

24   is a true record of the testimony given by the witness;

25        That the deposition transcript was submitted
```



```
 1   on_____, 2017, to the witness or to the

 2   attorney for the witness for examination, signature and

 3   return to me in 20 days pursuant to Rule 203.1(b) or

 4   agreement;

 5        That the amount of time used by each party at the

 6   deposition is as follows:

 7        Mr. Cook  -  3 Hours  0 Minutes.
          Mr. Moore - 0 Hours  0 Minutes.
 8
          That pursuant to information given to the
 9
     deposition officer at the time said testimony was taken,
10
     the following includes counsel for all parties of
11
     record:
12
          Mr. Moore, Attorney for Plaintiff, IAN GHRIST.
13        Mr. Cook, Attorney for
     Defendants/Counter-Claimants/Third-Party Plaintiff, J.
14   MICHAEL FERGUSON, P.C., J. MICHAEL FERGUSON, ANSON
     FINANCIAL, INC., AND MBH REAL ESTATE, LLC.
15
          I further certify that I am neither counsel for,
16
     related to, nor employed by any of the parties or
17
     attorneys in the action in which this proceeding was
18
     taken, and further that I am not financially or
19
     otherwise interested in the outcome of the action.
20
          Further certification requirements pursuant to Rule
21
     203 of TRCP will be certified to after they have
22
     occurred.
23
          Certified to by me this 17th day of
24   March, 2017.
                          
25
                          _____
                          Donna L. Johnston, Texas CSR 6115
```