Chesapeake Operating, LLC
P.O. Box 18496
Oklahoma City, OK 73154
(877) 245-1427

PAY TO THE ORDER OF:
**METRO BUYS HOMES LLC
IAN GHRIST RECEIVER
2205 MARTIN DR STE 100
BEDFORD, TX 76021-0000**

86-88
1113

CHECK NUMBER  12046702

April 29, 2016

*** VOID AFTER 90 DAYS ***

CHECK AMOUNT
$5,295.08

EXACTLY ***********5,295 DOLLARS AND 08 CENTS

Non-Negotiable

JPMorgan Chase Bank, N.A.
Dallas, TX

OWNER: 538

EXHIBIT H 25
3-7-17 DJ

**ENDORSE HERE**

X _[signature]_

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

_[Watermark: Non-Negotiable]_

*FEDERAL RESERVE BOARD OF GOVERNORS REG CC

Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.

| Security Features: | Description / Fraud Indicators |
|---|---|
| Security Watermark | Reflective, white opaque mark readable when held at an angle, viewed under UV light, or rubbed with coin. |
| Microprinting | Reduced lines of type on front side of check appear as a solid line when viewed under magnification. |
| Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration. |
| Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light. |
| Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration. |
| Advisory Icon | Icon located on face of check that alerts handler that the document contains security features. |

🔒 Padlock Design is a certification mark of Check Payment Systems Association