342-288776-16

FILED
TARRANT COUNTY
12/10/2019 12:38 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 342-288776-16

| | | |
|---|---|---|
| **B. FRAZIER MANAGEMENT, INC, FORMERLY KNOWN AS FRAZIER ASSET MANAGEMENT, INC. and BRIAN H. FRAZIER, Individually,** | § § § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiffs,* | § § § | |
| **V.** | § § § § | **342nd JUDICIAL DISTRICT** |
| **ANSON FINANCIAL, INC. AS SUCCESSOR IN INTEREST TO JENTEX FINANCIAL, INC.,** | § § § § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

_____

### PLAINTFFS' WITNESS LIST
_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

    NOW COME, Plaintiffs B. Frazier Management, Inc. Formerly Known as Frazier Asset Management, Inc. and Brian H. Frazier, in the above cause of action and hereby file their Witness List in preparation of trial of this case:

| WITNESS NAME | DESCRIPTION |
|---|---|
| Brian Frazier | Party |
| Mike Ferguson | Party Rep. |
| Kelly Gongloff | Former Attorney for Plaintiff pre suit |
| Kent Ray/Kyle Hendricks | CPA-Court Appointed Auditor |
| Kendall Schober | Salesman for Plaintiff |
| Ian Ghrist | He has knowledge regarding claims by Anson v. Frazier in this suit, emails Anson subpoenaed and may also offer testimony related to elements of punitive damages |

| Caleb Moore | Attorney fees of Defendant and Plaintiff Expert |
| --- | --- |
| Shawn Coker | Testimony related to punitive damages/rebuttal evidence |
| Teena Reynolds | Testimony related to punitive damages/rebuttal evidence |

Plaintiffs reserve the right to rely on and call any witnesses on Defendants' Witness List as well as any rebuttal witness that may be necessary to present based on the testimony presented by Defendants for impeachment purposes of any witness or exhibit. All recorded deposition testimony of J. Michael Ferguson may be used as impeachment evidence as needed.

Respectfully submitted,

**LAW FIRM OF CALEB MOORE, PLLC**
2205 Martin Drive, Suite 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile:   (817) 581-2540
Email: cmoore@thedfwlawfirm.com

By:*/s/ Caleb Moore*
Caleb I. Moore
Texas Bar No. 24067779
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on December 10, 2019 approximately 12:20 a.m. true and correct copy of the above was served on each attorney of record or opposing party in accordance with the Texas Rules of Civil Procedure.

*/s/ Caleb Moore*
Caleb Moore