# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Party and Attorney Information         03/23/2022 12:29 PM

Court: [ 067 ]  Case: [ 311209 ]  [Search] [New Search]

**Cause Number : 067-311209-19**                    **Date Filed : 09-16-2019**

MBH REAL ESTATE, LLC; ET AL  | VS |  GHRIST LAW FIRM, PLLC, ET AL

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 2 | PLTF | AFI LOAN SERVICING LLC | | ACT |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24000644TX | FERGUSON, J MICHAEL | JDG | 817-267-1008 |
| 09499520TX | HERALD, THOMAS A | JDG | 214-432-2800 |

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 3 | PLTF | ANSON FINANCIAL INC | | BAN |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24000644TX | FERGUSON, J MICHAEL | ACT | 817-267-1008 |
| 09499520TX | HERALD, THOMAS A | JDG | 214-432-2800 |

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 5 | DEFN | GHRIST LAW FIRM PLLC | | ACT |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24073449TX | GHRIST, IAN | ACT | 817-778-4136 |

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 6 | DEFN | GHRIST, IAN | | ACT |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24073449TX | GHRIST, IAN | ACT | 817-778-4136 |

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 4 | PLTF | J MICHAEL FERGUSON PC | | ACT |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24000644TX | FERGUSON, J MICHAEL | ACT | 817-267-1008 |
| 09499520TX | HERALD, THOMAS A | JDG | 214-432-2800 |

| Party Number | Party Type | Party Name | Related Party | Party Status |
|---|---|---|---|---|
| 1 | PLTF | MBH REAL ESTATE LLC | | ACT |

| Bar ID | Attorney Name | Attorney Status | Phone Number |
|---|---|---|---|
| 24000644TX | FERGUSON, J MICHAEL | ACT | 817-267-1008 |
| 09499520TX | HERALD, THOMAS A | JDG | 214-432-2800 |