```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                              FORT WORTH DIVISION

In Re:                              )   Case No. 21-41517-elm-11V
                                    )
ANSON FINANCIAL, INC.,              )   Fort Worth, Texas
                                    )   October 21, 2021
     Debtor.                        )   9:00 a.m. Docket
                                    )
                                    )   MOTIONS
                                    )
_____

                        TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE EDWARD L. MORRIS,
                     UNITED STATES BANKRUPTCY JUDGE.

APPEARANCES:


For the Debtor:             Jeffery D. Carruth
                            WEYCER, KAPLAN, PULASKI & ZUBER,
                              P.C.
                            3030 Matlock Road, Suite 201
                            Arlington, TX  76015
                            (713) 341-1158

For Joe Michael Ferguson:   Kathryn Nicole Magan
                            MAGAN LAW, PLLC
                            62 Main Street, Suite 310
                            Colleyville, TX  76034
                            (817) 209-4298

For Ian D. Ghrist:          Ian D. Ghrist
                            GHRIST LAW FIRM, PLLC
                            4016 Gateway Drive, Suite 130
                            Colleyville, TX  76034
                            (817) 778-4136

For the Subchapter V        Areya Holder Aurzada
Trustee:                    LAW OFFICE OF AREYA HOLDER, P.C.
                            901 Main Street, Suite 5320
                            Dallas, TX  75202
                            (972) 438-8800

Recorded by:                Kristina Hartogh
                            UNITED STATES BANKRUPTCY COURT
                            501 W. 10th Street
                            Fort Worth, TX  76102
                            (817) 333-6041
```

1   Transcribed by:            Kathy Rehling
                               311 Paradise Cove
2                              Shady Shores, TX  76208
                               (972) 786-3063
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
        Proceedings recorded by digital sound recording;
25        transcript produced by transcription service.

1  ones were not public?
2  A    I don't recall.
3  Q    Whenever you were working for Mr. Ferguson under either
4  J. Michael Ferguson, P.C. or as attorney for Anson Financial,
5  did you help prepare formation documents for SNF Funding?
6  A    I have no memory of doing that, but I suppose it's
7  possible.  If it happened, it would have been more than five
8  years ago, I think.
9  Q    Did you -- was SNF Funding an entity that you did work
10 for?
11 A    I don't remember doing any work for them, other than I
12 think maybe there was a mobile home situation, but I can't
13 recall if that was them or some other company.
14 Q    Okay.  And did you do work for Alber 287 (phonetic)?
15 A    Oh, I'm sorry, that was the one with the mobile home.
16 And I worked on that mobile home situation.  But I can't -- I
17 don't remember a whole lot about the details.
18 Q    So you worked on the Alber 287 venture under Anson?  For
19 Anson?
20 A    I don't remember.
21 Q    Regarding that 18,000, roughly, I mean, approximately
22 18,000 pages of financials that you received on behalf of
23 Anson, did you provide those to another attorney, Caleb
24 Moore?
25 A    Yes.

1  Q    And did you redact anything in those?
2  A    No.
3  Q    Did you take out any documents that you provided to him?
4  A    Not that I recall.
5  Q    And Mr. Moore is the attorney that represents Bryan
6  Frazier v. Anson Financial, Inc. in the 342nd State Court,
7  correct?
8  A    I thought he represented the Alber Joint Venture, but it
9  could be.
10 Q    Okay.  And so you didn't protect the documents of Anson
11 Financial whenever -- before you handed them over?
12 A    I'm not sure what you mean by that.
13 Q    I just want to make sure it's clear for the record that
14 you didn't redact anything or limit, like you said, to the
15 Alber 287 matter.
16 A    Limit to the Alber?
17 Q    Uh-huh.
18 A    No.  Patrick -- when I gave the records to Caleb Moore, I
19 -- he is my attorney in the case in the 17th District Court,
20 and I have consulted with him related to the other case, and
21 I asked him to look at them in connection with helping me
22 with post-judgment collections on my case.
23 Q    Okay.  So I'm just trying to make sure I get the triangle
24 right.  So, in the 17th District Court, Mr. Moore represented
25 you.  In the 67th District Court, Mr. Moore did not represent

1  you, and that's where you received the 18,000 pages of
2  documents.  Correct?
3  A    Yes.
4  Q    Okay.  And so Mr. Moore represents Bryan Frazier against
5  Anson Financial, who you did work for, in the 342nd, and that
6  is the case that you handed over the 18,000 pages of
7  documents to?
8  A    No.
9  Q    Which part is not correct?
10 A    That's all correct except for the part where I handed
11 over the documents for some other case.
12 Q    For which other case?
13 A    When I gave him the documents, I asked him to look at the
14 case -- the documents for myself.
15 Q    Okay.  In what regard?  Because he wasn't representing
16 you in the 67th.
17 A    It was in regard to he was my attorney.
18 Q    But he was not your attorney on the 67th court case.
19 A    He didn't make an appearance, but I asked him for advice
20 from time to time.
21 Q    Okay.  And were you aware at that time that he was also
22 handling representation against Anson Financial in another
23 state court case?
24 A    Yes.
25 Q    Okay.  And you thought it was appropriate to provide him

1  discovery, bank statements of Anson Financial?
2  A    Correct.
3  Q    And have you seen the monthly reports that the Debtor has
4  filed in this case?
5  A    I skimmed through.  I haven't spent a lot of time on it.
6  Q    Real quick.  On the 67th court case, where you received
7  the production of documents of the 18,000, and then an
8  additional couple hundred from Mr. Ferguson, had the bond in
9  that case already been paid?  Or let me -- let me rephrase.
10 Was -- was that -- let me rephrase.  Was that court case
11 currently on appeal?
12 A    Sorry.  When was it on appeal?
13 Q    Whenever you received the 18,000 pages of discovery from
14 Chase and the couple hundred pages of discovery from Mr.
15 Ferguson, was that court case currently on appeal?
16 A    Yes.
17 Q    And did you ever receive an injunction order?
18 A    No.  No.  That's under advisement right now.
19         MS. MAGAN:  Pass the witness.
20         THE WITNESS:  I assume you're referring to the post-
21 judgment injunction against transfer of the dissipating
22 assets.
23 BY MS. MAGAN:
24 Q    Correct.
25 A    Well, there's no injunction because I don't think the

1  responsibilities.  So let me, before we break, ask if anybody
2  has any questions or concerns with respect to the assignments
3  or scope of the orders or otherwise.
4           MR. CARRUTH:  None from the Debtor, Your Honor.
5           MS. MAGAN:  No questions, Your Honor.
6           THE COURT:  All right.  Very good.
7           MR. GHRIST:  No.
8           THE COURT:  Then that will conclude the matters on
9  today's docket.  The Court will be in recess.
10      (Conclusion of proceedings at 4:13 p.m.)
11                         --oOo--

CERTIFICATE

   I certify that the foregoing is a correct transcript from
the electronic sound recording of the proceedings in the
above-entitled matter.

  /s/ Kathy Rehling                              11/26/2021

_____         _____
Kathy Rehling, CETD-444                              Date
Certified Electronic Court Transcriber

143

INDEX

PROCEEDINGS                                                  3

WITNESSES

Ian Ghrist's Witnesses

Ian Ghrist
- Direct Narrative Testimony                                 6
- Cross-Examination by Ms. Magan                            27
- Cross-Examination by Mr. Carruth                          42

EXHIBITS

GLF's Lift Stay Exhibits

| # | Description | Status |
|---|---|---|
| 1 | Order | Received 9 |
| 2 | Ferguson State Court Document | Received 10 |
| 3 | Motion | Received 10 |
| 4 | Abstract of Judgment | Received 12 |
| 5 | Notice of Cash Bond | Received 12 |
| 7 | Court of Appeals Mandate | Received 13 |
| 8 | Motion to Quash Subpoena | Received 14 |
| 10 | Attachments to Post-Judgment Discovery Requests | Received 15 |
| 11 | 17th District Court Judgment | Received 16 |
| 12 | State court Order | Denied 19 |

GLF's 2004 Exam Exhibits

| # | Description | Status |
|---|---|---|
| 2 | Order Granting Motion to Compel | Received 21 |
| 3 | Court of Appeals Opinion | Received 21 |
| 4 | Post-Judgment Discovery Sanction Order | Received 22 |
| 6 | Transcript | Received 23 |
| 7 | Motion with Attachment | Received 24 |
| 10 | Discovery Responses | Received 25 |
| 11 | Subpoena | Received 25 |
| 12 | Meeting of Creditors Transcript | Received 26 |

CLOSING ARGUMENTS

- By Mr. Ghrist                                             67
- By Mr. Carruth                                            82
- By Ms. Magan                                             100
- By Mr. Ghrist                                            106
- By Mr. Carruth                                           114
- By Ms. Magan                                             115

```
                              INDEX
                             Page 2

RULINGS                                                     116

   Motion to Quash filed by Interested Party Joe
   Michael Ferguson (52)

   Motion for Examination filed by Debtor Anson
   Financial, Inc., Creditor City of Colleyville,
   Creditor Ghrist Law Firm PLLC (38)

   Motion to Appoint Trustee filed by Debtor Anson
   Financial, Inc., Creditor City of Colleyville,
   Creditor Ghrist Law Firm PLLC (57)

   Motion for Relief from Stay filed by Debtor Anson
   Financial, Inc., Creditor City of Colleyville,
   Creditor Ghrist Law Firm PLLC (31)

   Motion to Quash filed by Debtor Anson Financial,
   Inc., U.S. Trustee United States Trustee, Creditor
   Grapevine-Colleyville ISD, Creditor City of
   Colleyville, Creditor Tarrant County, Creditor
   Jentex Financial, Inc., Creditor B. Frazier
   Management, Inc. (53)

END OF PROCEEDINGS                                          142

INDEX                                                   143-144
```