```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                            FORT WORTH DIVISION

In Re:                              )   Case No. 21-41517-elm-11V
                                    )
ANSON FINANCIAL, INC.,              )   Fort Worth, Texas
                                    )   November 1, 2021
      Debtor.                       )   1:30 p.m. Docket
                                    )
                                    )   MOTION FOR RELIEF FROM STAY
                                    )   FILED BY CREDITOR B. FRAZIER
                                    )   MANAGEMENT, INC. AND CREDITOR
                                    )   BRIAN FRAZIER [74]
_____)

                         TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE EDWARD L. MORRIS,
                      UNITED STATES BANKRUPTCY JUDGE.

APPEARANCES:

For the Debtor:             Jeffery D. Carruth
                            WEYCER, KAPLAN, PULASKI & ZUBER,
                              P.C.
                            3030 Matlock Road, Suite 201
                            Arlington, TX  76015
                            (713) 341-1158

For Creditors B. Frazier    Lyndel Anne Vargas
Management, Inc. and        CAVAZOS HENDRICKS POIROT, P.C.
Brian Frazier, Movants:     900 Jackson Street, Suite 570
                            Dallas, TX  75202
                            (214) 573-7344

For Joe Michael Ferguson:   Kathryn Nicole Magan
                            MAGAN LAW, PLLC
                            62 Main Street, Suite 310
                            Colleyville, TX  76034
                            (817) 209-4298

For the Subchapter V        Areya Holder Aurzada
Trustee:                    LAW OFFICE OF AREYA HOLDER, P.C.
                            901 Main Street, Suite 5320
                            Dallas, TX  75202
                            (972) 438-8800
```

```
 1   Recorded by:              Jeanette Almaraz
                               UNITED STATES BANKRUPTCY COURT
 2                             501 W. 10th Street
                               Fort Worth, TX  76102
 3                             (817) 333-6038

 4   Transcribed by:           Kathy Rehling
                               311 Paradise Cove
 5                             Shady Shores, TX  76208
                               (972) 786-3063
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
          Proceedings recorded by digital sound recording;
25         transcript produced by transcription service.
```

1  Q    You --
2  A    -- though, so I couldn't answer that question for sure
3  because I don't know who all the creditors are.
4  Q    Have you received information about Anson from Ian
5  Ghrist?
6         MS. VARGAS:  Objection.  Goes to attorney work
7  product.
8         THE COURT:  Well, I think his prior answer conflicts
9  with that.  So I'm going to overrule the objection.  But
10 certainly, Mr. Moore, if --
11        THE WITNESS:  I can answer it.
12        THE COURT:  -- if it invades any attorney-client
13 privilege, I want you to speak up, because we don't want -- I
14 don't want this to turn into where we're invading the
15 attorney-client privilege.
16        THE WITNESS:  I've been walking this minefield about
17 three years now, so I'm good.
18     Can you specifically break -- give me that question one
19 more time?  I think it was a multipart question, and I --
20 BY MR. CARRUTH:
21 Q    Have you received information about Anson from Ian
22 Ghrist?
23 A    Yes.
24 Q    Do you -- and do you represent any of the same clients as
25 Ian Ghrist?  With respect to Anson?

1  A    I -- I don't think so.  If you have somebody specific you
2  want me to address, but as far as broadly, I can't recall any
3  at the moment.
4  Q    And did you receive 18,000 pages, more or less, of Chase
5  Bank records regarding Anson from Ian Ghrist?
6  A    I received subpoena production in a case that I
7  represented Ian Ghrist from, yes, that were Chase records.
8  Q    What case was that?
9  A    I don't know the cause number.  But there was a lawsuit
10 that I represented Ian Ghrist in against Mr. Ferguson
11 individually, Anson, I think another entity I can't think of
12 the name of, that we got a judgment against him for a variety
13 of things.
14 Q    So you've represented Frazier for the last two or three
15 years and Mr. Ghrist off and on for the last two or three
16 years against Anson?
17 A    I think more like five almost now.  I think.
18 Q    And when you mentioned earlier that Anson would need to
19 be a party to any dissolution action, you're talking about
20 Anson being sued and served with process.  Correct?
21 A    Yes.  If there was a disso... a formal dissolution, my
22 understanding of standing issues would be, absolutely, in a
23 formal dissolution of a partnership, you would need all
24 partners to be parties.
25 Q    And so, right now, that -- there's not a pending

1  only.  No need for anybody to come down here.  And that way
2  I'll be able to get you guys what you need on this fairly
3  promptly.  It will give me a little bit of breathing room to
4  get that put together.
5      Any questions or concerns from anybody?
6          MR. CARRUTH:  No, Your Honor.  We appreciate the
7  Court's time today.
8          THE COURT:  All right.  Very good.
9          MS. VARGAS:  Thank you, Your Honor.
10         THE COURT:  Then that will conclude the matters on
11 the November 1st 1:30 p.m. docket, and the Court will be in
12 recess.
13         THE CLERK:  All rise.
14     (Conclusion of proceedings at 6:05 p.m.)
15                         --oOo--

CERTIFICATE

   I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

   /s/ Kathy Rehling                                  12/22/2021

_____          _____
Kathy Rehling, CETD-444                              Date
Certified Electronic Court Transcriber

```
                                                                    92
```

                              INDEX

PROCEEDINGS                                                          3

WITNESSES

Movant J. Michael Ferguson's Witnesses

J. Michael Ferguson
- Direct Examination by Ms. Vargas                                  36
- Cross-Examination by Mr. Carruth                                  45

Caleb Moore
- Direct Examination by Ms. Vargas                                  50
- Cross-Examination by Mr. Carruth                                  68
- Redirect Examination by Ms. Vargas                                72

Debtor's Witnesses

J. Michael Ferguson
- Direct Examination by Mr. Carruth                                 74
- Cross-Examination by Ms. Vargas                                   78

EXHIBITS

Movants' Exhibits

M-1     Joint Venture Agreement                     Received       28
M-3     NoteSmith Report                            Received       57
M-14    Secretary of State Printout                 Received       80
M-15    Transcript                                  Received        8

CLOSING ARGUMENTS

- By Ms. Vargas                                                     82
- By Mr. Carruth                                                    84

RULING - *Continued to 11/3/2021 at 1:30 p.m.*                      89

END OF PROCEEDINGS                                                  91

INDEX                                                               92