Form 424
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
Filing Fee: See instructions



**Certificate of Amendment**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas
JAN 05 2017
Corporations Section

## Entity Information

The name of the filing entity is:

Frazier Asset Management, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation           ☐ Professional Corporation
☐ Nonprofit Corporation            ☐ Professional Limited Liability Company
☐ Cooperative Association          ☐ Professional Association
☑ Limited Liability Company        ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: 0119293200

The date of formation of the entity is: 01/01/2017

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

B. Frazier Management, ~~LLC~~ Inc

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

Form 424                                6

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**
☐ B. The registered agent is an individual resident of the state whose name is:

_____
*First Name*  *M.I.*  *Last Name*  *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

                                                                TX

*Street Address (No P.O. Box)*  *City*  *State*  *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☐ **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐ **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                            7

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 01/04/2017

By: _____

_Kathy Bond_
Signature of authorized person

KATHY BOND
Printed or typed name of authorized person (see instructions)

Form 424                    8

| Form 424 (Revised 05/11) Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 **Filing Fee: See instructions** |  **Certificate of Amendment** | This space reserved for office use. **FILED** In the Office of the Secretary of State of Texas JAN 05 2017 Corporations Section |

## Entity Information

The name of the filing entity is:

Frazier Asset Management, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation     ☐ Professional Corporation
☐ Nonprofit Corporation      ☐ Professional Limited Liability Company
☐ Cooperative Association    ☐ Professional Association
☑ Limited Liability Company  ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: 0119293200

The date of formation of the entity is: 01/01/2017

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

B. Frazier Management, ~~LLC~~ Inc

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

☐ B. The registered agent is an individual resident of the state whose name is:

_____
*First Name*        *M.I.*        *Last Name*        *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

_____ TX _____
*Street Address (No P.O. Box)*   *City*   *State*   *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

_____

☐ **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

_____

☐ **Delete** each of the provisions identified below from the certificate of formation.

_____

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                    7

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 01/04/2017

By: _____
 *Kathy Bond*
Signature of authorized person

KATHY BOND
Printed or typed name of authorized person (see instructions)

| Form 801 (Revised 05/11) |  | This space reserved for office use. |
|---|---|---|
| Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512 463-5709 Filing Fee: See instructions | **Application for Reinstatement And Request to Set Aside Tax Forfeiture** | **FILED** In the Office of the Secretary of State of Texas JAN 05 2017 **Corporations Sectio** |

1. The entity name is: **FRAZIER Asset Managment Inc**

The entity is a foreign entity that was required to obtain its registration under a name that differs from the legal name stated above. The name under which the entity is registered is:

2. The file number issued to the entity by the secretary of state is: 0119293200

3. The entity was forfeited or revoked under the provisions of the Tax Code on: 02/08/13

4. The undersigned requests that the forfeiture or revocation of the entity be set aside, and certifies that:
a. The entity has filed each delinquent report that is required by chapter 171 of the Tax Code and has made payment for the tax, penalty, and interest imposed and that is due at the time of this application as evidenced by the attached tax clearance letter; and
b. On the date of forfeiture or revocation, the undersigned person was:
- an officer, director or shareholder of the above-named for-profit or professional corporation; or
- an officer, director, shareholder or member of the above-named professional association; or
- an officer, director, or member of the above-named nonprofit corporation; or
- a member or manager of the above-named limited liability company; or
- a partner of the above-named limited partnership; or
- a trustee or beneficial owner of the above-named statutory or business trust.

**Additional Required Documentation or Filings**

☒ Comptroller of Public Accounts Tax Clearance Letter
☐ Letter of Consent or Amendment to Certificate of Formation or Registration (Required when entity name is no longer available.)

**Execution**

The undersigned declares under penalty of perjury, and the penalties imposed by law for the submission of a materially false or fraudulent instrument, that the undersigned is authorized to make this request; that the statements contained herein are true and correct, and that tax clearance was not obtained by providing false or fraudulent information.

Date: 12/28/2016

BY: Brian H. Frazier

Signature of authorized person (see instructions)

Printed or typed name of authorized person

Form 801                    3

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 · AUSTIN, TX 78711-3528



December 27, 2016

FRAZIER ASSET MANAGEMENT, INC.
3345 WESTERN CENTER BLVD STE 160
FORT WORTH, TX 76137-1938

### TAX CLEARANCE LETTER FOR REINSTATEMENT*

To: Texas Secretary of State
    Corporations Section

Re: FRAZIER ASSET MANAGEMENT, INC.
    Taxpayer number: 30114686089
    File number: 0119293200

The referenced entity has met all franchise tax requirements and is eligible for reinstatement through May 15, 2017.

KAYLENE ARMSTRONG
ENFORCEMENT - ARLINGTON
Field Operations - Enforcement
(817)459-1155

---

*The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of this letter. After this date, additional franchise tax filing requirements must be met, and a new request for tax clearance must be submitted.

You can file for reinstatement online at www.sos.state.tx.us/corp/sosda/index.shtml. Forms and instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by calling (512) 463-5555. This tax clearance letter must be attached to the reinstatement forms.

Form 05-377 (Rev.6-10/4)

# TEXAS SECRETARY of STATE
## ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 119293200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 15, 1991 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30114686089 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | B. Frazier Management, Inc | | |
| **Address:** | 3345 WESTERN CENTER BLVD STE. 160 FORT WORTH, TX 76137-1938 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6222057 | Articles Of Incorporation | May 15, 1991 | May 15, 1991 | No | N/A |
| N/A | 6222058 | Tax Forfeiture | August 17, 1993 | August 17, 1993 | No | N/A |
| N/A | 6222059 | Reinstatement | April 19, 1994 | April 19, 1994 | No | N/A |
| N/A | 6222060 | Tax Forfeiture | February 14, 1995 | February 14, 1995 | No | N/A |
| | 6222061 | Reinstatement | September 21, 1995 | September 21, 1995 | No | 2 |
| | 6222062 | Tax Forfeiture | February 19, 1997 | February 19, 1997 | No | 1 |
| | 6222063 | Reversal of Tax Forfeiture | March 17, 1997 | March 17, 1997 | No | 3 |
| | 6222064 | Change Of Registered Agent/Office | August 19, 1999 | August 19, 1999 | No | 1 |
| | 40613685527 | Tax Forfeiture | August 22, 2003 | August 22, 2003 | No | 1 |
| | 41440770002 | Reinstatement | September 8, 2003 | September 8, 2003 | No | 2 |
| | 50987980001 | Public Information Report (PIR) | December 31, 2003 | January 7, 2004 | No | 1 |
| | 39068320001 | Public Information Report (PIR) | December 31, 2003 | July 31, 2003 | No | 1 |
| | 95734734451 | Tax Forfeiture | July 8, 2005 | July 8, 2005 | No | 1 |
| | 407317030001 | Public Information Report (PIR) | December 31, 2010 | February 4, 2012 | No | 1 |
| | 401147710002 | Reinstatement | December 16, 2011 | December 16, 2011 | No | 2 |
| | 465227968685 | Tax Forfeiture | February 8, 2013 | February 8, 2013 | No | 1 |
| | 751050060001 | Public Information Report (PIR) | December 31, 2016 | July 19, 2017 | No | 1 |
| | 707471550002 | Reinstatement | January 5, 2017 | January 5, 2017 | No | 2 |
| | 707472230002 | Certificate of Amendment | January 5, 2017 | January 5, 2017 | No | 3 |
| | 778954290001 | Public Information Report (PIR) | December 31, 2017 | December 5, 2017 | No | 1 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**Form 403**
**(Revised 05/11)**
Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709

**Filing Fee: $15**



## Certificate of Correction

This space reserved for office use.

## Entity Information

1. The name of the filing entity is:

B. Frazier Management, Inc.

State the name of the entity as currently shown in the records of the secretary of state. If the certificate of correction corrects the name of the entity, state the present name and not the name as it will be corrected.

The file number issued to the filing entity by the secretary of state is:   119293200

## Filing Instrument to be Corrected

2. The filing instrument to be corrected is :   Certificate of Amendment
The date the filing instrument was filed with the secretary of state:   01/05/2017

*mm/dd/yyyy*

## Identification of Errors and Corrections
(Indicate the errors that have been made by checking the appropriate box or boxes; then provide the corrected text.)

☐ The entity name is inaccurate or erroneously stated. The corrected entity name is:

_____

☐ The registered agent name is inaccurate or erroneously stated. The corrected registered agent name is:

**Corrected Registered Agent**
(Complete either A or B, but not both.)

A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

B. The registered agent is an individual resident of the state whose name is:

| | | | |
|---|---|---|---|
| *First* | *Middle* | *Last Name* | *Suffix* |

The person executing this certificate of correction affirms that the registered agent, whose name is being corrected by this certificate, consented to serve as registered agent at the time the filing instrument being corrected took effect.

Form 403                                                    4

☐ The registered office address is inaccurate or erroneously stated. The corrected registered office address is:

Corrected Registered Office Address

TX

_____  _____  _____ _____
Street Address (No P.O. Box)              City                    State   Zip Code

☐ The purpose of the entity is inaccurate or erroneously stated. The purpose is corrected to read as follows:

```
[                                                                          ]
```

☐ The period of duration of the entity is inaccurate or erroneously stated.

The period of duration is corrected to read as follows:

_____

### Identification of Other Errors and Corrections
(Indicate the other errors and corrections that have been made by checking and completing the appropriate box or boxes.)

☒ **Other errors and corrections.** The following inaccuracies and errors in the filing instrument are corrected as follows:

☐ **Add** Each of the following provisions was omitted and should be added to the filing instrument. The identification or reference of each added provision and the full text of the provision is set forth below.

☒ **Alter** The following identified provisions of the filing instrument contain inaccuracies or errors to be corrected. The full text of each corrected provision is set forth below:

the name of the filing entity was incorrectly listed or identified as being Frazier Asset Management, LLC in the Certificate of Amendment. The name of the filing entity should have been Frazier Asset Management, Inc. No other changes are requested and the current name of B. Frazier Management, Inc. is correct.

☐ **Delete** Each of the provisions identified below was included in error and should be deleted.

Form 403                                       5

| **Defective Execution** | The filing instrument was defectively or erroneously signed, sealed, acknowledged or verified. Attached is a correctly signed, sealed, acknowledged or verified instrument. |
|---|---|

## Statement Regarding Correction

The filing instrument identified in this certificate was an inaccurate record of the event or transaction evidenced in the instrument, contained an inaccurate or erroneous statement, or was defectively or erroneously signed, sealed, acknowledged or verified. This certificate of correction is submitted for the purpose of correcting the filing instrument.

## Correction to Merger, Conversion or Exchange

The filing instrument identified in this certificate of correction is a merger, conversion or other instrument involving multiple entities. The name and file number of each entity that was a party to the transaction is set forth below. (If the space provided is not sufficient, include information as an attachment to this form.)

_____  _____
*Entity name*                                *SOS file number*

_____  _____
*Entity name*                                *SOS file number*

## Effectiveness of Filing

After the secretary of state files the certificate of correction, the filing instrument is considered to have been corrected on the date the filing instrument was originally filed except as to persons adversely affected. As to persons adversely affected by the correction, the filing instrument is considered to have been corrected on the date the certificate of correction is filed by the secretary of state.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 12/11/17

By:

*[signature]*
Signature of authorized person

BRIAN H. FRAZIER
Printed or typed name of authorized person (see instructions)

Form 403                                  6