# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                08/12/2021 11:23 AM

**Court :** 342 ∨  **Case :** 288776   [Search]  [New Search]  ☐ Show Service Documents ONLY

**Cause Number : 342-288776-16**                **Date Filed : 11-07-2016**

FRAZIER ASSET MANAGEMENT, INC. **| VS |** ANSON FINANCIAL, INC.

**Cause of Action :** OTHER CIVIL, OTHER
**Case Status :** PENDING - BANKRUPTCY

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 11-07-2016 | PLTF'S ORIG PET & DEMAND FOR ACCOUNTING | | N | $284.00 | |
| 11-07-2016 | PAYMENT RECEIVED TRANS #1 | | Y | | $284.00 |
| 11-07-2016 | CIVIL CASE INFO SHEET | | | | $0.00 |
| 11-14-2016 | LTR-REQ FOR CIT | | | | $0.00 |
| 11-14-2016 | CIT-ISSUED ON ANSON FINANCIAL INC- On 11/15/2016 | | N  Svc | $8.00 | |
| 11-14-2016 | PAYMENT RECEIVED TRANS #5 | | Y | | $8.00 |
| 11-18-2016 | CIT RETURN-ANSON FINANCIAL | | | | $0.00 |
| 11-18-2016 | CIT Tr# 5 RET EXEC(ANSON FINANCIAL INC) On 11/16/2016 | | | | $0.00 |
| 12-12-2016 | DEFN'S ORIG ANS-ANSON FINANCIAL INC | | | | $0.00 |
| 12-12-2016 | DEFN'S PLEA IN ABATEMENT | | | | $0.00 |

| 12-14-2016 | LTR-HRG 2/16/17 @11:00 AM | PDF | | $0.00 |
| 01-13-2017 | VAC LTR-CALEB MOORE | PDF | | $0.00 |
| 02-03-2017 | LTR-HRG 2/16/17 @11:00 CANCELED | PDF | | $0.00 |
| 02-03-2017 | DEFN'S TRAD MTN FOR SJ | PDF | | $0.00 |
| 02-07-2017 | PLTF'S 1ST AMD PET & DEMAND FOR ACCOUNTING (+1PLTF) | PDF | | $0.00 |
| 02-15-2017 | LTR FROM THE CT RE: TRIAL 1/16/18 | PDF | | $0.00 |
| 03-08-2017 | LTR-PLTF'S REQ FOR NON-JURY TR WK OF 1/16/18 | PDF | | $0.00 |
| 03-08-2017 | JURY FEE PD PLTF | N | $40.00 | |
| 03-08-2017 | PAYMENT RECEIVED TRANS #18 | Y | | $40.00 |
| 04-03-2017 | LTR FROM THE CT RE: TRIAL 1/22/18 | PDF | | $0.00 |
| 04-17-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | | $20,000.00 |
| 04-18-2017 | Registry Investment | Y | | -$20,000.00 |
| 05-22-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | | $30,000.00 |
| 05-24-2017 | Registry Investment | Y | | -$30,000.00 |
| 06-05-2017 | NOT OF HRG (8/3/17 @ 10AM) | PDF | | $0.00 |
| 07-27-2017 | B FRAZIER MGMT'S RESP TO DEFN'S TRAD MTN FOR SJ | PDF | | $0.00 |

| 07-28-2017 | LTR FROM ATTY ANKELE RE: CANCELED HRG | | | $0.00 |
|---|---|---|---|---|
| 09-06-2017 | MTN FOR SUB OF COUNSEL | | | $0.00 |
| 09-13-2017 | REGISTRY FUNDS - CHECK ACCOUNT #4 | Y | | $30,000.00 |
| 09-15-2017 | Registry Investment | Y | | -$30,000.00 |
| 09-18-2017 | 1ST AMD MTN FOR SUB OF COUNSEL | | | $0.00 |
| 09-18-2017 | PROP ORD FOR SUB COUNSEL | | | $0.00 |
| 10-12-2017 | DEFN'S 1ST AMD PLEA IN ABATEMENT | | | $0.00 |
| 10-17-2017 | DEFN'S 1ST AMD ANS | | | $0.00 |
| 10-17-2017 | DEFN'S MTN QUASH & FOR PROTECTION FROM PLTFS' NOT OF INTENT TO TAKE ORAL DEPO OF J MICHAEL FERGUSON | | | $0.00 |
| 10-17-2017 | PROPOSED ORD GRANTING MTN QUASH | | | $0.00 |
| 10-19-2017 | PLTF'S 2ND AMD PET & DEMAND FOR ACCOUNTING | | | $0.00 |
| 10-19-2017 | VERIFIED RESP TO DEFNS AMD MTN TO ABATE | | | $0.00 |
| 10-20-2017 | RESP TO MTN TO QUASH & FOR PROTECTION & MTN TO COMPEL DEPOSITION OF J MICHAEL FERGUSON | | | $0.00 |
| 10-20-2017 | NOT OF HRG 12/7/17 @1O AM | | | $0.00 |
| 10-23-2017 | NOT OF HRG 12/8/17 @10 AM | | | $0.00 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 10-27-2017 | MTN TO RELEASE FUNDS HELD IN REGISTRY OF COURT; ALT MTN TO COMPEL ALL FUNDS OBTAINED FROM JOINT VENTURE PLACED IN THE COURT'S REGISTRY | PDF | | $0.00 |
| 10-27-2017 | CERT OF CONF FOR PLTFS' MTN TO COMPEL | PDF | | $0.00 |
| 11-06-2017 | NOT OF HRG (12/8/17 @ 9:30AM) | PDF | | $0.00 |
| 11-10-2017 | DEFN'S AMD MTN FOR PARTIAL SJ | PDF | | $0.00 |
| 11-10-2017 | PROPOSED ORD FOR DEFN'S AMD MTN PARTIAL SJ | PDF | | $0.00 |
| 11-10-2017 | DEFN'S NO-EVID MTN FOR PARTIAL SJ | PDF | | $0.00 |
| 11-10-2017 | PROPOSED ORD FOR DEFN'S AMD MTN FOR PARTIAL SJ | PDF | | $0.00 |
| 11-13-2017 | NOT OF HRG 12/8/17 @10 AM | PDF | | $0.00 |
| 11-15-2017 | PLTF'S MTN FOR CONT | PDF | | $0.00 |
| 11-15-2017 | ***ORD FOR SUB OF COUNSEL*** | PDF | M | $0.00 |
| 11-15-2017 | **********ADDITIONAL FILE #2********** | | | $0.00 |
| 11-28-2017 | LTR CONFIRM HRG (12/1/17 @ 8:30AM) | PDF | | $0.00 |
| 11-29-2017 | DEFN'S RESP TO PLTFS' MTN FOR CONT | PDF | | $0.00 |
| 11-29-2017 | (PROPOSED) ORD DENY PLTFS' MTN FOR CONT | PDF | | $0.00 |

| 12-01-2017 | *ORD GRANTING PLTFS' MTN FOR CONT* TRIAL TO BE RESET IN THE FUTURE | M | | $0.00 |
|---|---|---|---|---|
| 12-04-2017 | B FRAZIER MGMT & FRAZIER'S RESP TO DEFN AMD MTN FOR PARTIAL SJ | | | $0.00 |
| 12-05-2017 | DEPUTY COURT REPORTER'S STATEMENT | | | $0.00 |
| 12-06-2017 | DEFN'S RESP TO PLTF'S MTN RELEASE FUNDS HELD IN REGISTRY OF CT AND ALTERNATIVE MTN COMPEL ALL FUNDS OBTAINED FROM JOINT VENTURE BE PLACED IN THE COURT'S REGISTRY AND DEFN'S MTN FOR SANCTIONS | | | $0.00 |
| 12-06-2017 | PROPOSED ORD TO RELEASE FUNDS | | | $0.00 |
| 12-08-2017 | *ORD COMPELLING DEPO OF J MICHAEL FERGUSON* | M | | $0.00 |
| 12-08-2017 | PLTF'S 3RD AMD PET & DEMAND FOR ACCOUNTING | | | $0.00 |
| 12-21-2017 | ***ORD DENYING DEFN'S AMD MTN FOR PARTIAL SJ*** | M | | $0.00 |
| 01-02-2018 | DEFN'S MTN TO REFER TO MEDIATION | | | $0.00 |
| 01-02-2018 | (PROPOSED) ORD TO REFER TO MEDIATION | | | $0.00 |
| 01-02-2018 | (PROPOSED) ORD RELEASING FUNDS | | | $0.00 |
| 01-03-2018 | DEFN'S MTN FOR CONT | | | $0.00 |
| 01-03-2018 | (PROPOSED) ORD FOR CONT | | | $0.00 |
| 01-03-2018 | (PROPOSED) SCHED ORD | | | $0.00 |

| 01-03-2018 | NOT OF HRG (1/11/18 @ 10:30AM) | | | | $0.00 |
|---|---|---|---|---|---|
| 01-05-2018 | LTR TO COURT W/ ATTACHED CERT OF CORRECTION | | | | $0.00 |
| 01-05-2018 | 2ND MTN COMPEL DEPO OF J MICHAEL FERGUSON FOR PROTECTIVE ORD AND SANCTIONS | | | | $0.00 |
| 01-09-2018 | CONF LTR-HRG 1/26/18 @9:30 AM | | | | $0.00 |
| 01-10-2018 | NOT OF HRG (2/22/17 @ 10AM) | | | | $0.00 |
| 01-11-2018 | VAC LTR/ATTY MOORE | | | | $0.00 |
| 01-11-2018 | ***ORD ON DEFN'S MTN TO REFER TO MEDIATION*** | | M | | $0.00 |
| 01-11-2018 | *ORD ON DEFN'S MTN FOR CONT* TRIAL 4/23/18 | | M | | $0.00 |
| 01-19-2018 | (PROPOSED) ORD GRANT PLTFS' MTN TO COMPEL | | | | $0.00 |
| 01-26-2018 | MTN COMPEL REQ FOR PROD NO 2 AND SANCTIONS | | | | $0.00 |
| 01-30-2018 | *ORD GRANTING PLTFS' MTN TO COMPEL* | | M | | $0.00 |
| 01-30-2018 | *ORDER RELEASING FUNDS* | | M | | $0.00 |
| 01-30-2018 | DEFN'S SUPP NO-EVID MTN FOR PARTIAL SJ | | | | $0.00 |
| 01-30-2018 | PROP ORD FOR PARTIAL SJ | | | | $0.00 |

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 01-31-2018 | Registry notification from #81 | | | | $0.00 |
| 01-31-2018 | NOT OF HRG-2/8/18 @2:30 PM | | | | $0.00 |
| 02-02-2018 | CERT DEPO-BRIAN HUGH FRAZIER-$590.20 PLTF | | | | $0.00 |
| 02-02-2018 | Redeposit Registry Investment | | Y | | $20,132.32 |
| 02-02-2018 | Redeposit Registry Investment | | Y | | $60,275.94 |
| 02-05-2018 | Registry Withdrawal | | Y | | -$80,367.44 |
| 02-05-2018 | Registry Withdrawal | | Y | | -$40.82 |
| 02-05-2018 | ************ADDITIONAL FILE #3************* | | | | $0.00 |
| 02-06-2018 | DEFN'S RESP TO PLTF'S MTN TO COMPEL PROD & SANCTIONS | | | | $0.00 |
| 02-06-2018 | (PROPOSED) ORD DENYING PLTF'S MTN TO COMPEL | | | | $0.00 |
| 02-14-2018 | LTR FROM NATE RICHARDS RE 2/22/18 HRG | | | | $0.00 |
| 02-16-2018 | PLTF'S RESP TO DEFN'S SUPP NO EVID SJ | | | | $0.00 |
| 03-06-2018 | MTN FOR REHEARING | | | | $0.00 |
| 03-06-2018 | (PROPOSED) ORD FOR REHEARING | | | | $0.00 |
| 03-07-2018 | *ORD DENYING DEFNS SUPP NO EVID MTN FOR PARTIAL SJ* | | M | | $0.00 |
| 03-08-2018 | ORAL & VIDEO DEPO OF J MICHAEL FERGUSON | | | | $0.00 |

| 03-08-2018 | 3RD MTN COMPEL DEPO OF FERGUSON/REQ FOR SANCTIONS | | | $0.00 |
|---|---|---|---|---|
| 03-12-2018 | NOT OF HRG 4/19/18 @3:00 PM | | | $0.00 |
| 03-23-2018 | PLTFS' MTN FOR CONT OF HRG & TRIAL REQ FOR RULING BY SUBMISSION | | | $0.00 |
| 03-23-2018 | LTR RE: NOT OF HRG (3/28/18 @ 1:30PM) | | | $0.00 |
| 03-28-2018 | NOT OF HRG 5/3/18 @9:00 AM | | | $0.00 |
| 03-28-2018 | NOT OF HRG 5/10/18 @10 AM | | | $0.00 |
| 03-29-2018 | ***ORD GRANT PLTFS' MTN FOR CONT (TRIAL 6/4/18)*** | M | | $0.00 |
| 04-04-2018 | MTN FOR SUB OF COUNSEL | | | $0.00 |
| 04-16-2018 | (PROPOSED) ORD FOR SUB OF COUNSEL | | | $0.00 |
| 05-02-2018 | NOT OF HRG 3/25/18 @2:00 PM | | | $0.00 |
| 05-02-2018 | PROP ORD FOR SUB COUNSEL | | | $0.00 |
| 05-02-2018 | DEFNS' MTN TO DISQUALIFY | | | $0.00 |
| 05-02-2018 | PROP ORD GRANTING DEFNS' MTN TO DISQUALIFY | | | $0.00 |
| 05-03-2018 | NOT OF HRG 5/25/18 @2:00 PM | | | $0.00 |
| 05-07-2018 | DEFN'S MTN FOR CONT | | | $0.00 |
| 05-07-2018 | PROP ORD ON DEFN'S MTN FOR CONT | | | $0.00 |

| 05-09-2018 | PLTFS' MTN FOR CONT OF TRIAL | | | $0.00 |
|---|---|---|---|---|
| 05-09-2018 | LTR-HRG 5/25/18 @2:00 PM | | | $0.00 |
| 05-16-2018 | ATTY SUBP RTN/LAW FIRM OF CALEB MOORE PLLC | | | $0.00 |
| 05-16-2018 | ATTY SUBP RTN/GHRIST LAW FIRM PLLC | | | $0.00 |
| 05-16-2018 | ATTY SUBP RTN/IAN GHRIST | | | $0.00 |
| 05-17-2018 | DEFN'S MTN TO ALLOW W/D OF COUNSEL | | | $0.00 |
| 05-17-2018 | (PROPOSED) ORD ALLOWING W/D OF COUNSEL | | | $0.00 |
| 05-18-2018 | ATTY SUBP RET/PROVIDENCE BANK OF TX | | | $0.00 |
| 05-18-2018 | CALEB MOORE PLLC'S RESP/OBJS TO SUBPOENA | | | $0.00 |
| 05-19-2018 | ************ADDITIONAL FILE #4**************** | | | $0.00 |
| 05-22-2018 | MTN FOR PROT/OBJS TO SUBP-LAW FIRM OF CALEB MOORE PLLC | | | $0.00 |
| 05-22-2018 | ATTY SUBP RETURN/J MICHAEL FERGUSON | | | $0.00 |
| 05-22-2018 | ATTY SUBP RETURN/JP MORGAN CHASE BANK | | | $0.00 |
| 05-22-2018 | RESP TO MTN TO DISQUALIFY CALEB MOORE | | | $0.00 |
| 05-22-2018 | RESP TO MTN TO RECONSIDER, REQ FOR PROT ORD, AND ORD ON MTN TO COMPEL | | | $0.00 |
| 05-22-2018 | DEFN'S RESP TO PLTFS' MTN FOR CONT OF TRIAL | | | $0.00 |

| 05-22-2018 | PROP ORD DENYING PLTFS' MTN FOR CONT | | | $0.00 |
|---|---|---|---|---|
| 05-22-2018 | DEFN'S RESP TO PLTF'S 3RD MTN TO COMPEL | | | $0.00 |
| 05-22-2018 | PROP ORD DENYING 3RD MTN TO COMPEL | | | $0.00 |
| 05-24-2018 | PROP PROTECTIVE ORD | | | $0.00 |
| 05-24-2018 | PROVIDENCE BANK OF TEXAS' RES TO SUBP DT | | | $0.00 |
| 05-25-2018 | OBJS TO SUBP DUCES TECUM | | | $0.00 |
| 05-25-2018 | *ORD DENYING DEFN'S MTN TO DISQUALIFY MOORE* | M | | $0.00 |
| 05-25-2018 | *ORD GRANTING PLTFS' MTN FOR CONT* | M | | $0.00 |
| 06-06-2018 | CERT OF CONF ON MTN TO W/D COUNSEL | | | $0.00 |
| 06-07-2018 | ***ORD ALLOWING W/D OF COUNSEL*** | M | | $0.00 |
| 09-21-2018 | MTN TO COMPEL SUPP OF DISC | | | $0.00 |
| 09-21-2018 | MTN TO APPOINT AUDITOR | | | $0.00 |
| 09-24-2018 | LTR FROM THE CT - JURY TRIAL 1/7/19 | | | $0.00 |
| 09-28-2018 | LTR CONF HRG 10/19/18 @2:00 PM | | | $0.00 |
| 10-03-2018 | DEFN'S NO-EVID MTN FOR PARTIAL SJ FOR BREACH OF CONTRACT AS TO BRIAN H FRAZIER | | | $0.00 |

| 10-03-2018 | PROP ORD FOR DEVN'S NO EVID MTN PARTIAL SJ | | | $0.00 |
| 10-04-2018 | NOT OF HRG-11/9/18 @ 10 AM | | | $0.00 |
| 10-05-2018 | OBJ TO TRIAL SETTING | | | $0.00 |
| 10-15-2018 | LTR FROM THE CT | | | $0.00 |
| 10-16-2018 | DEFN'S REPLY TO MTN COMPEL SUPP OF DISC | | | $0.00 |
| 10-16-2018 | PROP ORD ON PLTF'S MTN COMPEL | | | $0.00 |
| 10-16-2018 | DEFN'S REPLY TO PLTFS' MTN APPOINT AUDITOR | | | $0.00 |
| 10-16-2018 | PROP ORD ON PLTFS' MTN TO APPOINT AUDITOR | | | $0.00 |
| 10-18-2018 | ***ORD GRANTING PLTF'S MTN COMPEL SUPP DISC MATERIALS*** | M | | $0.00 |
| 10-19-2018 | PROP AGREED ORD APPOINTING AUDITOR | | | $0.00 |
| 10-23-2018 | ***AGREED ORD APPOINTING AUDITOR*** | M | | $0.00 |
| 11-01-2018 | CERT DEPO-GONGLOFF PIECHOWIAK LAW PLLC- $1,283.50 DEFN | | | $0.00 |
| 11-02-2018 | FRAZIER RESP TO DEFN'S MTN FOR PART SJ | | | $0.00 |
| 11-12-2018 | DEPUTY REPORTER STATEMENT | | | $0.00 |
| 11-19-2018 | ***ORD DENYING DEFN'S MTN FOR PART SJ*** | M | | $0.00 |

| 12-12-2018 | LTR TO JUDGE RE: TRIAL REMOVED FROM DOCKET | | | $0.00 |
|---|---|---|---|---|
| 12-20-2018 | PLTF'S MTN FOR SCHEDULING ORD & RESETTING TRIAL &amp; APPOINT ALTERNATE AUDITOR | | | $0.00 |
| 12-21-2018 | LTR RE: HRG ON SCHED ORD-01/04/19 9:30AM | | | $0.00 |
| 12-31-2018 | DEFN RESP PLTF MTN ENTRY SCHEDULING ORD TO RESET TRIAL &amp; APPT ALT AUDITOR | | | $0.00 |
| 12-31-2018 | (PROPOSED)ORD DENYING PLTF MTN CONT | | | $0.00 |
| 12-31-2018 | (PROPOSED)DENYING PLTF MTN APPT ALT AUDITOR | | | $0.00 |
| 12-31-2018 | (PROPOSED)SCHEDULING ORD | | | $0.00 |
| 12-31-2018 | DEFN MTN IN LIMINE | | | $0.00 |
| 12-31-2018 | DEFN WITNESS LIST | | | $0.00 |
| 12-31-2018 | DEFN EXHIBIT LIST | | | $0.00 |
| 12-31-2018 | (PROPOSED)SCHEDULING ORD | | | $0.00 |
| 12-31-2018 | (PROPOSED)ORD APPTING ALT AUDITOR | | | $0.00 |
| 01-04-2019 | ***SCHED ORD (JURY TRL 7-15-19)*** | | M | $0.00 |
| 01-18-2019 | ***ORD APPT ALT AUDITOR*** | | M | $0.00 |
| 01-22-2019 | DEFN'S MTN FOR LEAVE TO FILE 3RD PARTY PET | | | $0.00 |

| 01-22-2019 | PROP ORD GRTNG DEFN'S MTN FOR LEAVE FILE 3RD PARTYPET | | | $0.00 |
|---|---|---|---|---|
| 01-22-2019 | VAC LTR-MOORE | | | $0.00 |
| 01-28-2019 | PLTF B FRAZIER MGMT OBJ TO DEFN'S MTN FOR LEAVE TO DESIGN RESP 3RD PARTY | | | $0.00 |
| 01-31-2019 | NOT HRG 2/15/19 @ 1:30 PM DEFN MTN LEAVE TO FILE 3PTY PET | | | $0.00 |
| 02-13-2019 | NOT OF HRG 2/22/19 @ 11AM | | | $0.00 |
| 02-22-2019 | (PROPOSED) ORD DENY DEFN'S MTN FOR LEAVE TO FILE 3PTY | | | $0.00 |
| 02-22-2019 | ***ORD DENY DEFN'S MTN FOR LEAVE TO FILE 3PTY PET | M | | $0.00 |
| 02-22-2019 | MTN TO COMPEL COMPLIANCE W/ORD APPT ALT AUDITOR SANCTIONS &amp; REQ FOR SHOW CAUSE HRG WHY NATE RICHARDS &amp; DEFN ANSON should not be held in contempt of court for failure to comply w/the court's ord | N | $80.00 | |
| 02-22-2019 | PAYMENT RECEIVED TRANS #184 | Y | | $80.00 |
| 02-25-2019 | DEFN'S 1ST AMD MTN TO DISQUALIFY | | | $0.00 |
| 02-25-2019 | (PROPOSED) ORD GRANT DEFN'S AMD MTN TO DISQUALIFY | | | $0.00 |
| 02-25-2019 | (PROPOSED) ORD TO APPEAR & SHOW CAUSE | | | $0.00 |
| 02-25-2019 | NOT OF HRG 3/22/19 @ 1:30PM | | | $0.00 |
| 02-25-2019 | LTR NOT OF HRG 3/22/19 @ 1:30PM | | | $0.00 |

| 02-25-2019 | ***ORD TO APPEAR & SHOW CAUSE 3/22/19 @ 1:30PM | | M | | $0.00 |
|---|---|---|---|---|---|
| 04-15-2019 | NOT OF APPEARANCE & DESG OF LEAD COUNSEL (DEFN ANSON FINANCIAL INC) | | | | $0.00 |
| 04-15-2019 | DEFN'S UNOPPOSED MTN TO BIFURCATE | | | | $0.00 |
| 04-15-2019 | (PROPOSED) ORD GRANT DEFN'S UNOPPOSED MTN TO BIFURCATE | | | | $0.00 |
| 04-17-2019 | ***ORD GRANT DEFN'S UNOPPOSED MTN TO BIFURCATE | | M | | $0.00 |
| 04-22-2019 | DEFNS' MTN TO STRIKE & TO EXCLUDE & IN THE ALT MTN TO COMPEL | | | | $0.00 |
| 04-22-2019 | (PROPOSED) ORD GRANT DEFN'S UNOPPOSED MTN TO BIFURCATE | | | | $0.00 |
| 04-24-2019 | ANSON FINANICAL INC'S SPEC/EXC | | | | $0.00 |
| 04-24-2019 | PROPOSED ORDER GRANTING DEFENDANT'S SPECIAL EX | | | | $0.00 |
| 04-25-2019 | ORIG CC | | N | $80.00 | |
| 04-25-2019 | PAYMENT RECEIVED TRANS #200 | | Y | | $80.00 |
| 04-26-2019 | NOT OF HRG 5/3/19 @ 3PM | | | | $0.00 |
| 04-26-2019 | DEFN'S 3RD AMD ANS | | | | $0.00 |
| 04-29-2019 | ANSON'S 1ST AMD C-CLAIM | | | | $0.00 |
| 04-29-2019 | (PROPOSED) ORD GRANT DEFN ANSON'S SPECIAL EXCEPT | | | | $0.00 |

| 04-29-2019 | (PROPOSED) ORD GRANT DEFN'S UNOPPOSED MTN TO BIFURCATE | | | $0.00 |
|---|---|---|---|---|
| 04-30-2019 | PLTFS' RESP TO MTN TO STRIKE & EXCLUDE | | | $0.00 |
| 04-30-2019 | (PROPOSED) ORD DENY ANSON'S MTN TO STRIKE | | | $0.00 |
| 04-30-2019 | PLTFS' RESP TO SPECIAL EXCEPTIONS | | | $0.00 |
| 04-30-2019 | (PROPOSED) ORD GRANT IN PART/DENY IN PART ANSON'S SPECIAL EXCEPTIONS | | | $0.00 |
| 04-30-2019 | PLTFS' MTN FOR PART SUM JDG | | | $0.00 |
| 05-06-2019 | (PROPOSED) ORD GRANT MTN FOR TRAD PARTIAL SJ | | | $0.00 |
| 05-06-2019 | LTR NOT OF HRG 5/30/19 @ 11AM | | | $0.00 |
| 05-07-2019 | (PROPOSED) ORD ON ANSON FINANCIAL INC'S SPEC/EXC | | | $0.00 |
| 05-07-2019 | (PROPOSED) ORD ON DEFNS' MTN TO STRIKE & TO EXCLUDE &amp; IN THE ALT MTN TO COMPEL | | | $0.00 |
| 05-08-2019 | DEFN ANSON'S TRAD MTN FOR PART SUM JDG | | | $0.00 |
| 05-08-2019 | NOT OF HRG - 6/6/19 @11AM | | | $0.00 |
| 05-08-2019 | DEFN ANSON'S BRIEF IN SUPPORT OF SPEC EXCEPT 5 | | | $0.00 |
| 05-08-2019 | PLTFS' BRIEF IN RESP TO DEFN'S BRIEF ON SPEC EXCEP | | | $0.00 |
| 05-09-2019 | AMD NOT OF HRG - 5/30/19 @11AM | | | $0.00 |
| 05-10-2019 | ANSON FINANCIAL INC'S MTN TO QUASH FOR PROT | | | $0.00 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 05-10-2019 | B FRAZIER MANAGMENT & BRIAN H FRAZIER ORIG ANS TO 1ST AMD CC | | | $0.00 |
| 05-14-2019 | SHAWN COKER'S MTN TO QUASH | | | $0.00 |
| 05-14-2019 | PLTF'S 4TH AMD PET & DEMAND FOR ACCOUNTING (NO CHANGES) | | | $0.00 |
| 05-14-2019 | ***ORD ON DEFNS' MTN TO STRIKE/EXCLUDE & ALT MTN TO COMPEL | M | | $0.00 |
| 05-14-2019 | ***ORD ON DEFN ANSON'S SPEC EXCEPT | M | | $0.00 |
| 05-15-2019 | PLTF'S 5TH AMD PET & DEMAND FOR ACCOUNTING (NO CHANGES) | | | $0.00 |
| 05-22-2019 | (PROPOSED) SUPPL ORD ON DEFNS' MTN TO STRIKE/EXCLUDE &amp; ALT MTN TO COMPEL | | | $0.00 |
| 05-22-2019 | DEFN ANSON'S RESP TO PLTFS' MTN FOR PART SUM JDG | | | $0.00 |
| 05-23-2019 | PLTFS' RESP TO DEFNS' 5/8/19 TRAD MTN FOR PART SJ &amp; REPLY BRIEF IN SUPPORT OF PLTF'S MTN FOR PART SJ | | | $0.00 |
| 05-28-2019 | (PROPOSED) ORD ON ANSON'S TRAD MTN FOR PART SJ | | | $0.00 |
| 05-28-2019 | DEFN ANSON'S MTN TO STRIKE PLTFS' PET FOR FAILURE TO REPLEAD AS REQ BY ORD ON ANSON'S SPEC EXCEPT | | | $0.00 |
| 05-28-2019 | (PROPOSED) ORD GRANT DEFN ANSON'S MTN TO STRIKE | | | $0.00 |
| 05-28-2019 | DEFN ANSON'S MTN TO COMPEL & 2ND SPEC EXCEPT | | | $0.00 |
| 05-28-2019 | (PROPOSED) ORD ON DEFN ANSON'S MTN TO COMPEL | | | $0.00 |
| 05-29-2019 | NOT OF HRGS 6/14/19 @ 9AM | | | $0.00 |

| 05-29-2019 | (PROPOSED) ORD ON PLTFS' TRAD MTN FOR PARTIAL SJ | | | $0.00 |
|---|---|---|---|---|
| 05-30-2019 | (PROPOSED) ORD DENY DEFN'S TRAD MTN FOR PARTIAL SJ FILED ON 5/8/19 | | | $0.00 |
| 05-30-2019 | ***SUPPL ORD ON DEFN'S MTN TO STRIKE & EXCLUDE | M | | $0.00 |
| 05-31-2019 | AMD NOT OF HRG 6/20/19 @ 12PM | | | $0.00 |
| 05-31-2019 | ***ORD ON PLTF'S TRAD MTN FOR PARTIAL SJ | M | | $0.00 |
| 05-31-2019 | ***ORD DENY DEFN'S TRAD MTN FOR PARTIAL SJ FILED 5/8/19 | M | | $0.00 |
| 06-12-2019 | ANSON FINANCIAL'S OBJS & MTN FOR PROT TO PLTFS' AMD NOT OF INTENT TO TAKE ORAL DEPO OF ANSON FINANCIAL CORP representative | | | $0.00 |
| 06-17-2019 | AMD NOT OF HRGS - 6/20/19 @10AM | | | $0.00 |
| 06-17-2019 | PLTFS' RESP TO MTN TO COMPEL & SPEC EXCEPT FILED 5/28/19 | | | $0.00 |
| 06-18-2019 | PLTFS' RESP TO MTN TO STRIKE FILED 5/28/19 | | | $0.00 |
| 06-19-2019 | (PROPOSED) ORD DENY DEFN ANSON'S MTN TO STRIKE MTN TO COMPEL &amp; SPEX | | | $0.00 |
| 06-27-2019 | PLTFS' MTN FOR CONT OF TRIAL | | | $0.00 |
| 06-27-2019 | (PROPOSED) ORD GRANT PLTFS' MTN FOR CONT | | | $0.00 |
| 06-27-2019 | LTR NOT OF HRG 7/2/19 @ 10AM | | | $0.00 |

| 07-01-2019 | ANSON RESP TO PLTFS' UNOPPOSED MTN FOR CONT | | | $0.00 |
|---|---|---|---|---|
| 07-01-2019 | (PROPOSED) ORD ON PLTFS' UNOPPOSED MTN FOR CONT | | | $0.00 |
| 07-01-2019 | ***ORD ON PLTFS' UNOPPOSED MTN FOR CONT - TRIAL 9/30/19 | M | | $0.00 |
| 07-03-2019 | REPORTER'S CERT/DOUGLAS GHRIST $548.10 DEFN | | | $0.00 |
| 07-12-2019 | CERT DEPO-CALEB MOORE-$938.60 DEFNS | | | $0.00 |
| 08-14-2019 | REPORTER'S CERT/KENDALL SCHOBER $815.80 DEFN | | | $0.00 |
| 08-28-2019 | MTN FOR SUB OF COUNSEL | | | $0.00 |
| 08-28-2019 | (PROPOSED) ORD FOR SUB OF COUNSEL | | | $0.00 |
| 08-28-2019 | (PROPOSED) (AMD) ORD FOR SUB OF COUNSEL | | | $0.00 |
| 08-28-2019 | ***ORD FOR SUB OF COUNSEL (ANSON FINANCIAL) | M | | $0.00 |
| 08-28-2019 | THOMAS A HERALD PC'S MTN TO W/D JASON ANKELE'S MTNFOR SUB COUNSEL &amp; DESG OF LEAD COUNSEL | | | $0.00 |
| 08-28-2019 | (PROPOSED) ORD GRANT THOMAS A HERALD PC'S MTN TO W/D JASON ANKELE'S MTN FOR SUB COUNSEL &amp; DESG OF LEAD COUNSEL | | | $0.00 |
| 08-29-2019 | ***ORD GRANT HERALD PC'S MTN TO W/D, ANKELE'S MTN FOR SUB &amp; DESG OF LEAD COUNSEL | M | | $0.00 |
| 09-04-2019 | VAC LTR/M JASON ANKELE | | | $0.00 |

| 09-06-2019 | JOINT MTN FOR CONT OF TRIAL SET 9/30/19 | | | $0.00 |
|---|---|---|---|---|
| 09-06-2019 | (PROPOSED) ORD ON JOINT MTN FOR CONT | | | $0.00 |
| 09-09-2019 | LTR RE: HRG 9/18/19 @2PM | | | $0.00 |
| 09-13-2019 | MTN TO COMPEL INSPECTION OF THE BANK REC & SANCTIONS | | | $0.00 |
| 09-18-2019 | DEFN'S RESP TO PLTFS' MTN TO COMPEL INSPECTION OF THE BANK REC &amp; SANCTIONS | | | $0.00 |
| 09-18-2019 | ***ORD ON JOINT MTN FOR CONT TRIAL 12/16/19 @ 8:30AM | | M | $0.00 |
| 10-09-2019 | DEFN'S PLEA TO JX | | | $0.00 |
| 10-15-2019 | LTR NOT OF HRG 11/7/19 @ 3:30PM | | | $0.00 |
| 10-24-2019 | LTR TO JUDGE RE: CORRESPONDENCE W/ AUDITOR | | | $0.00 |
| 10-25-2019 | DEFN'S BRIEF IN RE: AUP | | | $0.00 |
| 10-25-2019 | REVISED PROPOSED AGRD UPON PROC ALVORD 287 JT VENTURE | | | $0.00 |
| 11-05-2019 | PLTFS' RESP TO DEFN'S PLEA TO JX | | | $0.00 |
| 11-07-2019 | AMD NOT OF HRG - RESCHED TO 11/15/19 @11:30AM | | | $0.00 |
| 11-08-2019 | MTN TO COMPEL PROD OR INSP OF BANK RECS | | | $0.00 |
| 11-08-2019 | (PROPOSED) ORD GRANT PLTFS' 11/8/19 MTN/COMPEL INSPECTION OF BANK RECS | | | $0.00 |

| 11-08-2019 | (PROPOSED) ORD DENY DEFN'S 10/9/19 PLEA TO JX | | $0.00 |
|---|---|---|---|
| 11-08-2019 | (PROPOSED) PROT ORD | | $0.00 |
| 11-11-2019 | LTR NOT OF HRG 11/22/19 @ 9AM | | $0.00 |
| 11-12-2019 | (PROPOSED) ORD DENY DEFN'S 10/9/19 PJX | | $0.00 |
| 11-13-2019 | DEFN'S REPLY IN SUPPORT OF PJX | | $0.00 |
| 11-14-2019 | (PROPOSED) ORD | | $0.00 |
| 11-15-2019 | ***ORD DENY DEFN'S PLEA TO JX | M | $0.00 |
| 11-18-2019 | EXHIBIT RECEIPT (DEFN) | | $0.00 |
| 11-21-2019 | DEFN'S RESP TO PLTFS' MTN/COMPEL PROD/INSP OF BANK RECS | | $0.00 |
| 11-21-2019 | (PROPOSED) ORD | | $0.00 |
| 11-21-2019 | AMD VAC LTR/M JASON ANKELE | | $0.00 |
| 11-21-2019 | MTN REQ COURT TAKE JUDICIAL NOT OF ADJUDICATIVE FACT | | $0.00 |
| 11-21-2019 | (PROPOSED) ORD ON ANSON'S MTN REQ COURT TAKE JUDICIAL NOT OF ADJUDICATIVE FACT | | $0.00 |
| 11-21-2019 | DEFN'S 2ND PLEA IN ABATEMENT | | $0.00 |
| 11-21-2019 | (PROPOSED) ORD ON DEFN'S PLEA IN ABATEMENT | | $0.00 |
| 11-26-2019 | LTR TO JUDGE RE: REINSTATMENT | | $0.00 |

| 12-05-2019 | LTR NOT OF HRG 12/11/19 @ 1:30PM | | | $0.00 |
|---|---|---|---|---|
| 12-09-2019 | DEFN'S WITNESS LIST | | | $0.00 |
| 12-09-2019 | DEFN'S EXHIBIT LIST | | | $0.00 |
| 12-09-2019 | DEFN'S MTN IN LIMINE | | | $0.00 |
| 12-10-2019 | DEFN'S PROPOSED JURY CHARGE | | | $0.00 |
| 12-10-2019 | PLTFS' EXHIBIT LIST | | | $0.00 |
| 12-10-2019 | PLTFS' MTN FOR CONT OF TRIAL | | | $0.00 |
| 12-10-2019 | (PROPOSED) JURY CHARGE | | | $0.00 |
| 12-10-2019 | PLTFS' WITNESS LIST | | | $0.00 |
| 12-10-2019 | PLTFS' MTN IN LIMINE & ATTACHED ORD | | | $0.00 |
| 12-11-2019 | NOT OF APPEARANCE (DEFN ANSON FINANCIAL) | | | $0.00 |
| 12-11-2019 | ***ORD GRANT PLTFS' MTN CONT - TRIAL 1/27/20 | M | | $0.00 |
| 12-16-2019 | PAPER REC DESTROYED | | | $0.00 |
| 01-17-2020 | CERTIFIED COPIES - CIVIL | N | $151.00 | |
| 01-17-2020 | PAYMENT RECEIVED TRANS #309 | Y | | $151.00 |
| 01-22-2020 | CERTIFIED COPIES - CIVIL | N | $46.00 | |

| 01-22-2020 | PAYMENT RECEIVED TRANS #311 | Y | | $46.00 |
|---|---|---|---|---|
| 01-23-2020 | *CT/APPEALS (ORIG PROC) PET/MAND FILED | | | $0.00 |
| 01-29-2020 | *CT/APPEALS (ORIG PROC) ORDER | | | $0.00 |
| 02-04-2020 | EXHIBIT RECEIPT (PLTF & DEFN) | | | $0.00 |
| 02-07-2020 | *CT/APPEALS (ORIG PROC) RESPONSE RECEIVED | | | $0.00 |
| 02-12-2020 | *CT/APPEALS (ORIG PROC) REALTORS REPLY FILED | | | $0.00 |
| 03-09-2020 | *CT/APPEALS (ORIG PROC) SUPPL BRIEFS DUE 3/30/20 | | | $0.00 |
| 03-31-2020 | *CT/APPEALS (ORIG PROC) SUPPL BRIEFS RCVD | | | $0.00 |
| 05-12-2020 | *CT/APPEALS (ORIG PROC) PET/MAND DENIED | | | $0.00 |
| 05-18-2020 | LTR FROM THE CT - SPEC SET JURY TRIAL 12/7/20 @8:30AM | M | | $0.00 |
| 05-20-2020 | *POST CARD (SUP CT) PET/MAND FILED | | | $0.00 |
| 05-26-2020 | DEFN'S NOT RE SPEC SET | | | $0.00 |
| 08-28-2020 | *POST CARD (SUP CT) PET/MAND DENIED | | | $0.00 |
| 09-14-2020 | *POST CARD (SUP CT) MOT/REHEARING FILED | | | $0.00 |
| 10-16-2020 | *POST CARD (SUP CT) MOT/REHEARING DENIED | | | $0.00 |
| 11-25-2020 | JOINT MTN FOR CONT TRIAL SPECIALLY SET 12/7/20 | | | $0.00 |

| 11-25-2020 | (PROPOSED)AMD AGRD SCHED ORD | | | $0.00 |
|---|---|---|---|---|
| 11-25-2020 | (PROPOSED)ORD FOR CONT | | | $0.00 |
| 11-30-2020 | ***AMD AGRD SCHED ORD,TRIAL 5/3/21 | M | | $0.00 |
| 11-30-2020 | ***ORD CONT TRIAL RESET 5/3/21 @ 8:30 AM | M | | $0.00 |
| 03-08-2021 | PLTFS 2ND AMD MOT TO COMPEL | | | $0.00 |
| 03-08-2021 | MTN FOR LEAVE TO AMD PET/ADD J. MICHAEL FURGSON | | | $0.00 |
| 03-08-2021 | COC RE: PLTFS MOT FOR LEAVE TO ADD J. MICHAEL FEG USON | | | $0.00 |
| 03-09-2021 | NOT ZOOM HRG 04/07/21 @ 11:00 AM | | | $0.00 |
| 03-15-2021 | MTN W/D COUNSEL & SUB LEAD COUNSEL | | | $0.00 |
| 03-15-2021 | (PROPOSED) ORD W/D COUNSEL & SUB COUNSEL | | | $0.00 |
| 03-15-2021 | ***ORD W/D DEFN COUNSEL/SUB OF COUNSEL | M | | $0.00 |
| 03-24-2021 | PLTFS 3RD AMD MTN TO COMPEL | | | $0.00 |
| 03-24-2021 | (PROPOSED) ORD GRNTNG PLTFS 3RD AMD MTN TO COMPEL | | | $0.00 |
| 03-25-2021 | LTR FRM TOMI MOORE RE: HRG SET 04/07/21 @ 11:00 AM | | | $0.00 |
| 04-05-2021 | (PROPOSED) ORD GRNTNG PLTF MTN FOR LEAVE TO AMEND | | | $0.00 |

| 04-06-2021 | DEFN'S RESP TO PLTF'S 3RD AMD MTN TO COMPEL INSPECTION OF BANK RECS &amp; SANCTIONS | | | $0.00 |
|---|---|---|---|---|
| 04-07-2021 | DEFN'S RESP TO PLTF'S MTN TO FILE AMD PLEADING/DEFN'S ALT MTN FOR CONT | | | $0.00 |
| 04-07-2021 | (PROPOSED) ORD DENYING PLTF'S 3RD AMD MTN COMPEL &SANCTIONS | | | $0.00 |
| 04-07-2021 | (PROPOSED) ORD DENYING PLTF'S MTN TO AMD PLEADING &amp; ADD 3RD PTY | | | $0.00 |
| 04-07-2021 | (PROPOSED) ORD GRNTNG IN PART/DENYING IN PART PLTF3RD AMD MTN TO COMPEL | | | $0.00 |
| 04-07-2021 | ***ORD DENYING PLTF MTN AMD PLEADING/ADD 3RD PTY | M | | $0.00 |
| 04-08-2021 | ***ORD IN PART/DENYING IN PART PLTF 3RD AMD MTN COMPEL | M | | $0.00 |
| 04-13-2021 | MTN FOR CONT OF TRIAL SPECIALLY SET 5/3/21 | | | $0.00 |
| 04-13-2021 | (PROPOSED) ORD GRNTNG PLTF'S MTN FOR CONT | | | $0.00 |
| 04-14-2021 | DEFNS MTN TO DISQUALIFY OPPO COUNSEL | | | $0.00 |
| 04-14-2021 | (PROPOSED) ORD DISQUALIFYING COUNSEL | | | $0.00 |
| 04-14-2021 | NOT HRG 4/16/21 @ 10:00 AM | | | $0.00 |
| 04-14-2021 | NOT HRG 4/16/21 @ 10:00 AM | | | $0.00 |
| 04-14-2021 | DEFN'S OBJS TO PLTFS EXHIBIT LIST | | | $0.00 |
| 04-14-2021 | DEFN'S REQ JUDICIAL NOT OF ADJUDICATIVE FACTS | | | $0.00 |

| 04-14-2021 | DEFN'S AMD MTN IN LIMINE | | | $0.00 |
|---|---|---|---|---|
| 04-14-2021 | DEFN'S OBJS TO PLTFS WITNESS LIST | | | $0.00 |
| 04-15-2021 | RESP TO MTN TO DISQUALIFY CALEB MOORE | | | $0.00 |
| 04-15-2021 | (PROPOSED) ORD DENYING MTN TO DISQUALIFY CALEB MOORE | | | $0.00 |
| 04-16-2021 | DEFN'S REPLY TO PLTFS RESP DEFN MTN TO DISQUALIFY | | | $0.00 |
| 04-16-2021 | (PROPOSED) ORD DEFNS REQ FOR JUDICIAL NOT ADJUTICATIVE FACTS | | | $0.00 |
| 04-16-2021 | NOT OF APPEARANCE OF M. JASON ANKELE (DEFN) | | | $0.00 |
| 04-16-2021 | ***ORD SET TRIAL WK OF 6/28/21 PRETRIAL 6/18/21 @ 9:30 AM | M | | $0.00 |
| 04-16-2021 | ***ORD CONT, TRIAL RESET 6/28/21 | M | | $0.00 |
| 04-16-2021 | ***ORD DENYING DEFN MTN DISQUALIFY CALEB MOORE | M | | $0.00 |
| 04-19-2021 | COC ON DEFNS REQ FOR JUDICIAL NOT ADJUDICATIVE FACTS | | | $0.00 |
| 04-20-2021 | NOT HRG 4/29/21 @ 9:30 AM | | | $0.00 |
| 04-21-2021 | ATTY SUBP (B. FRAZIER ASSET MANAGEMENT INC) | | | $0.00 |
| 04-21-2021 | ATTY SUBP (BRIAN FRAZIER) | | | $0.00 |
| 04-21-2021 | (PROPOSED) ORD DEFNS REQ FOR JUDICIAL NOT ADJUDICATIVE FACTS | | | $0.00 |

| 04-26-2021 | PLTFS RESP TO DEFNS REQ FOR JUDICIAL NOT OF ADJUTICATIVE FACTS &amp; REQ FOR JUDICIAL NOT OF ADJUDICATIVE FACTS | | | $0.00 |
|---|---|---|---|---|
| 04-27-2021 | ATTY SUBP (B. FRAZIER ASSET MANAGEMENT, INC) | | | $0.00 |
| 04-28-2021 | AMD NOT OF HRG 5/19/21 @ 11:30 AM | | | $0.00 |
| 04-28-2021 | ATTY SUBP (BRIAN FRAZIER) | | | $0.00 |
| 05-04-2021 | PLTF MTN TAKE TESTIMONY BEFORE TRIAL OR ADMIT AUP REPORT | | | $0.00 |
| 05-06-2021 | NOT HRG 5/19/21 @ 11:30 AM PLTF MTN TAKE TESTIMONYKYLE HENDRICK BEFORE TRIAL | | | $0.00 |
| 05-06-2021 | NOT HRG 5/19/21 @ 11:30 AM PLTF RESP DEFN REQ JUDICIAL NOTICE | | | $0.00 |
| 05-18-2021 | (PROPOSED) ORD GRNTNG MTN JUDICIAL NOT | | | $0.00 |
| 05-18-2021 | (PROPOSED)ORD DENYING PLTF MTN TAKE TESTIMONY KENTRAY/KEYLE HENDRICK | | | $0.00 |
| 05-18-2021 | DEFN RESP PLTF MTN TAKE TESTIMONY KENT RAY/KYLE HENDRICK | | | $0.00 |
| 05-18-2021 | (PROPOSED)ORD DENYING PLTF REQ JUDICIAL NOT OF ADJUDICATIVE FACTS | | | $0.00 |
| 05-18-2021 | DEFN RESP PLTF REQ JUDICIAL NOT ADJUDICATIVE FACTS | | | $0.00 |
| 05-19-2021 | (PROPOSED)ORD PLTF MTN TAKE TESTIMONY KYLE HENDRICK/KENT RAY | | | $0.00 |
| 05-19-2021 | ***AGRD ORD JUDICIAL NOT ADJUDICATIVE FACTS | M | | $0.00 |

| 05-19-2021 | ***ORD TAKE TESTIMONY KENT RAY & KLYLE HENDRICK BEFORE TRIAL TO ADMIT AUP REPORT | M | | $0.00 |
|---|---|---|---|---|
| 05-19-2021 | ***ORD DENYING PLTF REQ JUDCIAL NOT ADJUDICATIVE FACTS | M | | $0.00 |
| 05-21-2021 | DEFN MSJ | | | $0.00 |
| 05-25-2021 | DEPUTY COURT REPORTER'S STATEMENT M SUZANNE CARROLL | | | $0.00 |
| 05-25-2021 | LTR/ANKELE TO JUDGE RE:PROPOSED ORD | | | $0.00 |
| 05-25-2021 | DEFN BRIEF IN SUPPORT OF ENTRY OF ORD STRIKE CONVERSION CLAIM | | | $0.00 |
| 05-25-2021 | (PROPOSED)ORD RE:CONVERSION | | | $0.00 |
| 05-26-2021 | DEFN MTN FOR ENTRY OF ORD | | | $0.00 |
| 05-26-2021 | DEFN PLEA JURISDICTION(BASED ON AUTOMATIC WITHDRAW&amp; REDEMPTION) | | | $0.00 |
| 05-26-2021 | DEFN PLEA JURISDICTION(BASED EXTINGUISHED CLAIMS) | | | $0.00 |
| 05-26-2021 | NOT HRG 6/1/21 @ 10:00 AM | | | $0.00 |
| 05-27-2021 | ****************EXHIBIT RECEIPT***************** | | | $0.00 |
| 05-27-2021 | PLTF RESP BRIEF IN SUPPORT ORD STRIKE CONVERSION CLAIM/MTN ENTER ORD | | | $0.00 |
| 05-27-2021 | (PROPOSED)ORD DENYING DEFN MTN ENTRY ORD STRIKE COVERSION CLAIM | | | $0.00 |
| 05-27-2021 | NOT SUBMISSION HRG 6/2/21 @ 10AM DEFN MTN PROT ORD | | | $0.00 |

| 05-27-2021 | DEFN MTN FOR PROT ORD | | | $0.00 |
|---|---|---|---|---|
| 05-27-2021 | (PROPOSED)PROT ORD | | | $0.00 |
| 06-01-2021 | DEFN REPLY TO PLTF RESP IN REGARD TO STRIKING CONVERSION CLAIM | | | $0.00 |
| 06-01-2021 | PLTF RESP TO DEFNS MTN FOR PROT ORD | | | $0.00 |
| 06-01-2021 | (PROPOSED) ORD DENYING DEFN MTN FOR PROT ORD | | | $0.00 |
| 06-01-2021 | DEFNS REPLY IN SUPPORT OF MTN FOR PROT ORD | | | $0.00 |
| 06-02-2021 | ***ORD DENYING DEFN ANSON FINANCIAL AS SUCCEESSOR IN INTEREST TO JENTEX FINANCIAL INC'S MTN FOR PROT ORD | M | | $0.00 |
| 06-02-2021 | ***ORD DENYING DEFN MTN FOR ENTRY OF ORD STRIKING CONVERISON CLAIM | M | | $0.00 |
| 06-04-2021 | LTR TO JDG RE: JURY TRIAL | | | $0.00 |
| 06-15-2021 | NOT HRG 6/18/21 @ 10:00 AM DEFN PJX | | | $0.00 |
| 06-17-2021 | (PROPOSED)ORD DEFN PJX ON AUTO W/D & REDEMPTION | | | $0.00 |
| 06-17-2021 | (ATTACHED)PROP ORD DEFN PJX ON EXTINGUISHED CLAIMS | | | $0.00 |
| 06-17-2021 | PLTF RESP DEFN TWO 5/26/21 PJX | | | $0.00 |
| 06-18-2021 | ***ORD DENYING DEFNS PJX (AUTO W/D & REDEMPTION) | M | | $0.00 |

| 06-18-2021 | ***ORD DENYING DEFNS PJX (EXTINGUISHED CLAIMS) | M | | $0.00 |
|---|---|---|---|---|
| 06-21-2021 | (PROPOSED) ORD ON DEFN'S 2ND MTN CONT | | | $0.00 |
| 06-21-2021 | PLTF'S 1ST AMD EXHIBIT LIST | | | $0.00 |
| 06-21-2021 | PLTFS RESP TO DEFNS MTN FOR CONT | | | $0.00 |
| 06-21-2021 | (PROPOSED) ORD DENYING DEFNS MTN FOR CONT | | | $0.00 |
| 06-21-2021 | DEFN'S 2ND MTN FOR CONT | | | $0.00 |
| 06-22-2021 | (PROPOSED) JURY CHARGE | | | $0.00 |
| 06-22-2021 | PLTFS AMD MTN IN LIMINE & ATTACHED ORD | | | $0.00 |
| 06-22-2021 | PLTF'S RESP TO DEFN'S AMD MTN FOR CONT & MTN FOR APPEAL OF INTERLOCUTORY ORD | | | $0.00 |
| 06-22-2021 | (PROPOSED) ORD DENYING DEFN AMD MTN CONT & MTN FORINTERLOCUTORY APPEAL | | | $0.00 |
| 06-22-2021 | DEFN'S AMD 2ND MTN CONT | | | $0.00 |
| 06-22-2021 | *DEFNS MTN PERMIT APPEAL OF INTERLOCUTORY ORDERS | | | $0.00 |
| 06-24-2021 | LTR TO JDG RE: 06/28/21 TRIAL | | | $0.00 |
| 06-24-2021 | ***ORD DENY DEFN AMD MTN CONT & MTN INTERLOCUTORY APPEAL | M | | $0.00 |
| 06-25-2021 | DEFN'S AMD EXHIBIT LIST | | | $0.00 |

| 06-25-2021 | SUUGESTION OF BANKRUPTCY | | M | | $0.00 |