Caleb I. Moore
Texas Bar No. 24067779
**LAW FIRM OF CALEB MOORE, PLLC**
2205 Martin Drive, Suite 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile: (817) 581-2540
cmoore@thedfwlawfirm.com

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Brian Frazier and B. Frazier Management, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>ANSON FINANCIAL, INC.<br><br>Debtor. | § § § § § § § | Case No. 21-41517-elm11 |
| B. FRAZIER ASSET MANAGEMENT, INC. F/K/A FRAZIER ASSET MANAGEMENT, INC., AND BRIAN H. FRAZIER INDIVIDUALLY<br><br>Plaintiffs<br><br>v.<br><br>ANSON FINANCIAL, INC.<br><br>Defendant. | § § § § § § § § § § § § § § § | Adv. No. 21-04071<br><br>Removed From:<br>Cause No. 342-288776-16;<br>342nd Judicial District Court<br>Tarrant County, Texas<br><br>Docket Call Date: April 4, 2022<br>Docket Call Time: 1:30P.M. |

**B. FRAZIER MANAGEMENT, INC. AND BRIAN FRAZIER'S REQUEST TO
STRIKE DEFENDANT'S PLEA TO THE JURISDICTION AND MOTION TO
DISMISS OR, ALTERNATIVELLY, TO DENY THE SAME**

COME NOW B. Frazier Management, Inc. and Brian Frazier (hereinafter "Plaintiffs"), and file this their request to strike **Defendant's Plea to the Jurisdiction and Motion to Dismiss for Lack of Subject Matter Jurisdiction** (hereinafter the "Plea to the Jurisdiction"), or, alternatively, to deny the same on the following grounds:

1. At the hearing held January 24, 2022, on Plaintiffs' Motion for Remand, this Court ordered that the adversary would be tried in this Court and that, since the Debtor had been set for a final jury trial setting on Monday, June 28 ,2021, which did not go forward due to the imposition of the automatic stay on the filing of the Voluntary Chapter 11 Petition at 5:50p.m. on Friday, June 25, 2021, no further dispositive motions would be permitted.

2. Again, at the Status Conference held on February 7, 2022, when Debtor's counsel asserted that they wanted to file a motion for summary judgment, this Court again advised that the State Court had already heard and denied summary judgment motions and that we would proceed to trial. At that time March 7 was also set to address any motions in limine or other pretrial motions. As Debtor's counsel requested that the March 7 hearing be cancelled, they also are now barred from seeking consideration of the Plea to the Jurisdiction at this time.

3. Both prior Pleas to the jurisdiction filed by Debtor in state court were also considered and denied as set forth in the Orders of June 18, 2021. Thus, such denials are now also law of the case; and

4. Furthermore, Debtor sought a writ to overturn denial of its pleas to the jurisdiction in the 2nd Court of Appeals that was denied on May 12, 2020. This denial was taken up to the Texas Supreme Court with the final petition for rehearing being denied on October 16, 2020 and thus cannot be revisited by this Court.

5. Debtor's plea does not identify any change in the law or make any new arguments that have not already been denied multiple times, but multiple judges and courts.  To the extent

this Court wishes to revisit and consider these arguments. FAM incorporates its pretrial brief and its proposed finding of fact and conclusions of law filed in advance of trial, as if laid out in full. Those briefs fully incorporate all relevant law and facts needed by the Court to deny the Plea to the Jurisdiction filed.

WHEREFORE, B Frazier Asset Management and Brian Frazier request that this Court strike Defendant's Motion to Dismiss as an improper pleading or, alternatively, deny the same for all the reasons set forth herein.

Dated: April 1, 2022

Respectfully submitted,

**LAW FIRM OF CALEB MOORE, PLLC**
2205 Martin Drive, Suite 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile: (817) 581-2540
cmoore@thedfwlawfirm.com

By: /s/ Caleb Moore
Caleb I. Moore
cmoore@thedfwlawfirm.com
Texas Bar No. 24067779

~ and ~

/s/Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, Texas 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the forgoing document was served on April 1, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas, Fort Worth Division, on all parties-in-interest submitting to service of papers in this case by said means.

                                                         /s/ Lyndel Anne Vargas
                                                         Lyndel Anne Vargas



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
BONNIE SUDDERTH

JUSTICES
LEE GABRIEL
ELIZABETH KERR
J. WADE BIRDWELL
DABNEY BASSEL
DANA WOMACK
MIKE WALLACH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

## FAX TRANSMISSION

TO: Caleb Moore

FIRM/CO.: Law office of Caleb Moore, PLLC

FAX NO: 817-581-2540          PHONE NO: 817-953-2420

FROM: Tammy Cooper

FAX: 817-884-1932

PHONE: 817-884-1900 ext. 9280

DATE TRANSMITTED: 5/12/20        TIME TRANSMITTED: 5:10 pm

NUMBER OF PAGES TRANSMITTED: 3   (including this page)

MESSAGE:

Please see attached document from the court.

Thank you.



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00032-CV

---

IN RE ANSON FINANCIAL, INC., Relator

---

Original Proceeding
Trial Court No. 342-288776-16

---

Before Wallach, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

2

## MEMORANDUM OPINION

The court has considered the parties' briefing and the mandamus record and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 12, 2020

```
RE: Case No. 20-0410                         DATE: 10/16/2020
COA #: 02-20-00032-CV                        TC#: 342-288776-16
STYLE: IN RE ANSON FINANCIAL, INC.
```

Today the Supreme Court of Texas denied the motion for rehearing in the above-referenced petition for writ of mandamus.

```
                     MR. CALEB ISRAEL MOORE
                     LAW FIRM OF CALEB MOORE
                     2205 MARTIN DR STE 200
                     BEDFORD, TX  76021-6083
                     * DELIVERED VIA E-MAIL *
```