| | |
|---|---|
| Kathryn Hernandez (TX SBN: 24107854)<br>Magan Law, PLLC<br>62 Main St., Ste. 310<br>Colleyville, Texas 76034<br>Telephone: (817) 209-4298<br>E-mail: k.magan@maganlawpllc.com | Jason Ankele (TX SBN: 00786989)<br>Sullivan & Cook, LLC<br>600 Las Colinas Blvd. E. Ste. 1300<br>Irving, Texas 75039-5699<br>Telephone: (214) 520-7494<br>E-mail: jankele@sullivancook.com |
| SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION | SPECIAL COUNSEL FOR ANSON FINANCIAL INC. DEBTOR AND DEBTOR IN POSSESSION |
| And | And |
| COUNSEL FOR DEFENDANT | COUNSEL FOR DEFENDANT |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>ANSON FINANCIAL, INC.,<br><br>    DEBTOR. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 21-41517 |
| B. FRAZIER ASSET MANAGEMENT, INC. F/K/A FRAZIER ASSET MANAGEMENT, INC., AND BRIAN H. FRAZIER, INDIVIDUALLY<br><br>    Plaintiffs<br><br>vs.<br><br>ANSON FINANCIAL, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04071<br><br>Removed From:<br>Cause No. 342-288776-16<br>342ⁿᵈ Judicial District Court<br>Tarrant County, Texas |

**NOTICE OF HEARING (DOCKET NO. 39)**

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the hearing on *Defendant's Motion to Disqualify Plaintiff's Counsel Caleb Moore* (Docket 39) is scheduled before the Honorable Judge Edward L. Morris on Wednesday, the 20th day of April, 2022 at 2:30 p.m.  The hearing will be conducted by Webex Video and audio facilities of the Court.

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

For updated hearing instructions, please find the below link to the Judge's webpage:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

Dated:  April 5, 2022    Respectfully submitted:

Magan Law, PLLC

By:    /s/ *Kathryn Hernandez*
        Kathryn Hernandez (TX SBN: 24107854)
        62 Main St., Ste. 310
        Colleyville, Texas 76034
        Telephone: (817) 209-4298
        Email: k.magan@maganlawpllc.com

Sullivan & Cook

By:    /s/ M. Jason Ankele
        M. Jason Ankele (TX SBN: 00786989)
        600 Las Colinas Blvd. E. Ste. 1300
        Irving, Texas 75039-5699
        Telephone: (214) 520-7494
        Email: jankele@sullivancook.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Hearing was served on April 5, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas, on all parties-in-interest submitting to service of papers in this case by said means.

         /s/ *Kathryn Hernandez*
         Kathryn Hernandez